NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Andrew K. Alper (SBN 088876)
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Blvd 19th Floor
Los Angeles CA 90017
(323) 852-1000
(323) 651-2577
aalper@frandzel.com
ATTORNEY(S) FOR: Plaintiff, Regions Bank

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff(s),<br>v.<br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Regions Bank, an Alabama State Bank dba Ascentium Capital,
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Regions Bank, an Alabama State Bank dba Ascentium Capital, | Plaintiff |
| Car Wash Management, LLC, a Delaware Limited Liability Company | Defendant |
| Car Wash Management, LLC, a Hawaii Limited Liability Company, | Defendant |
| Jose Rene Ortiz, aka Jose R. Ortiz, aka Jose Ortiz, an individual | Defendant |
| Andrew Paul Williams, aka Anerew P. Williams, aka Andrew Williams, an individual | Defendant |
| Washworld, Inc., a Wisconsin Corporation, | Defendant |

January 6, 2025

Date

/s/Andrew K. Alper

Signature
Andrew K. Alper

Attorney of record for (or name of party appearing in pro per):

Regions Bank, an Alabama State Bank dba Ascentium Capital,

CV-30 (05/13)                                    **NOTICE OF INTERESTED PARTIES**