# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| REGIONS BANK <br><br> PLAINTIFF(S) | 2:25–cv–00359–CAS–KS |
| v. <br><br> CAR WASH MANAGEMENT, LLC , et al. <br><br><br> DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 1/14/2025 | 2 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

Summons is not directed to the defendant(s). The defendant's name must appear in the "To:" section of the summons.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your summons request.

Clerk, U.S. District Court

By: _/s/ Luz Hernandez_
_luz_hernandez@cacd.uscourts.gov_
Deputy Clerk

Date: January 15, 2025

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –