## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK <br><br> **PLAINTIFF(S)** <br><br> v. <br><br> CAR WASH MANAGEMENT, LLC , et al. <br><br> **DEFENDANT(S).** | CASE NUMBER: <br><br> 2:25–cv–00359–CAS–KS <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|   01/15/2025   |   9   |   Request for Summons   |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Summons is not directed to the defendant(s). The defendants name must appear in the To: section of the summons. The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your request.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your summons request.

Clerk, U.S. District Court

By:  /s/ *Benjamin Moss*
 *Benjamin_Moss@cacd.uscourts.gov*
Date: January 22, 2025    Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –