Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff,
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00359 CAS (KSx)<br><br>**REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT CAR WASH MANAGEMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY** |

1

REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT CAR WASH MANAGEMENT, LLC

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL ("Plaintiff"), hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company ("CAR WASH"), on the ground that CAR WASH failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff served the Complaint on Defendant CAR WASH on March 12, 2025 as evidenced by the Proof of Service of said Complaint filed with this Court on March 13, 2025 as Docket Number 30.  CAR WASH has not filed any responsive pleading and it is requested that Default be entered.

DATED:  April 2, 2025

FRANDZEL ROBINS BLOOM & CSATO, L.C.
ANDREW K. ALPER
THOMAS M. ROBINS

By: _____
ANDREW K. ALPER
Attorneys for Plaintiff, REGIONS BANK, an
Alabama State Bank, dba Ascentium Capital

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2

REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT CAR WASH MANAGEMENT, LLC

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On April 2, 2025, I served a true copy(ies) of the **REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT CAR WASH MANAGEMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY** the original(s) of which is(are) affixed hereto. to the party(ies) on the service list below.

Car Wash Management, LLC, a Delaware            Andrew Williams, Manager/Member
Limited Liability Company                                     9030 Kenamar Drive, Suite 315
9030 Kenamar Drive, Suite 315                          San Diego, CA  92121
San Diego, CA  92121

**BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 2, 2025, at Los Angeles, California.

_____
Linda Swift