Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff,
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00359 CAS (KSx)<br><br>**REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT CAR WASH MANAGEMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY** |

1

REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT CAR WASH MANAGEMENT, LLC

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL ("Plaintiff"), hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company ("CAR WASH"), on the ground that CAR WASH failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff served the Complaint on Defendant CAR WASH on March 12, 2025 as evidenced by the Proof of Service of said Complaint filed with this Court on March 13, 2025 as Docket Number 30 and attached hereto as Exhibit 1.  CAR WASH has not filed any responsive pleading and it is requested that Default be entered.

DATED:  May 12, 2025

FRANDZEL ROBINS BLOOM & CSATO, L.C.
ANDREW K. ALPER
THOMAS M. ROBINS

By: _____
ANDREW K. ALPER
Attorneys for Plaintiff, REGIONS BANK, an
Alabama State Bank, dba Ascentium Capital

REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT CAR WASH MANAGEMENT, LLC

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

# EXHIBIT 1

Andrew K. Alper, Esq.  SBN:  088876
FRANDZEL ROBINS BLOOM & CSATO, L.C.
 1000 Wilshire Blvd  19th Flr
Los Angeles, CA 90017
(323) 852-1000

## United States District Court Central District of California
## Western Division

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL  Plaintiff(s) <br><br> v. <br><br> CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, et al.  Defendant(s) | **CASE NUMBER:** <br> **2:25-cv-00359 CAS (KSx)** <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served**  copies of the *(specify documents)*:

a. ☐ Summons ☐ First Amended Complaint ☐ Third Party Complaint
☑ Complaint ☐ Second Amended Complaint ☐ Counter Claim
☐ Alias Summons ☐ Third Amended Complaint ☐ Cross Claim
☑ other **See attached Document List**

2. **Person served:**

a. ☑ Defendant *(name:)* **CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company**
b. ☑ Other *(specify name and title or relationship to the party/business named):*

**Corporate Creations Network Inc., Registered Agent, by Serving Shaylyn Robinson - Authorized Agent**
c. ☑ Address where the papers were served:  **1521 Concord Pike Suite 201**
**Wilmington, DE 198033645**

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked):*

a. ☐ Federal Rules of Civil Procedure

b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:

a. ☑ By **Personal Service.** By personally delivering copies.  If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

1. ☑ **Papers were served on** *(date):* **3/12/2025 at** *(time):* **10:29 AM**

b. ☐ By **Substituted Service.** By leaving copies:

1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

3. ☐ **Papers were served on** *(date):* at *(time):*

4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

5. ☐ **papers were mailed on**

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**Nationwide Legal, LLC**
1609 James M. Wood Blvd.
Los Angeles, CA 90015
Phone: (213) 249-9999   Fax: (213) 249-9990

Continued from Proof of Service

**CLIENT:**      FRANDZEL ROBINS BLOOM & CSATO, L.C.

**CLIENT FILE #:**   100287-0289                        **DATE:**  March 12, 2025

**SUBJECT:**    CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company

Complaint; AMENDED SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET;
CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1);
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF
COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE



Order#: LA624352/DocAtt2010

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.  (F.R.Civ.P. 4(h)) (C.C.P. 416.10)**  By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other**  (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

Name of person served:

**Title of person served:**

**Date and time of service:**  *(date):*  at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

**Selena Cabrera**
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**

a. Fee for service: $ **272.75**

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☑ Registered California process server
   Registration # :
   County:

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **March 13, 2025**

**Selena Cabrera**
*Type or Print Server's Name*

*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On May 12, 2025, I served a true copy(ies) of the **REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT CAR WASH MANAGEMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY** the original(s) of which is(are) affixed hereto. to the party(ies) on the service list below.

Car Wash Management, LLC, a Delaware Limited Liability Company
Corporate Creations Network Inc., registered Agent
by Serving Shaylyn Robinson – Authorized Agent
1521 Concord Pike Suite 201
Wilmington, DE 19803-3645

Andrew Williams, Manager/Member
Car Wash Management, LLC, a Delaware Limited Liability Company
9030 Kenamar Drive, Suite 315
San Diego, CA 92121

**BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 12, 2025, at Los Angeles, California.

_____
Linda Swift

REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT CAR WASH MANAGEMENT, LLC

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000