Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff,
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,

Plaintiff,

v.

CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,

Defendants.

Case No. 2:25-cv-00359 CAS (KSx)

**PLAINTIFF REGIONS BANK'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO SERVICE OF DEFENDANTS**

**[Order to Show Cause Response due by June 16, 2025, per Court Order]**

TO THE HONORABLE CHRISTINA SNYDER UNITED STATES DISTRICT COURT JUDGE:

Plaintiff REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL ("Plaintiff"), submits its response to the Court's Order to Show Cause as to service on Defendants Washworld, Inc, Andrew Williams, Jose Ortiz, Car Wash Management, Inc. a Hawaii Limited Liability Company, and West Covina Car Wash, LLC (collectively "the unserved Defendants").

Initially, as the docket reflects, it took some time for all of the Summonses to be issued by Clerk. In fact, the Summonses for Washworld, Inc and West Covina Car Wash, LLC were not issued until the end of May, 2025, which appears to be caused my firm's secretarial problems in getting Summonses properly issued for all Defendants. However, once those Summonses were issued at the end of May, 2025, both Washworld, Inc and West Covina Car Wash, LLC were immediately served and the Answer for West Covina Car Wash, LLC is due on June 20, 2025 (see docket number 40) and the Answer for Washworld, Inc is due on June 24, 2025 (see docket number 42).

This leaves 3 Defendants which are still unserved Defendants. I attach hereto as Exhibits "1", "2" and "3" copies of due diligence reports on service for those Defendants. Apparently Plaintiff has the correct address for Defendant Jose Ortiz but he is simply evading service at that address. Plaintiff has authorized a "stake out" at that address to attempt to get Jose Ortiz served at that address. If this is not successful then Plaintiff may have to apply to the court to serve by publication.

As to Defendant Andrew Williams, the process servers attempted to serve him in Hawaii and the address was a military base. The process served learned that Andrew Williams was a reservist in the military and has not been deployed in Hawaii. A people search that was conducted on Andrew Williams showed that he may be at one of two addresses in San Diego and Plaintiff has just sent process servers to both addresses. It is my understanding that if Mr. Williams is in the active military he may not be able to be served and defend but Plaintiff does not know that he is actively engaged in the military and therefore is proceeding with this case. In any event Plaintiff is hopeful that it can serve Andrew Williams at one of the two addresses it has located in San Diego.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

As far as Car Wash Management, LLC, a Hawaii Limited Liability Company, the Hawaii Secretary of State shows this Defendant is not in good standing in the State of Hawaii. It also reflected that the agent for service of process was Andrew Williams at a Hawaii address in which service has been attempted. Interestingly the Secretary of State website also shows an Andrew Williams/ Car Wash Management, LLC address in San Diego which is one of the two addresses that Plaintiff is currently attempting. If Andrew Williams is served then Car Wash Management, LLC a Hawaii LLC will be served at the same time.

Plaintiff requests that given its progress in serving two of the unserved Defendants and with the information given to the Court with respect to Plaintiff's diligence in attempting to serve the other unserved Defendants that Plaintiff will be able to serve the remaining unserved Defendants and requests that the Court continue the Order to Show Cause for 45 days and believes that by that time all of the unserved Defendants will have been served, Answered or defaulted. If that has not happened then Plaintiff will probably dismiss all remaining unserved Defendants without prejudice so the case can proceed without further delay.

DATED: June 10 2025

FRANDZEL ROBINS BLOOM & CSATO, L.C.
ANDREW K. ALPER
THOMAS M. ROBINS

By: ______________________________
ANDREW K. ALPER
Attorneys for Plaintiff, REGIONS BANK, an Alabama State Bank, dba Ascentium Capital

# EXHIBIT 1

*Attorney or Party without Attorney:*
Andrew K. Alper, Esq., SBN: 088876
ANDREW ALPER C/O FRANDZEL ROBINS BLOOM & CSATO,L.C.
1000 Wilshire Blvd 19th Flr
Los Angeles, CA 90017
*TELEPHONE No.:* (323) 852-1000
*E-MAIL ADDRESS (Optional):* aalper@frandzel.com
*FAX No. (Optional):*
*Attorney for:* Plaintiff

*Ref No. or File No.:* 100287-0289

*FOR COURT USE ONLY*

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

*Petitioner:* REGIONES BANK, an Alabama State Bank dba, etc.
*Respondent:* CAR WASH MANAGEMENT, LLC, etc., et al.

| **DECLARATION OF DUE DILIGENCE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:25-cv-00359 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual,**

Documents: **Complaint; AMENDED SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge**

| **Date** | **Time** | **Results** |
|---|---|---|
| 3/12/2025 | 2:12 PM | Business 7776 Trade St Ste E, San Diego, CA 92121<br>Per "John Doe", construction worker for Burger Construction, this is no longer Car Wash Management. New business is going to be Trepte Cold Storage T.I. |

Fee for Service: **$ 189.20**
County: **San Diego**
Registration No.: **3088**
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 9, 2025.

