UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:25cv00359 CAS (KSx)                                        Date: June 11, 2025

Title  *REGIONS BANK DBA ACENTIUM CAPITAL v. CAR WASH MANAGEMENT, LLC; ET AL.*

Present: The Honorable:  CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) – ORDER TO SHOW CAUSE EXTENDED**

The Court is in receipt of Plaintiff's Response to Court's Order to Show Cause as to Service of Defendants[43] filed on June 10, 2025.  The Court hereby grants plaintiff's request to extend the Court's order to show cause.  Therefore, **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **July 28, 2025**, why this action should not be dismissed for lack of prosecution as to **defendants Car Wash Management, LLC,** *a Hawaii Limited Liability Company*; West Covina Car Wash, LLC; Jose Rene Ortiz *aka Jose R. Ortiz aka Jose Ortiz*; Andrew Paul Williams *aka Andrew P. Williams aka Andrew Williams*; and Washworld, Inc., only.  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter uness so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proof of service of summons and complaint on **defendants Car Wash Management, LLC,** *a Hawaii Limited Liability Company*; West Covina Car Wash, LLC; Jose Rene Ortiz *aka Jose R. Ortiz aka Jose Ortiz*; Andrew Paul Williams *aka Andrew P. Williams aka Andrew Williams*; and Washworld, Inc. on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| Initials of Preparer | CMJ |