Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-442-8878
Email:     *xestrada@bakerlaw.com*

*Attorney for Defendant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00359-CAS-KS<br><br>**DEFENDANT WASHWORLD, INC.'S AMENDED NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1) AND CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)**<br><br>Complaint Served:          6/3/2025 |

Under Central District of California Local Rule 7.1-1, the undersigned, counsel of record for Defendant WashWorld, Inc. ("WashWorld"), certifies that other than those named as parties, Peter Jensen and David Stock, co-owners of WashWorld, may have a pecuniary interest in the outcome of this case.

Under Federal Rule of Civil Procedure 7.1, WashWorld has no parent company, and no publicly held corporation owns 10% or more of WashWorld's stock.

Dated: June 23, 2025                           **BAKER & HOSTETLER LLP**


By: */s/ Xitlaly Estrada*
Xitlaly Estrada

*Attorney for Defendant*
WASHWORLD, INC.


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of June 2025, I filed the foregoing electronically through the CM/ECF system, which will provide notice and service to all counsel of record.


By: */s/ Xitlaly Estrada*
Xitlaly Estrada

1
DEFENDANT WASHWORLD, INC.'S AMENDED NOTICE OF INTERESTED
PARTIES (LOCAL RULE 7.1-1) AND CORPORATE DISCLOSURE
STATEMENT (FED. R. CIV. P. 7.1)
CASE NO.: 2:25-CV-00359-CAS-KS