Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-442-8878
Email:      *xestrada@bakerlaw.com*
            *aclaypool@bakerlaw.com*

*Attorney for Defendant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL, | Case No.: 2:25-cv-00359-CAS-KS |
| Plaintiff, | **NOTICE OF MOTION AND DEFENDANT WASHWORLD, INC.'S OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive, | [*Filed Concurrently with Memorandum of Points and Authorities; Declaration; and (Proposed) Order*]<br><br>DATE:      July 21, 2025<br>TIME:      10:00 AM<br>CTRM:      8D |
| Defendants. | |

NOTICE OF DEFENDANT'S OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO.: 2:25-CV-00359-CAS-KS

**TO THE HONORABLE COURT, AND TO PLAINTIFF, AND ITS COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** on July 21, 2025, at 10:00 AM., or as soon thereafter as counsel may be heard, in Courtroom 8D of the United States District Court, Central District of California, Western Division, located at 350 W. 1st Street, Los Angeles, California, 90012, Defendant WashWorld will and hereby does move this Court for an order extending its time to respond to the Complaint by 30 days.

This Motion is made pursuant to Fed. R. Civ. P. 6(b). WashWorld's Motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities, the pleadings and papers on file in this action, and upon such further argument and evidence as may be presented prior to or at the hearing of this Motion. This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 16, 2025 and June 20, 2025.

Dated: June 23, 2025

By: */s/ Xitlaly Estrada*
Xitlaly Estrada

**BAKER & HOSTETLER LLP**

*Attorney for Defendant*
WASHWORLD, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June 2025, I filed the foregoing electronically through the CM/ECF system, which will provide notice and service to all counsel of record.

By: */s/ Xitlaly Estrada*
Xitlaly Estrada

1

NOTICE OF DEFENDANT'S OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO.: 2:25-CV-00359-CAS-KS