Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310-442-8878
Email:      *xestrada@bakerlaw.com*
            *aclaypool@bakerlaw.com*

*Attorney for Defendant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00359-CAS-KS<br><br>**DECLARATION OF AVA CLAYPOOL IN SUPPORT OF OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[*Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; and Proposed Order*]<br><br>DATE:    July 21, 2025<br>TIME:    10:00 AM<br>CTRM:    8D<br><br>Case Filed: January 14, 2025 |

I, Ava Claypool, declare as follows:

1.      I am an attorney with the law firm of Baker & Hostetler LLP, counsel of record for Defendant WashWorld, Inc. ("WashWorld") in the above-captioned action. I am a member in good standing of the State Bar of California and duly

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

admitted to practice before the above-entitled Court. I submit this declaration in support of WashWorld's Opposed Motion for Extension of Time to Respond to Complaint. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2.     Plaintiff filed this action on January 14, 2025, alleging three causes of action against WashWorld. (ECF No. 1)

3.     Plaintiff served WashWorld on June 3, 2025, making its responsive pleading deadline June 24, 2025.

4.     WashWorld retained counsel on June 13, 2025, leaving it with seven business days to file its response.

5.     My colleague, Katharine Walton (*pro hac vice* forthcoming), reached out to counsel for Ascentium on June 16, 2025 to request a 30-day extension of time. A true and accurate copy of the email correspondence between the Parties is attached hereto as **Exhibit A.**

6.     The Parties had a call on June 16, 2025 to discuss the extension, and WashWorld did not specifically address how it intended to respond given its ongoing investigation of the underlying facts.

7.     The parties agreed to stipulate to a 30-day extension pursuant to Local Rule 8-3.

8.     Ms. Walton circulated a proposed stipulation to Ascentium's counsel on June 20, 2025.

9.     In response, counsel for Ascentium stated, "please let me know if your client intends to do anything but Answer. I was under the impression that the extension was to Answer only." *See* Exhibit A at 4.

10.     WashWorld explained it was evaluating its strategy and would not be able to commit to filing an answer in response. *Id.*

- 2
DECLARATION OF AVA CLAYPOOL ISO OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT
CASE NO.: 2:25-CV-00359-CAS-KS

11.     Ascentium then noted its difficulties with serving the other defendants and proposed a 15-day extension to file a motion or a 30-day extension to answer. *Id.* at 3.

12.     After WashWorld explained it would be unable to stipulate to a 15-day extension, Ascentium nevertheless revised the stipulation to reflect a 15-day extension for a motion or 30-day extension for an answer. *Id.* at 2.

13.     As WashWorld had already indicated it needed 30 days to respond, this reflected the same compromise previously proposed by Plaintiff's counsel.

14.     Counsel for WashWorld noted that, because of pre-existing conflicts, WashWorld is unable to stipulate to a 15-day extension should WashWorld choose to file a Rule 12 pleading in response and would proceed to seek an extension from the Court.

15.     WashWorld's request for an extension of time to respond is not sought for any improper purpose or to delay.

16.     WashWorld  has not previously requested any extension.

17.     The Court has not yet set any discovery cut-off date, pretrial conference date, or trial date, and the requested extension will not alter any other date set by the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2025.

*/s/ Ava Claypool*
Ava Claypool

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF AVA CLAYPOOL ISO OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT
CASE NO.: 2:25-CV-00359-CAS-KS

# EXHIBIT A

| | |
|---|---|
| **From:** | Andrew Alper <aalper@frandzel.com> |
| **Sent:** | Friday, June 20, 2025 3:49 PM |
| **To:** | Walton, Katharine |
| **Cc:** | Claypool, Ava; Gannon, Michael D. |
| **Subject:** | Re: [EXTERNAL] RE: revised by alper Washworld (Regions) - Stip for 30-Day Extension to Initial Complaint(5609070.1) |

Proceed as you believe is appropriate.
Sent from my iPhone

**Andrew Alper**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427

| | |
|---|---|
| Phone: | (323) 852-1000 |
| Facsimile: | (323) 651-2577 |
| E-mail: | aalper@frandzel.com |
| Web: | www.frandzel.com |





 **GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

On Jun 20, 2025, at 1:14 PM, Walton, Katharine <kwalton@bakerlaw.com> wrote:

Andrew,

As I noted, we can't agree to a 15-day extension. We have multiple existing deadlines over the next two weeks, so we'll proceed to file an opposed motion seeking 30 days to respond.

Best,
Kat

**From:** Andrew Alper <aalper@frandzel.com>
**Sent:** Friday, June 20, 2025 2:56 PM
**To:** Walton, Katharine <kwalton@bakerlaw.com>; Claypool, Ava <aclaypool@bakerlaw.com>
**Subject:** revised by alper Washworld (Regions) - Stip for 30-Day Extension to Initial Complaint(5609070.1)

1

[External Email: Use caution when clicking on links or opening attachments.]

Here is my revision to the stipulation. If this is not acceptable then please include this as an exhibit to your motion to seek an extension. As you can see we remain ready, willing and able to grant a reasonable extension. Thank you.

