

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00359-CAS-KS<br><br>**[PROPOSED] ORDER GRANTING OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[*Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; and Declaration*]<br><br>DATE:     July 21, 2025<br>TIME:     10:00 AM<br>CTRM:     8D<br><br>Case Filed: January 14, 2025 |

[PROPOSED] ORDER GRANTING OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO.: 2:25-CV-00359-CAS-KS

The Court, having read and considered the Parties' papers and arguments on Defendant WashWorld, Inc.'s Opposed Motion for Extension of Time to Respond to Complaint, and for good cause appearing, rules as follows:

**IT IS HEREBY ORDERED** that WashWorld's deadline to respond to the Complaint be 30 days from the date of this Order. The clerk is instructed to vacate any default entered as to WashWorld, Inc., if applicable.

**IT IS SO ORDERED.**

Dated: _____                _____
                                        HON. CHRISTINA A. SNYDER
                                        UNITED STATES DISTRICT JUDGE

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -
[PROPOSED] ORDER GRANTING OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO.: 2:25-CV-00359-CAS-KS