Xitlaly Estrada (SBN 333403)
Baker & Hostetler LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK | CASE NUMBER |
| **Plaintiff(s)** | 2:25-cv-00359-CAS-KS |
| v. | |
| CAR WASH MANAGEMENT, LLC, ET AL. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| **Defendant(s).** | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Walton, Katharine H.

*Applicant's Name (Last Name, First Name & Middle Initial*

312-416-6200                    312-416-6201

*Telephone Number*          *Fax Number*

kwalton@bakerlaw.com

*E-Mail Address*

of

Baker & Hostetler LLP
One North Wacker Drive, Suite 3700
Chicago, IL 60606

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

WASHWORLD, INC.

*Name(s) of Party(ies) Represent*        ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Estrada, Xitlaly

*Designee's Name (Last Name, First Name & Middle Initial*

333403                    310-442-8878

*Designee's Cal. Bar No.*     *Telephone Number*   *Fax Number*

Xestrada@bakerlaw.com

*E-Mail Address*

of

Baker & Hostetler LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:

☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**