Name and address:
Xitlaly Estrada (SBN 333403)
Baker & Hostetler LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK<br><br>Plaintiff(s)<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, ET AL.,<br><br>Defendant(s). | CASE NUMBER<br>2:25-cv-00359-CAS-KS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Gannon, Michael David                     of    Baker & Hostetler LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*          One N. Walcker Drive
                                                                      Suite 3700
312-416-6294          312-416-6201                                    Chicago, Illinois 60606
*Telephone Number*        *Fax Number*
mgannon@bakerlaw.com
*E-Mail Address*                                  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

WashWorld, Inc.

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Estrada, Xitlaly                          of    Baker & Hostetler LLP
*Designee's Name (Last Name, First Name & Middle Initial)*        1900 Avenue of the Stars
333403       310-442-8878       310-820-8859                       Suite 2700
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*        Los Angeles, CA 90067
xestrada@bakerlaw.com
*E-Mail Address*                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　☐ for failure to complete Application: _____
　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**