Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-442-8878
Email:      *xestrada@bakerlaw.com*
            *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone:  312-416-6200
Email:      *mgannon@bakerlaw.com*
            *kwalton@bakerlaw.com*

*Attorney for Defendant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00359-CAS-KS<br><br>**REPLY IN SUPPORT OF DEFENDANT WASHWORLD, INC.'S OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>DATE:    July 21, 2025<br>TIME:    10:00 AM<br>CTRM:    8D |

Defendant WashWorld, Inc. ("WashWorld"), submits this reply in support of its opposed motion ("Motion") seeking a 30-day extension of time to respond to the Complaint.

In accordance with this Court's local rules, WashWorld filed its Motion pursuant to Federal Rule of Civil Procedure 6(b) on June 23, 2025 and noticed the motion for a hearing on July 21, 2025. Under Local Rule 7-9, Plaintiff Regions Bank d/b/a Ascentium Capital's ("Ascentium") deadline to file an opposition was July 3, 2025. Ascentium failed to file an opposition.

Pursuant to Local Rule 7-12, and subject to the discretion of this Court, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." WashWorld respectfully requests that the Court grant WashWorld's motion without a formal hearing in light of Ascentium's failure to file any opposition.

Accordingly, WashWorld respectfully requests that the Court enter an order granting it 30 days to respond to the Complaint. WashWorld further requests the Court, at its discretion, award WashWorld its reasonable fees for having to engage in this unnecessary motion practice under Local Rule 11-9.

Dated: July 7, 2025

By: */s/ Xitlaly Estrada*
Xitlaly Estrada

**BAKER & HOSTETLER LLP**

*Attorney for Defendant*
WASHWORLD, INC.

2
REPLY IN SUPPORT OF OPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT
CASE NO.: 2:25-CV-00359-CAS-KS

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I filed the foregoing electronically through the CM/ECF system, which will provide notice and service to all counsel of record.


By: */s/ Xitlaly Estrada*
Xitlaly Estrada

REPLY IN SUPPORT OF OPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT
CASE NO.: 2:25-CV-00359-CAS-KS