POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Andrew K. Alper        (SBN:088876)<br>aalper@frandzel.com<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>1000 Wilshire Boulevard, Nineteenth Floor<br>Los Angeles, CA 90017<br>TELEPHONE NO.: (323) 852-1000        FAX NO. *(Optional):* (323) 651-2577<br>E-MAIL ADDRESS *(Optional):* aalper@frandzel.com<br>ATTORNEY FOR *(Name):* Regions Bank, an Alabama State Bank, dba Ascentium Capital | |

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

STREET ADDRESS: 350 West 1st Street

MAILING ADDRESS:

CITY AND ZIP CODE: Los Angeles, 90012

BRANCH NAME: Western Division

| Plaintiff: Regions Bank, an Alabama State Bank dba Ascentium Capital<br><br>Defendant: Car Wash Management, LLC, et al. | CASE NUMBER<br>2:25–cv–00359–CAS (KSx) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    a. [X]  summons
    b. [X]  complaint
    c. [X]  Alternative Dispute Resolution (ADR) package
    d. [X]  Civil Case Cover Sheet *(served in complex cases only)*
    e. [ ]  cross-complaint
    f. [X]  other *(specify documents):* See Attachment MC-025

3.  a.  Party served *(specify name of party as shown on documents served):*
        Jose Rene Ortiz, aka Jose R. Ortiz, aka Jose Ortiz, an individual

    b. [ ]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substitute service was made) (specify name and relationship to the party named in item 3a):

4.  Address where the party was served: 402 Addleman Avenue, West Covina, California 91792

5.  I served the party *(check proper box)*
    a. [X]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* June 25, 2025        (2) at *(time):* 8:22 a.m.

    b. [ ]  **by substituted service.** On *(date):*        at *(time):*        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1) [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
            *(date):*        from *(city):*        or [ ]  a declaration of mailing is attached.

        [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

POS-010

| Plaintiff: Regions Bank, an Alabama State Bank dba Ascentium Capital | CASE NUMBER: |
|---|---|
| Defendant: Car Wash Management, LLC, et al. | 2:25-cv-00359 CAS (KSx) |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                    (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                 ☐ other:

7.  **Person who served papers**
   a.  Name: Alma Nava
   b.  Address: 820 Center Street, Unit 14, Costa Mesa, California 92627
   c.  Telephone number: (800) 274-9864
   d.  The fee for service was: $
   e.  I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.: PCS# 6216
         (iii) County: Orange

8.  ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   **or**
9.  ☐ I am a **California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: June 25, 2025

Alma Nava
_____              ► _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                  (SIGNATURE)

POS-010 [Rev. January 1, 2007]                **PROOF OF SERVICE OF SUMMONS**                Page 2 of 2

**MC-025**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Regions Bank vs Car Wash Management, LLC, et al. | 2:25-cv-00359-CAS (KSx |

ATTACHMENT *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

Certification and Notice of Interested Parties
Notice of Assignment to United States Judges
Notice to Parties of Court-Directed ADR Program
Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge
Amended - Summons in a Civil Action

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov