Lisa Mitts Patrick, Esq. #134522
THE LAW OFFICE OF LISA MITTS PATRICK
122 E. Amerige Ave., Suite 313
Fullerton, CA 92832
Phone: (714) 990 – 3693
Fax: (657) 234 – 0012
Email: lolmp2021@gmail.com

Attorneys for Defendant,
JOSE RENE ORTIZ,
aka JOSE R. ORTIZ,
aka JOSE ORTIZ, an individual

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL<br><br>Plaintiff,<br><br>vs.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendant | Case No.: 2:25-CV-00359<br><br>ANSWER TO COMPLAINT |

Comes now, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual (hereinafter "Defendant") and no others, and answer on the Complaint of Plaintiff REGIONS

ANSWER TO COMPLAINT - 1

BANK, an Alabama State bank dba ASCENTIUM CAPITAL (hereinafter "Plaintiff") on file herein and admits, denies and alleges as follows:

## GENERAL DENIAL

Pursuant to Federal Code of Civil Procedure 8(b)(3) Defendant ORTIZ denies the allegations of the Complaint, and each cause of action, and each paragraph in each cause of action, and each and every part thereof, including a denial that Plaintiff was damaged in the sum or sums alleged or to be alleged, or any other sum whatsoever. Defendant ORTIZ further denies that the Plaintiff was injured or damaged in any of the amounts alleged, or in any other manner or amount whatsoever by reason of any act or omission, fault, conduct or liability on the part of this answering Defendant, whether by breach of any agreements, committed by any acts of fraud or misrepresentation or that he is liable to the Plaintiff for any reason.

## FIRST AFFIRMATIVE DEFENSE

## (IMPOSSIBILITY/FRUSTRATION OF PURPOSE)

Defendant is informed, and believes and on such information and belief alleges that any and all duties for which Defendant would have been obliged to perform under the Guaranty contract as provided to Plaintiff's Complaint as Exhibit 7 have been be discharged due to impossibility of performing under the contract.

## SECOND AFFIRMATIVE DEFENSE

## (SUPERSEDING CAUSES)

Answering Defendant is informed and believes and on that basis, alleges that any and all damages, if any were the direct and proximate result of the intervening and superseding actions of other parties, either served or unserved and not this answering Defendant and that such

ANSWER TO COMPLAINT - 2

intervening and superseding actions of other parties, whether or not served, bar recovery herein by Plaintiff.

## THIRD AFFIRMATIVE DEFENSE

### (LACHES)

Plaintiff has unreasonably delayed the commencement of the within action to the substantial prejudice of the answering Defendant and by reason thereof is guilty of laches and Plaintiff is thereby precluded from recovery within the action.

## FOURTH AFFIRMATIVE DEFENSE

### (UNCLEAN HANDS)

Plaintiff's conduct with respect to the matters alleged in the Complaint deprives the Plaintiff of clean hands, and by reason of not coming into court with clean hands, Plaintiff is precluded from recovery in the within action.

## FIFTH AFFIRMATIVE DEFENSE

### (PROCEDURAL AND SUBSTANTIVE UNCONSCIONABILITY)

The answering Defendant is informed, believes and thereon alleges that both the substance and nature of any alleged contract between Plaintiff and this answering Defendant were both procedurally and substantively unconscionable such that Plaintiff is precluded from recovery within the action.

## SIXTH AFFIRMATIVE DEFENSE

### (FAILURE TO STATE A CAUSE OF ACTION)

Each of Plaintiff's causes of action, individually, fails to state facts sufficient to constitute a cause of action against this answering Defendant.

ANSWER TO COMPLAINT - 3

## SEVENTH AFFIRMATIVE DEFENSE

### (WAIVER)

Answering Defendant is informed and believes and thereon alleges that the Plaintiff has engaged in conduct and activity sufficient to constitute waiver of any alleged breach of warranty, guaranty, breach of duty, act, omission, or any other conduct, if any, as set forth in Plaintiff's Complaint.

## EIGHTH AFFIRMATIVE DEFENSE

### (STATUTE OF LIMITATIONS)

The answering Defendant alleges that the Plaintiff is barred by the applicable statute of limitations.

## NINTH AFFIRMATIVE DEFENSE

### (NO CONSIDERATION FOR PERSONAL GUARANTY)

This answering Defendant alleges that he did not receive any consideration in any manner for the Plaintiff's Exhibit 7, alleged contractual "personal guaranty" on behalf of any companies listed in Plaintiff's Complaint, including but not limited to CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC a Hawaii Limited Liability Company, and/or WEST COVINA CAR WASH LLC, a California Limited Liability Company and any such alleged personal guarantee is void and/or void ab initio.

## TENTH AFFIRMATIVE DEFENSE

### (ASSUMPTION OF RISK)

The answering Defendant alleges that the Plaintiff expressly, voluntarily, and knowingly assumed all risks about which it complains in its Complaint and therefore, is barred, either totally or to the extent of said assumption, from any damages.

## ELEVENTH AFFIRMATIVE DEFENSE

### (COMPLAINT FRIVOLOUS AND IN BAD FAITH)

The answering Defendant alleges Plaintiff's Complaint is frivolous and is not based in good faith as to the answering Defendant within the meaning of the Federal Code of Civil Procedure Section 11, and the answering Defendant is entitled to recover its reasonable expenses, including attorneys' fees, in defending this action.

