Lisa Mitts Patrick, Esq. #134522
THE LAW OFFICE OF LISA MITTS PATRICK
122 E. Amerige Ave., Suite 313
Fullerton, CA 92832
Phone: (714) 990 – 3693
Fax: (657) 234 – 0012
Email: lolmp2021@gmail.com

Attorneys for Defendant,
JOSE RENE ORTIZ,
aka JOSE R. ORTIZ,
aka JOSE ORTIZ, an individual

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL, | Case No.: 2:25-CV-00359 |
| Plaintiff,vs. | |
| CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive, | **CROSS COMPLAINT FOR:**<br>**1. FRAUD, CONCEALMENT AND MISREPRESENTATION**<br>**2. BREACH OF CONTRACT**<br>**3. MONEY HAD AND RECEIVED** |
| Defendant. | |
| JOSE RENE ORTIZ, <br>        Cross Complainant, <br>vs. <br><br>ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an | |

CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT AND    MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED - 1

individual, CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,

Cross Defendants.

Comes now, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual Defendant herein and hereinafter "Cross Complainant" who Cross Complains to his Co-Defendants as follows:

**GENERAL ALLEGATIONS**

A. Parties

1. At all times herein mentioned, Cross Complainant JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, (hereinafter "ORTIZ") was and is a resident of the City of West Covina, Los Angeles County, California.

2. At all times herein mentioned, Cross Defendant ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, (hereinafter "WILLIAMS") an individual was and is a resident of the City of San Diego, San Diego County, California.

3. At all times herein mentioned, Cross Defendant CAR WASH MANAGEMENT, LLC a Delaware Limited Liability Company was a Limited liability company established and operating under the laws of the state of Delaware and had been authorized to and was doing business in and about the Counties of San Diego, and Los Angeles, California with WILLIAMS as the CEO/owner of record.

CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT AND    MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED - 2

4.  At all times herein mentioned, Cross Defendant CAR WASH MANAGEMENT, LLC a Hawaii Limited Liability Company was a Limited liability company established and operating under the laws of the state of Hawaii and had been authorized to and was doing business in and about the Counties of San Diego, and Los Angeles, California with WILLIAMS as the CEO/owner of record.

5.  At all times herein mentioned, Cross Defendant WEST COVINA CAR WASH, LLC a California Limited Liability Company was a Limited liability company established and operating under the laws of the state of Delaware and had been authorized to and was doing business in and about the Counties of San Diego, and Los Angeles, California with WILLIAMS as the CEO/owner of record.

6.  The three aforementioned car wash related entities owned by WILLIAMS are hereinafter collectively referred to as "the car wash related entities."

7.  At all times herein mentioned, Cross Defendant WASHWORLD INC., a Wisconsin Corporation, (hereinafter "WASHWORLD") was and is a corporation organized and existing under the laws of the state of Wisconsin, with its principal place of business in Wisconsin, which was and is authorized to and doing business in the State of California in and about the County of Los Angeles.

B. Jurisdiction and Venue

Jurisdiction is proper in that this Cross Complaint is filed pursuant to the jurisdiction identified in the Plaintiff's Complaint, to-wit that there remains complete diversity of citizenship between the Plaintiff, the Defendants and the Cross Defendants pursuant to 28 U.S.C. §1332(a) and the amount in dispute is in excess of $75,000.00.

CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT AND    MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED - 3

Venue is proper in that this Cross Complaint is filed pursuant to the venue identified in the Plaintiff's Complaint, to-wit that the causes of action in the Complaint and the Cross Complaint occurred in this District in Los Angeles County, California, that one or more of the Defendants reside in this District, and that the property alleged in the complaint is located within this Judicial District.

**FIRST CAUSE OF ACTION**
**(FRAUD, CONCEALMENT, MISREPRESENTATION)**
**As against Cross-Defendant WILLIAMS and ROES 1 to 10, inclusive**

1. In or about 2023/2024, Cross Complainant ORTIZ entered into an undefined employment arrangement with Cross Defendant WILLIAMS, and ROES 1 to 10, inclusive, to work in one of his car wash centers, including but not limited to Co-Cross Defendants CAR WASH MANAGEMENT, LLC a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC a Hawaii Limited Liability Company, WEST COVINA CAR WASH, LLC, which WILLIAMS was the stated CEO, OWNER and sole member of, offering a future equity share and ROES 1 to 10. That future equity share as agreed, never materialized. ORTIZ never ran, or invested money in the LLCs or otherwise had any authority of any kind to bind any company or himself with regard to funds of any kind in the businesses, and at no time was ORTIZ anything other than a person working for and/or employed by any of the "car wash related entities" listed in the Plaintiff's Complaint, though WILLIAMS informed ORTIZ that he would also be called a "member." Plaintiff was not aware of what a "member" was.

