UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-00359-CAS-KSx | Date | July 16, 2025 |
|---|---|---|---|
| Title | Regions Bank v. Car Wash Management, LLC et al | | |

Present: The Honorable    CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Not Present                    Not Present

**Proceedings:**    (IN CHAMBERS) – DEFENDANT WASHWORLD, INC.'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (Dkt. 47, filed on June 23, 2025)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; L.R. 7-15.

On January 14, 2025, plaintiff Regions Bank, an Alabama State Bank ("plaintiff") filed its Complaint against Car Wash Management, LLC of Delaware, Car Wash Management LLC of Hawaii, West Covina Car Wash LLC, Jose Ortiz, Andrew Paul Williams, WashWorld, Inc. ("WashWorld"). Plaintiff alleges seven claims for relief: (1) breach of equipment finance agreement; (2) breach of guaranty against defendant Jose Ortiz; (3) breach of guaranty against West Covina Car Wash LLC; (4) fraud/concealment; (5) recovery for payment of money by mistake, unjust enrichment; (6) breach of contract; (7) money had and received. Dkt. 1 ("Compl.").

On June 23, 2025, WashWorld filed a motion to extend its time to respond to the Complaint. Dkt. 47 ("Mot."). Plaintiff did not file an opposition. On July 7, 2025, WashWorld filed its reply. Dkt. 52 ("Reply").

It appears that WashWorld telephonically requested a 30-day extension to respond to the Complaint, to which there was no objection. Mot. at 2. However, plaintiff, upon receiving a stipulation to allow WashWorld a 30-day extension to answer or otherwise plead, stated that it would only grant a 15-day extension if WashWorld intended to file a motion to dismiss. Id. at 3. Plaintiff offers no principled reason for requiring that a motion to dismiss should be treated differently from an answer, particularly when the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-00359-CAS-KSx | Date | July 16, 2025 |
|----------|----------------------|------|---------------|
| Title | Regions Bank v. Car Wash Management, LLC et al | | |

request for additional time was only 30 days.  Accordingly, plaintiff's failure to oppose this motion is deemed consent.  L.R. 7-12.

The Court **GRANTS** WashWorld's request for 30 days to answer or otherwise plead.  The responsive pleading, be it an answer or motion to dismiss, will be **due on August 15, 2025**.

|  | 00 | : | 00 |
|--|----|---|----|
| Initials of Preparer | | CMJ | |