NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Law Office of Lisa Mitts Patrick
Lisa Mitts Patrick, Esq., SBN 134522
112 E. Amerige Ave. Ste 313
Fullerton, CA 92832

ATTORNEY(S) FOR:  Defendant Jose Rene Ortiz

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL<br><br>v.<br>Plaintiff(s), | | S:25-CV-00359 |
| Defendant(s) | | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Defendant, JOSE RENE ORTIZ aka Jose R. Ortiz, aka Jose Ortiz _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jose Rene Ortiz | Defendant/Cross Complainant |
| Car Wash Management, LLC a Delaware LLC | Defendant/Cross Defendant |
| Car Wash Management, LLC a Hawaii LLC | Defendant/Cross Defendant |
| West Covina Car Wash, LLC a California LLC | Defendant/Cross Defendant |
| Andrew Paul Williams, aka Andrew P. Williams, aka Andrew Williams, an individual | Defendant/Cross Defendant |
| Washworld, Inc., a Wisconsin Corporation | Defendant/Cross Defendant |

7/15/25

Date

Signature

Attorney of record for (or name of party appearing in pro per):

LISA MITTS PATRICK

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES