Lisa Mitts Patrick, Esq. #134522
THE LAW OFFICE OF LISA MITTS PATRICK
122 E. Amerige Ave., Suite 313
Fullerton, CA 92832
Phone: (714) 990 – 3693
Fax: (657) 234 – 0012
Email: lolmp2021@gmail.com

Attorneys for Defendant,
JOSE RENE ORTIZ,
aka JOSE R. ORTIZ,
aka JOSE ORTIZ, an individual

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>        Plaintiff,vs.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>        Defendant. | Case No.: 2:25-CV-00359<br><br><br>PROOF OF SERVICE<br>OF CERTIFICATE<br>NOTICE OF INTERESTED PARTIES |

JOSE RENE ORTIZ,
            Cross Complainant,
vs.

ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company,

PROOF OF SERVICE OF CERTIFICATE NOTICE OF INTERESTED PARTIES -1

CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,

            Cross Defendants.

At the time of service, I was over the age of 18 years of age and not a party to this action. My business address is 122 E. Amerige Ave., Suite 313, Fullerton CA, 92832, County of Orange. On July 16, 2025, I served true copies of the following document(s):

**CERTIFICATE / NOTICE OF INTERESTED PARTIES**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

(X ) BY EMAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent from e-mail address lolmp2021@gmailcom to the persons at the e-mail addresses listed in the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(X) By Fax. I sent the documents to the above listed parties by fax to the number listed on their pleading and the transmission was complete and with no errors.

(X) By Mail. From my office address above, I placed a true copy of the document in the United States Mail in a sealed envelope with the postage thereon fully prepaid addressed to the person(s) listed on the attached service list.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2025, at Fullerton, California.

*Lilly Mirdamadi*
Lilly Mirdamadi

PROOF OF SERVICE OF CERTIFICATE NOTICE OF INTERESTED PARTIES -2

**SERVICE LIST**

Case No. 2:25-cv-00359

| | |
|---|---|
| Andrew K. Alper, Esq.<br>Thomas M. Robins, Esq.<br>FRANDZEL, ROBINS, BLOOM and CSATO<br>1000 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90017-2427<br><br>Phone: 323-852-1000<br>Fax: 325-651-2577<br>Email: aalper@franzel.com,<br>trobins@franzel.com | Attorney for PLAINTIFF |
| Katharine H. Walton, Esq.(PHV)<br>Michael David Gannon, Esq (PHV)<br>Baker & Hostetler LLP<br>One North Wacker Drive, Suite 3700<br>Chicago, IL 60606<br>Phone: 312-416-6200<br>Fax: 312-416-6201<br>Email: Kwalton@bakerlaw.com<br>mgannon@bakerlaw.com | PPV Attorney for WASHWORLD |
| Xitlaly Estrada, Esq.<br>Baker & Hostetler, LLP<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA +0067<br>Phone: 310-820-8800<br>Fax: 310-820-8859<br>Email: XEstrada@bakerlaw.com | CA Attorney for WASHWORLD |

PROOF OF SERVICE OF CERTIFICATE NOTICE OF INTERESTED PARTIES -3