Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:    310-442-8878
Email:    *xestrada@bakerlaw.com*
          *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone: 312-416-6200
Email:    *mgannon@bakerlaw.com*
          *kwalton@bakerlaw.com*

*Attorney for Defendant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br><br>Defendants.<br><br>JOSE RENE ORTIZ,<br><br>Cross Complainant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,<br><br>Cross Defendants. | Case No.: 2:25-cv-00359-CAS-KS<br><br>**STIPULATION TO EXTEND WASHWORLD, INC.'S TIME TO RESPOND TO CROSS COMPLAINT (L.R. 7-1)**<br><br>Cross Complaint Served:   7/16/2025<br>Current Response Date:   8/6/2025<br>New Response Date:   8/15/2025 |

## RECITALS

WHEREAS, on July 16, 2025, Cross Complainant JOSE RENE ORTIZ ("Cross Complainant") filed a Cross Complaint in the United States District Court Central District of California against CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, ANDREW PAUL WILLIAMS, WASHWORLD, INC., and ROES 1-35 ("WashWorld") (Cross Complainant and WashWorld are referred to herein collectively as the "Parties");

WHEREAS, based on the foregoing and pursuant to Fed. R. Civ. P. 12(a)(1)(B), WashWorld's deadline to respond to the Cross Complaint is August 6, 2025; and

WHEREAS, pursuant to Local Rule 7-1, the Parties have conferred and agree, and are stipulating herein, subject to Court approval, that good cause exists for a nine-day extension of time, up to and including August 15, 2025, for WashWorld to file its response to the Cross Complaint.

WHEREAS, counsel for Cross Complainant is out of the office from August 8, 2025 until August 25, 2025, and the Parties have conferred and agree, and are stipulating herein, that if WashWorld files a motion in response to the Cross Complaint, WashWorld will not select a hearing date earlier than September 22, 2025.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, by and through their respective undersigned counsel, subject to Court approval, that WashWorld's response to Cross Complainant's Cross Complaint is extended by 9 days, from August 6, 2025, to and including August 15, 2025.

IT IS FURTHER STIPULATED AND AGREED that if WashWorld files a motion in response to the Cross Complaint, WashWorld will not select a hearing date earlier than September 22, 2025.

By entering into this Stipulation, the Parties do not waive, and expressly reserve and retain,

1

STIPULATION TO EXTEND TIME TO RESPOND TO CROSS COMPLAINT (L.R 7-1)
CASE NO.: 2:25-CV-00359-CAS-KS

any and all legal and equitable defenses and objections which may be available to them in this action or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

**IT IS SO STIPULATED AND AGREED.**

Dated: July 23, 2025

By: _Lisa Mitts Patrick_

Lisa Mitts Patrick

**THE LAW OFFICE OF LISA MITTS PATRICK**

*Attorney for Plaintiff*
REGION BANK

By: _Katharine Walton_

Katharine H. Walton

**BAKER & HOSTETLER LLP**

*Attorney for Defendant* WASHWORLD, INC.

**ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

_Katharine Walton_
Katharine H. Walton

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July 2025, I filed the foregoing electronically through the CM/ECF system, which will provide notice and service to all counsel of record.

_Katharine Walton_
Katharine H. Walton

2

STIPULATION TO EXTEND TIME TO RESPOND TO CROSS COMPLAINT (L.R 7-1)
CASE NO.: 2:25-CV-00359-CAS-KS