# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br>Defendants.<br><br>JOSE RENE ORTIZ,<br><br>Cross Complainant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,<br><br>Cross Defendants. | Case No.: 2:25-cv-00359-CAS-KS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION**<br><br>Cross Complaint Served: 7/16/2025<br>Current Response Date: 8/6/2025<br>New Response Date: 8/15/2025 |

The Court, having read and considered the Parties' Stipulation, and for good cause appearing, rules as follows:

**IT IS HEREBY ORDERED** that WashWorld's deadline to respond to the Cross Complaint is August 15, 2025.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1