Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:    310-442-8878
Email:    *xestrada@bakerlaw.com*
    *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone: 312-416-6200
Email:    *mgannon@bakerlaw.com*
    *kwalton@bakerlaw.com*

*Attorney for Defendant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br>Defendants.<br><br>JOSE RENE ORTIZ,<br><br>Cross Complainant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,<br><br>Cross Defendants. | Case No.: 2:25-cv-00359-CAS-KS<br><br>**NOTICE OF ERRATA RE: STIPULATION TO EXTEND WASHWORLD, INC.'S TIME TO RESPOND TO CROSS COMPLAINT (L.R. 7-1) [ECF NO. 61]**<br><br>Cross Complaint Served:    7/16/2025<br>Current Response Date:    8/6/2025<br>New Response Date:    8/15/2025 |

NOTICE OF ERRATA RE: STIPULATION TO EXTEND TIME TO RESPOND TO CROSS COMPLAINT (L.R 7-1) (ECF NO. 61)
CASE NO.: 2:25-CV-00359-CAS-KS

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Cross Defendant WashWorld, Inc. ("WashWorld") submits the following Notice of Errata regarding Cross Defendant's Stipulation to Extend Time to Respond to Cross Complaint, which was originally filed in the above captioned matter on July 23, 2025. [ECF No. 61].

Due to an inadvertent error, Cross Defendant incorrectly identified counsel for Cross Complainant as counsel for Plaintiff in the signature block.

Dated: July 23, 2025                          Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:    */s/ Katharine Walton*
        Katharine H. Walton

*Attorneys for Cross Defendant*
*WASHWORLD, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July 2025, I filed the foregoing electronically through the CM/ECF system, which will provide notice and service to all counsel of record. I further certify that a copy was sent by email to counsel for Mr. Ortiz by agreement of the parties.

*/s/ Katharine H. Walton*
Katharine H. Walton

NOTICE OF ERRATA RE: STIPULATION TO EXTEND TIME TO RESPOND TO CROSS COMPLAINT (L.R 7-1) (ECF NO. 61)
CASE NO.: 2:25-CV-00359-CAS-KS