**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>        Plaintiff,<br><br>    v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br><br>        Defendants.<br><br>JOSE RENE ORTIZ,<br><br>        Cross Complainant,<br><br>    v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,<br><br>        Cross Defendants. | Case No.: 2:25-cv-00359-CAS-KSx<br><br>**ORDER GRANTING STIPULATION**<br><br>Cross Complaint Served:   7/16/2025<br>Current Response Date:   8/6/2025<br>New Response Date:      8/15/2025 |

///

///

///

The Court, having read and considered the Parties' Stipulation, and for good cause appearing, rules as follows:

**IT IS HEREBY ORDERED** that WashWorld's deadline to respond to the Cross Complaint is August 15, 2025.

**IT IS SO ORDERED.**

Dated: July 23, 2025

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1