Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff,
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00359 CAS (KSx)<br><br>**PLAINTIFF REGIONS BANK'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO SERVICE OF DEFENDANTS**<br><br>**[Order to Show Cause Response due by July 28, 2025, per Court Order dated June 11, 2025, as Document number 44]** |

PLAINTIFF REGIONS BANK'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO SERVICE OF DEFENDANTS

TO THE HONORABLE CHRISTINA SNYDER UNITED STATES DISTRICT COURT JUDGE AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL ("Plaintiff"), submits its response to the Court's Order to Show Cause as to service on Defendants Washworld, Inc, Andrew Williams, Jose Ortiz, Car Wash Management, Inc. a Hawaii Limited Liability Company, and West Covina Car Wash, LLC  (collectively "the unserved Defendants").

Defendant Washworld, Inc. has been served (see docket no 42), is represented by counsel and has filed pleadings with this Court asking for more time to respond to the Complaint then requesting more time to respond to the Cross-claim filed by Defendant Jose Ortiz.

Defendant Jose Ortiz has filed an Answer and Cross-claim in this case after he was served on or about June 25, 2025.

Defendant West Covina Car Wash, LLC was served on May 30, 2025. It can now be defaulted. No Answer or response has been received so Plaintiff will request entry of default as to that Defendant.

As to Defendant Andrew Williams, we believe we have a good address in San Diego but he definitely appears to be evading service.

As far as Car Wash Management, LLC, a Hawaii Limited Liability Company, the Hawaii Secretary of State shows this Defendant is not in good standing in the State of Hawaii. It also reflected that the agent for service of process was Andrew Williams at a Hawaii address in which service has been attempted. Interestingly the Secretary of State website also shows an Andrew Williams/ Car Wash Management, LLC address in San Diego which is at the address Plaintiff believes is a good address for service on Andrew Williams. If Andrew Williams is served then Car Wash Management, LLC a Hawaii LLC will be served at the same time.

Both Andrew Willaims and Car Wash Management LLC, a Hawaii Limited Liability Company are also Cross-defendants in the Jose Ortiz Cross-claim and maybe Jose Ortiz will be able to serve these two Defendants and Cross-defendants. Counsel for Plaintiff has contacted counsel for Jose Ortiz to see what service addresses they have but has not received a return communication.

PLAINTIFF REGIONS BANK'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO SERVICE OF DEFENDANTS

Plaintiff requests that given its progress in now serving 3 of the five unserved Defendants and with the information given to the Court with respect to Plaintiff's diligence in attempting to serve  the other two unserved Defendants that Plaintiff will be able to serve the remaining unserved Defendants and requests that the Court continue the Order to Show Cause for 45 days and believes that by that time all of the unserved Defendants will have been served, Answered or defaulted. If that has not happened then Plaintiff will probably dismiss all remaining unserved Defendants without prejudice so the case can proceed without further delay.

DATED:  July 24, 2025                    FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: _____
     ANDREW K. ALPER
     Attorneys for Plaintiff, REGIONS BANK, an
     Alabama State Bank, dba Ascentium Capital

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

3

PLAINTIFF REGIONS BANK'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO SERVICE OF DEFENDANTS

## **PROOF OF SERVICE**

**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On July 24, 2025, I served true copy(ies) of the **PLAINTIFF REGIONS BANK'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO SERVICE OF DEFENDANTS**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 24, 2025, at Los Angeles, California.

_____
Rebecca Santamaria

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

**SERVICE LIST**
**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

| | |
|---|---|
| Ava Claypool | Tel:    312-416-8187 |
| Katherine Walton | Email: kwalton@bakerlaw.com |
| BakerHostetler | aclaypool@bakerlaw.com |
| One North Wacker Drive, Suite 3700 | |
| Chicago, IL 60606-2859 | Attorney for Defendant Washworld, Inc. |
| | |
| Lisa Mitts Patrick, Esq. # 134522 | Tel: (714) 990- 3693 |
| The Law Office Of Lisa Mitts Patrick | Fax: (657) 234 - 0012 |
| 122 E. Amerige Ave., Suite 313 | Email: lolmp202 1@gwail.com |
| Fullerton, CA 92832 | |
| | Attorneys for Defendant and Cross-Complainant Jose Rene Ortiz, aka Jose R. Ortiz, aka Jose Ortiz, an individual |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2

PLAINTIFF REGIONS BANK'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO SERVICE OF DEFENDANTS