UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | 2:25cv00359 CAS (KSx)　　　　　　　　　　Date: July 24, 2025 |
| Title | *REGIONS BANK DBA ACENTIUM CAPITAL v. CAR WASH MANAGEMENT, LLC; ET AL.* |

Present: The Honorable:　　CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) – ORDER TO SHOW CAUSE EXTENDED**

　　The Court is in receipt of Plaintiff's Response to Court's Order to Show Cause as to Service of Defendants[65] filed on July 24, 2025.  Pursuant to plaintiff's Response [65] , and the record to date in this action, the Court hereby discharges the Order to Show Cause as to defendants Jose Rene Ortiz *aka Jose R. Ortiz aka Jose Ortiz*; and Washworld, Inc.  Further, the Court hereby grants plaintiff's request to extend the Court's order to show cause as to the remaining unserved defendants.  Therefore,

　　**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **September 8, 2025**, why this action should not be dismissed for lack of prosecution as to **defendants Car Wash Management, LLC,** *a Hawaii Limited Liability Company*; **West Covina Car Wash, LLC; and Andrew Paul Williams** *aka Andrew P. Williams aka Andrew Williams*, **only.**

　　In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter uness so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25cv00359 CAS (KSx)                                          Date: July 24, 2025

Title      *REGIONS BANK DBA ACENTIUM CAPITAL v. CAR WASH MANAGEMENT, LLC;
           ET AL.*

Plaintiff is advised that the Court will consider the following:

- A proof of service of summons and complaint on **defendants Car Wash Management, LLC,** *a Hawaii Limited Liability Company*; **and Andrew Paul Williams** *aka Andrew P. Williams aka Andrew Williams*; and

- An answer by **defendant West Covina Car Wash, LLC,** or plaintiff's request for entry of default on this defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |