# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br>　　　　　　Defendants. | Case No.: 2:25-cv-00359-CAS-KS<br><br>**[PROPOSED] ORDER GRANTING WASHWORLD, INC.'S MOTION TO DISMISS**<br><br>**(1) NOTICE OF MOTION**<br><br>**(2) MEMORANDUM OF POINTS**<br>　　**AND AUTHORITIES**<br><br>**(3) DECLARATION** |
| JOSE RENE ORTIZ,<br><br>　　　　Cross Complainant,<br><br>　　v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,<br><br>　　　　Cross Defendants. | DATE:　　September 22, 2025<br>TIME:　　10:00 AM<br>CTRM:　　8D |

The Court, having considered Defendant Washworld, Inc.'s Motion to Dismiss the Complaint, any opposition and reply thereto, the records on file in this proceeding, and any argument presented on the motion, rules as follows:

**IT IS HEREBY ORDERED** that Washworld, Inc.'s Motion to Dismiss the Complaint is **GRANTED** for the reasons set forth in Defendant's Motion, including that: (1) the Court lacks personal jurisdiction over Washworld under Federal Rule of Civil Procedure 12(b)(2); and (2) Plaintiff has failed to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1