Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310-442-8878
Email:    *xestrada@bakerlaw.com*
          *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone: 312-416-6200
Email:    *mgannon@bakerlaw.com*
          *kwalton@bakerlaw.com*

*Attorney for Defendant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br>                    Defendants. | Case No.: 2:25-cv-00359-CAS-KS<br><br>**DECLARATION OF ZACH JENSEN**<br><br>**(1)  NOTICE OF MOTION AND MOTION**<br><br>**(2)  MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**(3)  [PROPOSED] ORDER**<br><br>DATE:        September 29, 2025<br>TIME:        10:00 AM<br>CTRM:        8D |
| JOSE RENE ORTIZ,<br><br>                    Cross Complainant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,<br><br>                    Cross Defendants. | |

## DECLARATION OF ZACH JENSEN

I, Zach Jensen, declare as follows:

1.      I am the Chief Operating Officer of Washworld, Inc. ("Washworld"), a manufacturer of car wash equipment. Washworld is a Wisconsin corporation with its principal place of business in the State of Wisconsin.

2.      This declaration is being made in support of Washworld's Motion to Dismiss Cross Complainant Jose Rene Ortiz's Cross Complaint.

3.      In my position as Chief Operating Officer, I have personal knowledge of the business operations and records of Washworld, including its relationship with its distributors. The facts set forth in the declaration are based on my knowledge, background, and experience as the Chief Operating Officer. If called to testify as to the facts set forth herein, I could and would competently testify thereto. As to any matter stated herein on information and belief, I am informed and believe them to be true.

### Washworld's Lack of California Contacts

4.      Washworld is a corporation formed in, and under the laws of, the State of Wisconsin, with its headquarters in De Pere, Wisconsin.

5.      Washworld does not have any offices, warehouses, factories, or places of business in the State of California and does not maintain a phone number, facsimile number, or mailing address in the State of California.

6.      Washworld does not have any bank accounts located in the State of California.

7.      Washworld does not have any employees in the State of California.

8.      Between April 2023 to December 2024, Washworld's revenue from California represented approximately 7.53% of its total revenue over that period.

9.      Washworld's witnesses primarily live and work in Wisconsin, and the records relevant to this action are located at Washworld's Wisconsin headquarters.

1

<u>Distributor Relationships</u>

10.    Washworld provides equipment to distributors for resale. Of Washworld's 104 active distributors, only five distributors are in California. This represents approximately 4.8% of Washworld's total distributors.

11.    Washworld does not enter into contracts with these distributors.

12.    Although Washworld distributors have access to the Washworld order form, the distributors are not Washworld's agents, nor do distributors have the ability to place orders without first submitting them to Washworld for review and approval.

13.    Orders do not become final until they are accepted by the distributor and Washworld.

14.    Car Wash Management, LLC ("Car Wash Management") was one of Washworld's distributors. In 2023, Car Wash Management's orders represented 1.57% of Washworld's total sales, and in 2024, Car Wash Management's orders represented 1.85% of Washworld's total sales.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 15, 2025 at De Pere, Wisconsin.

Signed by:

*Zach Jensen*

B81E700F7D37450...

Zach Jensen

2

DECLARATION OF ZACH JENSEN
CASE NO.: 2:25-CV-00359-CAS-KS