# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,

Plaintiff,

v.

CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,

Defendants.

JOSE RENE ORTIZ,

Cross Complainant,

v.

ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,

Cross Defendants.

Case No.: 2:25-cv-00359-CAS-KS

**[PROPOSED] ORDER GRANTING WASHWORLD, INC.'S MOTION TO DISMISS**

**(1) NOTICE OF MOTION**

**(2) MEMORANDUM OF POINTS AND AUTHORITIES**

**(3) DECLARATION**

DATE:       September 29, 2025
TIME:        10:00 AM
CTRM:      8D

[PROPOSED] ORDER
CASE NO.: 2:25-CV-00359-CAS-KS

The Court, having considered Defendant Washworld, Inc.'s Motion to Dismiss the Cross Complaint, any opposition and reply thereto, the records on file in this proceeding, and any argument presented on the motion, rules as follows:

**IT IS HEREBY ORDERED** that Washworld, Inc.'s Motion to Dismiss the Cross Complaint is **GRANTED** for the reasons set forth in Defendant's Motion, including that: (1) the Court lacks personal jurisdiction over Washworld under Federal Rule of Civil Procedure 12(b)(2); and (2) Ortiz has failed to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

Dated: _____          _____

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1