Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-442-8878
Email:     *xestrada@bakerlaw.com*
           *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone: 312-416-6200
Email:     *mgannon@bakerlaw.com*
           *kwalton@bakerlaw.com*

*Attorney for Defendant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br>　　　　　Defendants.<br><br>JOSE RENE ORTIZ,<br><br>　　　　　Cross Complainant,<br><br>　　v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,<br><br>　　　　　Cross Defendants. | Case No.: 2:25-cv-00359-CAS-KS<br><br>**NOTICE OF ERRATA RE: CERTIFICATE OF COMPLIANCE (L.R. 11-6.2) [ECF NO. 67]** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Washworld, Inc. ("Washworld") submits the following Notice of Errata regarding Washworld's Memorandum of Points and Authorities in Support of its Motion to Dismiss the Complaint [ECF No. 67.]

Due to an inadvertent error, Washworld omitted the L.R. 11-6.2 Certificate of Compliance, but provides it below.

### CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant Washworld, Inc., certifies that Washworld's Memorandum of Points and Authorities [ECF No. 67] contains 6,783 words, which complies with the word limit of L.R. 11-6.1.

Dated:       August 19, 2025       Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:     /s/ Katharine Walton
        Katharine H. Walton

*Attorneys for Defendant*
*WASHWORLD, INC.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2025, I filed the foregoing electronically through the CM/ECF system, which will provide notice and service to all counsel of record. I further certify that a copy was sent by email to counsel for Mr. Ortiz by agreement of the parties.

/s/ Katharine H. Walton
Katharine H. Walton

1