Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff,
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendants.,<br><br>JOSE RENE ORTIZ,<br><br>Cross Complainant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka | Case No. 2:25-cv-00359 CAS (KSx)<br><br>**EVIDENTIARY OBJECTIONS BY DEFENDANT REGIONS BANK TO DECLARATION ZACH JENSEN IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>[Filed concurrently with Opposition to Motion to Dismiss; Memorandum of Points and Authorities; Evidentiary Objections; Declaration of Andrew K. Alper and Declaration of Jerry Noon]<br><br>Date:  September 22, 2025<br>Time:  10:00 A.M.<br>CTRM:  8D |

5677481v1 | 100287-0289

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

ANDREW WILLIAMS, an individual, CAR WASH MANAGEMENT, LLC,, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,

Cross Defendants.

Plaintiff REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL ("Regions") respectfully submits the following evidentiary objections to the Declaration of Zach Jensen ("Jensen Decl.") (Dkt 67-1) which declaration was filed in support of the Motion TO Dismiss Complaint filed by Washworld, Inc.("Washworld") ("Motion To Dismiss Pursuant to FED. R. CIV.P.12(b)(2)and 12(b)(6)") (Dkt. 67) filed by  Defendant Washworld.

| # | Testimony / Exhibit | Objections | Ruling |
|---|---|---|---|
| 1. | Jensen Decl., ⁋ 3. 1:8-10:<br><br>"In my position as Chief Operating Officer, I have personal knowledge of the business operations and records of Washworld, including its relationship with its distributors." | **Hearsay (Fed. R. Evid. 801, 802)**<br><br>Mr. Jensen's statements that he has personal knowledge of the business operations and records of Washworld constitute inadmissible hearsay.  Mr. Jensen is testifying as to the books and records of Washworld yet he has failed to qualify himself as custodian of record for Washworld or state how the records of Washworld are prepared and maintained to qualify as an exception to the hearsay rule pursuant to **Fed. R. Evid. 803(C)(6).**<br><br>**Lack of Personal Knowledge (Fed. R. Evid. 602)**<br><br>Mr. Jensen's statements lack | ☐ Sustained<br>☐ Overruled<br><br><br><br><br><br><br><br><br><br><br><br><br>☐ Sustained<br>☐ Overruled |

EVIDENTIARY OBJECTIONS BY DEFENDANT REGIONS BANK TO DECLARATION ZACH JENSEN IN SUPPORT OF MOTION TO DISMISS

| # | Testimony / Exhibit | Objections | Ruling |
|---|---|---|---|
| | | foundation. While he states that he is the Chief Operating Officer of Washworld he fails to state what his duties are as Chief Operating Officer, how he acquired his knowledge of the operations of Washworld or the manner within which the records of Washworld are maintained or what the relationships with distributors entail. In fact, he does not even explain what a distributor is in Washworld's business. | |
| 2. | Jensen Decl., ¶5. 1:18-20:<br><br>"Washworld does not have any offices, warehouses, factories, or places of business in the State of California and does not maintain a phone number, facsimile number, or mailing address in the State of California." | **Hearsay (Fed. R. Evid. 801, 802)**<br><br>Mr. Jensen's statements regarding the locations of Washworld offices, warehouses, factories, or places of business in California constitute inadmissible hearsay. Mr. Jensen is testifying as to information that would otherwise be contained in the books and records of Washworld yet he has failed to qualify himself as custodian of record for Washworld or state how the records of Washworld are prepared and maintained to qualify as an exception to the hearsay rule pursuant to **Fed. R. Evid. 803(C)(6).**<br><br>**Lack of Personal Knowledge (Fed. R. Evid. 602)**<br><br>Mr. Jensen's statements lack foundation. While he states that he is the Chief Operating Officer of Washworld he fails to state what his duties are as Chief Operating Officer, how he acquired his knowledge of the operations of Washworld or the manner within which the records of Washworld are maintained, or how he knows the locations of Washworld's | ☐ Sustained<br><br>☐ Overruled |

