Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff,
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,

Plaintiff,

v.

CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,

Defendants.

Case No. 2:25-cv-00359 CAS (KSx)

**REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH REGIONS BANK'S OPPOSITION TO MOTION TO DISMISS FILED BY WASHWORLD, INC.**

**Date:     September 22, 2025**
**Time:     10:00 a.m.**
**Dept:     8D**

TO THE COURT, AND TO ALL PARTIES AND TO THEIR ATTORNEY OF RECORD:

Plaintiff, Regions Bank, an Alabama State Bank dba Ascentium Capital ("Regions") requests that the Court take judicial notice of the following papers and

1

pleadings pursuant to Federal Rule of Evidence Rule 201 or such other law as may be applicable in connection with Ascentium's Opposition to Washworld, Inc.'s Motion to Dismiss:

1.      Applicable pages from the Washworld, Inc. website as to its contacts in the State of California including, but not limited to, the portion of the website called **Washworld.com/find-my-distributor** which reflects that Car Wash Management, LLC is a San Diego Distributor, that SCWS, Inc., is a distributor in Pomona, California; Pro Elite Car Wash Systems, Inc. is a distributor in El Monte, California and then 2 other distributors in Northern California.

DATED:  August 26, 2025          FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: _____

ANDREW K. ALPER
Attorneys for Plaintiff, REGIONS BANK,
an Alabama State Bank, dba Ascentium
Capital

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH  REGIONS BANK'S OPPOSITION TO MOTION TO DISMISS FILED BY WASHWORLD, INC.

Case 2:25-cv-00359-CAS-KS    Document 71-4    Filed 08/26/25    Page 3 of 19   Page ID
#:410



Contact us





Contact us

# Why Washwor ld?

## MISSION & PROMISE

Washworld has consistently been on the cutting edge of car wash technology. We are continually striving to provide innovations that improve the efficiency and quality of our wash systems while keeping them simple to operate and maintain. Our designs and features create a unique and memorable experience that keeps your customers coming back! As a company of car wash owners ourselves, Washworld is well versed in the daily

WASHW**O**RLD®

Contact us

operations of running a car wash business. The inspiration for all our technologies. What does this mean for you? Washworld will provide the most user friendly, technologically advanced and consistently reliable in-bay automatic car wash systems available.

## INNOVATION

Innovation has always been at the heart of Washworld as a company. Washworld has consistently been on the cutting edge of car wash technology. As a company of car wash owners ourselves, Washworld fully understands the daily challenges of running a car wash business. These challenges are the inspiration for all our technologies and are implemented for the benefit of our customers and their increased profitability. The resulting advancements have earned Washworld enthusiastic endorsements

## CUSTOMER CARE

If innovation is the heart of what makes Washworld unique, then world class customer service is truly the heartbeat. Washworld takes our commitment to customer satisfaction very seriously. In addition to technical support personnel being available 24 hours a day, 7 days a week, replacement parts are readily obtainable through

## FUTURE

Since our inception, Washworld has experienced explosive growth but we still strive to maintain the customer focused culture on which we were founded. A substantial portion of our increase is due to repeat customers, which would seem to indicate that Washworld has it right with our emphasis on technological advances built around customer

from our customers
worldwide.

our network of
as directly from
Washworld. That
attitude is
appreciated by our
customers.

need and
excep
customer care
during and after the
sale.

Contact us

# Eco-Friendly Initiatives

With our eco-friendly roadmap, we work to tie in business intelligence with green initiatives to make a positive difference in this world. In addition to our solar panel roof, we also have a comprehensive recycling program and design our car washes with the environment in mind.

## SOLAR POWER

To help the environment, we covered our roof in solar panels, track our solar performance, and make behavioral changes to increase our eco-friendliness.

## RECYCLING PROGRAM

Through advances in recycling technology, we have more options than ever. In addition to recycling



bottles, cans, paper and plastic, Washworld recycles batteries, scrap metal, electronics and wiring too.

## THE ENVIRONMENT

Environmental stewardship is an essential part of our business model. When we design new products or make packaging decisions, we find solutions to help reduce negative environmental impact.

## "YOU WON'T FIND MY WASH SHUT DOWN"

"Washworld Razor was a big deal for me. I liked that it had few proprietary parts.
In South Dakota we tend to be self-sufficient, so being able to work on the machine was important to us."

"The control panel - I am able to derive so much information about my wash over the internet. I remotely check wash counts, open and close doors according to the weather, and more.
I own the wash; the wash doesn't own me."

"Washworld's Razor lends itself to our commitment to a cleaner

Contact us

**WASHW RLD** Contact us

environment.
We run geothermal so we get a preferred electric rate. With it being electric instead of a hydraulic system - it is cheaper to run without risk of hydraulic oil contamination."

