Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff,
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>   Plaintiff,<br><br>  v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>   Defendants. | Case No. 2:25-cv-00359 CAS (KSx)<br><br>**PROOF OF SERVICE RE: REGIONS BANK'S OPPOSITION TO MOTION TO DISMISS FILED BY WASHWORLD, INC.**<br><br><br>**Date: September 22, 2025**<br>**Time: 10:00 a.m.**<br>**Dept: 8D** |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1

PROOF OF SERVICE

**PROOF OF SERVICE**

**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On July 26, 2025, I served true copy(ies) of the documents listed below, the original(s) of which is(are) affixed hereto.

- PLAINTIFF REGIONS BANK'S OPPOSITION TO DEFENDANT WASHWORLD, INC.'S MOTION TO DISMISS PURSUANT TO RULES 12(b)2 AND 12(b)6 OF THE FEDERAL RULES OF CIVIL PROCEDURE

- EVIDENTIARY OBJECTIONS BY DEFENDANT REGIONS BANK TO DECLARATION ZACH JENSEN IN SUPPORT OF MOTION TO DISMISS COMPLAINT

- DECLARATION OF ANDREW K. ALPER IN SUPPORT OF REGIONS BANK'S OPPOSITION TO MOTION TO DISMISS FILED BY WASHWORLD, INC.

- DECLARATION OF JERRY NOON IN SUPPORT OF REGIONS BANK dba ASCENTIUM CAPITAL, LLC'S OPPOSITION TO WATERWORLD, INC'S MOTION TO DISMISS COMPLAINT

- REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH REGIONS BANK'S OPPOSITION TO MOTION TO DISMISS FILED BY WASHWORLD, INC.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 26, 2025, at Los Angeles, California.

_/s/Rebecca Santamaria_
Rebecca Santamaria

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2
PROOF OF SERVICE