UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:25cv00359 CAS (KSx)                                            Date: September 8, 2025

Title      *REGIONS BANK DBA ACENTIUM CAPITAL v. CAR WASH MANAGEMENT, LLC; ET AL.*

Present: The Honorable:    CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
Andrew Alper

Attorneys Present for Defendants:
Katharine Walton
Michael Gannon
Lisa Mitts

**Proceedings:    ZOOM SCHEDULING CONFERENCE**

Hearing by Zoom held and counsel are present.   The Court confers with counsel and schedules the following dates:

- Request for leave to file amended pleadings or to add parties: November 14, 2025;
- Settlement Completion Cutoff: April 30, 2026 (ADR-12 to issue);
- Factual Discovery Cut-off: April 30, 2026;
- Last Day to File Motions: May 15, 2026;
- Exchange of Expert Reports Cut-off: May 1, 2026;
- Exchange of Rebuttal Reports Cut-off: May 15, 2026;
- Expert Discovery Cut-off: June 26, 2026;
- Zoom Status Conference re: Settlement **(11:00 A.M.)**: **May 11, 2026**. Zoom Webinar Information can be found on the Court's Website, under Judge Snyder's Procedures and Schedules;
- Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): July 20, 2026;** and
- Jury Trial **(9:30 A.M.): August 4, 2026** (Estimate 3-7 Days). Counsel shall revisit their time estimates for trial and provide the Court with a realistic trial estimate at the Pretrial Conference.  The Court will set time limits, if needed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.      2:25cv00359 CAS (KSx)                                    Date: September 8, 2025

Title      *REGIONS BANK DBA ACENTIUM CAPITAL v. CAR WASH MANAGEMENT, LLC;
        ET AL.*

Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 28 days prior thereto.  No more than four (4) Motions in limine filed, per side.  Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

Counsel inform the court of the parties' preference to go before a Court's Settlement Panel for settlement purposes.  Case is referred to ADR-2.

|  |  |
|---|---|
|  | 00:16 |
| **Initials of Preparer** | CMJ |