Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff,
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,, <br><br> Plaintiff, <br><br> v. <br><br> CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive, <br><br> Defendant. <br><br> JOSE RENE ORTIZ, <br><br> Cross-Complaint, <br><br> v. <br><br> ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive, <br><br> Cross Defendants. | Case No.  2:25-cv-00359 CASE (KSx) <br><br> **PLAINTIFF REGIONS BANK'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO SERVICE OF DEFENDANTS** <br><br> [Response required pursuant to Court Order] |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1

TO THE HONORABLE CHRISTINA SNYDER UNITED STATES DISTRICT COURT JUDGE AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL ("Plaintiff"), submits its response to the Court's Order to Show Cause as to service on Defendants Washworld, Inc, Andrew Williams, Jose Ortiz, Car Wash Management, Inc. a Hawaii Limited Liability Company, and West Covina Car Wash, LLC.

West Covina Car Wash has been served and default entered.

Plaintiff was uncertain whether Car Wash Management Inc, a Hawaii Limited Liability Company has anything to do with this case but Plaintiff believes that this company is not doing business in California and it has not been served. Plaintiff has no issue if the Court dismisses this defendant.

Andrew Williams which both Defendants Jose Ortiz and Washworld, Inc. believe and contend is the mastermind of all problems for the other parties has not been served despite spending substantial sums of money to locate and attempt to serve him. Jose Ortiz has not served him as a Cross-defendant with respect to his Cross-complaint. Plaintiff believes that based on the information it has obtained about Mr. Williams, he is probably not collectable. However, has value to Plaintiff may be as a witness as opposed to being a defendant. Defendant Ortiz has stated to this Court that it may publish service of summons and Cross-complaint but to Plaintiff's knowledge it has not been done. Plaintiff has made the decision at this time not to publish service of summons and complaint. Plaintiff would like him to be a party in this case and respond to the Complaint and to discovery but Plaintiff also understands the need for the Court to get all named parties served and before this Court. While Plaintiff would prefer that Mr. Williams not be dismissed at this time, Plaintiff is not representing to the Court that at this point in time it is not going to take any further time or expend resources to serve him and if he is dismissed without prejudice so be it.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2

DATED:  September 18 2025

FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: _____

ANDREW K. ALPER
Attorneys for Plaintiff, REGIONS BANK, an
Alabama State Bank, dba Ascentium Capital

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

3

PLAINTIFF REGIONS BANK'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO SERVICE OF DEFENDANTS

**PROOF OF SERVICE**

**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On September 18, 2025, I served true copy(ies) of the **PLAINTIFF REGIONS BANK'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO SERVICE OF DEFENDANTS**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 18, 2025, at Los Angeles, California.

_____
Rebecca Santamaria

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1

PLAINTIFF REGIONS BANK'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO SERVICE OF DEFENDANTS

**SERVICE LIST**
**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

Michael D. Gannon (pro hac vice)
Katharine H. Walton-(pro hac vice)
BakerHostetler
One North Wacker Drive, Suite 3700
Chicago, IL 60606-2859

Tel:    312-416-8187
Email: mgannon@bakerlaw.com
          kwalton@bakerlaw.com

Attorney for Defendant Washworld, Inc.

Xitlaly Estrada
Ava Clayool
Baker & Hostetler LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301

Tel:    310-442-8878
Email: xestrada@bakerlaw.com
          aclaypool@bakerlaw.com

Attorney for Defendant Washworld, Inc.

Lisa Mitts Patrick, Esq.
The Law Office Of Lisa Mitts Patrick
122 E. Amerige Ave., Suite 313
Fullerton, CA 92832

Tel: (714) 990- 3693
Fax: (657) 234 - 0012
Email: lolmp2021@gmail.com

Attorneys for Defendant and Cross-
Complainant Jose Rene Ortiz, aka Jose R. Ortiz,
aka Jose Ortiz, an individual

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2