UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25cv00359 CAS (KSx)                          Date: September 19, 2025

Title   *REGIONS BANK DBA ACENTIUM CAPITAL v. CAR WASH MANAGEMENT, LLC; ET AL.*

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) – PLAINTIFF REGIONS BANK'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO SERVICE OF DEFENDANTS [82] (Filed September 18, 2025)**

The Court is in receipt of Plaintiff's Response to Court's Order to Show Cause as to Service of Defendants[82] filed on September 18, 2025.  Pursuant to plaintiff's Response [82] , and the record to date in this action,

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action is dismissed as to **defendants Car Wash Management, LLC, a Hawaii Limited Liability Company;** and **Andrew Paul Williams aka Andrew P. Williams aka Andrew Williams only, WITHOUT PREJUDICE.**

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |