UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25cv00359 CAS (KSx)                                              Date: September 19, 2025

Title   *REGIONS BANK DBA ACENTIUM CAPITAL v. CAR WASH MANAGEMENT, LLC; ET AL.*

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:
Not Present                                                       Not Present

**Proceedings: (IN CHAMBERS) – ORDER TO SHOW CAUSE**

   **IT IS HEREBY ORDERED** that **CROSS CLAIMANT** show cause in writing not later than **October 15, 2025**, why the Crossclaim action should not be dismissed for lack of prosecution as to **cross defendants Car Wash Management, LLC,** *a Hawaii Limited Liability Company*; **Car Wash Management, LLC,** *a Delaware Limited Liability Company*; **West Covina Car Wash, LLC,** *a California Limited Liability Company*; **and Andrew Paul Williams, only.**  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter uness so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

   Cross Claimant is advised that the Court will consider a proof of service of summons on crossclaim and crossclaim on **cross defendants Car Wash Management, LLC,** *a Hawaii Limited Liability Company*; **Car Wash Management, LLC,** *a Delaware Limited Liability Company*; **West Covina Car Wash, LLC,** *a California Limited Liability Company*; **and Andrew Paul Williams** on or before the above date, as a satisfactory response to the Order to Show Cause.

00:00

Initials of Preparer     CMJ