## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK <br><br> PLAINTIFF(S) <br><br> v. <br><br> CAR WASH MANAGEMENT, LLC , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:25–cv–00359–CAS–KS <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

   10/10/2025           90            Request for Summons

Date Filed         Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write "see attached." Next, attach a face page of the complaint or a second page addendum to the Summons.

*Other Error(s):*

Captions of Summonses should indicate in the caption that it is in reference to the crossclaim (after SUMMONS IN A CIVIL ACTION), and also include the entire caption of all cross and counterclaims being filed in this case. If there is no room in the caption section, indicate after the first caption (see attached), and attach a caption of all the claims on this case.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your summons request.

Clerk, U.S. District Court

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –

Date: October 10, 2025

By: /s/ Evelyn Synagogue
Evelyn_Synagogue@cacd.uscourts.gov
Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –