Lisa Mitts Patrick, Esq. #134522
THE LAW OFFICE OF LISA MITTS PATRICK
122 E. Amerige Ave., Suite 313
Fullerton, CA 92832
Phone: (714) 990 – 3693
Fax: (657) 234 – 0012
Email: lolmp2021@gmail.com

Attorneys for Defendant/CROSS COMPLAINANT
JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL, <br><br> Plaintiff, vs. <br><br> CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive, <br><br> Defendant. <br><br> JOSE RENE ORTIZ, <br><br> Cross Complainant, <br><br> vs. <br><br> ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, CAR WASH MANAGEMENT, | Case No.: 2:25-CV-00359 <br><br> **1ˢᵗ AMENDED CROSS COMPLAINT FOR:** <br><br> **1. FRAUD, CONCEALMENT and MISREPRESENTATION** <br><br> **2. BREACH OF CONTRACT** <br><br> **3. MONEY HAD AND RECEIVED** <br><br> **4. EQUITABLE INDEMNITY** <br><br> **5. UNJUST ENRICHMENT** |

LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,

Cross Defendants.

Comes now, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual Defendant herein and hereinafter "Cross Complainant" who Cross Complains to his Co-Defendants as follows:

## GENERAL ALLEGATIONS

A. Parties

1. At all times herein mentioned, Cross Complainant JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, (hereinafter "ORTIZ") was and is a resident of the City of West Covina, Los Angeles County, California.

2. At all times herein mentioned, Cross Defendant ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, (hereinafter "WILLIAMS") an individual was and is a resident of the City of San Diego, San Diego County, California.

3. At all times herein mentioned, Cross Defendant CAR WASH MANAGEMENT, LLC a Delaware Limited Liability Company was a Limited liability company established and operating under the laws of the state of Delaware and had been authorized to and was doing business in and about the Counties of San Diego, and Los Angeles, California with WILLIAMS as the CEO/owner of record.

1ST AMENDED CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT & MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED 4. EQUITABLE INDEMNITY 5. UNJUST ENRICHMENT - 2

4. At all times herein mentioned, Cross Defendant CAR WASH MANAGEMENT, LLC a Hawaii Limited Liability Company was a Limited liability company established and operating under the laws of the state of Hawaii and had been authorized to and was doing business in and about the Counties of San Diego, and Los Angeles, California with WILLIAMS as the CEO/owner of record.

5. At all times herein mentioned, Cross Defendant WEST COVINA CAR WASH, LLC a California Limited Liability Company was a Limited liability company established and operating under the laws of the state of Delaware and had been authorized to and was doing business in and about the Counties of San Diego, and Los Angeles, California with WILLIAMS as the CEO/owner of record.

6. The three aforementioned car wash related entities owned by WILLIAMS are hereinafter collectively referred to as "the car wash related entities" and where the Plaintiff's Complaint is referenced, they are hereinafter referred to as "Plaintiff ASCENTIUM."

7. At all times herein mentioned, Cross Defendant WASHWORLD INC., a Wisconsin Corporation, (hereinafter "WASHWORLD") was and is a corporation organized and existing under the laws of the state of Wisconsin, with its principal place of business in Wisconsin, which was and is authorized to and doing business in the State of California in and about the County of Los Angeles.

B. Jurisdiction and Venue

Jurisdiction is proper in that this Cross Complaint is filed pursuant to the jurisdiction identified in the Plaintiff's Complaint, to-wit that there remains complete diversity of citizenship

between the Plaintiff, the Defendants and the Cross Defendants pursuant to 28 U.S.C. §1332(a) and the amount in dispute is in excess of $75,000.00.

Venue is proper in that this Cross Complaint is filed pursuant to the venue identified in the Plaintiff's Complaint, to-wit that the causes of action in the Complaint and the Cross Complaint occurred in this District in Los Angeles County, California, that one or more of the Defendants reside in this District, and that the property alleged in the complaint is located within this Judicial District.

