Lisa Mitts Patrick, Esq. #134522
THE LAW OFFICE OF LISA MITTS PATRICK
122 E. Amerige Ave., Suite 313
Fullerton, CA 92832
Phone: (714) 990 – 3693
Fax: (657) 234 – 0012
Email: lolmp2021@gmail.com

Attorneys for Defendant/Cross Complainant,
JOSE RENE ORTIZ,
aka JOSE R. ORTIZ,
aka JOSE ORTIZ, an individual

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL<br><br>Plaintiff,<br><br>vs.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendant<br><br>JOSE RENE ORTIZ,<br>          Cross Complainant<br>vs.<br>ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,<br><br>          Cross Defendants. | Case No.: 2:25-CV-00359<br><br>PROOF OF SERVICE of CROSS COMPLAINT on CROSS DEFENDANT CAR WASH MANAGEMENT LLC, a Delaware Limited Liability Company |

PROOF OF SERVICE of CROSS COMPLAINT on CROSS DEFENDANT CAR WASH MANAGEMENT LLC, a Delaware Limited Liability Company - 1

Civil Action No. **2:25CV00359CASKS**                Case Name: **Regions Banks vs Car Wash Management**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:  **Car Wash Management, LLC, a Delaware Limited Liability Company**
was received by me on  **September 10, 2025**

☑ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at  2108 N St Ste N ,
Sacramento, CA 95816-5712 on   September 12, 2025 12:25 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with   ,a person of suitable
age and discretion who resides there, on  *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to  **Northwest Registered Agents, Inc.; Jammie Stone - Employee -Person
Authorized to Accept** , who is designated by law to accept service of process on behalf of  **Car Wash Management,
LLC, a Delaware Limited Liability Company**  on  **September 12, 2025  12:25 PM**

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

*My fees are $ .00 for travel and $ 124.90 for services, for a total of $ 124.90*

*I declare under penalty of perjury that this information is true.*

Date: *September 12, 2025*

_____
Server's Signature

_____
**Katrina Williams**
*Printed name and title*

**Contracted by DDS Legal Support**
**2900 Bristol Street**
**Costa Mesa, CA 92626**
**(714) 662-5555**
*Server's Address*

A0440-707310A

DDS Legal Support
2900 Bristol Street
Costa Mesa, CA 92626
Phone: (714) 662-5555   Fax: (714) 662-3379

Continued from Proof of Service

**CLIENT:**    Lisa Mitts Patrick

**CLIENT FILE #:**    Regions Bank/Ascension v. Car Was          **DATE:**   September 17, 2025

**SUBJECT:**    Car Wash Management, LLC, a Delaware Limited Liability Company

Cross-Complaint; Amended - Summons In A Civil Action; Certification
and Notice of Interested Parties (Local Rule 7.1-1); Civil Case
Cover Sheet; Notice of Assignment to United States Judges; Notice to
Parties of Court-Directed ADR Program; Notice to Counsel Re Consent
to Proceed Before a United States Magistrate Judge



Order#: 707310A/DocAtt2010