Lisa Mitts Patrick, Esq. #134522
THE LAW OFFICE OF LISA MITTS PATRICK
122 E. Amerige Ave., Suite 313
Fullerton, CA 92832
Phone: (714) 990 – 3693
Fax: (657) 234 – 0012
Email: lolmp2021@gmail.com

Attorneys for Defendant/Cross Complainant,
JOSE RENE ORTIZ,
aka JOSE R. ORTIZ,
aka JOSE ORTIZ, an individual

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL<br><br>              Plaintiff,<br><br>vs.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendant<br><br>JOSE RENE ORTIZ,<br>              Cross Complainant<br>vs.<br>ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,<br><br>              Cross Defendants. | Case No.: 2:25-CV-00359<br><br>REQUEST FOR ENTRY OF DEFAULT AS TO CROSS DEFENDANT CAR WASH MANAGEMENT, LLC  a Delaware Limited Liability Company |

REQUEST FOR ENTRY OF DEFAULT AS TO CROSS DEFENDANT CAR WASH
MANAGEMENT, LLC, a Delaware Limited Liability Company - 1

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Cross Complainant JOSE RENE ORTIZ hereby requests that the Clerk of the above-entitled Court enter default in this matter against Cross Defendant CAR WASH MANAGEMENT, LLC, a Delaware Liability Company on the grounds that said Cross Defendant failed to appear or otherwise respond to the Cross Complaint, served personally on or about September 12, 2025 to their duly registered agent, Northwest Registered Agents, as evidenced by the Proof of Service filed with this court on or about October 14, 2025 as Docket #95.

CAR WASH MANAGEMENT, LLC, a Delaware Liability Company has not filed any responsive pleading by the date of October 3, 2025 , and it is requested that Default to the Cross Complaint be entered.

LAW OFFICE OF LISA MITTS PATRICK

By: _Lisa Mitts_ 10/15/25

LISA MITTS PATRICK
Attorney for Defendant/CROSS
COMPLAINANT JOSE RENE ORTIZ

REQUEST FOR ENTRY OF DEFAULT AS TO CROSS DEFENDANT CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company - 2

**FEDERAL COURT PROOF OF SERVICE**
Case No. 2:25-cv-00359

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over the age of 18 years of age and not a party to this action. My business address is 122 E. Amerige Ave., Suite 313, Fullerton CA, 92832.

On October 15, 2025, I served true copies of the following document(s):

**REQUEST TO ENTER DEFAULT OF CAR WASH MANAGEMENT, LLC a Delaware Limited Liability Company**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

(X) BY EMAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent from e-mail address lolmp2021@gmailcom to the persons at the e-email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

( ) By Fax. I sent the documents to the above listed parties by fax to the number listed on their pleading and the transmission was complete and with no errors.

( ) By Mail. I placed a true copy of the document in the United States Mail in a sealed envelope with the postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 15, 2025, at Fullerton, California.

*Kathleen Micalizzi*
Kathleen Micalizzi

SERVICE LIST
Case No. 2:25-cv-00359

| | |
|---|---|
| Andrew K. Alper, Esq.<br>Thomas M. Robins, Esq.<br>FRANDZEL, ROBINS, BLOOM and CSATO<br>1000 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90017-2427<br><br>Phone: 323-852-1000<br>Fax: 325-651-2577<br>Email: aalper@franzel.com,<br>trobins@franzel.com | **Attorney for Plaintiff REGIONS BANK,<br>an Alabama State Bank dba<br>ASCENTIUM CAPITAL** |
| Xitlaly Estrada, Esq. (SBN 333403)<br>Ava Claypool, Esq.  (SBN 327059)<br>Baker & Hostetler LLP<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA  90067-4301<br>Telephone:        310.820.8800<br>Facsimile:         310.820.8859<br>Email:             xestrada@bakerlaw.com<br>                       aclaypool@bakerlaw.com | **Attorneys for Defendant/Cross<br>Defendant WASHWORLD, INC.** |
| *Michael D. Gannon (Pro Hac Vice)*<br>*Katharine H. Walton (Pro Hac Vice)*<br>***BAKER & HOSTETLER LLP***<br>*One North Wacker Drive, Suite 3700*<br>*Chicago, IL 60606*<br>*Telephone:        312-416-6200*<br>*Email:    mgannon@bakerlaw.com*<br>*              Kwalton@bakerlaw.com* | **Attorneys for Defendant/Cross<br>Defendant WASHWORLD, INC.** |