Lisa Mitts Patrick, Esq. #134522
THE LAW OFFICE OF LISA MITTS PATRICK
122 E. Amerige Ave., Suite 313
Fullerton, CA 92832
Phone: (714) 990 – 3693
Fax: (657) 234 – 0012
Email: lolmp2021@gmail.com

Attorneys for Defendant,
JOSE RENE ORTIZ,
aka JOSE R. ORTIZ,
aka JOSE ORTIZ, an individual

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL | Case No.: 2:25-CV-00359 |
| Plaintiff, | |
| vs. | DECLARATION OF LISA MITTS PATRICK IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE UNSERVED CROSS DEFENDANTS (DOCUMENT #84) BY 10/15/25 |
| CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive, | |
| Defendant | |
| JOSE RENE ORTIZ, | |
| Cross Complainant | |
| vs. | |
| ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive, | |
| Cross Defendants. | |

DECLARATION OF LISA MITTS PATRICK RE OSC TO DISMISS UNSERVED CROSS DEFENDANTS - 1

I, Lisa Mitts Patrick declare, I am an attorney at law duly licensed to practice before all of the courts of the State of California and before all of the United States Courts in California. In this matter I represent Defendant / Cross Complainant Jose Rene Ortiz.

1. If called as a witness, I could and would testify to the following in response to the Court's OSC (Doc #84) re why the Cross complaint should not be dismissed for lack of prosecution as to unserved Cross Defendants.

2. The Cross Complaint has merit.

3. Of the four (4) unserved Cross Defendant parties, (WASHWORLD was previously served and responded) service was completed on Cross Defendant CAR WASH MANAGEMENT, LLC a Delaware Limited Liability Company on September 12, 2025. Proof of Service was filed 10/14/25, under Doc #95. A Request for Entry of Default to the clerk of the court has been filed today (Doc #97) to bring the matter to Judgment as to this party forthwith.

4. Service was completed on Cross Defendants WEST COVINA CAR WASH, LLC on September 12, 2025. A Proof of Service has been filed on 10/14/25 under Doc# 96. A Request for Entry of Default to the clerk of the court has been filed today (Doc #97) to bring the matter to Judgment as to this party forthwith.

5. Service was attempted on Cross Defendants CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company on their registered agent, Co-Cross Defendant ANDREW WILLIAMS and on Cross Defendant ANDREW WILLIAMS as an individual. Attached hereto as **"Exhibit 1"**, are Declarations of Due Diligence and attempted service of Andrew Williams at the last known addresses for him in San Diego, which attempts were unsuccessful.

6. I previously conferred with counsel for Plaintiff who has also attempted service on WILLIAMS as Defendant, unsuccessfully, explaining he had gone so far as to hire private investigators to do what sounded like a stake out and undertake other more

DECLARATION OF LISA MITTS PATRICK RE OSC TO DISMISS UNSERVED CROSS
DEFENDANTS - 2

extreme measures to serve WILLIAMS (and/or CAR WASH MANAGEMENT, Hawaii possibly) without success. We conferred to share information that might help with service but determined it may be difficult to find WILLIAMS and we will likely be seeking an Order for Publication from this Court. My office  continued to investigate WILLIAMS' whereabouts.

7. Though we do have an Application for Publication ready, we recently were given a new possible address to serve Williams as both an individual and on behalf of the Hawaii Car Wash entity and request the Court extend the time for service and refrain from dismissing these necessary parties so that justice for the Cross Complainant may be sought against these parties who are responsible.

8. A thirty (30) day time (or by November 15, 2025) for service on these two remaining Cross Defendants, and/or forty-five (45) day time (to November 30, 2025) to seek the Order for Publication if this last method fails for these 2 remaining parties is respectfully requested.

I declare under penalty of perjury under the laws of the United States, and of the state of California, that the foregoing is true and correct. Executed this 15th day of October, 2025.

