Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-979-8430
Email:    *xestrada@bakerlaw.com*
          *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago , IL 60606
Telephone:  312-416-6200
Email:    *mgannon@bakerlaw.com*
          *kwalton@bakerlaw.com*

*Attorney for Defendant*
WASHWORLD, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

REGIONS BANK, dba ASCENTIUM CAPITAL,

Plaintiff,

v.

CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,

Defendants.

JOSE RENE ORTIZ,

Cross Claimant,

v.

ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive,

Cross Defendants.

**CASE NO.: 2:25-CV-00359-CAS-KS**

**CROSS DEFENDANT WASHWORLD, INC.'S [PROPOSED] ORDER**

**(1) NOTICE OF MOTION**

**(2) MEMORANDUM OF POINTS AND AUTHORITIES**

**(3) REQUEST FOR JUDICIAL NOTICE**

**(4) DECLARATION**

**(5) PROPOSED ORDER**

DATE:    December 1, 2025
TIME:    10:00 AM
CTRM:    8D

[PROPOSED] ORDER RE: MOTION TO DISMISS ORTIZ'S FIRST AMENDED CROSS-CLAIM
CASE NO.: 2:25-CV-00359-CAS-KS

WASHWORLD, INC.,

        Counter Plaintiff,

   v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

        Counter Defendant.

WASHWORLD, INC.,

        Cross Claimant,

   v.

CAR WASH MANAGEMENT, LLC,

        Cross Defendant.

[PROPOSED] ORDER RE: MOTION TO DISMISS ORTIZ'S FIRST AMENDED CROSS-CLAIM
CASE NO.: 2:25-CV-00359-CAS-KS

# [PROPOSED] ORDER

Pending before the Court is Cross Defendant WASHWORLD, INC'S ("Washworld") Motion to Dismiss Cross Claimant Ortiz's First Amended Cross Claim filed on October 28, 2025 ("Cross Claim"), pursuant to Federal Rules of Civil Procedure 12(b)(6) (the "Motion").

Having considered the papers and arguments in support of and in opposition to the Motion, the Court hereby **GRANTS** the Motion. Cross Claimant Ortiz's Cross Claim is **DISMISSED in its entirety without leave to amend as against Washworld.**

**IT IS SO ORDERED**.

Dated: _____, 2025

_____
Honorable Christina A. Snyder
United States District Judge

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## CERTIFICATE OF SERVICE

I am employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One North Wacker Drive, Suite 3700, Chicago, IL 60606. On October 28, 2025, I served a copy of the within document(s):

### [PROPOSED] ORDER

☑ **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below.

| | |
|---|---|
| Andrew K. Alper (SBN 088876)<br>**FRANDZEL ROBINS BLOOM & CSATO, L.C.**<br>1000 Wilshire Boulevard, Nineteenth Floor<br>Los Angeles, CA 90017<br>Telephone:  323-852-1000<br>Facsimile:  323-651-2577<br>Email:  *aalper@frandzel.com* | *Attorneys for Plaintiff*<br>REGIONS BANK |
| Lisa Mitts Patrick (SBN 134522)<br>**LAW OFFICE OF LISA MITTS PATRICK**<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832<br>Telephone:  714-990-3693<br>Facsimile:  657-234-0012<br>Email:  *lolmp2021@gmail.com* | *Attorneys for Defendant and Cross Defendant*<br>JOSE RENE ORTIZ |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on October 28, 2025, at Chicago, Illinois.

*/s/ Katharine Walton*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[PROPOSED] ORDER RE: MOTION TO DISMISS ORTIZ'S FIRST AMENDED CROSS CLAIM
CASE NO.: 2:25-CV-00359-CAS-KS