Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff and Counter-Defendant
Regions Bank, an Alabama State Bank dba
Ascentium Capital

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,, <br><br> Plaintiff, <br><br> v. <br><br> CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC,  a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive, <br><br> Defendant. | Case No.  2:25-cv-00359 CASE (KSx) <br><br> **REGIONS BANK'S REQUEST FOR JUDICIAL NOTICE ON MOTION TO DISMISS WASHWORLD, INC.'S COUNTERCLAIM  FOR FAILURE TO STATE A CLAIM  UPON WHICH RELIEF CAN BE GRANTED AND MOTION FOR A MORE DEFINITE STATEMENT (F.R.C.P. Rule 12)** <br><br> Date:      December 1, 2025 <br> Time:     10:00      a.m. <br> Crtrm.:    8D |
| JOSE RENE ORTIZ, <br><br> Cross-Complaint, <br><br> v. <br><br> ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive, <br><br> Cross Defendants. | |

5740874v1 | 100287-0289

WASHWORLD, INC.,

Plaintiff,

v.

CAR WASH MANAGEMENT LLC

Cross-Defendant.

TO THE HONORABLE CHRISTINA A. SNYDER, TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 1, 2025, at 10:00 a.m. in Courtroom 8D of the above-entitled Court located at 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565, Plaintiff Regions Bank dba Ascentium Capital ("Plaintiff") Motion to Strike Washworld, Inc's Counterclaim for Failure to State a Claim Upon which Relief Can be Granted and Motion for a More Definite Statement will come on regularly for hearing. In connection therewith Plaintiff requests that the Court take judicial notice of the following papers and pleadings on file in this case pursuant to Federal Rules of Evidence Rule 201:

1. Complaint filed by Plaintiff [Docket number 1];

2. Motion to Dismiss Complaint filed by Washworld, Inc. [Docket number 67]

3. Plaintiff's Opposition to the Motion to Dismiss and Declaration of Jerry Noon in support thereof [Docket number 71 and 71-2]

4. Answer, Affirmative Defenses, and Counterclaim of Washworld, Inc. [Docket number 88]

5. Joint Report of the Parties to the Court [Docket number 72].

DATED: October 28, 2025            FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: _____
ANDREW K. ALPER
Attorneys for Plaintiff and Counter-Defendant
Regions Bank, an Alabama State Bank dba
Ascentium Capital

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5740874v1 | 100287-0289                    2

REGIONS BANK'S REQUEST FOR JUDICIAL NOTICE ON MOTION TO DISMISS WASHWORLD, INC.'S COUNTERCLAIM FOR FAILURE TO STATE A CLAIM

**PROOF OF SERVICE**

**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On October 28, 2025, I served true copy(ies) of the **REGIONS BANK'S REQUEST FOR JUDICIAL NOTICE ON MOTION TO DISMISS WASHWORLD, INC.'S COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND MOTION FOR A MORE DEFINITE STATEMENT (F.R.C.P. Rule 12)**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid via First Class Mail. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 28, 2025, at Los Angeles, California.

_____
Rebecca Santamaria

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5740874v1 | 100287-0289

1

REGIONS BANK'S REQUEST FOR JUDICIAL NOTICE ON MOTION TO DISMISS WASHWORLD, INC.'S COUNTERCLAIM FOR FAILURE TO STATE A CLAIM

**SERVICE LIST**
**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

Michael D. Gannon (pro hac vice)
Katharine H. Walton-(pro hac vice)
BakerHostetler
One North Wacker Drive, Suite 3700
Chicago, IL 60606-2859

Tel:    312-416-8187
Email:  mgannon@bakerlaw.com
         kwalton@bakerlaw.com

Attorney for Defendant Washworld, Inc.

Xitlaly Estrada
Ava Clayool
Baker & Hostetler LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301

Tel:    310-442-8878
Email:  xestrada@bakerlaw.com
         aclaypool@bakerlaw.com

Attorney for Defendant Washworld, Inc.

Lisa Mitts Patrick, Esq.
The Law Office Of Lisa Mitts Patrick
122 E. Amerige Ave., Suite 313
Fullerton, CA 92832

Tel: (714) 990- 3693
Fax: (657) 234 - 0012
Email: lolmp2021@gmail.com

Attorneys for Defendant and Cross-Complainant
Jose Rene Ortiz, aka Jose R. Ortiz, aka Jose
Ortiz, an individual

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5740874v1 | 100287-0289

2

REGIONS BANK'S REQUEST FOR JUDICIAL NOTICE ON MOTION TO DISMISS WASHWORLD, INC.'S
COUNTERCLAIM  FOR FAILURE TO STATE A CLAIM