Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff and Counter-Defendant
Regions Bank, an Alabama State Bank dba
Ascentium Capital

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,, <br><br> Plaintiff, <br><br> v. <br><br> CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive, <br><br> Defendant. <br><br> JOSE RENE ORTIZ, <br><br> Cross-Complaint, <br><br> v. <br><br> ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive, <br><br> Cross Defendants. | Case No.  2:25-cv-00359 CASE (KSx) <br><br> **[PROPOSED] ORDER ON REGIONS BANK'S NOTICE OF MOTION AND MOTION TO STRIKE AFFIRMATIVE DEFENSES IN ANSWER TO COMPLAINT FILED BY WASHWORLD, INC., OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT** <br><br> Date:   December 1, 2025 <br> Time:   10:00 a.m <br> Crtrm.:   8D |

5741293v1 | 100287-0289

WASHWORLD, INC.,

      Plaintiff,

    v.

CAR WASH MANAGEMENT LLC

      Cross-Defendant.

On December 1, 2025, at 10:00 a.m. in Courtroom 8D of the above-entitled Court located at 350 W 1st Street, Suite 431, Los Angeles, CA 90012-4565, Plaintiff Regions Bank dba Ascentium Capital ("Plaintiff") Motion to Dismiss Washworld, Inc.'s Counterclaim for Failure to State a Claim Upon Which Relief Can Be Granted and Motion for a More Definite Statement came on regularly for hearing. All appearance are noted in the record of the Court, Upon review of the Moving papers, Opposition papers and the Reply papers, and good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Counterclaim be stricken.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

_____

_____

_____

DATED:

By: _____

Honorable CHRISTINA A. SNYDER, United States District Court Judge

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5741293v1 | 100287-0289

2