Lisa Mitts Patrick, Esq.  SBN: 134527
LAW OFFICE OF LISA MITTS PATRIC.
112 E. Amerige Ave  313
Fullerton, CA 92832
(714) 990-3693

## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | | CASE NUMBER:<br>**2:25-cv-00359 CAS (KSx)** |
|---|---|---|
| **REGIONS BANK, etc.** | Plaintiff(s) | |
| v. | | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| **CAR WASH MANAGEMENT, LLC, etc., et al.** | Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☑ Summons ☐ First Amended Complaint ☐ Third Party Complaint
   ☑ Complaint ☐ Second Amended Complaint ☐ Counter Claim
   ☐ Alias Summons ☐ Third Amended Complaint ☐ Cross Claim
   ☑ other **See attached Document List**

2. **Person served:** -

   a. ☑ Defendant *(name:)* **CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company**
   b. ☑ Other *(specify name and title or relationship to the party/business named):*
      **Andrew Paul Williams - Agent for Service of Process**
   c. ☑ Address where the papers were served:  **1701 S Grove Ave Ste E**
      **Ontario, CA 917614500**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked):*

   a. ☑ Federal Rules of Civil Procedure

   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date):* **at** *(time):*

   b. ☑ By **Substituted Service.** By leaving copies: **Adrian Garcia - Employee**
      **Age: 51 - 55      Weight: 261-280 Lbs        Hair: Black        Sex: Male**
      **Height: 5'7 - 6'0      Eyes: Brown        Race: Latino        Marks:**

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☑ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☑ **Papers were served on** *(date):* **10/17/2025** at *(time):* **9:16 AM**

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☑ **papers were mailed on** Oct 17, 2025 - DECLARATION OF MAILING ATTACHED

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

Attorney or Party without Attorney:
Lisa Mitts Patrick, Esq., SBN: 134522
LAW OFFICE OF LISA MITTS PATRICK
112 E. Amerige Ave  313
Fullerton, CA 92832
TELEPHONE No.: (714) 990-3693

E-MAIL ADDRESS (Optional):

FAX No. (Optional):

Attorney for: Defendant/Cross Complainant JOSE RENE ORTIZ, etc.

Ref No. or File No.:
Regions Bank v. Car Wash Management

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

Petitioner: REGIONS BANK, etc.

Respondent: CAR WASH MANAGEMENT, LLC, etc., et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:25-cv-00359 CAS (KSx) |
| --- | --- | --- | --- | --- |

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; 1st Amended Cross Complaint; Certification and Notice of Interested Parties (7.1-1); Notice of Assignment to United States; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Amended Summons in a Civil Action

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Santa Ana, California, addressed as  follows:

   a. Date of Mailing:        October 17, 2025
   b. Place of Mailing:      Santa Ana, CA
   c. Addressed as follows:  CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company
                               ATTENTION: Andrew Paul Williams - Agent for Service of Process
                               1701 S Grove Ave Ste E
                               Ontario, CA 91761-4500

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Santa Ana, California in the ordinary course of  business.

Fee for Service: $ 259.44
  **Nationwide Legal, LLC REG: 12-234648**
  **901 W. Civic Center Drive, Suite# 190**
  **Santa Ana, CA 92703**
  **(714) 558-2400**
  **www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **October 17, 2025.**

Signature:_____

              **Krista Formes**

### PROOF OF SERVICE BY MAIL

Order#: OC237066/mailproof



Lisa Mitts Patrick, ESQ.  #134522
THE LAW OFFICE OF LISA MITTS PATRICK
112 E. Amerige Ave, Suite 313
Fullerton, CA 92832
Phone: 714-990-3693
Fax: 657-234-0012
Email: lolmp2021@gmail.com

Attorney for Defendant,
JOSE RENE ORTIZ
aka JOSE R. ORTIZ
aka JOSE ORTIZ, an individual

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL

                Plaintiff,

vs.

CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ aka JOSE ORTIZ, an individual, ANDREW WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,

                Defendant

======================================

JOSE RENE ORTIZ,
                Cross Complainant,

vs.

ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual,

Case No: 2:25-CV-00359

DECLARATION OF DUE DILIGENCE re PROOF OF SERVICE

DECLARATION OF DUE DILIGENCE RE PROOF OF SERVICE

CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,

                Cross Defendant.

=====================================

I, LISA MITTS PATRICK, declare:

       I am an attorney at law duly licensed to practice before all of the courts of the state of California and in this action represent Defendant and Cross Complainant JOSE RENE ORTIZ. If called as a witness, I could and would competently testify to the following:

       1. I sent the original Cross Complaint (and Complaint/Summons) out for service on Defendant CAR WASH MANAGEMENT, LLC a Hawaii Limited Liability Company on their agent for service of process Andrew Paul Williams (and on Andrew Paul Williams) via DDS Legal Support Services in August of 20225.

       2. I gave them the addresses we had from the Secretary of State and other public data, for both Williams individually and as agent for service for the Car Wash Management LLC, Hawaii company. These addresses were in San Diego the last known address of record.

       3. I was given a response to our attempts at service of the attached document which is made a part hereof, showing their diligence in attempting service on August 6, 2025, August 8, 2025, August 10, 11 and 12 2025 before they returned the task unserved. I also spoke with a representative of the company about alternative addresses and resubmitting if/when we had them.

       4. Eventually we obtained a new address and a new process server who was able to successfully serve both parties as per separate Proofs of Service to be filed herein in November 2025.

       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 4TH day of November 2025, at Fullerton, CA.

LISA MITTS PATRICK

DECLARATION OF DUE DILIGENCE RE PROOF OF SERVICE

**lolmp2021@gmail.com**

| | |
|---|---|
| **From:** | processstatus@ddslegal.com |
| **Sent:** | Wednesday, August 13, 2025 10:50 AM |
| **To:** | lolmp2021@gmail.com |
| **Subject:** | Service update for Car Wash Management, LLC, a Hawaii Limited Liability Company, Job #691361A |



COURT • PROCESS • DEL
DEPOSITION OFFICER • DIS

**DILIGENCE REPORT - SERVICE UPDATE**

| | |
|---|---|
| Workorder:: | 691361A |
| Reference Number: | Regions Bank v Car Wash Managemen |
| Case Number: | 225CV00359CASKSX |
| Case Title: | Regions Bank, an Alabama State Bank dba Ascentium Capital vs Car Wash Management, LLC, a Delaware Limited Liability Company, et al. |
| Job Type: | PROCESS SERVICE - STATEWIDE - Standard |
| Ordered By: | Lisa Mitts Patrick (714) 990-3693 ext 101 - (714) 990-3693 x 101 |
| Ordered On: | 7/30/2025 |
| Servee: | Car Wash Management, LLC, a Hawaii Limited Liability Company |
| Documents: | Certification and Notice of Interested Parties (Local Rule 7.1-1); Answer to Complaint; Summons in a Civil Action-2; Complaint; Cross-Complaint; |
| | Date: 8/6/2025 Time: 7:57 AM Address Attempted: 12136 Avenida Sivrita, , San |

1

Diego, CA 921284547
No answer at door. Same vehicles. Large black and yellow costco storage bins seen piled up in front door window.

Date: 8/8/2025
Time: 6:20 AM
Address Attempted: 12136 Avenida Sivrita, , San Diego, CA 921284547
No answer at door. Same vehicles. Large black and yellow costco storage bins seen piled up in front door window.

Date: 8/10/2025
Time: 4:24 PM
Address Attempted: 12136 Avenida Sivrita, , San Diego, CA 921284547
No answer and no activity.

Date: 8/11/2025
Time: 10:50 AM
Address Attempted: 12136 Avenida Sivrita, , San Diego, CA 921284547
No answer and no changes.

Date: 8/12/2025
Time: 7:06 PM
Address Attempted: 12136 Avenida Sivrita, , San Diego, CA 921284547
No answer at door. Both vehicles present. Bins still in door window. Light on inside. Waited 3 minutes but no response to knocks and no movement heard inside; **Attempts Exhausted. New base rate will apply should you choose to continue wtih service.

Thank you for trusting DDS Legal!

*If you have any questions please do not hesitate to contact us at*

*process@ddslegal.com714-662-5555*

*ddslegal.com*

2