Lisa Mitts Patrick, ESQ.  #134522
THE LAW OFFICE OF LISA MITTS PATRICK
112 E. Amerige Ave, Suite 313
Fullerton, CA 92832
Phone: 714-990-3693
Fax: 657-234-0012
Email: lolmp2021@gmail.com

Attorney for Defendant,
JOSE RENE ORTIZ
aka JOSE R. ORTIZ
aka JOSE ORTIZ, an individual

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL

         Plaintiff,

vs.

CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ aka JOSE ORTIZ, an individual, ANDREW WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,

         Defendant

================================

JOSE RENE ORTIZ,
         Cross Complainant,
vs.

ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual,

Case No: 2:25-CV-00359

DECLARATION OF DUE DILIGENCE re PROOF OF SERVICE

DECLARATION OF DUE DILIGENCE RE PROOF OF SERVICE

CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,

Cross Defendant.

==========================================

I, LISA MITTS PATRICK, declare:

I am an attorney at law duly licensed to practice before all of the courts of the state of California and in this action represent Defendant and Cross Complainant JOSE RENE ORTIZ. If called as a witness, I could and would competently testify to the following:

1. I sent the original Cross Complaint (and Complaint/Summons) out for service on Defendant CAR WASH MANAGEMENT, LLC a Hawaii Limited Liability Company on their agent for service of process Andrew Paul Williams (and on Andrew Paul Williams) via DDS Legal Support Services in August of 20225.

2. I gave them the addresses we had from the Secretary of State and other public data, for both Williams individually and as agent for service for the Car Wash Management LLC, Hawaii company. These addresses were in San Diego the last known address of record.

3. I was given a response to our attempts at service of the attached document which is made a part hereof, showing their diligence in attempting service on August 6, 2025, August 8, 2025, August 10, 11 and 12 2025 before they returned the task unserved. I also spoke with a representative of the company about alternative addresses and resubmitting if/when we had them.

4. Eventually we obtained a new address and a new process server who was able to successfully serve both parties as per separate Proofs of Service to be filed herein in November 2025.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 4TH day of November 2025, at Fullerton, CA.

LISA MITTS PATRICK

---

DECLARATION OF DUE DILIGENCE RE PROOF OF SERVICE

**lolmp2021@gmail.com**

| | |
|---|---|
| **From:** | processstatus@ddslegal.com |
| **Sent:** | Wednesday, August 13, 2025 10:50 AM |
| **To:** | lolmp2021@gmail.com |
| **Subject:** | Service update for Car Wash Management, LLC, a Hawaii Limited Liability Company, Job #691361A |



COURT · PROCESS · DEL
DEPOSITION OFFICER · DIS

### DILIGENCE REPORT - SERVICE UPDATE

| | |
|---|---|
| Workorder:: | 691361A |
| Reference Number: | Regions Bank v Car Wash Managemen |
| Case Number: | 225CV00359CASKSX |
| Case Title: | Regions Bank, an Alabama State Bank dba Ascentium Capital vs Car Wash Management, LLC, a Delaware Limited Liability Company, et al. |
| Job Type: | PROCESS SERVICE - STATEWIDE - Standard |
| Ordered By: | Lisa Mitts Patrick (714) 990-3693 ext 101 - (714) 990-3693 x 101 |
| Ordered On: | 7/30/2025 |
| Servee: | Car Wash Management, LLC, a Hawaii Limited Liability Company |
| Documents: | Certification and Notice of Interested Parties (Local Rule 7.1-1); Answer to Complaint; Summons in a Civil Action-2; Complaint; Cross-Complaint; |
| | Date: 8/6/2025 Time: 7:57 AM Address Attempted: 12136 Avenida Sivrita, , San |

Diego, CA 921284547
No answer at door. Same vehicles. Large black and yellow costco storage bins seen piled up in front door window.

Date: 8/8/2025
Time: 6:20 AM
Address Attempted: 12136 Avenida Sivrita, , San Diego, CA 921284547
No answer at door. Same vehicles. Large black and yellow costco storage bins seen piled up in front door window.

Date: 8/10/2025
Time: 4:24 PM
Address Attempted: 12136 Avenida Sivrita, , San Diego, CA 921284547
No answer and no activity.

Date: 8/11/2025
Time: 10:50 AM
Address Attempted: 12136 Avenida Sivrita, , San Diego, CA 921284547
No answer and no changes.

Date: 8/12/2025
Time: 7:06 PM
Address Attempted: 12136 Avenida Sivrita, , San Diego, CA 921284547
No answer at door. Both vehicles present. Bins still in door window. Light on inside. Waited 3 minutes but no response to knocks and no movement heard inside; **Attempts Exhausted. New base rate will apply should you choose to continue wtih service.

Thank you for trusting DDS Legal!

*If you have any questions please do not hesitate to contact us at*

process@ddslegal.com714-662-5555

ddslegal.com

2