**Lisa Mitts Patrick, Esq. SBN: 134522**
**LAW OFFICE OF LISA MITTS PATRICK**
**112 E. Amerige Ave  313**
**Fullerton, CA 92832**
**(714) 990-3693**

## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| | **CASE NUMBER:**<br>**2:25-cv-00359 CAS (KSx)** |
| **REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL**<br><br>Plaintiff(s)<br><br>v.<br><br>**CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company: et al.**<br><br>Defendant(s) | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☑ Summons  ☐ First Amended Complaint  ☐ Third Party Complaint
   ☑ Complaint  ☐ Second Amended Complaint  ☐ Counter Claim
   ☐ Alias Summons  ☐ Third Amended Complaint  ☐ Cross Claim
   ☑ other **See attached Document List**

2. **Person served:**

   a. ☑ Defendant *(name:)* **ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual**
   b. ☐ Other *(specify name and title or relationship to the party/business named):*

   c. ☑ Address where the papers were served:  **1701 S Grove Ave Ste D**
      **Ontario, CA 917614500**

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked):*

   a. ☑ Federal Rules of Civil Procedure

   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies.  If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date):* at *(time):*

   b. ☑ By **Substituted Service.** By leaving copies:  **Adrian Garcia - Employee**
      **Age: 51 - 55       Weight: 261-280 Lbs       Hair: Black       Sex: Male**
      **Height: 5'7 - 6'0       Eyes: Brown       Race: Latino       Marks:**

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☑ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☑ **Papers were served on** *(date):* **10/29/2025** at *(time):* **9:19 AM**

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☑ **papers were mailed on** Oct 29, 2025 - DECLARATION OF MAILING ATTACHED

      6. ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender.  **(Attach completed Waiver of Service of summons and Complaint).**

---

CV-1 (03/10)                    **PROOF OF SERVICE - SUMMONS AND COMPLAINT**                    PAGE 1

**Nationwide Legal, LLC**

901 W. Civic Center Drive, Suite# 190

Santa Ana, CA 92703

Phone: (714) 558-2400   Fax: (714) 558-2401

Continued from Proof of Service

**CLIENT:** LAW OFFICE OF LISA MITTS PATRICK

**CLIENT FILE #:** Regions Bank v. Car Wash Management          **DATE:** October 29, 2025

**SUBJECT:** ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual

**SERVED:** Adrian Garcia - Employee

Summons; Complaint; 1st Amended Cross Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Parties Court Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Amended Summons in a Civil Action



Order#: OC237066A/DocAtt2010

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.  (F.R.Civ.P. 4(h)) (C.C.P. 416.10)**  By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)**  By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other**  (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

Name of person served:

**Title of person served:**

**Date and time of service:**  *(date):*  at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

**Oscar Sanchez**
**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**

a. Fee for service: $ **423.85**

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☑ Registered California process server
Registration # :**1450**
County: **San Bernardino**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **October 29, 2025**　　　　　**Oscar Sanchez**
*Type or Print Server's Name*　　　　　　　　　*(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Lisa Mitts Patrick, Esq. \| SBN: 134522<br>LAW OFFICE OF LISA MITTS PATRICK<br>112 E. Amerige Ave  313 Fullerton, CA 92832<br><br>TELEPHONE NO.: (714) 990-3693 \| FAX NO.  \| E-MAIL ADDRESS<br>ATTORNEY FOR (Name):  Defendant/ Cross Complainant: JOSE RENE ORTIZ, aka JOSE R. ORTIZ etc. | | |

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| STREET ADDRESS: 350 WEST 1ST STREET<br>MAILING ADDRESS: 350 WEST 1ST STREET 4TH FLOOR<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: WESTERN DIVISION | |

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER:  REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL<br><br>DEFENDANT/RESPONDENT:  CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company; et al. | 2:25-cv-00359 CAS (KSx) |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>Regions Bank v. Car Wash Management |

I, Oscar Sanchez , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual as follows:

Documents:

**Summons; Complaint; 1st Amended Cross Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Parties Court Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Amended Summons in a Civil Action**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 10/17/2025 | 9:17 AM | Business | Per employee, Adrian Garcia, subject was not available at the time.<br>Logo for the business was on suite E, suite D had no logos.<br>1701 S Grove Ave Ste D & E,  Ontario, CA 917614500 |
| 10/20/2025 | 5:04 PM | Business | Business closed<br>1701 S Grove Ave Ste D & E,  Ontario, CA 917614500 |
| 10/23/2025 | 12:15 PM | Business | Business closed, no movement inside.<br>1701 S Grove Ave Ste D & E,  Ontario, CA 917614500 |
| 10/27/2025 | 3:47 PM | Business | Business closed , no movement inside<br>1701 S Grove Ave Ste D & E,  Ontario, CA 917614500 |
| 10/29/2025 | 9:19 AM | Business | Substituted service on: ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual; 1701 S Grove Ave Ste D, Ontario, CA 91761-4500; by serving: Adrian Garcia - Employee, Latino Male 51 - 55 261-280 Lbs Black 5'7 - 6'0 Brown. |

Fee for Service: **$ 423.85**

County:  **San Bernardino**
Registration No.:  **1450**
**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 29, 2025.

Signature:_____

**Oscar Sanchez**

**AFFIDAVIT OF REASONABLE DILIGENCE**

**Order#: OC237066A**

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Lisa Mitts Patrick, Esq., SBN: 134522<br>LAW OFFICE OF LISA MITTS PATRICK<br>112 E. Amerige Ave 313<br>Fullerton, CA 92832<br>TELEPHONE No.: (714) 990-3693 | E-MAIL ADDRESS (Optional):<br><br>FAX No. (Optional): | |
| Attorney for: Defendant/ Cross Complainant JOSE RENE ORTIZ, aka JOSE R. ORTIZ etc. | Ref No. or File No.:<br>Regions Bank v. Car Wash Management | |

Insert name of Court, and Judicial District and Branch Court:

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

Petitioner: REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL

Respondent: CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company; et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:25-cv-00359 CAS (KSx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; 1st Amended Cross Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Parties Court Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Amended Summons in a Civil Action

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Santa Ana, California, addressed as follows:

    a. Date of Mailing:          October 29, 2025

    b. Place of Mailing:        Santa Ana, CA

    c. Addressed as follows:    ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual<br>                           1701 S Grove Ave Ste D<br>                           Ontario, CA 91761-4500

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business.

Fee for Service: **$ 423.85**
    **Nationwide Legal, LLC REG: 12-234648**
    **901 W. Civic Center Drive, Suite# 190**
    **Santa Ana, CA 92703**
    **(714) 558-2400**
    **www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 29, 2025**.

**Signature:**_____

                     **Krista Formes**

**PROOF OF SERVICE BY MAIL**

                                                  Order#: OC237066A/mailproof