| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name. Sta.*    *number, and address)* | FOR COURT USE ONLY |
|---|---|
| Lisa Mitts Patrick, Esq. | SBN: 134522<br>LAW OFFICE OF LISA MITTS PATRICK<br>112 E. Amerige Ave  313 Fullerton, CA 92832<br><br>TELEPHONE NO.: (714) 990-3693 | FAX NO. | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* Defendant/ Cross Complainant: JOSE RENE ORTIZ, aka JOSE R. ORTIZ etc. | |

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| STREET ADDRESS: 350 WEST 1ST STREET | |
| MAILING ADDRESS: 350 WEST 1ST STREET 4TH FLOOR | |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 | |
| BRANCH NAME: WESTERN DIVISION | |

| PLAINTIFF/PETITIONER:  REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability<br>Company; et al. | 2:25-cv-00359 CAS (KSx) |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>Regions Bank v. Car Wash Management |

I, Oscar Sanchez , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual as follows:

Documents:

**Summons; Complaint; 1st Amended Cross Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Parties Court Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Amended Summons in a Civil Action**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 10/17/2025 | 9:17 AM | Business | Per employee, Adrian Garcia, subject was not available at the time. Logo for the business was on suite E, suite D had no logos.<br>1701 S Grove Ave Ste D & E,  Ontario, CA 917614500 |
| 10/20/2025 | 5:04 PM | Business | Business closed<br>1701 S Grove Ave Ste D & E,  Ontario, CA 917614500 |
| 10/23/2025 | 12:15 PM | Business | Business closed, no movement inside.<br>1701 S Grove Ave Ste D & E,  Ontario, CA 917614500 |
| 10/27/2025 | 3:47 PM | Business | Business closed , no movement inside<br>1701 S Grove Ave Ste D & E,  Ontario, CA 917614500 |
| 10/29/2025 | 9:19 AM | Business | Substituted service on: ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual; 1701 S Grove Ave Ste D, Ontario, CA 91761-4500; by serving: Adrian Garcia - Employee, Latino Male 51 - 55 261-280 Lbs Black 5'7 - 6'0 Brown. |

Fee for Service: **$ 423.85**
County:  **San Bernardino**
Registration No.:  **1450**
**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 29, 2025.

Signature: _____

Oscar Sanchez

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: OC237066A

| | | FOR COURT USE ONLY |
|---|---|---|

*Attorney or Party without Attorney:*
Lisa Mitts Patrick, Esq., SBN: 134522
LAW OFFICE OF LISA MITTS PATRICK
112 E. Amerige Ave 313
Fullerton, CA 92832
*TELEPHONE No.:* (714) 990-3693          *FAX No. (Optional):*          *E-MAIL ADDRESS (Optional):*

*Attorney for:* Defendant/ Cross Complainant JOSE RENE ORTIZ, aka JOSE R. ORTIZ etc.

*Ref No. or File No.:*
Regions Bank v. Car Wash Management

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

*Petitioner:* REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL

*Respondent:* CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company; et al.

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:25-cv-00359 CAS (KSx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; 1st Amended Cross Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Parties Court Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Amended Summons in a Civil Action

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Santa Ana, California, addressed as follows:

    a. Date of Mailing:        October 29, 2025
    b. Place of Mailing:      Santa Ana, CA
    c. Addressed as follows:  ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual
                             1701 S Grove Ave Ste D
                             Ontario, CA 91761-4500

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business.

Fee for Service: $ 423.85
    **Nationwide Legal, LLC REG: 12-234648**
    **901 W. Civic Center Drive, Suite# 190**
    **Santa Ana, CA 92703**
    **(714) 558-2400**
    **www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2025.

Signature: _____

**Krista Formes**

**PROOF OF SERVICE BY MAIL**

Order#: OC237066A/mailproof