Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff,
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

<table>
<tr><td>

REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,

    Plaintiff,

    v.

CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,

    Defendants.

</td><td>

Case No. 2:25-cv-00359 CAS (KSx)

**JOINT STIPULATION REQUESTING THAT THE COURT MODIFY CASE SCHEDULE [DKT 79]**

**No Hearing Date set at this time**

</td></tr>
<tr><td>

JOSE RENE ORTIZ,

    Cross Complainant,

    v.

ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, CAR WASH MANAGEMENT, LLC,, a Delaware Limited Liability Company,

</td><td></td></tr>
</table>

JOINT STIPULATION REQUESTING THAT THE COURT MODIFY CASE SCHEDULE [DKT 79]
126236.000006\4914-0045-6310.1

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,

Cross Defendants.

WASHWORLD, INC.,

Counter Plaintiff,

v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,
Counter Defendant.

WASHWORLD, INC.,

Cross Claimant,

v.

CAR WASH MANAGEMENT, LLC,

Cross Defendant.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2

JOINT STIPULATION REQUESTING THAT THE COURT MODIFY CASE SCHEDULE [DKT 79]
126236.000006\4914-0045-6310.1

**TO THE HONORABLE CHRISTINA SNYDER UNITED STATES DISTRICT COURT JUDGE:**

Plaintiff REGIONS BANK, an Alabama State Bank, dba Ascentium Capital ("Plaintiff"), Defendants Jose Rene Ortiz ("Ortiz")  and Washworld, Inc, ("Washworld") (collectively "the Parties")  by and through their respective attorneys hereby request that the Court modify the Scheduling Order in this case. All other Defendants in this case have not appeared or have been dismissed by order of the Court. The foregoing request is jointly made after meeting and conferring. The facts as to why this Request is being made are set forth below.

## RECITALS

WHEREAS, The pleadings in this case are not set. Plaintiff has filed a Motion to Dismiss Washworld's Counterclaims and a Motion to Strike Affirmative Defenses in Washworld's Answer. [Dkts. 102, 103.] Washworld has filed a Motion to Dismiss Ortiz's First Amended Cross Claims . [Dkt. 100]. All motions are scheduled for hearing on December 1, 2025.

WHEREAS, without the benefit of the Court's ruling, and the potential that the motions may result in leave to amend, the Parties anticipate needing additional time to complete discovery on the controlling claims and defenses.

WHEREAS, Plaintiff has previewed it intends to file a Motion for Leave to Amend its Complaint following its review of materials produced in discovery;

WHEREAS, Ortiz has indicated that Cross-defendants Andrew Williams and Car Wash Management, LLC, a Hawaii Limited Liability were just served by substitute service with the last date of substitute service being October 29, 2025, and their response will not be due  until November 22, 2025.

WHEREAS, if Andrew Williams and/or Car Wash Management, LLC answer then Plaintiff may ask leave for the Court to amend the Complaint for that reason as well since they were dismissed because Plaintiff was unable to serve them.  In

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

addition, it is unknown if they will file pleadings motions or also file a Counterclaim or Cross-claim. The result is that the pleadings in this case will be amended and changed and  possibly there will be further pleadings as well.

WHEREAS, the Parties are in the process of agreeing on a Confidentiality Order for submission to the Court with respect to the production of documents and information.

WHEREAS, Plaintiff anticipates motion practice with respect to Washworld's discovery responses.

