Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-979-8430
Email:    *xestrada@bakerlaw.com*
          *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago , IL 60606
Telephone:  312-416-6200
Email:    *mgannon@bakerlaw.com*
          *kwalton@bakerlaw.com*

*Attorney for Defendant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br><br>Defendants. | **DEFENDANT WASHWORLD, INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>*[Filed with Response in Opposition]*<br><br>DATE:    December 1, 2025<br>TIME:    10:00 AM<br>CTRM:    8D |
| JOSE RENE ORTIZ,<br><br>Cross Claimant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive,<br><br>Cross Defendants. | |

WASHWORLD, INC.,

          Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

          Counter Defendant.

WASHWORLD, INC.,

          Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

          Cross Defendant.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2

Defendant Washworld, Inc. ("Washworld") will and hereby does move, by and through its attorneys, to request the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

1. Defendant Jose Rene Ortiz's Answer and Affirmative Defenses, Dkt. 54, dated January 14, 2025, a true and correct copy of which is attached as Exhibit 1.

2. Ascentium's Answer and Affirmative Defenses in *Goichai v. Ascentium Capital LLC and Regions Bank*, No. 5:25-cv-11534 (E.D. Mich. May 23, 2025) (ECF No. 4), 2025, a true and correct copy of which is attached as Exhibit 2.

The Court "may take judicial notice of court filings." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 750 n.6 (9th Cir. 2006).

Dated:  November 10, 2025

**BAKER & HOSTETLER LLP**

By:   /s/ Katharine Walton
Katharine Walton

*Attorneys for Defendant*
WASHWORLD, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## CERTIFICATE OF SERVICE

I am employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One North Wacker Drive, Suite 3700, Chicago, IL 60606. On November 10, 2025, I served a copy of the within document(s):

**WASHWORLD, INC.'S REQUEST FOR JUDICIAL NOTICE**

☑ **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below.

| | |
|---|---|
| Andrew K. Alper (SBN 088876)<br>**FRANDZEL ROBINS BLOOM & CSATO, L.C.**<br>1000 Wilshire Boulevard, Nineteenth Floor<br>Los Angeles, CA 90017<br>Telephone:  323-852-1000<br>Facsimile:  323-651-2577<br>Email:      *aalper@frandzel.com* | *Attorneys for Plaintiff*<br>REGIONS BANK |
| Lisa Mitts Patrick (SBN 134522)<br>**LAW OFFICE OF LISA MITTS PATRICK**<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832<br>Telephone:  714-990-3693<br>Facsimile:  657-234-0012<br>Email:      *lolmp2021@gmail.com* | *Attorneys for Defendant and Cross Defendant*<br>JOSE RENE ORTIZ |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on November 10, 2025, at Chicago, Illinois.

*/s/ Katharine Walton*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES