# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL, <br><br> Plaintiff, <br><br> v. <br><br> CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive, <br><br> Defendants. | Case No. 2:25-cv-00359-CAS-KS <br><br> **[PROPOSED] ORDER** <br><br> Complaint Filed    01/14/2025 <br> Trial Date:        08/04/2026 |
| JOSE RENE ORTIZ, <br><br> Cross Claimant, <br><br> v. <br><br> ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive, <br><br> Cross Defendants. | |

WASHWORLD, INC.,

      Counter Plaintiff,

  v.

REGIONS BANK D/B/A ASCENTIUM CAPITAL,

      Counter Defendant.

WASHWORLD, INC.,

      Cross Claimant,

  v.

CAR WASH MANAGEMENT, LLC

      Cross Defendant.

## <u>ORDER</u>

**GOOD CAUSE APPEARING**, the Court hereby approves the Stipulation and enters the Protective Order.

**IT IS SO ORDERED**.

Dated: _____                    _____

                                                      Hon. Karen L. Stevenson

4