Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff,
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendants.<br><br>—————————————<br><br>JOSE RENE ORTIZ,<br><br>Cross Complainant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, CAR WASH MANAGEMENT, LLC., | Case No. 2:25-cv-00359 CAS (KSx)<br><br>**ORDER MODIFYING SCHEDULING ORDER [CURRENTLY DOCKET NO. 79]**<br><br>**No Hearing Date set at this time**<br><br><br>NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

5752438v1 | 100287-0289

1

ORDER MODIFYING SCHEDULING ORDER [docket no 79]

a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,

        Cross Defendants.

WASHWORLD, INC.,

        Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL, Counter Defendant.

WASHWORLD, INC.,

        Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

        Cross Defendant.

Upon review of the Joint Stipulation Requesting That The Court Modify Case Schedule [which is docket no. 79] ("the Stipulation"), and good cause appearing to the Court,

IT IS ORDERED, ADJUDGED AND DECREED that the parties Stipulation is granted, and the Scheduling Order [Docket no. 79] is modified, as follows:

| | Current Dates/Deadline | New Dates/Deadline |
|---|---|---|
| Request for leave to file amended pleadings or to add parties | November 14, 2025 | February 27, 2026 |
| Settlement Completion Cutoff | April 30, 2026 | May 15, 2026 |

5752438v1 | 100287-0289

2

ORDER MODIFYING SCHEDULING ORDER [docket no 79]

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

| Factual Discovery Cut-off | April 30, 2026 | June 30, 2026 |
|---|---|---|
| Last Day to File Motions | May 15, 2026 | July 17, 2026 |
| Exchange of Expert Reports Cut-off | May 1, 2026 | July 1, 2026 |
| Exchange of Rebuttal Reports Cut-off | May 15, 2026 | July 16, 2026 |
| Expert Discovery Cut-off | June 26, 2026 | August 31, 2026 |
| *Zoom Status Conference re: Settlement | **May 11, 2026**, at **11:00 AM** | **June 29, 2026**, at **11:00 AM** |
| Pretrial Conference/ Hearing on Motions in Limine | **July 20, 2026**, at **11:00 AM** | **October 26, 2026**, at **11:00 AM** |
| Jury Trial (Est. 3-7 Days) | **August 4, 2026**, at **9:30 AM** | **December 1, 2026**, at **9:30 AM** |

*Zoom Webinar Information can be found on the Court's Website, under Judge Snyder's Procedures and Schedules.

    IT IS SO ORDERED.

DATED: November 6, 2025

By:                                   
    HON. CHRISTINA A. SNYDER
    DISTRICT COURT JUDGE