AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00359-CAS-KS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Car Wash Management LLC

was received by me on *(date)*        11/12/2025        .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Shaylynn Robinson - Authorized to Accept        , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

1521 Concord Pike, Suite 201, Wilmington, DE  @1:34 p.m.  on *(date)*        11/12/2025        ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:        11/12/2025        _____
*Server's signature*

William Besco - Process Server
_____
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
_____
*Server's address*

Additional information regarding attempted service, etc: