Lisa Mitts Patrick, Esq. #134522
THE LAW OFFICE OF LISA MITTS PATRICK
122 E. Amerige Ave., Suite 313
Fullerton, CA 92832
Phone: (714) 990 – 3693
Fax: (657) 234 – 0012
Email: lolmp2021@gmail.com

Attorneys for Defendant,
JOSE RENE ORTIZ,
aka JOSE R. ORTIZ,
aka JOSE ORTIZ, an individual

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL<br><br>Plaintiff,<br><br>vs.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendant<br><br>JOSE RENE ORTIZ,<br>　　　　Cross Complainant<br>vs.<br>ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,<br><br>　　　　Cross Defendants. | Case No.: 2:25-CV-00359<br><br>NOTICE OF ERRATA RE OPPOSITION of CROSS COMPLAINANT JOSE RENE ORTIZ to (SECOND) MOTION of CROSS DEFENDANT WASHWORLD, INC. to DISMISS (ECF #100)<br><br>Date: 12/1/25<br>Time: 10:00 a.m.<br>Place: 8D |

NOTICE OF ERRATA RE OPPOSITION OF CROSS COMPLAINANT JOSE RENE ORTIZ TO DEFENDANT WASHWORLD'S (SECOND) MOTION TO DISMISS - 1

Cross Complainant JOSE RENE ORTIZ hereby submits this Notice of Errata regarding his Opposition filed 11/11/25 to the second Motion (Doc #100) of Defendant/Cross-Defendant Washworld, Inc. to Dismiss the First Amended Cross Complaint of Defendant/Cross Complainant Jose Rene Ortiz' to-wit page #2 was mis-scanned and missing from the filing.

Attached hereto as Exhibit "A" is that missing page. Attached hereto as Exhibit "B" for the Court's convenience is a complete copy of the Opposition with all pages confirmed.

Respectfully,
LAW OFFICE OF LISA MITTS PATRICK

Dated: 11/12/25  By: _____
LISA MITTS PATRICK
Attorney for Defendant/Cross Complainant JOSE RENE ORTIZ

NOTICE OF ERRATA RE OPPOSITION OF CROSS COMPLAINANT JOSE RENE ORTIZ TO DEFENDANT WASHWORLD'S (SECOND) MOTION TO DISMISS - 2

# FEDERAL COURT PROOF OF SERVICE
## Case No. 2:25-cv-00359

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over the age of 18 years of age and not a party to this action. My business address is 122 E. Amerige Ave., Suite 313, Fullerton CA, 92832.

On November 12, 2025, I served true copies of the following document(s):

*Notice of Errata re*

**OPPOSITION OF CROSS COMPLAINANT JOSE RENE ORTIZ TO DEFENDANT WASHWORLD'S (SECOND) MOTION TO DISMISS**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

### SEE ATTACHED SERVICE LIST

The documents were served by the following means:

(X) BY EMAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent from e-mail address lolmp2021@gmailcom to the persons at the e-email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

( ) By Fax. I sent the documents to the above listed parties by fax to the number listed on their pleading and the transmission was complete and with no errors.

( ) By Mail. I placed a true copy of the document in the United States Mail in a sealed envelope with the postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 12, 2025 at Fullerton, California.

*Kathleen Micalizzi*
Kathleen Micalizzi

NOTICE OF ERRATA RE OPPOSITION OF CROSS COMPLAINANT JOSE RENE ORTIZ TO DEFENDANT WASHWORLD'S (SECOND) MOTION TO DISMISS - 3

**SERVICE LIST**

Case No. 2:25-cv-00359

| | |
|---|---|
| Andrew K. Alper, Esq.<br>Thomas M. Robins, Esq.<br>FRANDZEL, ROBINS, BLOOM and CSATO<br>1000 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90017-2427<br><br>Phone: 323-852-1000<br>Fax: 325-651-2577<br>Email: aalper@franzel.com,<br>trobins@franzel.com | Attorney for answering Defendant, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual |

NOTICE OF ERRATA RE OPPOSITION OF CROSS COMPLAINANT JOSE RENE ORTIZ TO DEFENDANT WASHWORLD'S (SECOND) MOTION TO DISMISS - 4