Exhibit "A"

The second Motion of Defendant/Cross-Defendant Washworld, Inc. (Doc # 100) (hereinafter Washworld) to Dismiss the First Amended Cross Complaint of Defendant/Cross Complainant Jose Rene Ortiz' (hereinafter Ortiz) [prior Motion ECF #68] under Federal Rule Civil Procedure §12(b)6 (failure to state a claim) should be denied.

The First Amended Cross Complainant Ortiz' case has merit, has been sufficiently pleaded, and should be allowed to proceed. Cross Complainant therefore opposes said Motion.

Alternatively if the Court should find that the Amended Cross Complaint lacks sufficient specificity or fails to state a cause of action as alleged, or is otherwise pleaded improperly, Ortiz seeks leave of Court to file a further Amended Cross Complaint to correct any alleged deficiencies, especially now that at least some discovery and disclosures have taken place and this pleading party now has additional factual information to include in his general pleading if it is found to be lacking and all without prejudice.

**I. IF THE COURT IS INCLINED TO GRANT THE MOTION, IT IS REQUESTED THAT A DECISION BE DEFERRED UNTIL AFTER DISCOVERY HAS TAKEN PLACE ON THE ISSUES OF THE FACTUAL EVENTS AS TO HOW AND WHY WASHWORLD IS RETAINING ANY OF THE FUNDS ISSUED BY THE PLAINTIFF (AMONG OTHER ISSUES) TO ENABLE CROSS DEFENDANT TO SUPPLY A MORE DETAILED FACTUAL PLEADING IF REQUIRED.**

Since this Opposing party has minimal information as to the contacts between the other parties who have a direct relationship with one another as alleged in the Complaint, Answer, and various Motions herein, this party seeks the ability to be permitted to conduct meaningful discovery before this Responding Party Ortiz' lack of factual basis in his pleading harms him by way of dismissal of his valid Cross action.

Were Ortiz not sought to be held responsible for the "missing money" referred to in the Plaintiff's Complaint--funds taken from the Plaintiff bank, sent to Washworld for one purpose and retained by Washworld, Inc. for another, some of which is also alleged to have been refunded to the party having committed the alleged fraud, to-wit Defendant/Cross Defendant WILLIAMS and his Car Wash related entities, there would be no allegations of alleged guarantor liability as against this Responding Party, Ortiz. It is justifiable therefore for the Court, to ensure a complete and fair remedy for all parties in this action, including for this Defendant /

OPPOSITION OF CROSS COMPLAINANT JOSE RENE ORTIZ TO DEFENDANT
WASHWORLD'S (SECOND) MOTION TO DISMISS - 2