Katharine H. Walton (pro hac vice)
Baker & Hostetler LLP
One North Wacker Drive, Suite 3700
Chicago , IL 60606
Telephone: 312-416-6200

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Regions Bank d/b/a Ascentium Capital | **CASE NUMBER:**<br><br>2:25-cv-00359-CAS-KS |
| Plaintiff(s)<br>v. | |
| Car Wash Management, LLC, Car Wash Management, LLC, West Covina Car Wash LLC, Jose Rene Ortiz, Andrew Paul Williams, Washworld, Inc., Does 1-100 | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
| Defendant(s). | |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

## CHECK ONLY ONE BOX:

[✓]  The parties stipulate that _____James Fitzgerald_____ may serve as the Panel Mediator in the above-captioned case. _____Katharine Walton_____ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on __March 17, 2026__ and counsel will submit mediation statements seven calendar days
(Date)
before the session.

[ ]  The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: December 5, 2025                              /s/ Andrew Alper (with consent)

Attorney For Plaintiff   Regions Bank


Dated:

Attorney For Plaintiff


Dated: December 5, 2025

Attorney For Defendant   Jose Rene Ortiz


Dated: December 5, 2025                              /s/ Katharine H. Walton

Attorney For Defendant   Washworld, Inc.


*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)              **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**