# EXHIBIT 1



**ascentium**
CAPITAL
23970 Highway 59 N Kingwood, TX 77339

## Funding Instructions
**Please complete form, sign & and return to Ascentium Capital.**
**If you have any questions, please contact your finance manager.**

Name:
Fax:                               Phone:
Email:

### Section 1 – Choose Funding Method (Choose one):

☒ **ACH / Direct Deposit**
(Complete Sections 2 & 3, sign below & attach voided check)

☐ **U.S. Regular Mail**
(Complete Section 2 only & sign below)

☐ **UPS Overnight Delivery**
(Complete Section 2 only & sign below)

### Section 2 – Payee Information: Company:

Name  *Washworld, Inc*                     Federal Tax ID # ▮▮▮▮▮▮▮▮

Company's Physical Address (Not a PO Box)  *2222 American Blvd*

City  *De Pere*          State  *WI*      ZIP  *54115*

Email Address  *controller @ washworldinc.com*      Phone #  *920-425-7427*

### Section 3 – For ACH / Direct Deposit Only:

Financial Institution Name  ▮▮▮▮▮▮▮▮

9 Digit Routing #  ▮▮▮▮▮▮▮▮          Account #  ▮▮▮▮▮▮▮▮

Account Type   ☒ Checking   ☐ Savings

### Section 4 – Delivery of Equipment/Other Terms:

Payee will give at least thirty (30) days advance written notice to Ascentium Capital ("Ascentium") regarding any changes in its depository financial institution or other instructions. Payee agrees any funds received from Ascentium are for the sole purpose of advancing funds for Payee's customer to pay the purchase orders, invoices, quotes or proposals for the application transaction. If funds to which Payee is not entitled are deposited into Payee's account or otherwise received by Payee, Payee agrees to promptly remit any such funds to, or as directed by Ascentium. Payee agrees to deliver any equipment which is the subject of these Funding Instructions to customer's address set forth in the purchase orders, invoices, quotes or proposals for the applicable transaction, unless Ascentium agrees to an alternate delivery address in writing. Payee agrees that a facsimile or other copy of this document, as executed, shall be deemed the equivalent of the originally executed copy for all purposes.

Ascentium is fully committed to making financial products and services available to all applicants and customers on a fair and responsible basis and ensuring full compliance with applicable fair lending laws and regulations. For further information, please see Ascentium's Fair and Responsible Lending Policy Statement.

### Signature (Sign Below)

Individual's Printed Name  *Jon Tyczkowski*          Title  *Controller*

Individual's Signature  *[signature]*                Date  *2/28/23*

**FOR ACH / DIRECT DEPOSIT: VOIDED CHECK GOES HERE**

Fax To: 866.846.3680 or Email To: VSR@AscentiumCapital.com
For more information on electronic ACH payments, please visit www.nacha.org where fact
sheets and publications are available to assist you with all of your corporate payment educational needs.

**Thank you for your business. We look forward to our shared successes.**