Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-979-8430
Email:     *xestrada@bakerlaw.com*
           *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago , IL 60606
Telephone:  312-416-6200
Email:     *mgannon@bakerlaw.com*
           *kwalton@bakerlaw.com*

*Attorney for Cross Claimant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, dba ASCENTIUM CAPITAL,<br><br>        Plaintiff,<br><br>    v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br><br>        Defendants. | **CASE NO.: 2:25-CV-00359-CAS-KS**<br><br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST CAR WASH MANAGEMENT, LLC** |
| JOSE RENE ORTIZ,<br><br>        Cross Claimant,<br><br>    v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive,<br><br>        Cross Defendants. | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES



WASHWORLD, INC.,

Counter Plaintiff,

v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

Counter Defendant.

WASHWORLD, INC.,

Cross Claimant,

v.

CAR WASH MANAGEMENT, LLC,

Cross Defendant.

2

Pursuant to Fed. R. Civ. P. 55(a), Cross Claimant Washworld, Inc. ("Washworld"), by and through its attorneys of record, respectfully request that the Clerk of the United States District Court for the Central District of California, enter default as to the Cross Claim filed by Washworld, Inc. against Cross Defendant Car Wash Management, LLC ("CWM") on October 10, 2025. *See* Dkt. 89. Washworld served CWM on November 12, 2025, making CWM's responsive pleading deadline December 3, 2025. Dkt. 113. CWM failed to answer or otherwise respond as required by the Federal Rules of Civil Procedure by December 3, 2025.  A Declaration of Katharine H. Walton in support of this request for entry of default is attached hereto.

Dated:  January 20, 2026

**BAKER & HOSTETLER LLP**

By:   */s/ Katharine Walton*
Katharine Walton

*Attorneys for Cross Claimant*
WASHWORLD, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## CERTIFICATE OF SERVICE

I am employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One North Wacker Drive, Suite 3700, Chicago, IL 60606. On January 20, 2026, I served a copy of the within document(s):

**REQUEST FOR ENTRY OF DEFAULT AGAINST CAR WASH MANAGEMENT, LLC**

☑ **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below.

Andrew K. Alper (SBN 088876)
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017
Telephone:  323-852-1000
Facsimile:  323-651-2577
Email:       *aalper@frandzel.com*

*Attorneys for Plaintiff and Counter Defendant*
REGIONS BANK

Lisa Mitts Patrick (SBN 134522)
**LAW OFFICE OF LISA MITTS PATRICK**
112 E. Amerige Ave., Suite 313
Fullerton, CA 92832
Telephone:  714-990-3693
Facsimile:  657-234-0012
Email:       *lolmp2021@gmail.com*

*Attorneys for Defendant and Cross Defendant*
JOSE RENE ORTIZ

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 20, 2026, at Chicago, Illinois.

*/s/ Katharine Walton*

4

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES