Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-979-8430
Email:     *xestrada@bakerlaw.com*
           *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago , IL 60606
Telephone:  312-416-6200
Email:     *mgannon@bakerlaw.com*
           *kwalton@bakerlaw.com*

*Attorney for Cross Claimant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

REGIONS BANK, dba ASCENTIUM CAPITAL,

Plaintiff,

v.

CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,

Defendants.

JOSE RENE ORTIZ,

Cross Claimant,

v.

ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive,

Cross Defendants.

**CASE NO.: 2:25-CV-00359-CAS-KS**

**DECLARATION OF KATHARINE H. WALTON IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST CAR WASH MANAGEMENT, LLC**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

WASHWORLD, INC.,

        Counter Plaintiff,

  v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

        Counter Defendant.

WASHWORLD, INC.,

        Cross Claimant,

  v.

CAR WASH MANAGEMENT, LLC,

        Cross Defendant.

DECLARATION OF KATHARINE H. WALTON IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST CAR WASH MANAGEMENT, LLC
CASE NO.: 2:25-CV-00359-CAS-KS

I, Katharine H. Walton, declare as follows:

1.   I am an attorney licensed to practice in the State of Illinois (Bar No. 6339805) and I am admitted pro hac vice in this action (*see* Dkt. 49).

2.   I am an associate at Baker Hostetler LLP and located in the Chicago office at One North Wacker Drive, Suite 3700, Chicago, IL 60606.

3.   I am counsel of record for Washworld, Inc. ("Washworld").

4.   Washworld filed its Cross Claim against Car Wash Management, LLC ("CWM") on October 10, 2025.  Dkt. 89.

5.   A summons for Cross Defendant CWM was issued on October 14, 2025. Dkt. 93.

6.   Washworld served CWM through its registered agent on November 12, 2025. Dkt. 113.

7.   CWM's deadline to respond to the Cross Claim was December 3, 2025. See Fed. R. Civ. P. 12(a).

8.   CWM did not appear or respond to the Cross Claim by December 3, 2025.

9.   CWM is a limited liability company, and therefore not a minor, incompetent, or member of the military service.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:  January 20, 2026

**BAKER & HOSTETLER LLP**

By:   */s/ Katharine Walton*
Katharine Walton

*Attorneys for Cross Claimant*
WASHWORLD, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# CERTIFICATE OF SERVICE

I am employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One North Wacker Drive, Suite 3700, Chicago, IL 60606. On January 20, 2026, I served a copy of the within document(s):

**DECLARATION OF KATHARINE H. WALTON IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST CAR WASH MANAGEMENT, LLC**

☑ **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below.

| | |
|---|---|
| Andrew K. Alper (SBN 088876)<br>**FRANDZEL ROBINS BLOOM &<br>CSATO, L.C.**<br>1000 Wilshire Boulevard, Nineteenth Floor<br>Los Angeles, CA 90017<br>Telephone:  323-852-1000<br>Facsimile:   323-651-2577<br>Email:        *aalper@frandzel.com* | *Attorneys for Plaintiff*<br>REGIONS BANK |
| Lisa Mitts Patrick (SBN 134522)<br>**LAW OFFICE OF LISA MITTS<br>PATRICK**<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832<br>Telephone:  714-990-3693<br>Facsimile:   657-234-0012<br>Email:        *lolmp2021@gmail.com* | *Attorneys for Defendant and Cross Defendant*<br>JOSE RENE ORTIZ |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 20, 2026, at Chicago, Illinois.

*/s/ Katharine Walton*

CERTIFICATE OF SERVICE
CASE NO.: 2:25-CV-00359-CAS-KS