Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-979-8430
Email:      *xestrada@bakerlaw.com*
            *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago , IL 60606
Telephone:  312-416-6200
Email:      *mgannon@bakerlaw.com*
            *kwalton@bakerlaw.com*

*Attorney for Counter Plaintiff*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, dba ASCENTIUM CAPITAL, <br><br> Plaintiff, <br><br> v. <br><br> CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive, <br><br> Defendants. | **CASE NO.: 2:25-CV-00359-CAS-KS** <br><br><br> **REQUEST FOR ENTRY OF DEFAULT AGAINST REGIONS BANK D/B/A ASCENTIUM CAPITAL** |
| JOSE RENE ORTIZ, <br><br> Cross Claimant, <br><br> v. <br><br> ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive, <br><br> Cross Defendants. | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES



WASHWORLD, INC.,

          Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

          Counter Defendant.

WASHWORLD, INC.,

          Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

          Cross Defendant.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REQUEST FOR ENTRY OF DEFAULT
CASE NO.: 2:25-CV-00359-CAS-KS

Pursuant to Fed. R. Civ. P. 55(a), Counter Plaintiff Washworld, Inc. ("Washworld"), by and through its attorneys of record, respectfully request that the Clerk of the United States District Court for the Central District of California, enter default as to the Amended Answer and Counterclaims filed and served by Washworld, Inc. against Counter Defendant Regions Bank d/b/a Ascentium Capital ("Ascentium") on December 31, 2025. *See* Dkt. 130. Under Rule 15(a), Ascentium's responsive pleading deadline was January 14, 2026. Ascentium failed to answer or otherwise respond as required by the Federal Rules of Civil Procedure by January 14, 2026.  A Declaration of Katharine H. Walton in support of this request for entry of default is attached hereto.

Dated:  January 20, 2026

**BAKER & HOSTETLER LLP**

By:    */s/ Katharine Walton*
Katharine Walton

*Attorneys for Counter Plaintiff*
WASHWORLD, INC.

3

REQUEST FOR ENTRY OF DEFAULT
CASE NO.: 2:25-CV-00359-CAS-KS

# <u>CERTIFICATE OF SERVICE</u>

I am employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One North Wacker Drive, Suite 3700, Chicago, IL 60606. On January 20, 2026, I served a copy of the within document(s):

**REQUEST FOR ENTRY OF DEFAULT AGAINST REGIONS BANK D/B/A ASCENTIUM CAPITAL**

☑ **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below.

| | |
|---|---|
| Andrew K. Alper (SBN 088876)<br>**FRANDZEL ROBINS BLOOM & CSATO, L.C.**<br>1000 Wilshire Boulevard, Nineteenth Floor<br>Los Angeles, CA 90017<br>Telephone: 323-852-1000<br>Facsimile: 323-651-2577<br>Email: *aalper@frandzel.com* | *Attorneys for Plaintiff and Counter Defendant*<br>REGIONS BANK |
| Lisa Mitts Patrick (SBN 134522)<br>**LAW OFFICE OF LISA MITTS PATRICK**<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832<br>Telephone: 714-990-3693<br>Facsimile: 657-234-0012<br>Email: *lolmp2021@gmail.com* | *Attorneys for Defendant and Cross Defendant*<br>JOSE RENE ORTIZ |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 20, 2026, at Chicago, Illinois.

*/s/ Katharine Walton*

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

4