Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-979-8430
Email:      *xestrada@bakerlaw.com*
            *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago , IL 60606
Telephone:  312-416-6200
Email:      *mgannon@bakerlaw.com*
            *kwalton@bakerlaw.com*

*Attorney for Cross Claimant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, dba ASCENTIUM CAPITAL, <br><br> Plaintiff, <br><br> v. <br><br> CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive, <br><br> Defendants. | **CASE NO.: 2:25-CV-00359-CAS-KS** <br><br><br> **DECLARATION OF KATHARINE H. WALTON IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST REGIONS BANK D/B/A ASCENTIUM CAPITAL** |
| JOSE RENE ORTIZ, <br><br> Cross Claimant, <br><br> v. <br><br> ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive, <br><br> Cross Defendants. | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

WASHWORLD, INC.,

        Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

        Counter Defendant.

WASHWORLD, INC.,

        Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

        Cross Defendant.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

I, Katharine H. Walton, declare as follows:

1.     I am an attorney licensed to practice in the State of Illinois (Bar No. 6339805) and I am admitted *pro hac vice* in this action (*see* Dkt. 49).

2.     I am an associate at Baker Hostetler LLP and located in the Chicago office at One North Wacker Drive, Suite 3700, Chicago, IL 60606.

3.     I am counsel of record for Washworld, Inc. ("Washworld").

4.     Washworld filed and served its Amended Answer and Counterclaims against Counter Defendant Regions Bank d/b/a Ascentium Capital ("Ascentium") on December 31, 2025.  Dkt. 130.

5.     Ascentium's deadline to respond to the Amended Answer and Counterclaims was January 14, 2026.  *See* Fed. R. Civ. P. 15(a).

6.     Ascentium did not respond by January 14, 2026.

7.     Ascentium is a bank, and therefore not a minor, incompetent, or member of the military service.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:  January 20, 2026

**BAKER & HOSTETLER LLP**

By:     */s/ Katharine Walton*
Katharine Walton

*Attorneys for Counter Plaintiff*
WASHWORLD, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF KATHARINE H. WALTON IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT
CASE NO.: 2:25-CV-00359-CAS-KS

# CERTIFICATE OF SERVICE

I am employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One North Wacker Drive, Suite 3700, Chicago, IL 60606. On January 20, 2026, I served a copy of the within document(s):

**DECLARATION OF KATHARINE H. WALTON IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST REGIONS BANK D/B/A ASCENTIUM CAPITAL**

☑ **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below.

| | |
|---|---|
| Andrew K. Alper (SBN 088876)<br>**FRANDZEL ROBINS BLOOM & CSATO, L.C.**<br>1000 Wilshire Boulevard, Nineteenth Floor<br>Los Angeles, CA 90017<br>Telephone:  323-852-1000<br>Facsimile:   323-651-2577<br>Email:       *aalper@frandzel.com* | *Attorneys for Plaintiff and Counter Defendant*<br>REGIONS BANK |
| Lisa Mitts Patrick (SBN 134522)<br>**LAW OFFICE OF LISA MITTS PATRICK**<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832<br>Telephone:  714-990-3693<br>Facsimile:   657-234-0012<br>Email:       *lolmp2021@gmail.com* | *Attorneys for Defendant and Cross Defendant*<br>JOSE RENE ORTIZ |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 20, 2026, at Chicago, Illinois.

*/s/ Katharine Walton*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES