Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-979-8430
Email:      *xestrada@bakerlaw.com*
            *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago , IL 60606
Telephone:  312-416-6200
Email:      *mgannon@bakerlaw.com*
            *kwalton@bakerlaw.com*

*Attorney for Counter Claimant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

REGIONS BANK, dba ASCENTIUM CAPITAL,

Plaintiff,

v.

CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,

Defendants.

JOSE RENE ORTIZ,

Cross Claimant,

v.

ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive,

Cross Defendants.

**CASE NO.: 2:25-CV-00359-CAS-KS**

**DECLARATION OF KATHARINE H. WALTON IN RESPONSE TO DECLARATION OF ANDREW ALPER [DKT. 133]**

WASHWORLD, INC.,

      Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

      Counter Defendant.

WASHWORLD, INC.,

      Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

      Cross Defendant.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF KATHARINE H. WALTON IN RESPONSE TO DECLARATION OF ANDREW ALPER [DKT. 133]
CASE NO.: 2:25-CV-00359-CAS-KS

I, Katharine H. Walton, declare as follows:

1. I am an attorney licensed to practice in the State of Illinois (Bar No. 6339805) and I am admitted *pro hac vice* in this action (*see* Dkt. 49). I am an associate at Baker Hostetler LLP and located in the Chicago office at One North Wacker Drive, Suite 3700, Chicago, IL 60606, and am counsel of record for Washworld, Inc. ("Washworld").

2. While Washworld acknowledges the Clerk declined to enter default at this time, Washworld sets forth the complete facts that were omitted from counsel for Ascentium's declaration.

3. Ascentium's deadline to respond to Washworld's Amended Answer and Counterclaims was January 14, 2026, and no response was filed on that date. Ascentium does not dispute these two facts. Washworld filed a Request for Entry of Default against Ascentium on January 20, 2026.

4. In response, counsel for Ascentium filed a declaration that (1) does not acknowledge Ascentium's failure to timely respond (2) provides no explanation as to why Ascentium's failed to timely respond and (3) omits relevant facts surrounding the Parties' communications. Dkt. 133.

5. The relevant facts are as follows:

   a. On January 6, 2026, Ascentium requested a meet and confer on its contemplated Rule 12(b)(6) motion.

   b. Within 24 hours, I responded with multiple availability windows for January 8 and January 9, well before Ascentium's January 14, 2026 response deadline.

   c. Later on January 7, Mr. Alper stated he was unsure of his January 9 schedule and did not commit to any specific time.

   d. On January 9, 2026, again before Ascentium's response deadline, I asked Mr. Alper to provide concrete time ranges so the meeting could be set. He then proposed Tuesday (January 13) or

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Wednesday (January 14) morning of the following week; we promptly provided ranges for both days, and he selected the time.

e.  The conference was calendared and held on January 13, 2026 per Mr. Alper's request, again before Ascentium's response deadline.[1]

6.    On Monday, January 19, 2026 (Martin Luther King Jr. Day), for the first time, Ascentium emailed counsel for Washworld about using materials designated as confidential in Ascentium's motion to dismiss. Washworld's January 20, 2026 response explained that materials outside the pleadings are not properly considered on a Rule 12(b)(6) motion.

7.    Ascentium's January 19, 2026 email was sent to counsel for Washworld five (5) days after Ascentium's deadline to respond to the amended counterclaims.

8.    Mr. Alper's declaration did not present the Court with the relevant facts, and it attempts to raise other discovery issues that are irrelevant here.

9.    In short, Ascentium did not comply with its filing deadline. Instead of addressing this issue, Ascentium attempts to shift the blame to Washworld and has stated that Washworld should "expect similar treatment" in the future. A true and accurate copy of the email communication is attached hereto as Exhibit 1. This conduct does not comport with the Court's Civility and Professionalism Guidelines.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

[1] Washworld will provide the communications documenting these interactions to the Court if requested.

4

Dated:  January 21, 2026

**BAKER & HOSTETLER LLP**


By:   */s/ Katharine Walton*
       Katharine Walton


*Attorneys for Counter Plaintiff*
WASHWORLD, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

5

# CERTIFICATE OF SERVICE

I am employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One North Wacker Drive, Suite 3700, Chicago, IL 60606. On January 21, 2026, I served a copy of the within document(s):

**DECLARATION OF KATHARINE H. WALTON IN RESPONSE TO DECLARATION OF ANDREW ALPER [DKT. 133]**

☑ **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below.

| | |
|---|---|
| Andrew K. Alper (SBN 088876)<br>**FRANDZEL ROBINS BLOOM & CSATO, L.C.**<br>1000 Wilshire Boulevard, Nineteenth Floor<br>Los Angeles, CA 90017<br>Telephone:  323-852-1000<br>Facsimile:  323-651-2577<br>Email:        *aalper@frandzel.com* | *Attorneys for Plaintiff and Counter Defendant*<br>REGIONS BANK |
| Lisa Mitts Patrick (SBN 134522)<br>**LAW OFFICE OF LISA MITTS PATRICK**<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832<br>Telephone:  714-990-3693<br>Facsimile:  657-234-0012<br>Email:        *lolmp2021@gmail.com* | *Attorneys for Defendant and Cross Defendant*<br>JOSE RENE ORTIZ |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 21, 2026, at Chicago, Illinois.

*/s/ Katharine Walton*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

CERTIFICATE OF SERVICE
CASE NO.: 2:25-CV-00359-CAS-KS