Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff,
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,, <br><br> Plaintiff, <br><br> v. <br><br> CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive, <br><br> Defendant. | Case No.  2:25-cv-00359 CAS KSx) <br><br> **PROOF OF SERVICE RE: REGIONS BANK'S MOTION TO FILE FIRST AMENDED COMPLAINT** <br><br> Date:      March 23, 2026 <br> Time:     10:00 a.m. <br> Crtrm.:   8D |
| JOSE RENE ORTIZ, <br><br> Cross-Complaint, <br><br> v. <br><br> ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to | |

1

PROOF OF SERVICE

35, inclusive,

      Cross Defendants.

WASHWORLD, INC.,

      Plaintiff,

    v.

CAR WASH MANAGEMENT LLC

      Cross-Defendant.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On February 23, 2026, I served true copy(ies) of the documents listed below, the original(s) of which is(are) affixed hereto.

- NOTICE OF MOTION AND MOTION OF PLAINTIFF AND COUNTER-DEFENDANT REGIONS BANK FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (F.R.C.P. Rule 15); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ANDREW K. ALPER; AND PROPOSED FIRST AMENDED COMPLAINT FILED CONCURRENTLY HEREWITH

- DECLARATION OF ANDREW K. ALPER IN SUPPORT OF REGIONS BANK'S MOTION FOR LEAVE TO FILE FIST AMENDED COMPLAINT

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 23, 2026, at Los Angeles, California.

                    */s/Rebecca Santamaria*
                    Rebecca Santamaria

2

PROOF OF SERVICE