Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310-979-8430
Email: *xestrada@bakerlaw.com*
*aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago , IL 60606
Telephone: 312-416-6200
Email: *mgannon@bakerlaw.com*
*kwalton@bakerlaw.com*

*Attorney for Defendant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

REGIONS BANK, dba ASCENTIUM CAPITAL,

    Plaintiff,

    v.

CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,

    Defendants.

JOSE RENE ORTIZ,

    Cross Claimant,

    v.

ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive,

    Cross Defendants.

NO.: 2:25-CV-00359-CAS-KS

**DECLARATION IN SUPPORT OF DEFENDANT WASHWORLD, INC.'S MOTION TO DISMISS IN PART PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

**(1) NOTICE OF MOTION**

**(2) MEMORANDUM OF POINTS AND AUTHORITIES**

**(3) DECLARATION**

**(4) PROPOSED ORDER**

DATE: May 11, 2026
TIME: 10:00 AM
CTRM: 8D

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

WASHWORLD, INC.,

        Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

        Counter Defendant.

WASHWORLD, INC.,

        Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

        Cross Defendant.

DECLARATION OF KATHARINE H. WALTON IN SUPPORT OF MOTION TO DISMISS IN PART ASCENTIUM'S AMENDED COMPLAINT
CASE NO.: 2:25-CV-00359-CAS-KS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## DECLARATION OF KATHARINE H. WALTON

I, Katharine H. Walton, declare as follows:

1.    I am an attorney at law duly licensed to practice law in Illinois, admitted *pro hac vice* in this matter.  I am an associate at the law firm of Baker & Hostetler, LLP, counsel of record for Defendant and Cross Defendant WASHWORLD, INC. ("Washworld") in the above-captioned matter. I make this declaration in support of Washworld's  Motion to Dismiss In Part Ascentium's Amended Complaint ("the Motion"). If called upon to do so, I could and would competently testify of my own personal knowledge as follows.

2.    I conferred with counsel for Ascentium on the grounds for dismissal of the conversion claim, and the Parties were at issue.

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct.

Executed on this 31st day of March 2026, at Chicago, Illinois.

Dated:  March 31, 2026

**BAKER & HOSTETLER LLP**

By:    */s/ Katharine Walton*
Katharine Walton

*Attorneys for Defendant*
WASHWORLD, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## <u>CERTIFICATE OF SERVICE</u>

I am employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One North Wacker Drive, Suite 3700, Chicago, IL 60606. On March 31, 2026, I served a copy of the within document(s):

### DECLARATION OF KATHARINE H. WALTON

☑ **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below.

Andrew K. Alper (SBN 088876)
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017
Telephone:  323-852-1000
Facsimile:  323-651-2577
Email:       *aalper@frandzel.com*

*Attorneys for Plaintiff*
REGIONS BANK

Lisa Mitts Patrick (SBN 134522)
**LAW OFFICE OF LISA MITTS PATRICK**
112 E. Amerige Ave., Suite 313
Fullerton, CA 92832
Telephone:  714-990-3693
Facsimile:  657-234-0012
Email:       *lolmp2021@gmail.com*

*Attorneys for Defendant and Cross Defendant*
JOSE RENE ORTIZ

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on March 31, 2026, at Chicago, Illinois.

*/s/ Katharine Walton*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES