Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-979-8430
Email:      *xestrada@bakerlaw.com*
            *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago , IL 60606
Telephone:  312-416-6200
Email:      *mgannon@bakerlaw.com*
            *kwalton@bakerlaw.com*

*Attorney for Defendant*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, dba ASCENTIUM CAPITAL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br><br>    Defendants. | **NO.: 2:25-CV-00359-CAS-KS**<br><br>**DEFENDANT WASHWORLD, INC.'S [PROPOSED] ORDER**<br><br>**(1) NOTICE OF MOTION**<br><br>**(2) MEMORANDUM OF POINTS**<br><br>    **AND AUTHORITIES**<br><br>**(3) DECLARATION**<br><br>**(4) PROPOSED ORDER**<br><br>DATE:    May 11, 2026<br>TIME:    10:00 AM<br>CTRM:    8D |
| JOSE RENE ORTIZ,<br><br>    Cross Claimant,<br><br>    v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive,<br><br>    Cross Defendants. | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

WASHWORLD, INC.,

          Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

          Counter Defendant.

WASHWORLD, INC.,

          Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

          Cross Defendant.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2

## [PROPOSED] ORDER

Pending before the Court is Defendant WASHWORLD, INC'S ("Washworld") Partial Motion to Dismiss Cross Plaintiff Regions Bank d/b/a Ascentium Capital's Amended Complaint filed on March 17, 2026 ("Complaint"), pursuant to Federal Rules of Civil Procedure 12(b)(6) (the "Motion").

Having considered the papers and arguments in support of and in opposition to the Motion, the Court hereby **GRANTS** the Motion. Ascentium's claim for Conversion is **DISMISSED with prejudice.**

**IT IS SO ORDERED**.

Dated: _____, 2026

_____
Honorable Christina A. Snyder
United States District Judge

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## CERTIFICATE OF SERVICE

I am employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One North Wacker Drive, Suite 3700, Chicago, IL 60606. On March 31, 2026, I served a copy of the within document(s):

### [PROPOSED] ORDER

☑ **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below.

Andrew K. Alper (SBN 088876)
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017
Telephone:  323-852-1000
Facsimile:  323-651-2577
Email:      *aalper@frandzel.com*

*Attorneys for Plaintiff*
REGIONS BANK

Lisa Mitts Patrick (SBN 134522)
**LAW OFFICE OF LISA MITTS PATRICK**
112 E. Amerige Ave., Suite 313
Fullerton, CA 92832
Telephone:  714-990-3693
Facsimile:  657-234-0012
Email:      *lolmp2021@gmail.com*

*Attorneys for Defendant and Cross Defendant*
JOSE RENE ORTIZ

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on March 31, 2026, at Chicago, Illinois.

*/s/ Katharine Walton*

CERTIFICATE OF SERVICE
CASE NO.: 2:25-CV-00359-CAS-KS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES