| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Andrew K. Alper, Esq. | SBN: 088876<br>FRANDZEL ROBINS BLOOM & CSATO<br>1000 Wilshire Boulevard, 19th Floor   Los Angeles, CA 90017<br><br>TELEPHONE NO.: (323) 852-1000 | FAX NO. | E-MAIL ADDRESS *(Optional):* aalper@frandzel.com<br>ATTORNEY FOR *(Name):* Plaintiff: REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL | |

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| STREET ADDRESS: 350 WEST 1ST STREET<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: WESTERN DIVISION | |

| PLAINTIFF/PETITIONER: REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, et al. | 2:25-cv-00359-CAS-KS |

| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>100287-0289 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**FIRST AMENDED COMPLAINT**

PARTY SERVED: **ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual**

BY LEAVING WITH: **"Jane Doe" (refused to provide full name) - Co-Occupant**

DATE & TIME: **3/31/2026**
**5:45 PM**

ADDRESS: **12136 Avenida Sivrita**
**San Diego, CA 92128-4547**

PHYSICAL DESCRIPTION:   **Age: 45       Weight: 245 lbs      Hair: Light Brown**
**Sex: Female    Height: 5'8"          Eyes: Brown**
**Skin: Caucasian     Marks:**

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of Jane Doe a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. A declaration of diligence is attached. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on  March 31, 2026 from Los Angeles.

Fee for Service: **$ 47.50**
    County:  **California PI#**
    Registration No.: **188294**
    **Nationwide Legal, LLC Reg: 12-234648**
    1609 James M Wood Blvd.
    Los Angeles, CA 90015
    (213) 249-9999
    Ref: 100287-0289

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **April 3, 2026**.

Signature: _____
**Richard Foss**

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]

Order#: LA760884C/General

Attorney or Party without Attorney:
Andrew K. Alper, Esq., SBN: 088876
FRANDZEL ROBINS BLOOM & CSATO
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017
TELEPHONE No.: (323) 852-1000

E-MAIL ADDRESS (Optional): aalper@frandzel.com
FAX No. (Optional):

FOR COURT USE ONLY

Attorney for: Plaintiff REGIONS BANK, an Alabama State Bank dba
Ascentium Capital

Ref No. or File No.:
100287-0289

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

Petitioner: REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL

Respondent: CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, et al.

| DECLARATION OF DUE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:25-cv-00359-CAS-KS |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual**

Documents: **FIRST AMENDED COMPLAINT**

| Date | Time | | Results |
|---|---|---|---|
| 3/24/2026 | 6:05 PM | Home | **12136 Avenida Sivrita,  San Diego, CA 92128-4547** |
| | | | No answer at the door. A familiar old Highlander and CRV were in the driveway. Based on multiple previous services at this location, I have confirmed this is a valid address. The residents consistently avoid service and remain difficult to reach. |
| 3/25/2026 | 7:57 AM | Home | **12136 Avenida Sivrita,  San Diego, CA 92128-4547** |
| | | | There was no answer, and the same cars were present with no changes. No activity or movement was detected in the house. A significant portion of the lower level and the stairs were visible, and no activity was observed. |
| 3/26/2026 | 1:35 PM | Home | **12136 Avenida Sivrita,  San Diego, CA 92128-4547** |
| | | | No answer at the door. Both vehicles are present in the driveway. A light was on in the room immediately to the left, which was not previously observed. No activity or movement detected inside. |

**No further attempts to be made in accordance with the directions of the counsel.**

Fee for Service: **$ 555.85**
County: **San Diego**
Registration No.: **3082**
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 2, 2026.

Signature: _____

David V. Larsen

**DUE DILIGENCE REPORT**

Order#: **LA760884A**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Andrew K. Alper, Esq. | SBN: 088876<br>FRANDZEL ROBINS BLOOM & CSATO<br>1000 Wilshire Boulevard, 19th Floor   Los Angeles, CA 90017<br><br>TELEPHONE NO.: (323) 852-1000 | FAX NO. | E-MAIL ADDRESS aalper@frandzel.com<br>ATTORNEY FOR *(Name):* Plaintiff: REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL | |

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| STREET ADDRESS: 350 WEST 1ST STREET | |
| MAILING ADDRESS: 350 WEST 1ST STREET 4TH FLOOR | |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 | |
| BRANCH NAME: WESTERN DIVISION | |

| PLAINTIFF/PETITIONER:  REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, et al. | 2:25-cv-00359-CAS-KS |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: 100287-0289 |

I, Richard Foss , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual as follows:
Documents:

