**Andrew Paul Williams**

12641 Antioch Rd., Suite #1045

Overland Park, KS 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

**Authorized Representative for Defendant Car Wash Management, LLC**

**(Delaware)**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,**<br><br>    Plaintiff,<br><br>  v.<br><br>**CAR WASH MANAGEMENT, LLC,** a | **Case No. 2:25-cv-00359-CAS-KS**<br><br>Judge: Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CAR WASH MANAGEMENT, LLC'S MOTION TO** |

| | |
|---|---|
| **Delaware Limited Liability Company;**<br>**ANDREW PAUL WILLIAMS, an individual; et al.,**<br><br>Defendants. | **QUASH SERVICE OF PROCESS OF**<br>**FIRST AMENDED COMPLAINT**<br><br>Hearing Date: May 18, 2026<br>Hearing Time: 10:00 a.m.<br>Courtroom: 8D, 8th Floor<br><br>Action Filed: January 14, 2025<br>FAC Filed: March 17, 2026<br>Trial Date: December 1, 2026 |

## [PROPOSED] ORDER

The Motion of Defendant Car Wash Management, LLC, a Delaware Limited Liability Company, to Quash Service of Process of the First Amended Complaint came on regularly for hearing before this Court on May 18, 2026, at 10:00 a.m., in Courtroom 8D, the Honorable Christina A. Snyder presiding. Defendant appeared through its authorized representative; Plaintiff appeared through counsel.

After consideration of the Motion, the Memorandum of Points and Authorities in support thereof, the Declarations of Andrew Paul Williams and Jan Williams, the Request for Judicial Notice, any opposition and reply filed, the arguments of the parties, and the complete record in this action, and good cause appearing, the Court hereby finds that Plaintiff's purported substituted service on Defendant Car Wash

Management, LLC on March 31, 2026, as reflected in the Proof of Service filed at Docket No. 157, was defective and insufficient to confer personal jurisdiction over Defendant, including because (a) the Proof of Service names a Hawaii entity rather than the Delaware defendant, (b) the person served held no corporate role for the LLC, and (c) the place of service was a private residence that is not the LLC's office or place of business.

IT IS HEREBY ORDERED as follows:

1.   Defendant Car Wash Management, LLC's Motion to Quash Service of Process is GRANTED.

2.   The purported substituted service of the First Amended Complaint on Car Wash Management, LLC, as reflected in the Proof of Service filed at Docket No. 157, is QUASHED.

3.   Defendant Car Wash Management, LLC is not required to respond to the First Amended Complaint unless and until proper service is effected in accordance with Federal Rule of Civil Procedure 4(h) and applicable law.

4.   If Plaintiff elects to re-attempt service, any such service shall be completed by a date to be set by further Order of this Court on such application as Plaintiff may make.

IT IS SO ORDERED.

Dated: _____

_____

**HON. CHRISTINA A. SNYDER**

United States District Judge