Case No. 2:25-cv-00359-CAS-KS

FILED

2026 APR 21  PM 3:18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY____

**Andrew Paul Williams**

12641 Antioch Rd., Suite #1045

Overland Park, KS 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com


**Defendant in Pro Per**


## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION


| | |
|---|---|
| **REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,** | **Case No. 2:25-cv-00359-CAS-KS** |
| Plaintiff, | Judge: Hon. Christina A. Snyder |
| v. | **DECLARATION OF JAN WILLIAMS IN SUPPORT OF MOTIONS TO QUASH SERVICE OF PROCESS OF FIRST AMENDED COMPLAINT** |
| **CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company;** | |

Case No. 2:25-cv-00359-CAS-KS

**ANDREW PAUL WILLIAMS, an individual; et al.,**

           Defendants.

Hearing Date: May 18, 2026

Hearing Time: 10:00 a.m.

Courtroom: 8D, 8th Floor

Action Filed: January 14, 2025

FAC Filed: March 17, 2026

Trial Date: December 1, 2026

## DECLARATION OF JAN WILLIAMS

I, Jan Williams, hereby declare as follows:

1.    I am over the age of eighteen and have personal knowledge of the facts set forth in this declaration, except where stated on information and belief. If called as a witness, I could and would competently testify to the matters stated herein. I submit this declaration in support of the Motions to Quash Service of Process filed by my son, Andrew Paul Williams, and by Car Wash Management, LLC.

### *The Residence and Vehicles*

2.    My husband Paul Williams and I own and reside at 12136 Avenida Sivrita, San Diego, California 92128. Our home is a single-family residence. It is not a business office, commercial space, or place of business of any kind.

**3.** The two vehicles identified by process server Richard Foss in his Declaration of Due Diligence (Dkt. 156)—a black Toyota Highlander bearing California license plate PEANJAY, and a silver Honda CRV bearing California license plate 8DHW327—are registered to my husband Paul Williams. My husband and I use and drive both vehicles. These vehicles are not registered to and are not owned by my son, Andrew Paul Williams.

**4.** My husband Paul Williams and my son Andrew Paul Williams are two different individuals. My husband is Paul Williams. My son is Andrew Paul Williams. They do not share the same name, although my son's middle name is the same as my husband's first name.

### The March 31, 2026 Encounter with the Process Server

**5.** On the afternoon of March 31, 2026, I drove onto my driveway and opened my garage door. As I was getting out of my car, I turned around and saw a man I did not know standing on my property, carrying papers. On information and belief, I now understand this man to have been Richard Foss.

**6.** The man asked me if Andrew was there. I told him no. He then followed me up the driveway at a distance as I walked toward my garage. As I was walking into the garage, I saw him holding up his cell phone. I presumed that he was videoing me. I told him he was trespassing.

Case No. 2:25-cv-00359-CAS-KS

7.    I pressed the button to close my garage door. As the garage door was closing, the man said, "I will leave these here." He then took a few steps forward onto my property and slid some papers onto the ground inside the garage door.

8.    I did not invite the man onto my property, did not invite him into my garage, and did not consent to his entry. By the time he took those additional steps forward to slide the papers inside, I had already told him he was trespassing. My intent throughout the encounter was to close the garage door and to have him leave my property.

9.    After the garage door closed with the papers inside, I opened the garage door again. Using my foot, I pushed the papers outside my garage door onto the driveway. I then shut the garage door with the papers outside on the driveway.

10.    At no point did I take the papers into my home. I did not carry them inside the house. I never accepted the papers. The papers did not remain inside my home at any time.

11.    Before the man took steps forward to slide the papers into my garage, he did not explain to me what the documents were, did not identify who had sent them, and did not inform me of their contents or significance. No one asked my permission to leave documents on my property, and I did not give any such permission.

*Physical Description*

12.  The physical description recorded on the Proofs of Service (Dkts. 156 and 157)—"Age: 45, Weight: 245 lbs, Hair: Light Brown, Sex: Female, Height: 5'8", Eyes: Brown, Skin: Caucasian"—materially misstates my actual appearance. My actual age, differ materially from that description.

*Lack of Authority to Accept Legal Process for Car Wash Management, LLC*

13.  I have never been the registered agent for service of process of Car Wash Management, LLC. I have never held the position of officer, director, manager, or member of the company. I have never been designated or authorized by Car Wash Management, LLC to accept service of legal process on its behalf. I have never signed any document appointing or designating me as the company's agent for service of process. No one at the company has ever told me I was authorized to accept legal process on the company's behalf, and I have never represented to any third party that I was so authorized.

14.  My home at 12136 Avenida Sivrita is not the registered office, principal place of business, mailing address of record, or registered agent address for Car Wash Management, LLC. I am informed and believe that the company's business

Case No. 2:25-cv-00359-CAS-KS

address, as reflected in Plaintiff's own prior filings with this Court (Dkt. 43), is 7776

Trade Street, Suite E, San Diego, California, which is not my home.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed this 16 day of April, 2026, at _____ 10:20 a.m. _____ .


_____

**Jan Williams**