Case No. 2:25-cv-00359-CAS-KS

**Andrew Paul Williams**

12641 Antioch Rd., Suite #1045

Overland Park, KS 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

**Defendant in Pro Per**

LODGED

2026 APR 21 PM 3:

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES

BY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,** | **Case No. 2:25-cv-00359-CAS-KS** |
| Plaintiff, | Judge: Hon. Christina A. Snyder |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT ANDREW PAUL WILLIAMS'S MOTION TO QUASH SERVICE OF PROCESS OF FIRST AMENDED COMPLAINT** |
| **CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company;** | Hearing Date: May 18, 2026 |

Page 1 of 3

Case No. 2:25-cv-00359-CAS-KS

**ANDREW PAUL WILLIAMS, an individual; et al.,**

Defendants.

Hearing Time: 10:00 a.m.
Courtroom: 8D, 8th Floor

Action Filed: January 14, 2025
FAC Filed: March 17, 2026
Trial Date: December 1, 2026

## [PROPOSED] ORDER

The Motion of Defendant Andrew Paul Williams to Quash Service of Process of the First Amended Complaint came on regularly for hearing before this Court on May 18, 2026, at 10:00 a.m., in Courtroom 8D, the Honorable Christina A. Snyder presiding. Defendant appeared in pro per; Plaintiff appeared through counsel.

After consideration of the Motion, the Memorandum of Points and Authorities in support thereof, the Declarations of Andrew Paul Williams and Jan Williams, the Request for Judicial Notice, any opposition and reply filed, the arguments of the parties, and the complete record in this action, and good cause appearing, the Court hereby finds that Plaintiff's purported substituted service on Defendant Andrew Paul Williams on March 31, 2026, as reflected in the Proof of Service filed at Docket No. 156, was defective and insufficient to confer personal jurisdiction over Defendant.

IT IS HEREBY ORDERED as follows:

1. Defendant Andrew Paul Williams's Motion to Quash Service of Process is GRANTED.

2. The purported substituted service of the First Amended Complaint on Andrew Paul Williams, as reflected in the Proof of Service filed at Docket No. 156, is QUASHED.

3. Defendant Andrew Paul Williams is not required to respond to the First Amended Complaint unless and until proper service is effected in accordance with Federal Rule of Civil Procedure 4(e) and applicable law.

4. If Plaintiff elects to re-attempt service, any such service shall be completed by a date to be set by further Order of this Court on such application as Plaintiff may make.

IT IS SO ORDERED.

Dated: _____

_____

**HON. CHRISTINA A. SNYDER**

United States District Judge