FILED

Case No. 2:25-cv-00359-CAS-KS

**Andrew Paul Williams**

12641 Antioch Rd., Suite #1045

Overland Park, KS 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

2026 APR 21  PM 3:18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

**Defendant in Pro Per**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,** | **Case No. 2:25-cv-00359-CAS-KS** |
| Plaintiff, | Judge: Hon. Christina A. Snyder |
| v. | **DECLARATION OF ANDREW PAUL** |
| **CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company;** | **WILLIAMS IN SUPPORT OF MOTIONS TO QUASH SERVICE OF PROCESS OF FIRST AMENDED COMPLAINT** |

Case No. 2:25-cv-00359-CAS-KS

**ANDREW PAUL WILLIAMS, an individual; et al.,**

        Defendants.

Hearing Date: May 18, 2026
Hearing Time: 10:00 a.m.
Courtroom: 8D, 8th Floor

Action Filed: January 14, 2025
FAC Filed: March 17, 2026
Trial Date: December 1, 2026

---

## DECLARATION OF ANDREW PAUL WILLIAMS

I, Andrew Paul Williams, hereby declare as follows:

1.     I am a defendant in the above-captioned action. I am over the age of eighteen and have personal knowledge of the facts set forth in this declaration, except where matters are stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would competently testify to the matters set forth below.

2.     I submit this declaration in support of (a) my Motion to Quash Service of the First Amended Complaint ("FAC") and (b) the Motion to Quash Service of the FAC filed on behalf of Car Wash Management, LLC, a Delaware Limited Liability Company ("CWM"), for which I serve as an authorized representative.

*My Residence and Address of Record*

**3.** I do not reside at 12136 Avenida Sivrita, San Diego, California. I moved out of that residence—which is my parents' home—over twelve years ago. I do not pay rent at the Sivrita address, do not receive mail there, do not maintain any utilities in my name there, am not registered to vote there, and hold no driver's license, state identification, or vehicle registration at that address.

**4.** I am the son of Paul Williams and Jan Williams, who own and reside at 12136 Avenida Sivrita. I have occasional guest visits to see my parents, and certain items from my childhood remain stored in their home. Those visits and stored items are the limit of my connection to the Sivrita residence. It is not my dwelling, my usual place of abode, or any place where I may be regularly found.

**5.** My full legal name is Andrew Paul Williams. My father's name is Paul Williams. We are two different individuals. My father Paul Williams has lived at 12136 Avenida Sivrita for many years and is the owner of the vehicles parked at that residence.

**6.** On information and belief, the black Toyota Highlander bearing California plate PEANJAY and the silver Honda CRV bearing California plate 8DHW327—both identified by process server Richard Foss in his declaration (Dkt. 156 at p. 3)—are registered to my father Paul Williams, not to me. I have never owned either vehicle described in Foss's declaration.

Case No. 2:25-cv-00359-CAS-KS

7. My current address for legal, business, and personal correspondence is: 12641 Antioch Rd., Suite #1045, Overland Park, Kansas 66213. This commercial mail receiving agency is my current mailing address for legal and business correspondence. My telephone number is (619) 796-6469 and my email is andrew@carwashmgmt.com.

8. I do not have a California driver's license listing the Sivrita address. I have not updated any governmental or financial record to list the Sivrita address as my residence.

9. Plaintiff has at all times had access to my email address (andrew@carwashmgmt.com) and telephone number. Plaintiff did not send any notice to me at those addresses before purporting to serve the FAC. Plaintiff did not attempt service at any other addresses I previously lived at or any address I currently use or maintain, including the Overland Park, Kansas address.

*My Whereabouts on March 31, 2026*

10. On March 31, 2026—the date on which Plaintiff purports to have served the FAC on me by leaving documents at 12136 Avenida Sivrita—I was not at the Sivrita address. I was at a lodging establishment elsewhere.

### *Car Wash Management, LLC*

11.   Car Wash Management, LLC is organized under the laws of the State of Delaware. It is not a Hawaii limited liability company. There is no Hawaii-organized entity by the same or a materially similar name that is a proper defendant in this action.

12.   Car Wash Management, LLC does not have any office, place of business, registered agent address, or mailing address at 12136 Avenida Sivrita, San Diego. The Sivrita address has never been designated or used as a place of business for CWM. It has never been listed as an office address for CWM.

13.   My mother Jan Williams has never been an officer, director, manager, member, managing agent, or authorized agent for service of process of CWM. She has never had any authority to accept legal process on behalf of CWM.

### *Prior Efforts by Plaintiff*

14.   I am aware that Plaintiff has previously represented to this Court—multiple times over the past fourteen months—that Plaintiff was unable to locate and serve me. Plaintiff has represented, among other things, that it considered applying to the Court for service by publication and that it had been unable to serve me or CWM. I find it incongruous that Plaintiff now claims to have successfully served me at an address where Plaintiff previously told the Court I could not be found.

Case No. 2:25-cv-00359-CAS-KS

*Meet and Confer*

15.   On April 17, 2026, I caused a meet-and-confer letter to be sent to Andrew K. Alper, Esq. of Frandzel Robins Bloom & Csato, counsel for Plaintiff, requesting that Plaintiff withdraw its defective proofs of service (Dkts. 156 and 157) and agree to conduct proper service at a current address where I can be properly served. Counsel for Plaintiff responded but did not agree to withdraw the defective service or stipulate to an extension of time to respond. The parties were unable to resolve the issues presented by the Motions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of April, 2026, at 8:31pm.

/s/ Andrew Paul Williams

**Andrew Paul Williams**

Defendant in Pro Per