FILED

CLERK, U.S. DISTRICT COURT

5/30/26

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Pro Se Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>    Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company; CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company; WEST COVINA CAR WASH LLC; JOSE RENE ORTIZ; ANDREW PAUL WILLIAMS; | Case No. 2:25-cv-00359-CAS-KSx<br><br>NOTICE OF ERRATA (NO. 2) CORRECTING THE ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT<br><br>Hon. Christina A. Snyder<br><br>Courtroom 8D<br><br>Trial Date: December 1, 2026 |

WASHWORLD,

INC.; DOES 1-100, inclusive,

    Defendants.

_____

ANDREW PAUL WILLIAMS,

    Counter-Claimant, Cross-Claimant,

    and Third-Party Plaintiff,

v.

REGIONS BANK dba ASCENTIUM

CAPITAL;

JOSE RENE ORTIZ; MARIA L. ORTIZ;

THE ORTIZ FAMILY TRUST OF 2024;

WASHWORLD, INC.; PETER

MATHENY;

ROES 1-50, inclusive,

    Counter-Defendant,

    Cross-Defendants, and

    Third-Party Defendant.

TO THE COURT AND ALL PARTIES OF RECORD:

NOTICE OF ERRATA (NO. 2)

CASE NO. 2:25-cv-00359-CAS-KSx

PLEASE TAKE NOTICE that Defendant Andrew Paul Williams, appearing pro se, submits this Notice of Errata to correct a non-substantive error in his Answer, Affirmative Defenses, Counterclaim, Cross-Claim, and Third-Party Complaint, submitted to the Court through the Electronic Document Submission System on May 27, 2026 (Tracking No. EDS-260527-003-3490) (the "Pleading").

1. NATURE OF THE CORRECTION. The Pleading inadvertently identified, by name, a separate, non-party business venture in which Williams holds an interest, in connection with the allegations of Williams's lost business and lost opportunity-cost damages. The sole purpose of this Errata is to remove that venture's name. The corrections set forth below are clerical and non-substantive; they do not alter, add, or withdraw any claim, allegation, factual assertion, or item or amount of damages, all of which remain unchanged in substance and amount.

2. CORRECTIONS. The following paragraphs of the Pleading are corrected as set forth below. In each instance the only change is the removal of the separate venture's name:

(a) Paragraph 57A is corrected so that the referenced clause reads: ". . . lost CEO and Manager compensation, lost prospective business opportunities at a separate business venture, reputational injury, and personal defense costs. . . ."

(b) The Statement of Standing and Direct Injury, subpart (d), is corrected to read: "Williams's lost prospective economic opportunities through a separate business venture, which opportunities were impaired by the time and resources Williams has been required to devote to defending against the Bank's claims and to remediating the harm caused by Matheny and Ortiz. . . ."

(c) Paragraphs 78, 83C, 87G, 87BB, 92, and 116 are each corrected so that the parenthetical reads "(including a separate business venture)" in place of the named venture.

(d) Paragraph 87N is corrected to read: ". . . lost opportunity costs at a separate business venture, and consequential damages. . . ."

3

(e) Paragraph 87U, subpart (d), is corrected to read: "Separate business-venture opportunity costs: Williams operates a separate business venture through which Williams develops reclaim water systems. As a direct and proximate result of the disruption caused by the EFA structural irregularity, Williams has been unable to give full attention to that separate business venture and has lost prospective business opportunities, in an amount to be proven at trial."

(f) Paragraph 87VB is corrected so that subpart (c) reads: "Williams's separate business venture, through which Williams was developing reclaim water systems for industrial and commercial customers," and subpart (iv) reads: ". . . through his separate business venture in the reclaim water systems industry."

(g) Paragraph 87VC is corrected to read: ". . . aware of Williams's separate business venture by reason of communications between Matheny and Williams concerning that venture during the working relationship. . . ."

(h) Paragraph 87VG, subpart (c), is corrected to read: ". . . lost business opportunities at a separate business venture during the pendency of this litigation. . . ."

(i) Paragraph 154, subpart (c), is corrected to read: ". . . Williams's lost prospective economic opportunities at a separate business venture that Williams could not pursue. . . ."

(j) The Aggregate Damages Summary, subpart (c), is corrected to read: ". . . lost prospective business opportunities at a separate business venture (range $200,000 to $700,000). . . ."

3. NO OTHER CHANGES. No other change to the Pleading is made or intended by this Notice. Williams respectfully requests that the Court and the parties treat the foregoing corrections as incorporated into the Pleading.

Dated: May 30, 2026

Respectfully submitted,

_____

NOTICE OF ERRATA (NO. 2)

CASE NO. 2:25-cv-00359-CAS-KSx

Andrew P. Williams, Pro Se

Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

**PROOF OF SERVICE**

I, Andrew P. Williams, declare that on May 30, 2026, I served the foregoing Notice of Errata on all counsel of record by electronic mail (all counsel of record having consented to and being engaged in electronic service in this action), and through the Court's CM/ECF system upon posting, at the following addresses: Andrew K. Alper and Rebecca Santamaria (aalper@frandzel.com; rsantamaria@frandzel.com); Michael D. Gannon, Katharine H. Walton, Xitlaly Estrada, and Ava Claypool (mgannon@bakerlaw.com; kwalton@bakerlaw.com; xestrada@bakerlaw.com; aclaypool@bakerlaw.com); and Lisa Mitts Patrick (lolmp2021@gmail.com). I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____ Andrew P. Williams

NOTICE OF ERRATA (NO. 2)

CASE NO. 2:25-cv-00359-CAS-KSx