Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Pro Se Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

FILED

CLERK, U.S. DISTRICT COURT

5/28/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ jb _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL, | Case No. 2:25-cv-00359-CAS-KSx |
| Plaintiff, | NOTICE OF INTERESTED PARTIES<br><br>[Local Rule 7.1-1] |
| v. | Hon. Christina A. Snyder<br>Courtroom 8D |
| CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company; CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company; WEST COVINA CAR WASH LLC; JOSE RENE ORTIZ; ANDREW PAUL WILLIAMS; | Trial Date: December 1, 2026 |

1

NOTICE OF INTERESTED PARTIES

WASHWORLD, INC.; DOES 1-100, inclusive,

    Defendants.

_____

ANDREW PAUL WILLIAMS,

    Counter-Claimant, Cross-Claimant, and Third-Party Plaintiff,

v.

REGIONS BANK dba ASCENTIUM CAPITAL;

JOSE RENE ORTIZ; MARIA L. ORTIZ;

THE ORTIZ FAMILY TRUST OF 2024;

WASHWORLD, INC.; PETER MATHENY;

ROES 1-50, inclusive,

    Counter-Defendant, Cross-Defendants, and Third-Party Defendant.

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE OF INTERESTED PARTIES

CASE NO. 2:25-cv-00359-CAS-KSx

Pursuant to Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned, appearing pro se on behalf of himself, certifies that the following listed party or parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.    Andrew P. Williams — Pro Se Defendant, Counterclaimant, Cross-Claimant, and Third-Party Plaintiff.

2.    Car Wash Management, LLC (a Delaware limited liability company) ("CWM Delaware") — Co-Defendant. As of the date of this Notice, Williams holds a ten percent (10%) membership interest in CWM Delaware; Jose Rene Ortiz holds approximately eighty percent (80%); Travis Beaudoin holds approximately ten percent (10%). CWM Delaware is also named as Nominal Defendant in the companion derivative complaint pleaded in connection with this Action.

3.    Regions Bank dba Ascentium Capital — Plaintiff and Counter-Defendant.

4.    Jose Rene Ortiz — Co-Defendant; Cross-Defendant; and Cross-Complainant.

5.    Maria L. Ortiz — Cross-Defendant; spouse of Jose Rene Ortiz; co-trustee of The Ortiz Family Trust of 2024.

6.    The Ortiz Family Trust of 2024 — Cross-Defendant; record title holder of real property located at 402 Addleman Avenue, West Covina, California 91792.

7.    West Covina Car Wash LLC — Co-Defendant; California limited liability company.

8.    Car Wash Management, LLC (a Hawaii limited liability company) — Co-Defendant; separate Hawaii entity distinct from CWM Delaware.

9.    Washworld, Inc. — Co-Defendant; Wisconsin corporation; Counter-Claimant against Regions Bank.

NOTICE OF INTERESTED PARTIES

CASE NO. 2:25-cv-00359-CAS-KSx

10.    Peter Matheny — Third-Party Defendant; former employee of Ascentium Capital.

11.    Travis Beaudoin — Co-Defendant; member of CWM Delaware.

12.    Andrew P. Williams Bankruptcy Estate — Potentially interested party by reason of Williams's bankruptcy proceedings; certain claims asserted in this Action may constitute property of the estate under 11 U.S.C. § 541.

The undersigned reserves the right to supplement this Notice as additional interested parties become known through discovery.

Dated: May 28, 2026

Respectfully submitted,

_____

Andrew P. Williams, Pro Se

Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

4

NOTICE OF INTERESTED PARTIES

CASE NO. 2:25-cv-00359-CAS-KSx