Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Pro Se Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

LODGED
CLERK, U.S. DISTRICT COURT
6/1/26
CENTRAL DISTRICT OF CALIFORNIA
BY _____CS_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,**<br><br>Plaintiff,<br><br>v.<br><br>**CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company; CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company; WEST COVINA CAR WASH LLC; JOSE RENE ORTIZ; ANDREW PAUL WILLIAMS;** | **Case No. 2:25-cv-00359-CAS-KSx**<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO EXTEND THE DOCKET NO. 169 DEADLINE AND TO CONTINUE THE FACT-DISCOVERY AND DISPOSITIVE-MOTION CUTOFFS**<br><br>Hon. Christina A. Snyder<br><br>Courtroom 8D<br><br>Trial Date: December 1, 2026 |

1

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION

CASE NO. 2:25-cv-00359-CAS-KSx

WASHWORLD,

INC.; DOES 1-100, inclusive,

  Defendants.

_____

ANDREW PAUL WILLIAMS,

  Counter-Claimant, Cross-Claimant,

  and Third-Party Plaintiff,

v.

REGIONS BANK dba ASCENTIUM

CAPITAL;

JOSE RENE ORTIZ; MARIA L. ORTIZ;

THE ORTIZ FAMILY TRUST OF 2024;

WASHWORLD, INC.; PETER

MATHENY;

ROES 1-50, inclusive,

  Counter-Defendant,

  Cross-Defendants, and

  Third-Party Defendant.

# [PROPOSED] ORDER

2

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION

CASE NO. 2:25-cv-00359-CAS-KSx

Having considered Defendant Andrew P. Williams's Ex Parte Application to extend the Docket No. 169 deadline for Car Wash Management, LLC to retain counsel and to continue the fact-discovery and dispositive-motion cutoffs, and good cause appearing, the Court ORDERS as follows:

1. The deadline for Car Wash Management, LLC to retain counsel under the Court's April 30, 2026 Order (Docket No. 169) is extended to July 1, 2026.

2. The fact-discovery cutoff is continued to August 31, 2026.

3. The dispositive-motion cutoff is continued to September 30, 2026.

4. The December 1, 2026 trial date, and all pretrial dates dependent upon it, remain unchanged.

IT IS SO ORDERED.

Dated: _____

_____

Hon. Christina A. Snyder

United States District Judge

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION

CASE NO. 2:25-cv-00359-CAS-KSx