Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Pro Se Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

FILED

CLERK, U.S. DISTRICT COURT

6/1/26

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,**<br><br>     Plaintiff,<br><br>v.<br><br>**CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company; CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company; WEST COVINA CAR WASH LLC; JOSE RENE ORTIZ; ANDREW PAUL WILLIAMS;** | **Case No. 2:25-cv-00359-CAS-KSx**<br><br>**DECLARATION OF ANDREW P. WILLIAMS IN SUPPORT OF EX PARTE APPLICATION TO EXTEND THE DOCKET NO. 169 DEADLINE AND TO CONTINUE THE FACT-DISCOVERY AND DISPOSITIVE-MOTION CUTOFFS**<br><br>Hon. Christina A. Snyder<br><br>Courtroom 8D<br><br>Trial Date: December 1, 2026 |

1

DECLARATION OF ANDREW P. WILLIAMS IN SUPPORT OF EX PARTE APPLICATION

CASE NO. 2:25-cv-00359-CAS-KSx

WASHWORLD, INC.; DOES 1-100, inclusive,

    Defendants.

_____

ANDREW PAUL WILLIAMS,

    Counter-Claimant, Cross-Claimant,

    and Third-Party Plaintiff,

v.

REGIONS BANK dba ASCENTIUM CAPITAL;

JOSE RENE ORTIZ; MARIA L. ORTIZ;

THE ORTIZ FAMILY TRUST OF 2024;

WASHWORLD, INC.; PETER MATHENY;

ROES 1-50, inclusive,

    Counter-Defendant,

    Cross-Defendants, and

    Third-Party Defendant.

## DECLARATION OF ANDREW P. WILLIAMS

I, Andrew P. Williams, declare as follows:

2

DECLARATION OF ANDREW P. WILLIAMS IN SUPPORT OF EX PARTE APPLICATION

CASE NO. 2:25-cv-00359-CAS-KSx

1. I am a defendant in this action, appearing pro se, and a member of Car Wash Management, LLC ("CWM"). I have personal knowledge of the facts stated here and, if called as a witness, could and would testify competently to them.

2. CWM is a Delaware limited liability company with three members. I understand that, as an artificial entity, CWM cannot appear in this action without counsel.

3. By Civil Minutes Order entered April 30, 2026 (Docket No. 169), the Court directed CWM to retain counsel by June 1, 2026.

4. On CWM's behalf, I have diligently sought limited-scope counsel, including contacting and conferring with several California litigation firms during May 2026. That search is active and ongoing but is not yet complete.

5. On June 1, 2026, I communicated with the Clerk's office, which confirmed that the Electronic Document Submission System is backlogged by approximately two to three weeks. Documents I submitted on May 27, 2026 have not yet posted to the docket, and the summonses on my counterclaim and third-party complaint have not yet issued.

6. The current fact-discovery cutoff is June 30, 2026. If CWM's counsel-retention deadline is extended to July 1, 2026 while fact discovery closes on June 30, 2026, incoming counsel would appear only after discovery has closed.

7. On May 31, 2026, pursuant to Local Rule 7-19.1, I gave written notice of this ex parte Application by email to all counsel of record. The names and contact information of opposing counsel are: Andrew Alper, Frandzel Robins Bloom & Csato, L.C., 1000 Wilshire Boulevard, 19th Floor, Los Angeles, CA 90017, telephone (323) 852-1000, email aalper@frandzel.com (counsel for Regions Bank dba Ascentium Capital); Michael D. Gannon, Baker & Hostetler LLP, email mgannon@bakerlaw.com (counsel for Washworld, Inc.); and Lisa Patrick, email lolmp2021@gmail.com (counsel for Jose Rene Ortiz).

3

DECLARATION OF ANDREW P. WILLIAMS IN SUPPORT OF EX PARTE APPLICATION

8. Counsel for Regions Bank has stated that the Bank will not oppose the requested relief provided the fact-discovery cutoff is also continued. Counsel for Washworld has stated that Washworld does not oppose additional time for CWM to retain counsel and reserves its position on scheduling until CWM appears. Counsel for Mr. Ortiz does not oppose additional time for CWM to retain counsel.

9. No party has identified any prejudice from the requested relief, and the requested continuance preserves the December 1, 2026 trial date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 1, 2026.

Andrew P. Williams

DECLARATION OF ANDREW P. WILLIAMS IN SUPPORT OF EX PARTE APPLICATION

CASE NO. 2:25-cv-00359-CAS-KSx