Signature: *Debra Sousa*
**Debra Sousa**

**DUE DILIGENCE REPORT**

**Order#: LA624066**

# EXHIBIT 2

| Attorney or Party without Attorney: Andrew K. Alper, Esq., SBN: 088876<br>FRANDZEL ROBINS BLOOM & CSATO,L.C.<br>1000 Wilshire Boulevard, Nineteenth Floor<br>Los Angeles, CA 90017<br>TELEPHONE No.: (323) 852-1000<br>Attorney for: Plaintiff Regions Bank | E-MAIL ADDRESS (Optional): aalper@frandzel.com<br>FAX No. (Optional):<br>Ref No. or File No.: 100287-0289 | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: United States District Court Central District of California - Western Division | | | | |
| Petitioner: REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL<br>Respondent: CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, et al. | | | | |
| **DECLARATION OF DUE DILIGENCE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:25-cv-00359-CAS-KS |

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company**

Documents: **Complaint; AMENDED - SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR); Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge**

| Date | Time | | Results |
|---|---|---|---|
| 4/14/2025 | 1:51 PM | Business | 1578 Harris Ave, Kailua, HI 96734<br>This address is located on base and we are required to arrange service through the JAG office. We requested assistance on 4/14 at 1:51 pm. We'll reach out to them again.<br>SERVER: Melissa Toyooka |
| 4/21/2025 | 12:41 PM | Business | 1578 Harris Ave, Kailua, HI 96734<br>BAD ADDRESS: PER STEVEN C. FLORES, CORPORAL AT THE U.S. MARINE CORPS OFFICE OF THE STAFF JUDGE ADVOCATE, Andrew Williams is no longer an active-duty Marine on Marine Corps Base Hawaii. He is now a reservist working in North Carolina.<br>SERVER: Melissa Toyooka |

Fee for Service: **$ 159.70**
County:
Registration No.:
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 19, 2025.

Signature: ______________________
**Melissa Toyooka**

**DUE DILIGENCE REPORT**

**Order#: LA635677A**

# EXHIBIT 3

| Attorney or Party without Attorney: Andrew K. Alper, Esq., SBN: 088876<br>FRANDZEL ROBINS BLOOM & CSATO,L.C.<br>1000 Wilshire Blvd 19th Flr<br>Los Angeles, CA 90017<br>TELEPHONE No.: (323) 852-1000<br>E-MAIL ADDRESS (Optional): aalper@frandzel.com<br>FAX No. (Optional):<br>Attorney for: Plaintiff Regions Bank<br>Ref No. or File No.: 100287-0289 | FOR COURT USE ONLY |
| --- | --- |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Central District of California - Western Division | |
| Petitioner: REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL<br>Respondent: CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, et al. | |

| DECLARATION OF DUE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:25-cv-00359 CAS (KSx) |
| --- | --- | --- | --- | --- |

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual**

Documents: **Complaint; AMENDED-SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge**

| Date | Time | | Results |
| --- | --- | --- | --- |
| 4/11/2025 | 5:41 PM | Home | 402 Addleman Ave, West Covina, CA 91792<br>No answer at the door. Multiple surveillance cameras on property. |
| 4/12/2025 | 9:15 AM | Home | 402 Addleman Ave, West Covina, CA 91792<br>No answer at the door. I can hear movement inside. Honda SUV on driveway, lp# 5WOG612. |
| 4/13/2025 | 1:23 PM | Home | 402 Addleman Ave, West Covina, CA 91792<br>No answer at the door. Garage door was open. I made noise, but no one came out. No answer at neighbors. |

Fee for Service: **$ 202.74**

County: **Los Angeles**

Registration No.: **6222**

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 8, 2025.

Signature: ______________________

**John Salazar**

**DUE DILIGENCE REPORT**

**Order#: LA635691**