**Andrew Alper**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427

| | |
|---|---|
| Phone: | (323) 852-1000 |
| Facsimile: | (323) 651-2577 |
| E-mail: | aalper@frandzel.com |
| Web: | www.frandzel.com |

<image001.png>

<image002.jpg>

 **GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

**From:** Walton, Katharine
**Sent:** Friday, June 20, 2025 2:47 PM
**To:** Andrew Alper
**Cc:** Gannon, Michael D.; Claypool, Ava
**Subject:** RE: Regions Bank v. Car Wash Management, LLC, et al. - Extension of Time

Andrew,

We can't agree to 15 days. If you are not able to stipulate to 30 days, then the easiest path forward will be for WashWorld to file an opposed motion. Please let us know how you'd like to proceed.

Best,
Kat

**From:** Andrew Alper <aalper@frandzel.com>
**Sent:** Friday, June 20, 2025 2:30 PM
**To:** Walton, Katharine <kwalton@bakerlaw.com>
**Cc:** Gannon, Michael D. <mgannon@bakerlaw.com>; Claypool, Ava <aclaypool@bakerlaw.com>
**Subject:** RE: Regions Bank v. Car Wash Management, LLC, et al. - Extension of Time

My problem is that it has taken awhile to get all of the parties served and I am getting some pressure by the court to get this case at issue. Therefore, if I knew it was at issue in 30 days so be it. But if it is not at issue because of some motion to quash or a 12(b)(6) motion then it gives me some pause to grant an open extended time which may mean we won't even hear the motion if it is filed until August at best. So maybe there can be a compromise here. What if we gave you 30 days extension if to Answer and 15 days to file any other motion? Also your client is not the only one reserving its rights in the statement at the end of the stipulation so please make that mutual. Thank you.

**Andrew Alper**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427
Phone:          (323) 852-1000
Facsimile:      (323) 651-2577
E-mail:         aalper@frandzel.com
Web:            www.frandzel.com



 **GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Walton, Katharine <kwalton@bakerlaw.com>
**Sent:** Friday, June 20, 2025 12:17 PM
**To:** Andrew Alper <aalper@frandzel.com>

3

**Cc:** Gannon, Michael D. <mgannon@bakerlaw.com>; Claypool, Ava <aclaypool@bakerlaw.com>
**Subject:** [EXTERNAL] RE: Regions Bank v. Car Wash Management, LLC, et al. - Extension of Time

Andrew,

I've removed Thomas from the stipulation. We are evaluating our strategy and will not commit to only answering at this time. If you are unwilling to stipulate, please let me know and we will file an opposed motion for an extension of time.

Best,
Kat

**From:** Andrew Alper <aalper@frandzel.com>
**Sent:** Friday, June 20, 2025 1:53 PM
**To:** Walton, Katharine <kwalton@bakerlaw.com>
**Cc:** Gannon, Michael D. <mgannon@bakerlaw.com>; Claypool, Ava <aclaypool@bakerlaw.com>
**Subject:** RE: Regions Bank v. Car Wash Management, LLC, et al. - Extension of Time

[External Email: Use caution when clicking on links or opening attachments.]

First, you can delete the reference to Thomas M. Robins III on this matter. Second, please let me know if your client intends to do anything but Answer. I was under the impression that the extension was to Answer only. Thank you.
**Andrew Alper**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427
Phone:          (323) 852-1000
Facsimile:      (323) 651-2577
E-mail:          aalper@frandzel.com
Web:            www.frandzel.com




**GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Walton, Katharine <kwalton@bakerlaw.com>
**Sent:** Friday, June 20, 2025 11:45 AM
**To:** Andrew Alper <aalper@frandzel.com>; Thomas Robins <trobins@frandzel.com>
**Cc:** Gannon, Michael D. <mgannon@bakerlaw.com>; Claypool, Ava <aclaypool@bakerlaw.com>
**Subject:** [EXTERNAL] RE: Regions Bank v. Car Wash Management, LLC, et al. - Extension of Time

Andrew,

Please find attached a draft stipulation for your review. If you don't have any comments, please let us know whether we may proceed to add your name and file.

**4**

Best,
Kat

---

**From:** Walton, Katharine
**Sent:** Monday, June 16, 2025 2:44 PM
**To:** aalper@frandzel.com; trobins@frandzel.com
**Cc:** Gannon, Michael D. <mgannon@bakerlaw.com>
**Subject:** RE: Regions Bank v. Car Wash Management, LLC, et al. - Extension of Time

Andrew,

I just gave you a call back but missed you. I'm tied up for the rest of the day but am available after 10 AM CT tomorrow.

Best,
Kat

---

**From:** Walton, Katharine
**Sent:** Monday, June 16, 2025 12:53 PM
**To:** aalper@frandzel.com; trobins@frandzel.com
**Cc:** Gannon, Michael D. <mgannon@bakerlaw.com>
**Subject:** Regions Bank v. Car Wash Management, LLC, et al. - Extension of Time

Andrew and Thomas,

My firm was recently retained by Washworld, Inc. to represent Washworld in the litigation pending in the Central District of California. Will you stipulate to a 30-day extension to respond to the complaint? If so, we'll prepare and circulate the papers for your review.

Best,
Kat

**Kat Walton**
She | Her | Hers
Associate

---

**BakerHostetler**

One North Wacker Drive | Suite 3700
Chicago, IL 60606-2859
T +1.312.416.8187

kwalton@bakerlaw.com
bakerlaw.com

  

---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

**5**

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.