## TWELFTH AFFIRMATIVE DEFENSE

### (ESTOPPEL)

The answering Defendant is informed and believes and thereon alleges that the Plaintiff engaged in conduct and activity with respect to the subject of this litigation, contracts, and incidents, which are the subject of Plaintiff's Complaint, and by reason of said activities and conduct is estopped from asserting any claims for damages or seeking any other relief against the answering Defendant.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (SPOLIATION OF EVIDENCE)

The answering Defendant is informed and believe and thereon alleges that Plaintiff and/or Co-Defendants and/or their agents failed to preserve evidence, including but not limited to the subject property, including but not limited to money, and all fixtures and tangible items contained therein which are the subject of Plaintiff's complaint and by way of spoliation of evidence, Plaintiff and/or Co-Defendants and/or their agents have prevented or precluded this Answering Defendant from properly investigating and preparing an adequate defense to the matters herein alleged, all, to this Defendant's irreparable damage, thereby and thereupon providing a legal basis for relief.

ANSWER TO COMPLAINT - 5

## THIRTEENTH AFFIRMATIVE DEFENSE

## (LACK OF STANDING)

The answering Defendant is informed and believes and on that basis alleges, that Plaintiff lacks standing to sue the Defendant with respect to the property and alleged damages described in the Complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE

## (UNCERTAINTY)

The Complaint and each and every purported cause of action therein in uncertain.

## FIFTEENTH AFFIRMATIVE DEFENSE

## (CAUSE IN FACT)

Plaintiff cannot prove any facts showing that the conduct of the Defendant was the cause in fact of any damages alleged in the Complaint such that the Defendant is entitled to Judgment in his favor.

## SIXTEENTH AFFIRMATIVE DEFENSE

## (PROXIMATE CAUSE)

Plaintiff cannot prove any facts showing that the conduct of the Defendant was the proximate cause of any damages alleged in the Complaint.

## SEVENTEENTH AFFIRMATIVE DEFENSE

## (STANDARD OF CARE-LACK OF NOTICE)

The answering Defendant is informed and believes, and on that basis alleges, that at no time prior to the filing of this action did Plaintiff, or any agent, representative or employee thereof, notify these Defendants of any breach of contract, warranty, or duty to Plaintiff. By reason of said failure to notify, Plaintiff is barred from any recovery from this answering Defendant.

ANSWER TO COMPLAINT - 6

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (NO VIOLATION OF STATUTE)

The answering Defendants are informed and believe and on that the answering Defendant did not violate a statute, ordinance, or regulation. Plaintiff's alleged damages were not actually or proximately caused by any statutory violation on behalf of the Defendant. Plaintiff's damages did not result from an occurrence, the nature of which, the claimed statutes, ordinance, or regulations were designed to prevent.

## NINETEENTH AFFIRMATIVE DEFENSE

### (NO INDUCEMENT)

The answering Defendant is informed and believes and thereon alleges that there was no conduct by the answering Defendant which would have served as inducement for the purpose of establishing a claim of fraud against him.

## TWENTIETH AFFIRMATIVE DEFENSE

### (RESERVATION)

The answering defendant presently has insufficient knowledge or information on which to form a belief as to whether it may avail itself of additional, as yet unstated, affirmative defenses.

## TWENTY-FIRST AFFIRMTIVE DEFENSE

### (NO CARE, CONTROL, OR CUSTODY OF THE FUNDS)

The answering Defendant believes and thereon alleges that care, control, and/or custody of the alleged funds were outside of his care, control and custody.

/ / /

/ / /

/ / /

ANSWER TO COMPLAINT - 7

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (FAILURE TO MITIGATE)

The answering Defendant believes and thereon alleges that Plaintiff failed to mitigate their damages.

## **DEMAND FOR JURY TRIAL**

The answering Defendant, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual demands a trial by jury on all issues triable by jury in this action and all cross-actions.

_____  7/16/25

Lisa Mitts Patrick

**FEDERAL COURT PROOF OF SERVICE**

Case No. 2:25-cv-00359

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over the age of 18 years of age and not a party to this action. My business address is 122 E. Amerige Ave., Suite 313, Fullerton CA, 92832.

On July 16, 2025, I served true copies of the following document(s): DEFENDANTS JOSE RENE ORTIZ's, aka JOSE R. ORTIZ's, aka JOSE ORTIZ's ANSWER TO PLAINTIFF'S COMPLAINT.

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

(X ) BY EMAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent from e-mail address lolmp2021@gmailcom to the persons at the e-email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(X)  By Fax. I sent the documents to the above listed parties by fax to the number listed on their pleading and the transmission was complete and with no errors.

(X) By Mail. I placed a true copy of the document in the United States Mail in a sealed envelope with the postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 16, 2025, at Fullerton, California.

Lilly Mirdamadi

ANSWER TO COMPLAINT – 9

**SERVICE LIST**

Case No. 2:25-cv-00359

| | |
|---|---|
| Andrew K. Alper, Esq.<br>Thomas M. Robins, Esq.<br>FRANDZEL, ROBINS, BLOOM and CSATO<br>1000 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90017-2427<br><br>Phone: 323-852-1000<br>Fax: 325-651-2577<br>Email: aalper@franzel.com,<br>trobins@franzel.com | Attorney for answering Defendant, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual |

ANSWER TO COMPLAINT - 11