2. Plaintiff is informed and believes and thereon alleges that at all relevant times, Cross Defendant WILLIAMS was the sole owner/CEO of the car-wash related entities

CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT AND     MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED - 4

listed in the Plaintiff's Complaint, including but not limited to CAR WASH MANAGEMENT, LLC of Delaware and of Hawaii, as well as WEST COVINA CAR WASH, LLC of California. Plaintiff is informed and believes and thereon alleges that while he believes WILLIAMS was not CEO or owner of record of Co-Cross Defendant WASHWORLD, he may have had some ownership or other interest in said company by virtue of the allegations in Plaintiff's Complaint, to-wit page 5, lines 20 to 23 that somehow WILLIAMS was authorized by WASHWORLD to issue quotes on their behalf.

3. At all relevant times, Cross Complainant ORTIZ had no management authority, financing authority or any other authority of any kind, on behalf of any of the said entities or any other duties and obligations or to act on their behalf, except as an employee. (Cross Complainant left his employment with WILLIAMS in or about May of 2024, due to other lies and misrepresentations as well as unpaid funds due ORTIZ by WILLIAMS and/or the aforestated car wash related entities.)

4. Cross Complainant is informed and believes and thereon alleges that as alleged in the Plaintiff's Complaint, WILLIAMS either individually or on behalf of the companies he owned, took out some kind of loan from the Plaintiff for one of the car wash entities, without disclosing to ORTIZ any of the details. Cross Complainant did not know of the terms of the alleged agreement as to what if anything was to be purchased with said funds, or if the funds were to go generally to the company. ORTIZ never spoke with or otherwise communicated with anyone at the Plaintiff's bank or affiliates, and assumed any such loans were as stated by WILLIAMS, routine

business transactions for the company and under which he would have no personal liability.

5. Moreover, from the alleged transaction, ORTIZ never received any of the alleged funds paid by the Plaintiff, never retained any such funds not received, never knew when the funds were paid and/or to whom or for what, and never had any kind of benefit to the Plaintiff personally or in any capacity of such loan. ORTIZ never even received a full copy of the entire document and terms he was asked to sign and that the Plaintiff provided as Exhibits (pages therefrom) with their Complaint.

6. In or about 2024, Co-Defendant WILLIAMS, induced the signature(s) of the Cross Complainant ORTIZ on one or more of the various documents alleged in the Plaintiffs' Complaint, by purposefully knowing and lying to the Cross Complainant about the nature and terms of the subject loan, and misrepresenting to him and others, or otherwise fraudulently making representations to the Cross Complainant as to the need for and basis for his signature on any documents that allegedly contain the Cross Complainant's signature.

7. At no time was the Cross Complainant aware of the status of the subject funds, and that they may have, as alleged in the Complaint, been delivered erroneously (as alleged in the Complaint) to Co-Cross Defendant WASHWORLD, and that that was not a proper purpose of the loan as alleged in the Complaint, or that WASHWORLD retained funds allegedly mistakenly sent by Plaintiffs to them, and/or forwarded additional of those funds to other parties as alleged in the Complaint.

8. The aforementioned conduct was done with oppression, fraud and malice within the meaning of Civil Code §3294 and other laws such that Cross Complainant ORTIZ is

entitled to recover punitive and exemplary damages from WILLIAMS according to proof.

## SECOND CAUSE OF ACTION
### (BREACH OF CONTRACT)
**As against Cross-Defendant WILLIAMS, CAR WASH MANAGEMENT, LLC a Delaware Limited Liability Company CAR WASH MANAGEMENT, LLC a Hawaii Limited Liability Company, WEST COVINA CAR WASH, LLC, and ROES 11 to 20, inclusive**

9. Cross Complainant hereby restates and incorporates by reference, paragraphs 1 to 8, inclusive as though fully set forth at length herein.

10. Cross Complainant ORTIZ alleges that Cross Defendants WILLIAMS and CAR WASH MANAGEMENT, LLC a Delaware Limited Liability Company, CAR WASH MANAGEMENNT, LLC. A Hawaii Limited Liability Company, and/or WEST COVINA CAR WASH, LLC, a California Limited Liability Company, and ROES 11 to 20, inclusive, which were owned by WILLIAMS, either ostensibly, and/or of records filed with the Secretary of State, and each of them, failed to honor the terms of the oral and written agreements by which ORTIZ was employed, by making the false statements and misrepresentations as set forth in the first cause of action, failing to make payments owed to the Cross Complainant, making misrepresentations on Cross Complainant's behalf to other third parties, such as the Plaintiff and Co-Cross Defendant WASHWORLD, that may have triggered legal obligations of the Cross Complainant that were unbeknownst to the Cross Complainant, all to Cross Complainants damage.