5677481v1 | 100287-0289

3

EVIDENTIARY OBJECTIONS BY DEFENDANT REGIONS BANK TO DECLARATION ZACH JENSEN IN SUPPORT OF MOTION TO DISMISS

FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR<br>LOS ANGELES, CALIFORNIA 90017-2427<br>(323) 852-1000

| # | Testimony / Exhibit | Objections | Ruling |
|---|---|---|---|
| | | offices, warehouses, factories or places of business. | |
| 3. | Jensen Decl., ¶6. 1:21-22:<br><br>Washworld does not have any bank accounts located in the State of California. | **Hearsay (Fed. R. Evid. 801, 802)**<br><br>Mr. Jensen's statements that Washworld does not have any bank accounts in California constitute inadmissible hearsay.  Mr. Jensen is testifying as to information that would otherwise be contained in the books and records of Washworld yet he has failed to qualify himself as custodian of record for Washworld or state how the records of Washworld are prepared and maintained to qualify as an exception to the hearsay rule pursuant to **Fed. R. Evid. 803(C)(6).**<br><br>**Lack of Personal Knowledge (Fed. R. Evid. 602)**<br><br>Mr. Jensen's statements lack foundation.  While he states that he is the Chief Operating Officer of Washworld he fails to state what his duties are as Chief Operating Officer, how he acquired his knowledge of the operations of Washworld or the manner within which the records of Washworld are maintained or how he knows that Washworld has no bank accounts in California. | ☐ Sustained<br><br>☐ Overruled |
| 4. | Jensen Decl., ¶ 7 1:23<br><br>"Washworld does not have any employees in the State of California." | **Hearsay (Fed. R. Evid. 801, 802)**<br><br>Mr. Jensen is testifying as to information that would otherwise be contained in the books and records of Washworld yet he has failed to qualify himself as custodian of record for Washworld or state how the records of Washworld are prepared and maintained to | ☐ Sustained<br><br>☐ Overruled |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

EVIDENTIARY OBJECTIONS BY DEFENDANT REGIONS BANK TO DECLARATION ZACH JENSEN IN SUPPORT OF MOTION TO DISMISS

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

| # | Testimony / Exhibit | Objections | Ruling |
|---|---|---|---|
| | | qualify as an exception to the hearsay rule pursuant to **Fed. R. Evid. 803(C)(6).**<br><br>**Lack of Personal Knowledge (Fed. R. Evid. 602)**<br><br>Mr. Jensen's statements lack foundation.  While he states that he is the Chief Operating Officer of Washworld he fails to state what his duties are as Chief Operating Officer.  how he acquired his knowledge of the operations of Washworld or the manner within which the records of Washworld are maintained or how he knows that Washworld has no employees  in California.  Moreover, he has stated there are distributors in California including Car Wash Management, LLC and it is possible that the distributor could even be an employee since Mr. Jensen never discusses what being a distributor means, how the distributor gets paid or if it is an employee. | |
| 5. | Jensen Decl., ¶ 8, 1: 24-25:<br><br>"Between April 2023 to December 2024, Washworld's revenue from California represented approximately 7.53% of its total revenue over that period." | **Hearsay (Fed. R. Evid. 801, 802)**<br>Mr. Jensen is testifying as to information that would otherwise be contained in the books and records of Washworld yet he has failed to qualify himself as custodian of record for Washworld or state how the records of Washworld are prepared and maintained to qualify as an exception to the hearsay rule pursuant to **Fed. R. Evid. 803(C)(6).**  The only way the statements of Mr. Jensen are possible is a review of the Washworld's books and records or the authenticated books and records themselves. | ☐ Sustained<br><br>☐ Overruled |

5677481v1 | 100287-0289

EVIDENTIARY OBJECTIONS BY DEFENDANT REGIONS BANK TO DECLARATION ZACH JENSEN IN SUPPORT OF MOTION TO DISMISS

| # | Testimony / Exhibit | Objections | Ruling |
|---|---|---|---|
| | | **Lack of Personal Knowledge (Fed. R. Evid. 602)**<br><br>Mr. Jensen's statements lack foundation. While he states that he is the Chief Operating Officer of Washworld he fails to state what his duties are as Chief Operating Officer, how he acquired his knowledge of the operations of Washworld or the manner within which the records of Washworld are maintained or how he knows that 7.53% of Washworld's revenue comes from California. | |
| 6. | Jensen Decl., ¶1: 26-27:<br><br>"Washworld's witnesses primarily live and work in Wisconsin, and the records relevant to this action are located at Washworld's Wisconsin headquarters." | **Hearsay (Fed. R. Evid. 801, 802)**<br>Mr. Jensen is testifying as to information that would otherwise be contained in the books and records of Washworld yet he has failed to qualify himself as custodian of record for Washworld or state how the records of Washworld are prepared and maintained to qualify as an exception to the hearsay rule pursuant to **Fed. R. Evid. 803(C)(6).**<br><br>**Lack of Personal Knowledge (Fed. R. Evid. 602)**<br><br>Mr. Jensen's statements lack foundation. While he states that he is the Chief Operating Officer of Washworld he fails to state what his duties are as Chief Operating Officer, how he acquired his knowledge of the operations of Washworld or the manner within which the records of Washworld are maintained or how he knows where Washworld's witnesses, whoever they might be, live in Wisconsin and how he knows that Washworld's records are located in Wisconsin. Nor does he state who those persons are | ☐ Sustained<br><br>☐ Overruled |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