"I compare my wash to a public utility. I need to be open and available all of the time.
The materials that go into the Washworld machines don't show wear and tear.
With the Razor you won't find my wash shut down."

John Keys
Eco-Auto Wash

# Need Help?

We are here! Really, we are! 24-Hour Tech Support with actual, living, breathing humans who work at Washworld.

Grab your serial number and give us a call.

### TECH SUPPORT

+1 (920) 338-9278 Option 2

### AFTER HOURS

(920) 619-3954



Contact us

International: +1 (920) 338-9278
Toll Free (USA): +1 (888) 315-7253

2222 American Blvd.
De Pere, WI 54115

© 2025 All Rights Reserved | Washworld Inc.



Contact us

# Marketing

## DOWNLOAD BROCHURES OR REQUEST WASHWORLD MARKETING MATERIALS

We are committed to continuously improving our products, services and processes to meet and exceed our customers' requirements and quality objectives by integrating Washworld's vision into our daily work.

## CLICK THE BUTTON BELOW TO SIGN UP TO RECEIVE OUR NEWSLETTER:

Sign Up



Contact us










HyperForce
Brochure


Touch-Free
Brochure


Soft Touch
Brochure


Hybrid
Brochure

# Looking for more Washworld Marketing Materials?

If you have any other questions regarding photos, videos, logos, etc., fill in the form below:

Full Name

Email Address

Phone Number

Your Message

I'm not a robot

reCAPTCHA
Privacy - Terms

Washworld Marketing.





Send

Contact us



International: +1 (920) 338-9278
Toll Free (USA): +1 (888) 315-7253

2222 American Blvd.
De Pere, WI 54115

© 2025 All Rights Reserved | Washworld Inc.

# Washworld Distributors

Washworld Corporate Headquarters



Washworld HQ

---

Canadian Washworld Distributors



AWS Auto Wash Systems Ltd.



Entretien De Lave-Auto Québec Inc.



Neptune Carwash Services Ltd.



P.D. McLaren Ltd.



Petro Service Limited/J.A. Robinson Pump Service Ltd.



Stephenson Technologies Inc.



Transchem Inc.



Washex



WD Co-Auto

Let's find your local Washworld distributor. With over 100 distributors located around the globe, it's easy to get your car wash equipment.

United States Washworld
Distributors



AACE Wash Systems



Advance Car Wash Solutions
LLC.



Advantage Carwash Services,
LLC.



Air Parts Plus, LLC.



Aquatech Car Wash Solutions



Arcadian Services, LLC.



Autowash Maintenance Corp.



BDA Enterprises, Inc.



Blue Dolphin Car Wash
Technology, LLC.



Brite Products, Inc.



Car Wash Chemicals &
Solutions



Car Wash Concepts, Inc.



Car Wash Experts, Inc.



Car Wash Management



Car Wash Pros LLC.



Carwash Solutions, Inc.



CarWash Unlimited, Inc.



Centerline Carwash Sales & Service



Clean Machine Solutions



Cleaning Systems of Georgia, LLC.



Coastal Car Wash Services



Cruizzers/Laranco



DDEK LLC.



DS Machine LLC.



Eagle Car Wash Equipment, LLC.



Elephant Car Wash, Inc.



EnergiSystems, LLC.



Epic Car Wash Solutions



Evans Distributing Co. LLC.



H5 Car Wash Sales



Hansco LLC.



HOWCO, Inc.



Hydrologics Car Wash Systems



Hy Tech Consulting & Services
LLC.



Innovation Carwash Services



Innovative Carwash Supply,
Inc.



J&S Carwash Sales and
Service LLC.



Kendrick Distributors, Inc.



KO Manufacturing, Inc. / KO
Pressure Supply



KT Distributors



Loweco



My Local Car Wash, LLC.



National Pride Equipment



Northstar Clean Concepts



Nu-Wave Car Wash Distributors, Inc.



Nwestco



Nwestco



Nwestco



Orbis Car Wash Services



Power Clean Systems, LLC.



Premier Carwash Services, LLC.



Premier Car Wash Systems



Pressure Services, Inc.



ProElite Car Wash Services,
Inc.



Professional Car Wash
Systems



Reliable Plus



Sonny's Carwash Services
West



SPA Equipment Supply LLC.



SCWS, Inc. (Specialty Car Wash
Systems)



Stinger® Chemical



Texas Wash Works, LLC.



Tri-State Car Wash Supplies



Tri Valley Equipment Sales



Wash Dudes, LLC.



Wash Solutions HI



Washing Equipment of Texas
(WET) Ltd.



Washsytems Inc.



Wash-Tech Sales & Service Inc.



Washtronics Equipment & Supply



Washworld of Central Texas



Washworld of Indiana



Windtrax Inc.



Express Carwash Equipment, LLC.



Service Advantage Car Wash LLC.