**FIRST CAUSE OF ACTION**
**(FRAUD, CONCEALMENT, MISREPRESENTATION)**
**As against Cross-Defendant WILLIAMS and ROES 1 to 10, inclusive**

1.      In or about 2023/2024, Cross Complainant ORTIZ entered into an undefined employment arrangement with Cross Defendant WILLIAMS, and ROES 1 to 10, inclusive, to work in one of his car wash centers, including but not limited to Co-Cross Defendants CAR WASH MANAGEMENT, LLC a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC a Hawaii Limited Liability Company, WEST COVINA CAR WASH, LLC, known herein as "the car wash related entities" which WILLIAMS was the stated CEO, OWNER

and sole member of, offering a future equity share and ROES 1 to 10. That future equity share as agreed, never materialized. ORTIZ never ran, or invested money in the LLCs or otherwise had any authority of any kind to bind any company or himself with regard to funds of any kind in the businesses, and at no time was ORTIZ anything other than a person working for and/or employed by any of the "car wash related entities" listed in the Plaintiff's Complaint, though WILLIAMS informed ORTIZ that

he would also be called a "member." Cross Complainant was not aware of what a "member" was.

2. Cross Complainant is informed and believes and thereon alleges that at all relevant times, Cross Defendant WILLIAMS was the sole owner/CEO of the car-wash related entities listed in the Plaintiff's Complaint, including but not limited to CAR WASH MANAGEMENT, LLC of Delaware and of Hawaii, as well as WEST COVINA CAR WASH, LLC of California. Cross Complainant is informed and believes and thereon alleges that while he believes WILLIAMS was not CEO or owner of record of Co-Cross Defendant WASHWORLD, he may have had some ownership or other interest in said company by virtue of the allegations in Plaintiff's Complaint, to-wit page 5, lines 20 to 23 that somehow WILLIAMS was authorized by WASHWORLD to issue quotes on their behalf.

3. At all relevant times, Cross Complainant ORTIZ had no management authority, financing authority or any other authority of any kind, on behalf of any of the said entities or any other duties and obligations or to act on their behalf, except as an employee. (Cross Complainant left his employment with WILLIAMS in or about May of 2024, due to other lies and misrepresentations as well as unpaid funds due ORTIZ by WILLIAMS and/or the aforestated car wash related entities.)

4. Cross Complainant is informed and believes and thereon alleges that as alleged in the Plaintiff ASCENTIUM's Complaint, WILLIAMS either individually or on behalf of the companies he owned, took out some kind of loan from the Plaintiff ASCENTIUM for one of "the car wash related entities", without disclosing to ORTIZ any of the details. Cross Complainant did not know of the terms of the alleged agreement as to

1ST AMENDED CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT & MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED 4. EQUITABLE INDEMNITY 5. UNJUST ENRICHMENT - 5

what if anything was to be purchased with said funds, or if the funds were to go generally to the company. ORTIZ never spoke with or otherwise communicated with anyone at the Plaintiff's bank or affiliates, or any Cross Defendants, and assumed any such loans were as stated by WILLIAMS, routine business transactions for the company and under which he would have no personal liability. He was not informed that payment was made, to whom, when, nor the ultimate disposition of funds.

5.    Moreover, from the alleged transaction, ORTIZ never received any of the alleged funds paid by the Plaintiff, never retained any such funds not received, never knew when the funds were paid and/or to whom or for what, and never had any kind of benefit to the Plaintiff personally or in any capacity of such loan. ORTIZ never even received a full copy of the entire document and terms he was asked to sign and that the Plaintiff provided as Exhibits (pages therefrom) with their Complaint, yet Plaintiff seeks to hold him responsible as if he had.

6.    In or about 2024, Co-Defendant WILLIAMS, induced the signature(s) of the Cross Complainant ORTIZ on one or more of the various documents alleged in the Plaintiffs' Complaint, by purposefully knowing and lying to the Cross Complainant about the nature and terms of the subject loan, and misrepresenting to him and others, or otherwise fraudulently making representations to the Cross Complainant as to the need for and basis for his signature on any documents that allegedly contain the Cross Complainant's signature.