LISA MITTS PATRICK, Declarant and
Attorney for Defendant/Cross Complainant JOSE RENE ORTIZ

DECLARATION OF LISA MITTS PATRICK RE OSC TO DISMISS UNSERVED CROSS DEFENDANTS - 3

## FEDERAL COURT PROOF OF SERVICE

Case No. 2:25-cv-00359

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over the age of 18 years of age and not a party to this action. My business address is 122 E. Amerige Ave., Suite 313, Fullerton CA, 92832.

On October 15, 2025, I served true copies of the following document(s):

**DECLARATION OF LISA MITTS PATRICK
RE OSC TO DISMISS UNSERVED CROSS DEFENDANTS**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

(X ) BY EMAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent from e-mail address lolmp2021@gmailcom to the persons at the e-email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

( ) By Fax. I sent the documents to the above listed parties by fax to the number listed on their pleading and the transmission was complete and with no errors.

( ) By Mail. I placed a true copy of the document in the United States Mail in a sealed envelope with the postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 15, 2025 at Fullerton, California.

*Kathleen Micalizzi*

Kathleen Micalizzi

DECLARATION OF LISA MITTS PATRICK RE OSC TO DISMISS UNSERVED CROSS DEFENDANTS - 4

## SERVICE LIST

Case No. 2:25-cv-00359

| | |
|---|---|
| Andrew K. Alper, Esq.<br>Thomas M. Robins, Esq.<br>FRANDZEL, ROBINS, BLOOM and CSATO<br>1000 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90017-2427<br><br>Phone: 323-852-1000<br>Fax: 325-651-2577<br>Email: aalper@franzel.com,<br>trobins@franzel.com | **Attorneys for Plaintiff** |
| Xitlaly Estrada, Esq. (SBN 333403)<br>Ava Claypool, Esq.  (SBN 327059)<br>Baker & Hostetler LLP<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA  90067-4301<br>Telephone:       310.820.8800<br>Facsimile:       310.820.8859<br>Email:       xestrada@bakerlaw.com<br>       aclaypool@bakerlaw.com | **Attorneys for Defendant, Cross-Defendant WASHWORLD, INC.** |
| Michael D. Gannon (Pro Hac Vice)<br>Katharine H. Walton (Pro Hac Vice)<br>*BAKER & HOSTETLER LLP*<br>*One North Wacker Drive, Suite 3700*<br>*Chicago, IL 60606*<br>*Telephone:       312-416-6200*<br>*Email:   mgannon@bakerlaw.com*<br>       *Kwalton@bakerlaw.com* | **Attorneys for Defendant, Cross-Defendant WASHWORLD, INC.** |

DECLARATION OF LISA MITTS PATRICK RE OSC TO DISMISS UNSERVED CROSS DEFENDANTS - 5

Exhibit 1

**lolmp2021@gmail.com**

| | |
|---|---|
| **From:** | processstatus@ddslegal.com |
| **Sent:** | Wednesday, August 13, 2025 10:50 AM |
| **To:** | lolmp2021@gmail.com |
| **Subject:** | Service update for Car Wash Management, LLC, a Hawaii Limited Liability Company, Job #691361A |



COURT • PROCESS • DEL
DEPOSITION OFFICER • DIS

### DILIGENCE REPORT - SERVICE UPDATE

| | |
|---|---|
| Workorder:: | 691361A |
| Reference Number: | Regions Bank v Car Wash Managemen |
| Case Number: | 225CV00359CASKSX |
| Case Title: | Regions Bank, an Alabama State Bank dba Ascentium Capital vs Car Wash Management, LLC, a Delaware Limited Liability Company, et al. |
| Job Type: | PROCESS SERVICE - STATEWIDE - Standard |
| Ordered By: | Lisa Mitts Patrick (714) 990-3693 ext 101 - (714) 990-3693 x 101 |
| Ordered On: | 7/30/2025 |
| Servee: | Car Wash Management, LLC, a Hawaii Limited Liability Company |
| Documents: | Certification and Notice of Interested Parties (Local Rule 7.1-1); Answer to Complaint; Summons in a Civil Action-2; Complaint; Cross-Complaint; |
| | Date: 8/6/2025 Time: 7:57 AM Address Attempted: 12136 Avenida Sivrita, , San |

1

Diego, CA 921284547
No answer at door. Same vehicles. Large black and
yellow costco storage bins seen piled up in front
door window.