WHEREAS, the Parties believe a modification to the Case Schedule is required.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, by and through their respective undersigned counsel, subject to Court approval, that the Case Schedule is modified as follows:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Request for leave to file amended pleadings or to add parties | November 14, 2025 | February 28, 2026 |
| Settlement Completion Cutoff | April 30, 2026 | May 15, 2026 |
| Factual Discovery Cut-off | April 30, 2026 | June 30, 2026 |
| Last Day to File Motions | May 15, 2026 | July 15, 2026 |
| Exchange of Expert Reports Cut-off | May 1, 2026 | July 1, 2026 |
| Exchange of Rebuttal Reports Cut-off | May 15, 2026 | July 16, 2026 |
| Expert Discovery Cut-off | June 26, 2026 | August 30, 2026 |
| Zoom Status Conference re: Settlement | May 11, 2026 at 11:00 AM | July 1, 2026 at 11:00 AM |
| Pretrial Conference/Hearing on Motions in Limine | July 20, 2026 at 11:00 AM | October 26, 2026 at 11:00 AM |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

JOINT STIPULATION REQUESTING THAT THE COURT MODIFY CASE SCHEDULE [DKT 79]
126236.000006\4914-0045-6310.1

| Jury Trial | August 4, 2026 at 9:30 AM | December 15, 2026 at 9:30 AM |

**IT IS SO STIPULATED AND AGREED**.

DATED:  November 5, 2025          FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: _____/s/_____
ANDREW K. ALPER
Attorneys for Plaintiff,
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

DATED:  November 5, 2025          Baker & Hostetler, LLP

By: _____/s/_____
KATHARINE H. WALTON, Attorneys for
Defendant, Counterclaimant, Cross-
complainant,  and Cross-defendant
WASHWORLD, INC.

Dated: October 31, 2025          LAW OFFICE OF LISA MITTS PATRICK

By: _____/s/_____
LISA MITTS PATRICK, Attorney for
Defendant and Cross-complainant and Cross-
Defendant JOSE RENE ORTIZ

## ATTESTATION

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 6, 2025          By: _____/s/_____
ANDREW K. ALPER, Attorney for Regions
Bank

3

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

## PROOF OF SERVICE

**Regions Bank v. Car Wash Management, LLC, etc., et al.
Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California.  I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction.  My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On November 6, 2025, I served true copy(ies) of the **JOINT STIPULATION REQUESTING THAT THE COURT MODIFY CASE SCHEDULE [DKT 79]**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

### SEE ATTACHED SERVICE LIST

**BY MAIL:**  I placed the envelope for collection and mailing at Los Angeles, California.  The envelope was mailed with postage fully prepaid via First Class Mail. I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused said document(s) to be transmitted by electronic mail. This service may be based on a court order, Code of Civil Procedure 1010.6, or an agreement among the parties to accept service by email. The name(s) and e-mail addresses of the person(s) served are set forth in the above service list. The document(s) were transmitted by electronic transmission and without error from the following email address: rsantamaria@frandzel.com.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 6, 2025, at Los Angeles, California.

*Barbara Wilson*
_____
Barbara Wilson

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1

JOINT STIPULATION REQUESTING THAT THE COURT MODIFY CASE SCHEDULE [DKT 79]
126236.000006\4914-0045-6310.1

**SERVICE LIST**
**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

Michael D. Gannon (pro hac vice)
Katharine H. Walton (pro hac vice)
BakerHostetler
One North Wacker Drive, Suite 3700
Chicago. IL 60606-2859

Tel:   312-416-8187
Email:     mgannon@bakerlaw.com
           kwalton@bakerlaw.com

Attorney for Defendant Washworld. Inc.

Xitlaly Estrada
Ava Clayool
Baker & Hostetler LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles. CA 90067-4301

Tel:   310-442-8878
Email:     xestrada@bakerlaw.com
           aclaypool@bakerlaw.com

Attorney for Defendant Washworld. Inc.

Lisa Mitts Patrick, Esq.
The Law Office Of Lisa Mitts Patrick
122 E. Amerige Ave., Suite 313
Fullerton, CA 92832

Tel: (714) 990- 3693
Fax: (657) 234 - 0012
Email:     lolmp2021@gmail.com

Attorneys for Defendant and Cross-Complainant Jose Rene Ortiz, aka Jose R. Ortiz, aka Jose Ortiz, an individual

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2
JOINT STIPULATION REQUESTING THAT THE COURT MODIFY CASE SCHEDULE [DKT 79]
126236.000006\4914-0045-6310.1