**FIRST AMENDED COMPLAINT**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 3/30/2026 | 6:00 AM | Home | Stakeout began at 6:00am. Upon arrival, we noted two vehicles parked on the driveway – a black Toyota Highlander (CA# PEANJAY) registered to Paul Williams, and a silver Honda CRV (CA# 8DHW327) also registered to Paul Williams. There was no movement seen. We set up a covert stakeout position to monitor the location. By 9:45am, there were no changes on site. We rang the bell at this time with no answer. We watched the home until 10:00am with no movement seen. We broke away at this time.<br>12136 Avenida Sivrita,  San Diego, CA 921284547 |
| 3/31/2026 | 2:30 PM | Home | Stakeout began at 2:30pm. Upon return, we noted no changes on site. Both vehicles remained parked on the driveway with no movement seen. We continued to monitor the location. At 3:30pm, the garage door opened and a Jane Doe co-occupant (Caucasian female, 45 years old, 5'8" 245 lbs, light brown hair, brown eyes) emerged from the garage, entered the Honda, and then departed the location. We tried to follow her but lost visual of the Honda shortly after. We then returned to the residence.<br>12136 Avenida Sivrita,  San Diego, CA 921284547 |
| 3/31/2026 | 5:45 PM | Home | At 5:45pm, Jane Doe returned alone in the Honda. We approached her as the garage door opened. We asked for the subject and she said he doesn't live there. We then said we believe he does live there and then announced substitute-service. She said, "No you're not" when we announced service. We then said we're placing the documents on the garage floor, as she began to close the garage behind her.<br>12136 Avenida Sivrita,  San Diego, CA 921284547 |

**Continued on Next Page**

Fee for Service: **$ 47.50**



County: **California PI#**
Registration No.: **188294**
**Nationwide Legal, LLC**
1609 James M Wood Blvd.
Los Angeles, CA 90015
(213) 249-9999

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  April 3, 2026.

Signature: _____

**Richard Foss**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: LA760884C

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Andrew K. Alper, Esq. \| SBN: 088876<br>FRANDZEL ROBINS BLOOM & CSATO<br>1000 Wilshire Boulevard, 19th Floor   Los Angeles, CA 90017<br><br>TELEPHONE NO.: (323) 852-1000 \| FAX NO.  \| E-MAIL ADDRESS aalper@frandzel.com<br>ATTORNEY FOR *(Name):* Plaintiff: REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL | |

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| STREET ADDRESS: 350 WEST 1ST STREET | |
| MAILING ADDRESS: 350 WEST 1ST STREET 4TH FLOOR | |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 | |
| BRANCH NAME: WESTERN DIVISION | |

| PLAINTIFF/PETITIONER: REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, et al. | 2:25-cv-00359-CAS-KS |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: 100287-0289 |

I, Richard Foss , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual as follows:

Documents:

### FIRST AMENDED COMPLAINT

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| | | | **Continued from Previous Page** |
| 3/31/2026 | 5:45 PM | Home | Substituted service on: ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual; 12136 Avenida Sivrita, San Diego, CA 92128-4547; by serving: "Jane Doe" (refused to provide full name) - Co-Occupant, Caucasian Female 45 245 lbs Light Brown 5'8" Brown. |

Fee for Service: **$ 47.50**

County: **California PI#**
Registration No.: **188294**
**Nationwide Legal, LLC**
1609 James M Wood Blvd.
Los Angeles, CA 90015
(213) 249-9999

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  April 3, 2026.



Signature: _____

**Richard Foss**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: LA760884C

| Attorney or Party without Attorney:<br>Andrew K. Alper, Esq., SBN: 088876<br>FRANDZEL ROBINS BLOOM & CSATO<br>1000 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA 90017<br>TELEPHONE No.: (323) 852-1000 | E-MAIL ADDRESS (Optional): aalper@frandzel.com<br>FAX No. (Optional): | FOR COURT USE ONLY |
|---|---|---|
| Attorney for: Plaintiff: REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL | Ref No. or File No.:<br>100287-0289 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

Petitioner: REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL

Respondent: CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, et al.

| PROOF OF SERVICE<br>BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:25-cv-00359-CAS-KS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the FIRST AMENDED COMPLAINT

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

    a. Date of Mailing:        March 31, 2026

    b. Place of Mailing:      Los Angeles, CA

    c. Addressed as follows:   ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual<br>                           12136 Avenida Sivrita<br>                           San Diego, CA 92128-4547

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: **$ 47.50**
**Nationwide Legal, LLC REG: 12-234648**
1609 James M Wood Blvd.
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **April 2, 2026**.

Signature:_____

             **MARCUS STRINGER**

**PROOF OF SERVICE BY MAIL**

Order#: LA760884C/mailproof