11. Said breaches of the agreement, proximately caused and resulted in damages to the Cross Complainant in sums to be prove within the jurisdiction of this court, exceeding $75,000.00 and entitling him to his attorneys fees and costs.

### THIRD CAUSE OF ACTION
### (MONEY HAD AND RECEIVED)
**As against Cross-Defendant WASHWORLD, a Wisconsin Corporation and ROES 21 to 35, inclusive**

12. Cross Complainant hereby restates and incorporates by reference, paragraphs 1 to 11, inclusive as though fully set forth at length herein.

13. Cross Complainant is informed and believes and thereon alleges per the Plaintiff's Complaint that the alleged "Mistaken payment" subject funds were paid over by the Plaintiff to Co-Cross Defendant WASHWORLD and that WASHWORLD retained said funds for purposes not permitted according to the Plaintiffs and did not refund the Plaintiff, nor anyone, nor notify this Cross Complainant of even receipt of said funds.

14. Cross Complainant is informed and believes and thereon alleges that WASHWORLD has retained all or part of said funds for their own benefit and after being requested and demanded to return the funds has failed and refused to do so despite knowledge that the funds did not belong to them, or to the alleged contracting car wash related entity. WASHWORLD has therefore become indebted to the Cross Complainant who is alleged to be indebted to others, for the money had and received for their alleged use and benefit or the alleged use and benefit of one or more of the Co-Defendants in this case.

15. As a result, Cross Complainant ORTIZ, if held responsible for the funds, is entitled to recover to himself or to any party he is deemed to owe, all amounts paid to

CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT AND    MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED - 8

WASHWORLD via the allegedly "Mistaken Payment" together with interest thereon in an amount according to proof.

**WHEREFORE**, Cross Complainant prays for judgment against Cross Defendants and each of them as follows.

FIRST CAUSE OF ACTION: (Fraud, Misrepresentation, Concealment)

1. For any amounts that the Cross Complainant should be required to pay any parties relating to the subject allegations of the Plaintiff.

2. For interest on any such sums.

3. For reasonable attorneys fees and costs in an amount according to proof.

4. For punitive damages

SECOND CAUSE OF ACTION: (Breach of Contract)

1. For economic damages for the breach of the contract including any amounts that the Cross Complainant should be required to pay any parties relating to the subject allegations of the Plaintiff.

2. For any sums owed by said Defendants to the Plaintiff.

3. For interest on any such sums.

4. For reasonable attorneys fees and costs in an amount according to proof.

/ / /

/ / /

/ / /

/ / /

CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT AND    MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED - 9

<u>THIRD CAUSE OF ACTION</u>: (Money had and received)

1. Payment over to the Cross Complainant, or the parties owed, of all sums allegedly paid over in a "Mistaken Payment" or otherwise.

2. For interest on any such sums.

3. For reasonable attorneys fees and costs in an amount according to proof.

_Lisa Mitts_ 7/16/25

Lisa Mitts Patrick

CROSS COMPLAINT FOR:1. FRAUD. CONCEALMENT AND    MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED - 10

**FEDERAL COURT PROOF OF SERVICE**

Case No. 2:25-cv-00359

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over the age of 18 years of age and not a party to this action. My business address is 122 E. Amerige Ave., Suite 313, Fullerton CA, 92832.

On July 16, 2025, I served true copies of the following document(s):

**CROSS COMPLAINT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

(X ) BY EMAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent from e-mail address lolmp2021@gmailcom to the persons at the e-email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(X)  By Fax. I sent the documents to the above listed parties by fax to the number listed on their pleading and the transmission was complete and with no errors.

(X) By Mail. I placed a true copy of the document in the United States Mail in a sealed envelope with the postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 16, 2025, at Fullerton, California.

Lilly Mirdamadi

CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT AND     MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED - 11

## SERVICE LIST

Case No. 2:25-cv-00359

| | |
|---|---|
| Andrew K. Alper, Esq.<br>Thomas M. Robins, Esq.<br>FRANDZEL, ROBINS, BLOOM and CSATO<br>1000 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90017-2427<br><br>Phone: 323-852-1000<br>Fax: 325-651-2577<br>Email: aalper@franzel.com,<br>trobins@franzel.com | Attorney for answering Defendant, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual |

CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT AND     MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED - 12