EVIDENTIARY OBJECTIONS BY DEFENDANT REGIONS BANK TO DECLARATION ZACH JENSEN IN SUPPORT OF MOTION TO DISMISS

| # | Testimony / Exhibit | Objections | Ruling |
|---|---|---|---|
| | | that will be testifying and whether they will include persons located in California such as Mr. Ortiz and Mr. Williams. | |
| 7. | Jensen Decl., ¶ 10: 2:3-5<br><br>"Washworld provides equipment to distributors for resale. Of Washworld's 104 active distributors, only five distributors are in California. This represents approximately 4.8% of Washworld's total distributors." | **Hearsay (Fed. R. Evid. 801, 802)**<br>Mr. Jensen is testifying as to information that would otherwise be contained in the books and records of Washworld yet he has failed to qualify himself as custodian of record for Washworld or state how the records of Washworld are prepared and maintained to qualify as an exception to the hearsay rule pursuant to **Fed. R. Evid. 803(C)(6).** The only way the statements of Mr. Jensen are possible is a review of the Washworld's books and records. See below as well.<br><br>**Lack of Personal Knowledge (Fed. R. Evid. 602)**<br><br>Mr. Jensen's statements lack foundation. While he states that he is the Chief Operating Officer of Washworld he fails to state what his duties are as Chief Operating Officer, how he acquired his knowledge of the operations of Washworld or the manner within which the records of Washworld are maintained or how he knows that Washworld has 104 active distributors, that five are in California and that represents 4.8% of Washworld's total distributors. Further, Mr. Jensen fails to state if there are distributor agreements or contracts or what the distributors do and their connections with California and Washworld. | ☐ Sustained<br><br>☐ Overruled |

FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR<br>LOS ANGELES, CALIFORNIA 90017-2427<br>(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

| # | Testimony / Exhibit | Objections | Ruling |
|---|---|---|---|
| 8. | Jensen Decl., ¶ 11: 2:6<br><br>"Washworld does not enter into contracts with these distributors." | **Hearsay (Fed. R. Evid. 801, 802)**<br>Mr. Jensen is testifying as to information that would otherwise be contained in the books and records of Washworld yet he has failed to qualify himself as custodian of record for Washworld or state how the records of Washworld are prepared and maintained to qualify as an exception to the hearsay rule pursuant to **Fed. R. Evid. 803(C)(6).**<br>This begs the question as to what makes a distributor a distributor and how a distributor gets compensated and what a distributor can or cannot do as a result of being a Washworld distributor.<br><br>**Lack of Personal Knowledge (Fed. R. Evid. 602)**<br><br>Mr. Jensen's statements lack foundation.  While he states that he is the Chief Operating Officer of Washworld he fails to state what his duties are as Chief Operating Officer.  how he acquired his knowledge of the operations of Washworld or the manner within which the records of Washworld are maintained or how he knows Washworld does not enter into contracts with distributors. | ☐ Sustained<br><br>☐ Overruled |
| 9. | Jensen Decl., ¶ 12: 7-9<br><br>"Although Washworld distributors have access to the Washworld order form, the distributors are not Washworld's agents, nor do distributors have the ability to place orders without first submitting them to Washworld for review and approval." | **Hearsay (Fed. R. Evid. 801, 802)**<br>Mr. Jensen is testifying as to information that would otherwise be contained in the books and records of Washworld yet he has failed to qualify himself as custodian of record for Washworld or state how the records of Washworld are prepared and maintained to qualify as an exception to the hearsay rule pursuant to **Fed. R. Evid. 803(C)(6).** | ☐ Sustained<br><br>☐ Overruled |