7.    At no time was the Cross Complainant aware of the status of the subject funds, and that they may have, as alleged in the Complaint, been delivered erroneously (as alleged in the Complaint) to Cross Defendant WASHWORLD, and ROES 21 to 35,

1ST AMENDED CROSS COMPLAINT FOR: 1. FRAUD, CONCEALMENT & MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED 4. EQUITABLE INDEMNITY 5. UNJUST ENRICHMENT - 6

inclusive, and that that was not a proper purpose of the loan as alleged in the Complaint, or that WASHWORLD retained funds allegedly mistakenly sent by Plaintiffs to them, and/or forwarded additional of those funds back to the Co-Cross Defendants, and/or to other parties as alleged in the Complaint.

8. The aforementioned conduct was done with oppression, fraud and malice within the meaning of Civil Code §3294 and other laws such that Cross Complainant ORTIZ is entitled to recover punitive and exemplary damages from WILLIAMS and/or "the car wash related entitites" according to proof.

### SECOND CAUSE OF ACTION
### (BREACH OF CONTRACT)
**As against Cross-Defendant WILLIAMS, CAR WASH MANAGEMENT, LLC a Delaware Limited Liability Company CAR WASH MANAGEMENT, LLC a Hawaii Limited Liability Company, WEST COVINA CAR WASH, LLC, and ROES 11 to 20, inclusive**

9. Cross Complainant hereby restates and incorporates by reference, paragraphs 1 to 8, inclusive as though fully set forth at length herein.

10. Cross Complainant ORTIZ alleges that Cross Defendants WILLIAMS and CAR WASH MANAGEMENT, LLC a Delaware Limited Liability Company, CAR WASH MANAGEMENNT, LLC. A Hawaii Limited Liability Company, and/or WEST COVINA CAR WASH, LLC, a California Limited Liability Company, and ROES 11 to 20, inclusive, which were owned by WILLIAMS, either ostensibly, and/or of records filed with the Secretary of State, and each of them, failed to honor the terms of the oral and written agreements by which ORTIZ was employed, and among other things, by making the false statements and misrepresentations as set forth in paragraphs 1 to 8 herein, by failing to make payments owed to the Cross Complainant, making misrepresentations on Cross Complainant's behalf to other third

1ST AMENDED CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT & MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED 4. EQUITABLE INDEMNITY 5. UNJUST ENRICHMENT - 7

parties, such as the Plaintiff and Co-Cross Defendant WASHWORLD, that may have triggered legal obligations of the Cross Complainant that were unbeknownst to the Cross Complainant, all to Cross Complainants damage.

11.    Said breaches of the agreement, proximately caused and resulted in damages to the Cross Complainant in sums to be proven within the jurisdiction of this court, exceeding $75,000.00 and entitling him to his attorneys fees and costs.

## THIRD CAUSE OF ACTION
## (MONEY HAD AND RECEIVED)
### As against Cross-Defendant WASHWORLD, a Wisconsin Corporation and ROES 21 to 35, inclusive.

12.    Cross Complainant hereby restates and incorporates by reference, paragraphs 1 to 11, inclusive as though fully set forth at length herein.

13.    Cross Complainant ORTIZ is informed and believes and thereon alleges per the "Plaintiff ASCENTIUM"'s Complaint that the subject funds in question, arising from the "Mistaken Payment" are in the amounts alleged of the initial contract amount of either $343,394.23 (Plaintiff's Complaint page 5 line 10), or $346,904.75 (Complaint page 5, line 11), $309,054.80 the amount of the alleged payment to WASH WORLD and/or ROES 21 to 35, inclusive, (Complaint page 4, lines 22 and page 6, line 134) and/or the amount(s) WASHWORLD is alleged to have improperly and unjustly retained of those sums for another account, (Complaint page 7, lines 8) in the amount of $132,509.09, and/or the amount of $176,552.71 alleged to have been sent by WASHWORLD back to "the car wash defendants", (Complaint page 7 lines 10) or any other sums the Plaintiff successfully proves at trial is owed to them by any Defendant in their Complaint, including this complaining Defendant/Cross