Date: 8/8/2025
Time: 6:20 AM
Address Attempted: 12136 Avenida Sivrita, , San
Diego, CA 921284547
No answer at door. Same vehicles. Large black and
yellow costco storage bins seen piled up in front
door window.

Date: 8/10/2025
Time: 4:24 PM
Address Attempted: 12136 Avenida Sivrita, , San
Diego, CA 921284547
No answer and no activity.

Date: 8/11/2025
Time: 10:50 AM
Address Attempted: 12136 Avenida Sivrita, , San
Diego, CA 921284547
No answer and no changes.

Date: 8/12/2025
Time: 7:06 PM
Address Attempted: 12136 Avenida Sivrita, , San
Diego, CA 921284547
No answer at door. Both vehicles present. Bins still
in door window. Light on inside. Waited 3 minutes
but no response to knocks and no movement heard
inside; **Attempts Exhausted. New base rate will
apply should you choose to continue wtih service.

Thank you for trusting DDS Legal!

*If you have any questions please do not hesitate to contact us at*

*process@ddslegal.com714-662-5555*

*ddslegal.com*

2

**lolmp2021@gmail.com**

| | |
|---|---|
| **From:** | processstatus@ddslegal.com |
| **Sent:** | Wednesday, August 13, 2025 10:50 AM |
| **To:** | lolmp2021@gmail.com |
| **Subject:** | Service update for Andrew Paul Williams, aka Andrew P. Williams, aka Andrew Williams, an individual, Job #691361B |



**COURT · PROCESS · DEL**
**DEPOSITION OFFICER · DIS**

### DILIGENCE REPORT - SERVICE UPDATE

| | |
|---|---|
| Workorder:: | 691361B |
| Reference Number: | Regions Bank v Car Wash Managemen |
| Case Number: | 225CV00359CASKSX |
| Case Title: | Regions Bank, an Alabama State Bank dba Ascentium Capital vs Car Wash Management, LLC, a Delaware Limited Liability Company, et al. |
| Job Type: | PROCESS SERVICE - STATEWIDE ADDITIONAL ENTITY - Standard |
| Ordered By: | Lisa Mitts Patrick (714) 990-3693 ext 101 - (714) 990-3693 x 101 |
| Ordered On: | 7/30/2025 |
| Servee: | Andrew Paul Williams, aka Andrew P. Williams, aka Andrew Williams, an individual |
| Documents: | Certification and Notice of Interested Parties (Local Rule 7.1-1); Answer to Complaint; Summons in a Civil Action-2; Complaint; Cross-Complaint; |
| | Date: 8/6/2025 Time: 7:57 AM |

1

Address Attempted: 12136 Avenida Sivrita, , San Diego, CA 921284547
No answer at door. Same vehicles. Large black and yellow costco storage bins seen piled up in front door window.

Date: 8/8/2025
Time: 6:20 AM
Address Attempted: 12136 Avenida Sivrita, , San Diego, CA 921284547
No answer at door. Same vehicles. Large black and yellow costco storage bins seen piled up in front door window.

Date: 8/10/2025
Time: 4:24 PM
Address Attempted: 12136 Avenida Sivrita, , San Diego, CA 921284547
No answer and no activity.

Date: 8/11/2025
Time: 10:50 AM
Address Attempted: 12136 Avenida Sivrita, , San Diego, CA 921284547
No answer and no changes.

Date: 8/12/2025
Time: 7:06 PM
Address Attempted: 12136 Avenida Sivrita, , San Diego, CA 921284547
No answer at door. Both vehicles present. Bins still in door window. Light on inside. Waited 3 minutes but no response to knocks and no movement heard inside; **Attempts Exhausted. New base rate will apply should you choose to continue wtih service.

Thank you for trusting DDS Legal!

*If you have any questions please do not hesitate to contact us at*

*process@ddslegal.com714-662-5555*

*ddslegal.com*

2