5677481v1 | 100287-0289

8

| # | Testimony / Exhibit | Objections | Ruling |
|---|---|---|---|
| | | He also never states why a distributor would have access to the Washworld order forms if it was not an agent or representative for Washworld. **Lack of Personal Knowledge (Fed. R. Evid. 602)**<br><br>Mr. Jensen's statements lack foundation.  While he states that he is the Chief Operating Officer of Washworld he fails to state what his duties are as Chief Operating Officer.  how he acquired his knowledge of the operations of Washworld or the manner within which the records of Washworld are maintained or how he knows Washworld's distributors have access to Washworld order forms or have the ability to place orders without submitting them to Washworld for review. | |
| 10. | Jensen Decl., ¶13: 2: 10-11<br><br>"Orders do not become final until they are accepted by the distributor and Washworld." | **Hearsay (Fed. R. Evid. 801, 802)**<br>Mr. Jensen is testifying as to information that would otherwise be contained in the books and records of Washworld yet he has failed to qualify himself as custodian of record for Washworld or state how the records of Washworld are prepared and maintained to qualify as an exception to the hearsay rule pursuant to **Fed. R. Evid. 803(C)(6).**<br>If a distributor is not an agent or representative of Washworld why would the distributor have to accept it? Again, it is hearsay as to what the role of a distributor is without the contracts and terms and conditions of what distributors do.<br><br>**Lack of Personal Knowledge (Fed. R. Evid. 602)** | ☐ Sustained<br><br>☐ Overruled |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

EVIDENTIARY OBJECTIONS BY DEFENDANT REGIONS BANK TO DECLARATION ZACH JENSEN IN SUPPORT OF MOTION TO DISMISS

| # | Testimony / Exhibit | Objections | Ruling |
|---|---|---|---|
| | | Mr. Jensen's statements lack foundation. While he states that he is the Chief Operating Officer of Washworld he fails to state what his duties are as Chief Operating Officer. how he acquired his knowledge of the operations of Washworld or the manner within which the records of Washworld are maintained or how he knows orders do not become final until accepted by both Washworld and the distributor. | |
| 11. | Jensen Decl., ¶14. 2: 12-15<br><br>"Car Wash Management, LLC ("Car Wash Management") was one of Washworld's distributors. In 2023, Car Wash Management's orders represented 1.57% of Washworld's total sales, and in 2024, Car Wash Management's orders represented 1.85% of Washworld's total sales. | **Hearsay (Fed. R. Evid. 801, 802)**<br>Mr. Jensen is testifying as to information that would otherwise be contained in the books and records of Washworld yet he has failed to qualify himself as custodian of record for Washworld or state how the records of Washworld are prepared and maintained to qualify as an exception to the hearsay rule pursuant to **Fed. R. Evid. 803(C)(6).** The only way the statements of Mr. Jensen are possible is a review of the Washworld's books and records.<br><br>**Lack of Personal Knowledge (Fed. R. Evid. 602)**<br><br>Mr. Jensen's statements lack foundation. While he states that he is the Chief Operating Officer of Washworld he fails to state what his duties are as Chief Operating Officer. how he acquired his knowledge of the operations of Washworld or the manner within which the records of Washworld are maintained or how he knows Car Wash Management was a Washworld distributor, the Car Wash Management's orders represented 1.57% of Washworld's total sales in | ☐ Sustained<br><br>☐ Overruled |

Frandzel Robins Bloom & Csato, L.C.<br>1000 Wilshire Boulevard, Nineteenth Floor<br>Los Angeles, California 90017-2427<br>(323) 852-1000

EVIDENTIARY OBJECTIONS BY DEFENDANT REGIONS BANK TO DECLARATION ZACH JENSEN IN SUPPORT OF MOTION TO DISMISS

| # | Testimony / Exhibit | Objections | Ruling |
|---|---|---|---|
|  |  | 2023 or 1.85% of sales in 2024. |  |

DATED:  August 26, 2025          FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: _____

ANDREW K. ALPER
Attorneys for Plaintiff REGIONS BANK
dba Ascentium Capital

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5677481v1 | 100287-0289

11

EVIDENTIARY OBJECTIONS BY DEFENDANT REGIONS BANK TO DECLARATION ZACH JENSEN IN SUPPORT OF MOTION TO DISMISS