1ST AMENDED CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT & MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED 4. EQUITABLE INDEMNITY 5. UNJUST ENRICHMENT - 8

Complainant ORTIZ. Cross Defendant WASHWORLD has improperly and unjustly retained said funds for purpose that were not permitted according to the allegations in the Plaintiff's Complaint or for any justifiable reason. Cross Defendant WASHWORLD further did not return all or any portion of the alleged "Mistaken Payment" upon demand or at any time, to the Plaintiff, nor to anyone, nor more importantly did either party-- Plaintiff ASCENTIUM or Cross Defendant WASHWORLD --even notify this Cross Complainant ORTIZ of the alleged payment of, or receipt of said funds, nor the disposition of said funds, which the "Plaintiff ASCENTIUM" in his Complaint seeks to hold the Defendant/Cross Complainant ORTIZ responsible for--for the money as if he HAD received it either from Plaintiff directly or from WASHWORLD and/or benefitted it in any way from said funds.

14.    Cross Complainant ORTIZ is informed and believes and thereon alleges that WASHWORLD has unjustly, unfairly and improperly retained all or part of said funds received from the Plaintiff ASCENTIUM, for their own benefit by way of credit to other accounts held with them, or other acts or omissions thereby enriching themselves at the expense of this Cross Complainant ORTIZ should he be held responsible in any manner for the funds, and/or "returning" only a portion to "the car wash related entities". Co-Defendants in the underlying case who have allegedly also not returned the funds to the "Plaintiff ASCENTIUM" or paid the "Plaintiff ASCENTIUM" the monthly payments owed according to the terms of their contract with Co-Cross Defendants. Further after being requested and demanded to return the funds to the "Plaintiff ASCENTIUM", Defendant and Cross Defendant WASHWORLD has failed and refused to do so despite knowledge that the funds did

1ST AMENDED CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT & MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED 4. EQUITABLE INDEMNITY 5. UNJUST ENRICHMENT - 9

not belong to them, or to the alleged contracting "car wash related entity(s)" where they allegedly sent some of the money.    When this Cross Complainant becomes affirmatively indebted to anyone in this matter, as a result of Plaintiff's successful proof at Trial or otherwise, WASHWORLD has therefore become indebted to the Cross Complainant ORTIZ entitling Cross Complainant ORTIZ to judgment against WASHWORLD and/or ROES 21 to 35, inclusive for the money" had" which on its face was for the 'use' of WILLIAMS and "the car wash related entities", but by implication of the alleged personal guarantee or Cross Complainant ORTIZ would then be CHARGED to Cross Complainant ORTIZ as if he " had" it "for his use" and benefit, and should therefore be obligated to pay it back.

15.    As a result, Cross Complainant ORTIZ, if held responsible for the funds, is entitled to recover to himself or to any party he is deemed to owe, all the money had and received by WASHWORLD and/or the amounts WASHWORLD improperly retained, via the allegedly "Mistaken Payment" together with interest thereon in the amounts stated in paragraph 13 herein or in any other amount established according to proof,   plus any other costs and interest as alleged  according to proof.

16.    If this allegation is interpreted as equitable in nature, this Cross Complainant further alleges that he has no  other legal remedy as against this Cross Defendant WASHWORLD,  such that this claim is proper.

**FOURTH  CAUSE OF ACTION**
**(EQUITABLE INDEMNITY)**
As against ALL Cross-Defendants and ROES 1 to 35, inclusive.)

17.    Cross Complainant ORTIZ hereby restates and incorporates by reference, paragraphs 1 to 11, and 13 and 14 inclusive as though fully set forth at length herein.

18.    Cross Complainant ORTIZ alleges that Cross Defendants and ROES 1 to 35, and each of them, so negligently, carelessly and recklessly failed to use reasonable care in the heretofore described financial dealings between them, including but not limited to, in the creating of the contracts between Plaintiff ASCENTIUM and Defendant/Cross Defendant ANDREW WILLIAMS and "the car wash related entities", issuing the payment on behalf of said parties, the manner of issuing payment directly to Defendant WASHWORLD and thereafter not confirming the disposition of the alleged "Mistaken Payment", and by the Defendants/Cross Defendants ANDREW WILLIAMS and "the car wash related entities" as to their role in those same events, and by Defendant/Cross Defendants WASHWORLD in retaining said "mistaken funds", not refunding said funds to the payor, Plaintiff ASCENTIUM and retaining a portion of said funds and releasing other funds in part to their Co-Cross Defendants and/or in part to third parties, such that one or more of these parties seeks to hold this complaining Cross Complainant ORTIZ liable in their Complaint, on a personal guarantor or other legal basis, which he contends in his Answer to said Complaint is improper in any event.

19.    These acts or omissions of these Cross Defendants and each of them individually and/or jointly, were a substantial factor or factors in causing or contributing to the harm suffered or to be suffered by this complaining Cross Complainant in, including but not limited to, being forced into this litigation, causing him the necessity to respond to this Complaint and other legal proceedings, attend court hearings, respond

1ST AMENDED CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT & MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED 4. EQUITABLE INDEMNITY 5. UNJUST ENRICHMENT - 11

to Motions, and incur legal costs therefor, as well as any liability that may be imposed on him in this matter and other harm.

20.    Cross Complainant ORTIZ further alleges that he lacks any legal remedy against any other Cross Defendant(s) in this case including specifically, Cross Defendant WASHWORLD, entitling him in equity to an award of damages in any amounts he is held to pay herein against any and/or all Cross Defendants jointly and severally.

21.    These acts or omissions were inherently unfair and unjust and inequitable as to this Cross Complainant ORTIZ  such that Cross Complainant ORTIZ is entitled to be indemnified by any or each of these Cross Defendants for any sums he is held liable for, in the amounts alleged by the Plaintiff as set forth in paragraph 13 herein, and/or any other sums he may be held to pay including but not limited to legal fees and costs.

### FIFTH  CAUSE OF ACTION
### (UNJUST ENRICHMENT)
As against ALL Cross-Defendants and ROES 1 to 35, inclusive.

22.    Cross Complainant hereby restates and incorporates by reference, paragraphs 1 to 11 and 13 and 14, 18 and 19 inclusive as though fully set forth at length herein.

23.    As a result of the alleged "Mistaken Payment" made by "Plaintiff ASCENTIUM" to Cross Defendant WASHWORLD and/ or ROES 21 to 35, inclusive which WASHWORLD is alleged to have improperly retained, in part to benefit themselves on credit for another account not the subject of the Agreement, or otherwise, and in part back to the "car wash related entities" who failed to return the money and therefore themselves became unjustly enriched herein ,and instead of returning the "Mistaken Payment" to the Plaintiff ASCENTIUM Cross Defendant WASHWORLD

1ST AMENDED CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT & MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED 4. EQUITABLE INDEMNITY 5. UNJUST ENRICHMENT - 12

and all Cross Defendants have become unjustly and unfairly enriched in the retention of such funds, such that each Defendant in proportion to the sums to be proven that they retained unjustly, owes any funds retained, in an amount listed in paragraph 13, or to be proven at Trial, that this Cross Complainant ORTIZ is held responsible for under the allegation of personal guarantee or otherwise, payable back to Cross Complainant Ortiz.

24.    As this allegation is equitable in nature, this Cross Complainant further alleges that he has no other legal remedy against these Cross Defendants and/or Cross Defendant WASHWORLD in particular, such that this claim is proper.

**WHEREFORE**, Cross Complainant prays for judgment against Cross Defendants and each of them as follows.

**FIRST CAUSE OF ACTION: (Fraud, Misrepresentation, Concealment)**

1. For any amounts that the Cross Complainant should be required to pay any parties relating to the subject allegations of the Plaintiff.

2. For interest on any such sums.

3. For reasonable attorneys fees and costs in an amount according to proof.

4. For punitive damages

**SECOND CAUSE OF ACTION: (Breach of Contract)**

1. For economic damages for the breach of the contract including any amounts that the Cross Complainant should be required to pay any parties relating to the subject allegations of the Plaintiff.

2. For any sums owed by said Defendants to the Plaintiff.

3. For interest on any such sums.

1ST AMENDED CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT & MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED 4. EQUITABLE INDEMNITY 5. UNJUST ENRICHMENT - 13

4. For reasonable attorneys fees and costs in an amount according to proof.

**THIRD CAUSE OF ACTION: (Money had and received)**

1. Payment over to the Cross Complainant, or the parties owed, of all sums allegedly paid over in a "Mistaken Payment" or otherwise.

2. For interest on any such sums.

3. For reasonable attorneys fees and costs in an amount according to proof.

**FOURTH CAUSE OF ACTION: (Equitable Indemnity)**

1. Payment over to the Cross Complainant, or the parties owed, of all sums allegedly paid over in a "Mistaken Payment" or otherwise.

2. For interest on any such sums.

3. For reasonable attorneys fees and costs in an amount according to proof.

**FIFTH CAUSE OF ACTION: (Unjust Enrichment)**

1. Payment over to the Cross Complainant, or the parties owed, of all sums allegedly paid over in a "Mistaken Payment" or otherwise.

2. For interest on any such sums.

3. For reasonable attorneys fees and costs in an amount according to proof.

_____
Lisa Mitts Patrick

**FEDERAL COURT PROOF OF SERVICE**
Case No. 2:25-cv-00359
STATE OF CALIFORNIA, COUNTY OF ORANGE
At the time of service, I was over the age of 18 years of age and not a party to this action. My business address is 122 E. Amerige Ave., Suite 313, Fullerton CA, 92832.

On October 14, 2025, I served true copies of the following document(s):

**1st AMENDED CROSS COMPLAINT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

(X ) BY EMAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent from e-mail address lolmp2021@gmailcom to the persons at the e-email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(X) By Fax. I sent the documents to the above listed parties by fax to the number listed on their pleading and the transmission was complete and with no errors.

( ) By Mail. I placed a true copy of the document in the United States Mail in a sealed envelope with the postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 14, 2025, at Fullerton, California.

Kathleen Micalizzi

1ST AMENDED CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT & MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED 4. EQUITABLE INDEMNITY 5. UNJUST ENRICHMENT - 15

**SERVICE LIST**

Case No. 2:25-cv-00359

| | |
|---|---|
| Andrew K. Alper, Esq.<br>Thomas M. Robins, Esq.<br>FRANDZEL, ROBINS, BLOOM and CSATO<br>1000 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90017-2427<br><br>Phone: 323-852-1000<br>Fax: 325-651-2577<br>Email: aalper@franzel.com,<br>trobins@franzel.com | **Attorney for Plaintiff REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL** |
| Xitlaly Estrada, Esq. (SBN 333403)<br>Ava Claypool, Esq.  (SBN 327059)<br>Baker & Hostetler LLP<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA  90067-4301<br>Telephone:       310.820.8800<br>Facsimile:       310.820.8859<br>Email:           xestrada@bakerlaw.com<br>                       aclaypool@bakerlaw.com | **Attorneys for Defendant/Cross Defendant WASHWORLD, INC.** |
| *Michael D. Gannon (Pro Hac Vice)*<br>*Katharine H. Walton (Pro Hac Vice)*<br>**BAKER & HOSTETLER LLP**<br>*One North Wacker Drive, Suite 3700*<br>*Chicago, IL 60606*<br>*Telephone:       312-416-6200*<br>*Email:   mgannon@bakerlaw.com*<br>*            Kwalton@bakerlaw.com* | **Attorneys for Defendant/Cross Defendant WASHWORLD, INC.** |

1ST AMENDED CROSS COMPLAINT FOR:1. FRAUD, CONCEALMENT & MISREPRESENTATION 2. BREACH OF CONTRACT 3. MONEY HAD AND RECEIVED 4. EQUITABLE INDEMNITY 5. UNJUST ENRICHMENT - 16