Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff, Regions Bank
An Alabama State Bank dba Ascentium Capital

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>                Plaintiff,<br><br>        v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>                Defendant.<br><br>------------------------------<br><br>JOSE RENE ORTIZ,<br><br>                Cross-Complaint,<br><br>        v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to | Case No.  2:25-cv-00359 CASE (KSx)<br><br>**DECLARATION OF ANDREW K. ALPER IN SUPPORT OF REGIONS BANK'S OPPOSITION TO EX PARTE APPLICATION OF ANDREW WILLIAMS TO EXTEND THE DEADLINE FOR CAR WASH MANAGEMENT, LLC TO RETAIN COUNSEL, ETC.**<br><br>**[EX PARTE APPLICATION ALLEGEDLY FILED ON JUNE 1, 2026, BUT IT WAS NOT FILED ON THE COURT DOCKET UNTIL 8 DAYS LATER ON JUNE 9, 2026]**<br><br>[No Hearing Date] |

5967527v2 | 100287-0289

DECLARATION OF ANDREW K. ALPER IN SUPPORT OF REGIONS BANK'S OPPOSITION TO EX PARTE APPLICATION

35, inclusive,

        Cross Defendants.

WASHWORLD, INC.,

        Counter-Claimant,

    v.

REGIONS BANK D/B/A ASCENTIUM CAPITAL,

        Counter-Defendant

WASHWORLD, INC.,

        Cross-Claimant,

    v.

CAR WASH MANAGEMENT LLC

        Cross-Defendant.

ANDREW PAUL WILLIAMS,

        Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

    v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.

Counter Defendants, Cross-Defendants, and Third-Party Defendants,

I, ANDREW K. ALPER, declare as follows:

1.    I am an attorney at law duly licensed and authorized to practice law in the State of California and before all United States District Courts in the State of California. I am a Vice President and shareholder of Frandzel Robins Bloom & Csato, L.C. attorneys for Plaintiff Regions Bank dba Ascentium Capital ("Plaintiff") herein.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2. If called upon to testify to the matters stated herein I could and would competently testify thereto.

3. I am the attorney at my firm who has personal knowledge of this case and have been communicating with Defendant and Cross-defendant Andrew Williams ("Williams") since he was ordered to obtain counsel for Car Wash Management, LLC ("CWM") and to file responsive pleadings by the Court in its Order on April 30, 2026, (Docket number 169). I was served with this Ex Parte Application on June 1, 2026, but this Ex Parte Application was not registered on the docket until June 8, 2026. This is not the first time this has happened during this case as it happened when Williams filed his 172 page Answer, Affirmative Defenses, Counterclaim, Cross-claim and Third Party Claim ("Williams Complaint") and in that case it was filed on May 27, 2026, and he refused to serve it until it was filed with the Court which was on or about June 2, 2026. I do not want know how Williams is filing his pleadings but this delay with his filings is not acceptable.

4. Meantime I prepared this Opposition on June 1, 2026, but could not file it until today because there was no Ex Parte Application on the Court's docket. The following was the Opposition I had prepared on June 1, 2026, but the status of this case has changed since this Opposition was prepared and the new status will be set forth below.

## PRIOR OPPOSITION

5. I have spoken to ("Williams") once since the April 30, 2026, but all counsel in this case and I have had tens of emails communications from and to Williams regarding this case and he does not want to comply with the law or act in good faith. While Plaintiff agrees with some of the relied requested by Williams in this Ex Parte Application it does not take into account other Scheduling deadlines of this Court. At the present time the fact discovery cutoff is June 30, 2026, and many depositions were scheduled by the parties other than Williams or CWM who have

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

not appeared in this case and the parties are attempting to schedule June 3, 2026, as a date to meet and confer on them. Attached hereto marked Exhibit "1" for the Court's convenience is a copy of the current Scheduling Order in this case which is Docket number 112. Besides the June 30, 2026, discovery cut off the Motion cutoff is July 17, 2026, and this date makes little sense right now as discussed below. The parties have been agreeable for a continuance of the Motion cutoff date to allow for a summary judgment but the cut off period of an additional 30 days is insufficient. Likewise given the current status the Trial date of December 1, 2026, also seems like it will not work as discussed below.

6. The Court's Order of April 30, 2026, required Williams to retain counsel for CWM by June 1, 2026. The Ex Parte Application requests an extension to July 1, 2026, and therefore there will in all likelihood be no pleadings on file by CWM until after the discovery cutoff on June 30, 2026. While Plaintiff is not opposed to this continuance if all Scheduled dates are extended. Williams proposes a fact discovery cutoff to August 31, 2026, but with that extension there is no proposal on the table to extend the Motion Cutoff Dates. And there clearly will be the need for future motions in this case. And Williams still wants to leave the trial date where it is on December 1, 2026, and given what Williams wants to do in this case as discussed below that trial will not make sense either.

7. Williams has advised all counsel that he has filed an Answer, Counterclaims and Third Party Claims on May 27, 2026. As of this morning no party has been served with those pleadings. I checked the docket at 7:30 a.m. on June 2, 2026, and the only pleading on the docket was as of May 30, 2026, called Notice of Errata (No. 2) which is a correction of the Answer, Counterclaim, Cross-claims and Third Party Claims ("the Williams Complaint") filed by Williams (see Docket number 176). But there is no Williams Complaint on file in this case and even more important both counsel for Washworld, Inc. and I have indicated to Williams in no uncertain terms that he needs to serve the parties with the Williams

5967527v2 | 100287-0289                    4

DECLARATION OF ANDREW K. ALPER IN SUPPORT OF REGIONS BANK'S OPPOSITION TO EX PARTE APPLICATION

Complaint and he refuses to do so until it is filed with the Court. Counsel for Washworld and I have indicated to Williams that no Stipulation can be entered into with Williams until we are served with the Williams Complaint and it is filed with the Court. Quite frankly at this point Plaintiff can default him but that would not demonstrate civility of good faith knowing that he contends he sent the Williams Complaint to be filed.

8.    But there are reasons why Williams cannot appear in this manner including the fact that he and CWM have been defaulted by other parties in this case (See docket numbers 128, 129, 131, and 135). I am not 100% per cent certain that defaults have been entered because these are requests for entry of default and not Orders. I am going to attach some of the many email exchanges between the parties which demonstrate issues with what Williams is to do with this Stipulation and his failure and refusal to serve the parties with the Wiliams Complaint wreaks of bad faith. Attached hereto, marked Exhibits "2"- "8" are copies of some of these emails. Even the characterization in the Ex Parte Application by Williams of the parties position as to this Ex Parte Application and his Stipulation is contrary to the emails.

9.    For the foregoing reasons this Ex Parte Application must be denied but once again Plaintiff is not opposed and would join in extension of the Scheduling order dates in this case given the latest developments.

**CURRENT STATUS OF PLEADINGS AND SCHEDULING ORDER**

10.    On June 3, 2026, I met with Williams, Michael Gannon one of the counsel for Washworld, Inc., and Lisa Mitts Patrick counsel for Jose Rene Ortiz to discuss the current Scheduling Order along with many depositions that were scheduled in this case before the Williams Complaint was served on all parties. During our meeting we had a general agreement on extending the various cutoff and other dates in this case. The last version of this Stipulation (without signatures) is attached hereto as Exhibit "9." As the Court will see it deals with all dates in the case not just a selected few.

5967527v2 | 100287-0289

5

DECLARATION OF ANDREW K. ALPER IN SUPPORT OF REGIONS BANK'S OPPOSITION TO EX PARTE APPLICATION

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

11.    I have communicated with Williams who said he would withdraw this Ex Parte Application but is waiting for the Exhibit "9" Stipulation to be filed with the Court. For the foregoing reasons I request that the Court deny this Ex Parte Application filed with the Court on June 1, 2026, but not on the docket until today.

I declare under penalty of perjury under the laws of the State of California and the united States of America that the foregoing is true and correct. Executed on this 9th day of June, 2026, at Los Angeles, California.

By: _____
ANDREW K. ALPER, Declarant

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

DECLARATION OF ANDREW K. ALPER IN SUPPORT OF REGIONS BANK'S OPPOSITION TO EX PARTE APPLICATION

# EXHIBIT 1

Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff,
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendants.<br><br>_____<br><br>JOSE RENE ORTIZ,<br><br>Cross Complainant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, CAR WASH MANAGEMENT, LLC., | Case No. 2:25-cv-00359 CAS (KSx)<br><br>**ORDER MODIFYING SCHEDULING ORDER [CURRENTLY DOCKET NO. 79]**<br><br>**No Hearing Date set at this time**<br><br>NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

5752438v1 | 100287-0289

1

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,

Cross Defendants.

WASHWORLD, INC.,

Counter Plaintiff,

v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL, Counter Defendant.

WASHWORLD, INC.,

Cross Claimant,

v.

CAR WASH MANAGEMENT, LLC,

Cross Defendant.

Upon review of the Joint Stipulation Requesting That The Court Modify Case Schedule [which is docket no. 79] ("the Stipulation"), and good cause appearing to the Court,

IT IS ORDERED, ADJUDGED AND DECREED that the parties Stipulation is granted, and the Scheduling Order [Docket no. 79] is modified, as follows:

|  | Current Dates/Deadline | New Dates/Deadline |
|---|---|---|
| Request for leave to file amended pleadings or to add parties | November 14, 2025 | February 27, 2026 |
| Settlement Completion Cutoff | April 30, 2026 | May 15, 2026 |

| | | |
|---|---|---|
| Factual Discovery Cut-off | April 30, 2026 | June 30, 2026 |
| Last Day to File Motions | May 15, 2026 | July 17, 2026 |
| Exchange of Expert Reports Cut-off | May 1, 2026 | July 1, 2026 |
| Exchange of Rebuttal Reports Cut-off | May 15, 2026 | July 16, 2026 |
| Expert Discovery Cut-off | June 26, 2026 | August 31, 2026 |
| *Zoom Status Conference re: Settlement | **May 11, 2026**, at **11:00 AM** | **June 29, 2026**, at **11:00 AM** |
| Pretrial Conference/ Hearing on Motions in Limine | **July 20, 2026**, at **11:00 AM** | **October 26, 2026**, at **11:00 AM** |
| Jury Trial (Est. 3-7 Days) | **August 4, 2026**, at **9:30 AM** | **December 1, 2026**, at **9:30 AM** |

*Zoom Webinar Information can be found on the Court's Website, under Judge Snyder's Procedures and Schedules.

IT IS SO ORDERED.

DATED: November 6, 2025

By: _____

HON. CHRISTINA A. SNYDER
DISTRICT COURT JUDGE

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

# EXHIBIT 2

| | |
|---|---|
| **From:** | Andrew Alper <aalper@frandzel.com> |
| **Sent:** | Thursday, May 28, 2026 8:11 AM |
| **To:** | Andrew Williams |
| **Cc:** | Rebecca Santamaria; mgannon@bakerlaw.com; kwalton@bakerlaw.com; xestrada@bakerlaw.com; aclaypool@bakerlaw.com; lolmp2021@gmail.com |
| **Subject:** | RE: [EXTERNAL] Williams v. Regions Bank, 2:25-cv-00359-CAS-KSx — Local Rule 7-3 Meet-and-Confer / Request for Stipulated Extension of Docket No. 169 CWM Counsel Retention Deadline (Response Requested by 5:00 p.m. PT TODAY, May 28, 2026) |

Mr. Williams there are a number of reasons why this request has to be denied. First, I sent you the Court's Scheduling Order which sets the discovery cutoff at the end of this month. If there are no pleadings I cannot complete discovery as to you and/or Car Wash Management. Second, it is simple to notice your deposition and the deposition of Car Wash Management if it has responded to the Complaint. Without a response and also not knowing the pleadings I will have to serve you with a subpoena to take a depo and produce documents which will probably be difficult. Third, I am trying to figure out how you plan to respond and navigate this case without setting aside the default on the Ortiz Cross-complaint. As you probably know from whatever consultations you have had or otherwise a defaulted party cannot respond until the default is set aside. Fourth,  you have indicated that you have filed a Counterclaim, Cross-complaint and Third Party Complaint but the time to file such pleadings in the case has passed. I checked the docket this morning and no such pleadings are on file nor have they been served on me and I don't know if they have been served on other counsel. Not knowing what they say there may be further issues arising out of these new  pleadings.

The bottom line is that given the current time deadlines in this case I cannot grant any extension nor do I think I can do it unilaterally given all of the foregoing issues. I am not opposed to continuing the dates in the Scheduling Order if the other parties agree and we can convince the Court to continue them. Depending on (a) what you are filing with the Court as pleadings and (b) the agreement and granting of a meaningful extension of the cutoff dates Regions could agree to an extension of the cutoff dates and Scheduling Order deadlines the response to your request for an extension today could be granted but not right now.

I would also ask other counsel for Mr. Ortiz and Washworld  if there are any issues with the dates selected for the current depositions scheduled and one more that will be scheduled since if my schedule can accommodate different dates I am not opposed to changing them. As you know I tried to get some concurrence as to dates and never got any response other than from Washworld who would not respond without the actual notice. As you know we have run out of time here to do the depositions. Also I want to make sure we can agree on the locations for the depositions so I will not have to ask the Court for assistance in that regard. I am also amenable to taking depositions after the June 30 cutoff if you want to stipulate to such extension of time to do so.

Nothing set forth herein waives Regions right to seek an extension of the discovery cutoff and other dates from the Court and all rights and remedies are reserved.  Thank you.

**Andrew Alper**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427
Phone:            (323) 852-1000
Facsimile:        (323) 651-2577
E-mail:           aalper@frandzel.com
Web:              www.frandzel.com



 **GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Andrew Williams <andrew@carwashmgmt.com>
**Sent:** Thursday, May 28, 2026 1:39 AM
**To:** Andrew Alper <aalper@frandzel.com>
**Cc:** Rebecca Santamaria <rsantamaria@frandzel.com>; mgannon@bakerlaw.com; kwalton@bakerlaw.com; xestrada@bakerlaw.com; aclaypool@bakerlaw.com; lolmp2021@gmail.com
**Subject:** [EXTERNAL] Williams v. Regions Bank, 2:25-cv-00359-CAS-KSx — Local Rule 7-3 Meet-and-Confer / Request for Stipulated Extension of Docket No. 169 CWM Counsel Retention Deadline (Response Requested by 5:00 p.m. PT TODAY, May 28, 2026)


Mr. Alper:


I write pursuant to Local Rule 7-3 in connection with this Court's April 30, 2026 Civil Minutes Order (Docket No. 169) directing defendant Car Wash Management, LLC ("CWM") to retain counsel within thirty (30) days, on or before June 1, 2026.

CWM has conducted a documented and diligent search for limited-scope litigation counsel admitted in the Central District of California. CWM and its principal Andrew P. Williams (acting through his executive assistant Dee Abear) have contacted multiple California firms since this Court's order, including Koning Zollar LLP (Drew Koning and Blake Zollar, by referral from Jordan Kohler of Kohler Legal, APC); Tajima LLP (Chase Tajima, Managing Partner); Sari Law (Yakup Sari); and others. CWM is presently in advanced discussions with two qualified candidate firms. CWM reasonably expects to complete retention within the next thirty (30) to forty-five (45) days but cannot complete retention by the June 1, 2026 deadline.

In support of CWM's good faith effort to retain counsel, CWM notes: (a) the substantive progress on the merits represented by Defendant Andrew Paul Williams's May 27, 2026 submission of his Answer, Affirmative Defenses, Counterclaim, Cross-Claim, and Third-Party Complaint, submitted via the Court's Electronic Document Submission System under Tracking No. EDS-260527-003-3490 (awaiting upload to CM/ECF within 3-5 business days); (b) the October 9, 2025 written notice from Washworld, Inc. discontinuing its distributor relationship with CWM "as a result of Car Wash Management, LLC's actions" in connection with this lawsuit, which has materially diminished CWM's revenue and increased the burden of retaining counsel; and (c) Frandzel's own May 26, 2026 service of Notices of Deposition for Washworld and Ortiz scheduled for June 22-23, 2026, which establishes that this litigation continues to advance on the merits irrespective of the present extension request.

To avoid the procedural complication and judicial economy expense of CWM seeking an extension by motion practice, I respectfully request the Bank's stipulation to a thirty (30) day extension of the Docket

2

No. 169 retention deadline, to and including July 1, 2026 (or such further extension as the parties may agree). I believe this short extension is in the interests of efficient case administration, is consistent with the spirit of Federal Rule of Civil Procedure 1's directive that the rules "be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action," and creates no prejudice to the Bank. Frandzel's June 22-23 depositions will proceed irrespective of CWM's counsel status, and any pre-Settlement Status Conference activity (set for June 29, 2026) can be conducted by CWM's retained counsel once secured.

If the Bank is amenable to the requested stipulation, I will promptly prepare a brief Stipulation and Proposed Order for the parties' execution and submission to Judge Snyder under Local Rule 7-1. The Stipulation will recite the parties' agreement that the extension does not waive any rights or arguments by any party, does not constitute an admission of any fact, and is granted solely for purposes of efficient case management.

Given the proximity of the June 1, 2026 deadline, I respectfully request the Bank's response by 5:00 p.m. Pacific Time today, Thursday, May 28, 2026. If the Bank declines to stipulate, or if no response is received by that time, I will proceed to file a noticed Motion for Extension of Time under Federal Rule of Civil Procedure 6(b)(1)(A) on Friday, May 29, 2026.

This communication is sent pursuant to Local Rule 7-3 as the required meet-and-confer in the event a motion becomes necessary.

I am available by phone at (619) 796-6469 or by email at andrew@carwashmgmt.com to discuss. Thank you for your professional courtesy.

Respectfully,

Andrew P. Williams
Pro Se Defendant, Counterclaimant, Cross-Claimant, and Third-Party Plaintiff
12641 Antioch Road, Suite #1045
Overland Park, Kansas 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

3

# EXHIBIT 3

# EXHIBIT 3 OMITTED

# EXHIBIT 4

| | |
|---|---|
| **From:** | Andrew Alper <aalper@frandzel.com> |
| **Sent:** | Saturday, May 30, 2026 10:01 AM |
| **To:** | Andrew Williams; mgannon@bakerlaw.com; kwalton@bakerlaw.com; lolmp2021 @gmail.com |
| **Cc:** | xestrada@bakerlaw.com; aclaypool@bakerlaw.com; Rebecca Santamaria; Christopher Crowell |
| **Subject:** | RE: [EXTERNAL] Williams v. Regions Bank, 2:25-cv-00359-CAS-KSx — Proposed Joint Stipulation to Continue Schedule (for review/redline) |

While I appreciate the spirit of this Stipulation there are too many issues with it to consider. For one thing, Washworld has not agreed to any extensions of the current cutoff and filing dates other than 30 days on the depositions and 30 days on filing a Motion for Summary Judgment. While I suggested that motion cutoff should also be extended 30 days. Washworld has not agreed. I can also agree to certain extensions on other dates as well but again Washworld has not agreed. And while it would be more orderly to extend the dates by 60 days as you have indicated in the Stipulation there is no current agreement to do that.

Now I have asked to meet and confer this week to coordinate dates, locations, and methods and means to take depositions and suggested dates and times on Monday and Wednesday no one has agreed so probably the Monday date  is not going to happen.  This needs to get done sooner rather than later.

I will advise Washworld that the 30(b)(6) designees for Ascentium  will be Pete Matheny, jerry Noon and Lara Hernandez's successor. So there are three different persons who will be deposed so whatever time constraints arise because there are three different designee sit should be factored into the scheduling. I have not had the courtesy of any response from Washworld as to how many designees there will be so we can plan accordingly.

As far as CWM is concerned it cannot sign any Stipulation because it is not represented by counsel. As far as Mr. Williams, we have been told that pleadings were filed but as you know Mr. Williams has failed to serve them which could have been done concurrently with filing them or after I requested them. Not having these pleadings is also creating a problem with scheduling because I assume that there will be pleading issues which is another reason why the motion and other dates need to be continued as well. As I indicated to Mr. Williams I am agreeable to extending that June 1 date for CWM to retain counsel but any extension is also dependent on where the cutoff and pleading dates are continued to.

I also assume that Washworld and Ascentium will have to meet and confer as to the objections to the Washworld deposition and this will need to be arranged as well and may need court intervention. I will be directing a written response to the Washworld objections in the next couple of days.

So those are some of the  comments to the proposed Stipulation prepared by Mr. Williams. I would actually welcome Mr. Williams making any motions he thinks are necessary with respect to the deadlines in this case  albeit he cannot appear on behalf of CWM. Likewise Mr. Williams still has to deal with the default issues on the Ortiz Cross-complaint if he and/or CWM want to fully defend and deal with this case.

Once again I reach out for the purpose of discussing the issue sin this case and also scheduling depositions as soon as possible. This is yet another attempt to meet and confer. Thank you.

**Andrew Alper**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427

Phone:          (323) 852-1000
Facsimile:      (323) 651-2577
E-mail:         aalper@frandzel.com
Web:            www.frandzel.com



 **GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Andrew Williams <andrew@carwashmgmt.com>
**Sent:** Friday, May 29, 2026 8:31 PM
**To:** Andrew Alper <aalper@frandzel.com>; mgannon@bakerlaw.com; kwalton@bakerlaw.com; lolmp2021@gmail.com
**Cc:** xestrada@bakerlaw.com; aclaypool@bakerlaw.com; Rebecca Santamaria <rsantamaria@frandzel.com>
**Subject:** [EXTERNAL] Williams v. Regions Bank, 2:25-cv-00359-CAS-KSx — Proposed Joint Stipulation to Continue Schedule (for review/redline)

Counsel:

Building on Washworld's proposal and the parties' apparent agreement to continue the schedule, attached is a proposed Joint Stipulation and [Proposed] Order for your review and redline. I have tried to capture what has been discussed and to keep it straightforward:

- Fact-discovery cutoff continued to August 31, 2026, applicable to all fact discovery (written discovery and depositions), not limited to particular notices;
- Dispositive-motion deadline continued to September 21, 2026, with other pretrial dates continued by a like period;
- The Docket No. 169 deadline for Car Wash Management, LLC to retain counsel extended to July 15, 2026, with a short standstill so the entity can respond through that counsel once retained;
- All depositions to proceed by remote videoconference and to be coordinated and non-duplicative, with my own deposition to occur once, remotely, by notice, after CWM's counsel has appeared;
- Good-faith meet-and-confer and use of the Court's informal discovery-dispute procedures before any party seeks a discovery referee; and
- The December 1, 2026 trial date to remain undisturbed.

Please redline or send me your comments. I am available to meet and confer by phone at your convenience, including over the weekend.

One time-sensitive note: because the Docket No. 169 deadline falls on June 1, 2026, if the parties are unable to execute a stipulation extending that deadline before then, I intend to seek that limited relief from the Court by ex parte application to avoid prejudice, without waiving these broader discussions. I would much prefer to resolve all of this by stipulation.

Respectfully,

Andrew P. Williams
Pro Se Defendant, Counterclaimant, Cross-Claimant, and Third-Party Plaintiff
12641 Antioch Road, Suite #1045
Overland Park, Kansas 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

On Fri, May 29, 2026 02:33 PM, Lisa Patrick <lolmp2021@gmail.com> wrote:

Yes, I am in agreement with that suggestion. Also on the depositions whenever they go forward, I would request they either be done remotely, or that we be given remote access especially for those set out of state. I was debating doing some research to see if we have grounds to object, but rather than object,  perhaps that is resolved by proposal and agreement.

Let me know, and if a Stipulation as to the proposed dates is in order we will sign it.

/s/

Lisa Mitts Patrick
Attorney at Law

112 E. Amerige Ave., Ste 313
Fullerton, CA 92832
Phone: 714-990-3693
Fax: 657-234-0012
Email: lolmp2021@gmail.com

---

**From:** Gannon, Michael D. <mgannon@bakerlaw.com>
**Sent:** Friday, May 29, 2026 2:24 PM
**To:** Andrew Alper <aalper@frandzel.com>; Walton, Katharine <kwalton@bakerlaw.com>; Lisa Patrick <lolmp2021@gmail.com>; Andrew Williams <andrew@carwashmgmt.com>
**Cc:** Estrada, Xitlaly <xestrada@bakerlaw.com>; Claypool, Ava <aclaypool@bakerlaw.com>
**Subject:** RE: Washworld's Notices of Depositions and Subpoenas

Andrew, Lisa,

We have no issue working with you to coordinate dates, time, and locations, for these depositions (as I mentioned in a previous email, the date for Mr. Matheny was a typo).

3

To that end, we propose a 30-day extension of the fact cutoff until July 31, but only for the purpose of completing these identified depositions/subpoenas.  We would also need an extension of the SJ motion deadline.  We propose August 21.

We understand the issue with Mr. Williams/Car Wash Management.  Moving the dates per the above hopefully will resolve the issue.  It will allow the parties to confirm that Williams is in fact securing counsel and intends to participate in the litigation. We remain opening to having another discussion after the parties see what Mr. Williams' response is.

Pease let us know if you are agreeable to this.

Mike

**From:** Andrew Alper <aalper@frandzel.com>
**Sent:** Friday, May 29, 2026 9:48 AM
**To:** Walton, Katharine <kwalton@bakerlaw.com>; Lisa Patrick <lolmp2021@gmail.com>; Andrew Williams <andrew@carwashmgmt.com>
**Cc:** Gannon, Michael D. <mgannon@bakerlaw.com>; Estrada, Xitlaly <xestrada@bakerlaw.com>; Claypool, Ava <aclaypool@bakerlaw.com>
**Subject:** RE: Washworld's Notices of Depositions and Subpoenas

[External Email: Use caution when clicking on links or opening attachments.]

As you know, you never attempted to meet and confer as to the dates of any depositions you wanted to set.  While you asked me for categories or areas of inquiry for the Washworld 30(b)(6) you provided  me no categories or areas of topics for the Ascentium 30(b)(6) so this is the first time I am seeing them. Moreover, the idea that you would take three depositions in multiple states on the same date and time on June 30 is pretty typical of what I have seen throughout this case.  I know it is hard to believe but I cannot be in two different states at the same date and time for three depos. Next, you set the date for Mr. Matheny on a Sunday. I can only speculate as to your motive in doing that. On June 25 I have two court appearances at 9:00 a.m. in Sacramento and 2:00 pm. in Oakland and I need to appear for both of them. So June 25 is not an acceptable date. I am also curious knowing that Ascentium had set the Ortiz deposition on June 17 why you chose to set his deposition on June 18 after receiving the Ascentium notice of taking deposition of Mr. Ortiz. So obviously many of these dates do not work. Given that you served the various notices and subpoenas at 8:24 p.m. last night on me I have not spoken with Ascentium regarding availability, the various topics in the 30(b)(6) and after I speak with Ascentium I will contact you as soon as possible.

4

There is one other deposition which will need to be taken and that is Andrew Williams whether individually and/or for Car Wash Management. But I understand that Mr. Williams has filed pleadings in this case which we have not received as he indicated he did not serve them on anyone yet and yesterday's docket did not show they were filed. If he filed pleadings then his deposition can be noticed. If not, we will need to subpoena him and consequently I have not set his deposition yet and I don't know how difficult it will be to serve Mr. Williams with a subpoena.

What clearly makes sense is to stipulate to extend the fact discovery cutoff (and possibly other dates as well) so that the discovery can be completed in an orderly manner and without the need for objections and motions and unnecessary fees and costs. Please advise me if you are willing to do so. Consider this the start of a meet and confer on this issue. Thank you.

**Andrew Alper**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427

| | |
|---|---|
| Phone: | (323) 852-1000 |
| Facsimile: | (323) 651-2577 |
| E-mail: | aalper@frandzel.com |
| Web: | www.frandzel.com |



**GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Walton, Katharine <kwalton@bakerlaw.com>
**Sent:** Thursday, May 28, 2026 8:24 PM
**To:** Andrew Alper <aalper@frandzel.com>; Lisa Patrick <lolmp2021@gmail.com>; Andrew Williams <andrew@carwashmgmt.com>
**Cc:** Gannon, Michael D. <mgannon@bakerlaw.com>; Estrada, Xitlaly <xestrada@bakerlaw.com>; Claypool, Ava <aclaypool@bakerlaw.com>
**Subject:** [EXTERNAL] Washworld's Notices of Depositions and Subpoenas

Good evening,

Please find attached Washworld's Notices of Depositions and Subpoenas to:

- Ascentium
- Mr. Ortiz
- Lara Hernandez
- Pete Matheny
- West Covina Ranch, LLC
- AVW Equipment Company, Inc.

We are willing to confer regarding dates to coordinate a mutually agreeable time, but we wanted to get these out promptly.

Mr. Alper, please let us know whether you will accept service on behalf of Mr. Matheny or if we should proceed with formal service.

Best,

Kat

**Kat Walton**
She | Her | Hers
Associate

BakerHostetler
One North Wacker Drive | Suite 3700
Chicago, IL 60606-2859
T +1.312.416.8187

kwalton@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted,
lost, destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result of e-mail transmission.

7

# EXHIBIT 5

| | |
|---|---|
| **From:** | Andrew Alper <aalper@frandzel.com> |
| **Sent:** | Sunday, May 31, 2026 9:59 AM |
| **To:** | Andrew Williams |
| **Cc:** | Rebecca Santamaria; mgannon@bakerlaw.com; kwalton@bakerlaw.com; xestrada@bakerlaw.com; aclaypool@bakerlaw.com; lolmp2021@gmail.com |
| **Subject:** | RE: [EXTERNAL] Re: Williams v. Regions Bank, 2:25-cv-00359-CAS-KSx - Proposed Bundled Stipulation |

Mr. Williams once again you are making proposals that are not possible right now while some of the proposals I can agree to. First, you sent not 1 but 5 emails to me on Sunday morning which I received starting at 3:28 a.m. and the last one was at 6:11 a.m. I don't really know if you are in Kansas or California or somewhere else but sending a barrage of emails in the early morning on Sunday is not appreciated and demonstrates your intent to harass to Regions Bank and me.

Second, your emails are incorrect in that there is no case called Williams v. Regions Bank so please correct the emails in the future since that is not the caption of this case.

Third, please remember anything you file on behalf of CWM must be filed by counsel since you as an individual cannot represent a limited liability company.

Fourth, I have been attempting to get the parties to meet and confer to discuss an orderly stipulation at this time and only Washworld has indicated it would meet on Wednesday morning but has not given any time for such meeting.  Hopefully that can happen.

Fifth, and most important, is that given what you have specifically told us about the status of the Andrew Williams pleadings there will be a counterclaim, at least one cross-claims and a third party claim. You have represented that you filed these pleadings on May 27 but they are not on the docket as of May 31 at about 9:20 a.m. . I have also repeatedly  asked that you serve the Andrew Williams allegedly filed pleadings so the parties will know what they state and the scope of what has to be done with respect to those pleadings in making decisions and you have steadfastly refused to do so until they are filed with the Court (see e.g. your email to me on 5/28/26 at 11:31 a.m.).  Therefore you are trying to force Regions Bank into extending multiple cutoff and other dates without knowing what is the pleadings, whether there are new third parties brought into the case, whether there will be further motions involving the pleadings and whether more discovery is necessary.

Sixth, you have indicated that all parties agree to the parameters of your proposal below but my information is to the contrary. While I would like the 90 day discovery continuance it is my understanding that thus far Washworld will only agree to 30 days. Second. you indicate that you want and need Mr. Ortiz to stipulate to set aside the default on his cross-complaint and it is my understanding that Ms. Patrick is not agreeing to do so. In addition, it is my understanding  that Washworld has not agreed to extend any dates other than the 30 days on the depositions except to move the Motion for Summary Judgment an additional 30 days. We believe all motion dates need to be continued. Moreover, depending on the alleged pleadings you have filed but not served these pleadings may make the trial date unworkable.

Seventh, Ascentium will agree to extend discovery be it the 30 days, 90 days or possibly even longer. Ascentium will agree to extend the motion for summary judgment date 30 days but believes it should be 30 days after the discovery and motion dates are extended. And I don't know what to do with the trial date at this time and would agree to leave it there for now but also agree that no party is prejudiced to ask for a continuance of trial and other dates based on the progress of this case. Regions Bank will agree to extend the June 1 date for CMW to get

representation to July 1 but this is based on extensions of the other dates. You see Mr. Williams your failure and refusal to serve the parties with your proposed pleadings that were represented to be sent for filing but not served on May 27, 2026, is a huge problem you are creating and assuming if and when the Court sets your ex parte for opposition papers and/or an appearance at this time we plan to oppose it although as indicated herein there is some of the requested extensions are agreed to by Regions Bank agrees.

This email should be attached to your declaration in support of the ex parte application demonstrating the position of Regions Bank after receiving what purports to be the notice of the ex parte you plan to file tomorrow. You should also attach other emails you have received from the parties as well which either support or contradict your position in the ex parte application.

This email only deals with the email below regarding the ex parte application and stipulation to continue  and not the other 4 emails you sent to me this morning and nothing stated or omitted herein is a waiver of any rights, remedies, claims or defenses of Regions Bank.


**Andrew Alper**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427
Phone:              (323) 852-1000
Facsimile:          (323) 651-2577
E-mail:             aalper@frandzel.com
Web:                www.frandzel.com



GO GREEN: Please consider the environment before you print.

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Andrew Williams <andrew@carwashmgmt.com>
**Sent:** Sunday, May 31, 2026 3:28 AM
**To:** Andrew Alper <aalper@frandzel.com>
**Cc:** Rebecca Santamaria <rsantamaria@frandzel.com>; mgannon@bakerlaw.com; kwalton@bakerlaw.com; xestrada@bakerlaw.com; aclaypool@bakerlaw.com; lolmp2021@gmail.com
**Subject:** [EXTERNAL] Re: Williams v. Regions Bank, 2:25-cv-00359-CAS-KSx - Proposed Bundled Stipulation

Mr. Alper:

Following up on our exchange. I want to make this simple and put a signature-ready stipulation in front of everyone before Monday.

Based on your email, I understand the Bank will agree to extend CWM's deadlines so long as the Scheduling Order dates are continued with the agreement of all counsel. Counsel for Mr. Ortiz and counsel for Washworld have each indicated they do not oppose continuing the dates. So I believe we are

aligned, and only need to confirm the terms below:

1. CWM counsel deadline (Dkt. 169): extended 30 days, from June 1, 2026 to July 1, 2026.

2. Discovery cutoff and related Scheduling Order dates: continued 90 days from the current cutoff, with all other pretrial dates moved proportionally. The December 1, 2026 trial date stays as is.

3. Depositions (including Washworld and Mr. Ortiz): may proceed after the current June 30, 2026 cutoff, on dates and at locations the parties coordinate in good faith.

4. No waiver: the stipulation states it waives no rights, claims, or defenses, admits no facts, and is for case-management purposes only.

If this works, please confirm and I will circulate a Stipulation and Proposed Order today for signatures. Given the June 1 deadline, I would appreciate a reply by Sunday evening, May 31. If we cannot finalize in time, I will protect the deadline by other means on Monday and we can still complete the stipulation afterward.

Thank you.

Respectfully,

Andrew P. Williams
Defendant in Pro Per
12641 Antioch Road, Suite #1045
Overland Park, Kansas 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

On Thu, May 28, 2026 11:40 AM, Andrew Alper <aalper@frandzel.com> wrote:

> While some of this is correct some of it is not. You are not authorized to sign pleadings on behalf of CWM since it is a LLC so it must be represented by counsel. Second, since we have not been served with any pleadings by you I cannot state that the extensions and stipulations you are proposing make sense or do not make sense. What I did state to you is that I am willing to extend the date for a response by CWM if other dates are continued but without an agreement of counsel to extend the various cutoff and motion dates we have to proceed with the case the way it is. But I remain willing to work with you and your counsel for CWM to extend dates as long as all counsel are on board or we get an order from the court in that regard.
>
>
> **Andrew Alper**
> FRANDZEL ROBINS BLOOM & CSATO, L.C.
> 1000 Wilshire Boulevard, 19th Floor
> Los Angeles, CA  90017-2427
>
> Phone:            (323) 852-1000
> Facsimile:        (323) 651-2577
> E-mail:            aalper@frandzel.com
> Web:              www.frandzel.com

3



 **GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Andrew Williams <andrew@carwashmgmt.com>
**Sent:** Thursday, May 28, 2026 11:32 AM
**To:** Andrew Alper <aalper@frandzel.com>
**Cc:** Rebecca Santamaria <rsantamaria@frandzel.com>; mgannon@bakerlaw.com; kwalton@bakerlaw.com; xestrada@bakerlaw.com; aclaypool@bakerlaw.com; lolmp2021@gmail.com
**Subject:** [EXTERNAL] Re: Williams v. Regions Bank, 2:25-cv-00359-CAS-KSx — Confirming Telephone Conference of May 28, 2026 / Proposed Bundled Stipulation


Mr. Alper:

Thank you for your telephone call earlier today. I write to memorialize the procedural framework we discussed and to confirm CWM's agreement, in principle, to a bundled stipulation extending several deadlines in this case. This email supersedes my prior 5:00 p.m. PT response deadline.

Subject to mutual finalization of the language of a Stipulation and Proposed Order, CWM (through Andrew P. Williams) proposes the following bundled framework:

1. EXTENSION OF DOCKET NO. 169 COUNSEL DEADLINE. The Bank will stipulate to a thirty (30) day extension of this Court's April 30, 2026 Civil Minutes Order (Docket No. 169) deadline for CWM's retention of counsel, from June 1, 2026 to and including July 1, 2026.

2. EXTENSION OF DISCOVERY CUTOFF AND SCHEDULING ORDER DATES. The parties will stipulate to an extension of the discovery cutoff currently set in this Court's Scheduling Order, and to proportional extensions of other Scheduling Order deadlines (including the deadlines for expert designation, motion practice, and pretrial conference matters), with the extension period of ninety (90) days from the current cutoff date. The trial date of December 1, 2026 is to remain undisturbed.

3. COORDINATION OF DEPOSITION DATES AND LOCATIONS. The parties will coordinate in good faith to schedule the depositions of Washworld, Inc. (currently noticed for June 22-23, 2026) and Jose Rene Ortiz on mutually agreeable dates and at mutually agreeable locations. CWM and Williams are amenable to scheduling such depositions after the current June 30, 2026 discovery cutoff to the extent the cutoff is extended as contemplated in paragraph 2 above.

4. EXPEDITED WILLIAMS DISCOVERY. Williams confirms his commitment to serve his initial wave of written discovery (interrogatories, requests for production, and requests for admission) on Plaintiff promptly upon CM/ECF posting of his pleadings, with target service date of June 10, 2026 or sooner if practicable. Williams further confirms that he is willing to cooperate with reasonable noticing of his individual deposition without requiring formal subpoena process, subject to mutually agreeable scheduling.

5. PLEADING POSTURE CLARIFICATION. For the avoidance of doubt: Defendant Andrew Paul Williams's Answer, Affirmative Defenses, Counterclaim, Cross-Claim, and Third-Party Complaint was timely submitted to the Court via the Electronic Document Submission System on May 27, 2026 at 6:23 p.m. Pacific Time, Tracking No. EDS-260527-003-3490. Per the Court's confirmation email of the same date, the EDSS submission date is the filing date for purposes of any pending deadlines, with formal upload to CM/ECF expected within three to five business days. A true and correct copy of the Court's EDSS confirmation email is available upon request. Williams intends to serve the filing on all parties of record promptly upon CM/ECF posting.

6. CWM'S MOTION TO SET ASIDE DEFAULT. CWM acknowledges that CWM remains in default on the Ortiz Cross-Complaint and on the Bank's First Amended Complaint as to CWM. CWM intends to file a Motion to Set Aside Default under Federal Rule of Civil Procedure 55(c) promptly upon retention of counsel pursuant to the Dkt 169 extension contemplated in paragraph 1 above. The Bank reserves all rights with respect to any opposition to such Motion.

7. NO ADMISSIONS; ALL RIGHTS RESERVED. The Stipulation will recite the parties' agreement that this bundled extension does not waive any rights, arguments, claims, or defenses by any party, does not constitute an admission of any fact, and is granted solely for purposes of efficient case management.

I propose to circulate a draft Stipulation and Proposed Order to all parties by tomorrow, Friday, May 29, 2026. Please advise if the foregoing framework is acceptable to the Bank, and please flag any provisions you would like adjusted before I draft.

I will separately confer with counsel for Washworld, Inc. (Katharine H. Walton and the BakerHostetler team) and counsel for Jose Rene Ortiz (Lisa Mitts Patrick, Esq.) regarding deposition dates and locations in light of the contemplated extensions.

Thank you for the productive call. I appreciate your professional courtesy and your willingness to work toward a stipulated resolution of these procedural matters.

Respectfully,

Andrew P. Williams
Pro Se Defendant, Counterclaimant, Cross-Claimant, and Third-Party Plaintiff
12641 Antioch Road, Suite #1045
Overland Park, Kansas 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

5

# EXHIBIT 6

| | |
|---|---|
| **From:** | Andrew Alper <aalper@frandzel.com> |
| **Sent:** | Monday, June 1, 2026 9:04 AM |
| **To:** | Andrew Williams; mgannon@bakerlaw.com; kwalton@bakerlaw.com; lolmp2021@gmail.com |
| **Cc:** | Rebecca Santamaria; xestrada@bakerlaw.com; aclaypool@bakerlaw.com |
| **Subject:** | RE: [EXTERNAL] Regions Bank dba Ascentium Capital v. Car Wash Management, LLC, et al., No. 2:25-cv-00359-CAS-KSx - Joint Stipulation to Continue Scheduling Order Deadlines and Extend Dkt. 169 Deadline (for signature) |

Forgetting for the time being the procedural issues in the Stipulation which need to be dealt with I will wait for other parties to respond to the substantive requests before I do since I have advised Mr. Williams of those stipulations I agree with and those I do not or have raised issues about.

**Andrew Alper**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427
Phone:          (323) 852-1000
Facsimile:      (323) 651-2577
E-mail:         aalper@frandzel.com
Web:            www.frandzel.com



 **GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Andrew Williams <andrew@carwashmgmt.com>
**Sent:** Sunday, May 31, 2026 11:05 PM
**To:** Andrew Alper <aalper@frandzel.com>; Thomas Robins <trobins@frandzel.com>; mgannon@bakerlaw.com; kwalton@bakerlaw.com; lolmp2021@gmail.com
**Cc:** Rebecca Santamaria <rsantamaria@frandzel.com>; xestrada@bakerlaw.com; aclaypool@bakerlaw.com
**Subject:** [EXTERNAL] Regions Bank dba Ascentium Capital v. Car Wash Management, LLC, et al., No. 2:25-cv-00359-CAS-KSx - Joint Stipulation to Continue Scheduling Order Deadlines and Extend Dkt. 169 Deadline (for signature)

Counsel:

Attached is a Joint Stipulation and [Proposed] Order to continue the Scheduling Order deadlines and to extend the deadline for Car Wash Management, LLC to retain counsel under Docket No. 169. It reflects the framework we have discussed and the extensions Regions Bank has confirmed it will agree to.

In summary, the Stipulation provides:

1. CWM's counsel-retention deadline (Dkt. 169) extended to July 1, 2026;
2. Fact-discovery cutoff continued from June 30 to August 31, 2026;
3. Dispositive-motion deadline continued to September 30, 2026;
4. Depositions to proceed by remote videoconference on mutually coordinated dates;
5. The December 1, 2026 trial date to remain undisturbed; and
6. A reservation of all rights, with no admissions or waivers by any party.

I have tried to state each party's actual position rather than assume unanimity. I understand Washworld may prefer a shorter discovery extension; if so, please propose your number and we will either reconcile it or present the remaining difference to the Court. Likewise, the Stipulation does not ask any party to set aside any existing default and is without prejudice to all parties' positions on that issue.

Please return your signature (a "/s/" signature is acceptable) or any redlines at your earliest convenience. Given the June 1, 2026 deadline in Docket No. 169, I would be grateful for your prompt review. Once the Stipulation is executed, I will assemble it on pleading paper and submit it to the Court together with the Proposed Order.

Thank you.

Respectfully,

Andrew P. Williams
Defendant in Pro Per
12641 Antioch Road, Suite #1045
Overland Park, Kansas 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

# EXHIBIT 7

| | |
|---|---|
| **From:** | Andrew Alper <aalper@frandzel.com> |
| **Sent:** | Monday, June 1, 2026 11:48 AM |
| **To:** | Andrew Williams; mgannon@bakerlaw.com; lolmp2021@gmail.com |
| **Cc:** | Thomas Robins; Rebecca Santamaria; kwalton@bakerlaw.com; xestrada@bakerlaw.com; aclaypool@bakerlaw.com |
| **Subject:** | RE: [EXTERNAL] Re: Regions Bank dba Ascentium Capital v. Car Wash Management, LLC, et al., No. 2:25-cv-00359-CAS-KSx - Dkt. 169 Counsel Deadline (Narrowed Request; Stipulation Withdrawn) |

You understand that without an extension of the discovery cutoff at minimum and the motion cutoff if and when there are pleadings filed by Mr. Williams Regions Bank will oppose this request.

**Andrew Alper**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427
Phone:          (323) 852-1000
Facsimile:     (323) 651-2577
E-mail:          aalper@frandzel.com
Web:            www.frandzel.com



 **GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Andrew Williams <andrew@carwashmgmt.com>
**Sent:** Monday, June 1, 2026 11:41 AM
**To:** Andrew Alper <aalper@frandzel.com>; mgannon@bakerlaw.com; lolmp2021@gmail.com
**Cc:** Thomas Robins <trobins@frandzel.com>; Rebecca Santamaria <rsantamaria@frandzel.com>; kwalton@bakerlaw.com; xestrada@bakerlaw.com; aclaypool@bakerlaw.com
**Subject:** [EXTERNAL] Re: Regions Bank dba Ascentium Capital v. Car Wash Management, LLC, et al., No. 2:25-cv-00359-CAS-KSx - Dkt. 169 Counsel Deadline (Narrowed Request; Stipulation Withdrawn)

Counsel:

Thank you for your responses today. To simplify matters and address the concerns raised, I am narrowing my request and withdrawing the proposed joint stipulation. I will not file any stipulation representing agreement among the parties.

Instead, and consistent with the positions you stated today, I will file an ex parte application seeking a single item of relief: a thirty-day extension of Car Wash Management, LLC's deadline to retain counsel under Docket No. 169, from June 1 to July 1, 2026. The application does not seek to change the fact-discovery cutoff, the dispositive-motion deadline, or the December 1, 2026 trial date. Those scheduling matters can be taken up separately once CWM has appeared through counsel.

I understand from your emails that neither Regions Bank nor Washworld opposes a reasonable extension of CWM's counsel-retention deadline. The application will state each party's position accurately. If I have misstated any party's position, please let me know by reply and I will correct it before filing.

For context, the Clerk's office confirmed today that the Electronic Document Submission System is currently backlogged by approximately two to three weeks, such that Andrew's recently submitted documents have not yet posted to CM/ECF and the related summonses have not yet issued. I note this solely as background supporting additional time, and not as a request to alter the schedule.

Thank you.

Respectfully,

Andrew P. Williams
Defendant in Pro Per
12641 Antioch Road, Suite #1045
Overland Park, Kansas 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

On Mon, Jun 01, 2026 09:03 AM, Andrew Alper <aalper@frandzel.com> wrote:

> Forgetting for the time being the procedural issues in the Stipulation which need to be dealt with I will wait for other parties to respond to the substantive requests before I do since I have advised Mr. Williams of those stipulations I agree with and those I do not or have raised issues about.
>
>
> **Andrew Alper**
> FRANDZEL ROBINS BLOOM & CSATO, L.C.
> 1000 Wilshire Boulevard, 19th Floor
> Los Angeles, CA  90017-2427
>
> Phone:          (323) 852-1000
> Facsimile:      (323) 651-2577
> E-mail:          aalper@frandzel.com
> Web:            www.frandzel.com

2



 **GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Andrew Williams <andrew@carwashmgmt.com>
**Sent:** Sunday, May 31, 2026 11:05 PM
**To:** Andrew Alper <aalper@frandzel.com>; Thomas Robins <trobins@frandzel.com>; mgannon@bakerlaw.com; kwalton@bakerlaw.com; lolmp2021@gmail.com
**Cc:** Rebecca Santamaria <rsantamaria@frandzel.com>; xestrada@bakerlaw.com; aclaypool@bakerlaw.com
**Subject:** [EXTERNAL] Regions Bank dba Ascentium Capital v. Car Wash Management, LLC, et al., No. 2:25-cv-00359-CAS-KSx - Joint Stipulation to Continue Scheduling Order Deadlines and Extend Dkt. 169 Deadline (for signature)

Counsel:

Attached is a Joint Stipulation and [Proposed] Order to continue the Scheduling Order deadlines and to extend the deadline for Car Wash Management, LLC to retain counsel under Docket No. 169. It reflects the framework we have discussed and the extensions Regions Bank has confirmed it will agree to.

In summary, the Stipulation provides:

1. CWM's counsel-retention deadline (Dkt. 169) extended to July 1, 2026;
2. Fact-discovery cutoff continued from June 30 to August 31, 2026;
3. Dispositive-motion deadline continued to September 30, 2026;
4. Depositions to proceed by remote videoconference on mutually coordinated dates;
5. The December 1, 2026 trial date to remain undisturbed; and
6. A reservation of all rights, with no admissions or waivers by any party.

I have tried to state each party's actual position rather than assume unanimity. I understand Washworld may prefer a shorter discovery extension; if so, please propose your number and we will either reconcile it or present the remaining difference to the Court. Likewise, the Stipulation does not ask any party to set aside any existing default and is without prejudice to all parties' positions on that issue.

Please return your signature (a "/s/" signature is acceptable) or any redlines at your earliest convenience. Given the June 1, 2026 deadline in Docket No. 169, I would be grateful for your prompt review. Once the Stipulation is executed, I will assemble it on pleading paper and submit it to the Court together with the Proposed Order.

Thank you.

Respectfully,

Andrew P. Williams
Defendant in Pro Per
12641 Antioch Road, Suite #1045
Overland Park, Kansas 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

# EXHIBIT 8

| | |
|---|---|
| **From:** | Andrew Alper <aalper@frandzel.com> |
| **Sent:** | Monday, June 1, 2026 2:24 PM |
| **To:** | Katharine Walton |
| **Cc:** | Andrew Williams; Michael D. Gannon; lolmp2021@gmail.com; Thomas Robins; Rebecca Santamaria; Xitlaly Estrada; Ava Claypool |
| **Subject:** | Re: [EXTERNAL] Re: Regions Bank dba Ascentium Capital v. Car Wash Management, LLC, et al., No. 2:25-cv-00359-CAS-KSx - Dkt. 169 Counsel Deadline (Narrowed Request; Stipulation Withdrawn) |

Same with me.
Sent from my iPhone

**Andrew Alper**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427
Phone:          (323) 852-1000
Facsimile:     (323) 651-2577
E-mail:          aalper@frandzel.com
Web:             www.frandzel.com

FRANDZ≡L



🌲 **GO GREEN: Please consider the environment before you print.**
This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

On Jun 1, 2026, at 2:12 PM, Walton, Katharine <kwalton@bakerlaw.com> wrote:

Mr. Williams,

We just received an ECF notification of an errata, but have received nothing else, including the underlying filing that was to be corrected. I note that your certificate of service indicates copies were emailed to counsel on May 30, but we have not received anything to date. Please send electronic copies of all documents you have filed to the parties.

Best,
Kat

**From:** Andrew Alper <aalper@frandzel.com>
**Sent:** Monday, June 1, 2026 1:48 PM

**To:** Andrew Williams <andrew@carwashmgmt.com>; Gannon, Michael D. <mgannon@bakerlaw.com>; lolmp2021@gmail.com
**Cc:** Thomas Robins <trobins@frandzel.com>; Rebecca Santamaria <rsantamaria@frandzel.com>; Walton, Katharine <kwalton@bakerlaw.com>; Estrada, Xitlaly <xestrada@bakerlaw.com>; Claypool, Ava <aclaypool@bakerlaw.com>
**Subject:** RE: [EXTERNAL] Re: Regions Bank dba Ascentium Capital v. Car Wash Management, LLC, et al., No. 2:25-cv-00359-CAS-KSx - Dkt. 169 Counsel Deadline (Narrowed Request; Stipulation Withdrawn)


[External Email: Use caution when clicking on links or opening attachments.]

You understand that without an extension of the discovery cutoff at minimum and the motion cutoff if and when there are pleadings filed by Mr. Williams Regions Bank will oppose this request.

**Andrew Alper**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427

Phone:              (323) 852-1000
Facsimile:          (323) 651-2577
E-mail:             aalper@frandzel.com
Web:                www.frandzel.com
<image001.jpg>

<image002.jpg>

🌲 **GO GREEN: Please consider the environment before you print.**
This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Andrew Williams <andrew@carwashmgmt.com>
**Sent:** Monday, June 1, 2026 11:41 AM
**To:** Andrew Alper <aalper@frandzel.com>; mgannon@bakerlaw.com; lolmp2021@gmail.com
**Cc:** Thomas Robins <trobins@frandzel.com>; Rebecca Santamaria <rsantamaria@frandzel.com>; kwalton@bakerlaw.com; xestrada@bakerlaw.com; aclaypool@bakerlaw.com
**Subject:** [EXTERNAL] Re: Regions Bank dba Ascentium Capital v. Car Wash Management, LLC, et al., No. 2:25-cv-00359-CAS-KSx - Dkt. 169 Counsel Deadline (Narrowed Request; Stipulation Withdrawn)

Counsel:

Thank you for your responses today. To simplify matters and address the concerns raised, I am narrowing my request and withdrawing the proposed joint stipulation. I will not file any stipulation representing agreement among the parties.

Instead, and consistent with the positions you stated today, I will file an ex parte application seeking a single item of relief: a thirty-day extension of Car Wash Management, LLC's deadline to retain counsel under Docket No. 169, from June 1 to July 1, 2026. The application does not seek to change the fact-discovery cutoff, the dispositive-motion deadline, or the December 1, 2026 trial date. Those scheduling matters can be taken up separately once CWM has appeared through counsel.

2

I understand from your emails that neither Regions Bank nor Washworld opposes a reasonable extension of CWM's counsel-retention deadline. The application will state each party's position accurately. If I have misstated any party's position, please let me know by reply and I will correct it before filing.

For context, the Clerk's office confirmed today that the Electronic Document Submission System is currently backlogged by approximately two to three weeks, such that Andrew's recently submitted documents have not yet posted to CM/ECF and the related summonses have not yet issued. I note this solely as background supporting additional time, and not as a request to alter the schedule.

Thank you.

Respectfully,

Andrew P. Williams
Defendant in Pro Per
12641 Antioch Road, Suite #1045
Overland Park, Kansas 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

On Mon, Jun 01, 2026 09:03 AM, Andrew Alper <aalper@frandzel.com> wrote:

> Forgetting for the time being the procedural issues in the Stipulation which need to be dealt with I will wait for other parties to respond to the substantive requests before I do since I have advised Mr. Williams of those stipulations I agree with and those I do not or have raised issues about.
>
>
>
> **Andrew Alper**
> FRANDZEL ROBINS BLOOM & CSATO, L.C.
> 1000 Wilshire Boulevard, 19th Floor
> Los Angeles, CA  90017-2427
>
> Phone:          (323) 852-1000
> Facsimile:      (323) 651-2577
> E-mail:          aalper@frandzel.com
> Web:            www.frandzel.com
> <image001.jpg>
>
> <image002.jpg>
>
>  **GO GREEN: Please consider the environment before you print.**
>
> This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
> To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Andrew Williams <andrew@carwashmgmt.com>
**Sent:** Sunday, May 31, 2026 11:05 PM
**To:** Andrew Alper <aalper@frandzel.com>; Thomas Robins <trobins@frandzel.com>;
mgannon@bakerlaw.com; kwalton@bakerlaw.com; lolmp2021@gmail.com
**Cc:** Rebecca Santamaria <rsantamaria@frandzel.com>; xestrada@bakerlaw.com;
aclaypool@bakerlaw.com
**Subject:** [EXTERNAL] Regions Bank dba Ascentium Capital v. Car Wash Management, LLC, et al., No.
2:25-cv-00359-CAS-KSx - Joint Stipulation to Continue Scheduling Order Deadlines and Extend Dkt. 169
Deadline (for signature)

Counsel:

Attached is a Joint Stipulation and [Proposed] Order to continue the Scheduling Order
deadlines and to extend the deadline for Car Wash Management, LLC to retain counsel
under Docket No. 169. It reflects the framework we have discussed and the extensions
Regions Bank has confirmed it will agree to.

In summary, the Stipulation provides:

1. CWM's counsel-retention deadline (Dkt. 169) extended to July 1, 2026;
2. Fact-discovery cutoff continued from June 30 to August 31, 2026;
3. Dispositive-motion deadline continued to September 30, 2026;
4. Depositions to proceed by remote videoconference on mutually coordinated dates;
5. The December 1, 2026 trial date to remain undisturbed; and
6. A reservation of all rights, with no admissions or waivers by any party.

I have tried to state each party's actual position rather than assume unanimity. I
understand Washworld may prefer a shorter discovery extension; if so, please propose
your number and we will either reconcile it or present the remaining difference to the
Court. Likewise, the Stipulation does not ask any party to set aside any existing default
and is without prejudice to all parties' positions on that issue.

Please return your signature (a "/s/" signature is acceptable) or any redlines at your
earliest convenience. Given the June 1, 2026 deadline in Docket No. 169, I would be
grateful for your prompt review. Once the Stipulation is executed, I will assemble it on
pleading paper and submit it to the Court together with the Proposed Order.

Thank you.

Respectfully,

Andrew P. Williams
Defendant in Pro Per
12641 Antioch Road, Suite #1045
Overland Park, Kansas 66213

Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended recipient
you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted,
lost, destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result of e-mail transmission.
<2026.05.30 Notice of Errata.pdf>

# EXHIBIT 9

Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff and Counter-Defendant
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendants.<br><br>JOSE RENE ORTIZ,<br><br>Cross Complainant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, CAR WASH MANAGEMENT, LLC,, a Delaware Limited Liability Company, | Case No. 2:25-cv-00359 CAS (KSx)<br><br>**JOINT STIPULATION REQUESTING THAT THE COURT MODIFY CASE SCHEDULE SET FORTH IN DKT. 112**<br><br>**No Hearing Date set at this time** |

5966605v1 | 100287-0289

1

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,

Cross Defendants.

WASHWORLD, INC.,

Counter Plaintiff,

v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

Cross Defendants.

WASHWORLD, INC.,

Cross Claimant,

v.

CAR WASH MANAGEMENT, LLC,

Cross Defendant.

ANDREW PAUL WILLIAMS,

Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.

Counter Defendants, Cross-Defendants, and Third-Party Defendants.

5966605v1 | 100287-0289

2

JOINT STIPULATION  REQUESTING THAT COURT MODIFY CASE SCHEDULE SET FORTH IN DKT. 112
126236.000006\4914-0045-6310.1

**TO THE HONORABLE CHRISTINA A. SNYDER UNITED STATES DISTRICT COURT JUDGE:**

Plaintiff and Counter-defendant REGIONS BANK, an Alabama State Bank, dba Ascentium Capital ("Plaintiff"), Defendants, Cross-Claimant, and Cross-Defendant Jose Rene Ortiz ("Ortiz")  Defendant, Counterclaimant and Cross-defendant Washworld, Inc, ("Washworld"), and Defendant, Counterclaimant, Cross-defendant, Cross-claimant and Third Party Plaintiff Andrew P. Williams ("Williams") (collectively "the Parties")  by and through their respective attorneys or personally in the case of Williams who represents himself, hereby request that the Court modify the Scheduling Order in this case because of new developments in this case, specifically, a new pleading filed by Andrew P. Williams in which additional parties were named.  Mr. William's  Answer, Affirmative Defenses, Counterclaim, Cross-claim and Third Party Complaint ("Willams Complaint") was filed with the Court on May 27, 2026, but not served or received by Plaintiff, Washworld or Ortiz until June 2, 2026, which results in the need for a modification of the Scheduling Order entered on November 6, 2025. (Dkt. 112)

## RECITALS

WHEREAS, on November 6, 2025, at the request of Plaintiff, Plaintiff, Washworld and Ortiz the Court modified the Scheduling Order for this case and the current deadlines are set forth below.

WHEREAS Plaintiff filed a First Amended Complaint.  In response, CWM filed a Motion to Quash but CWM, a Limited Liability Complaint was not represented by counsel and on April 30, 2026, the Court issued its Minute Order indicating that CWM was ordered to be represented by counsel on or before June 1, 2026 (see Dkt. 169).

WHEREAS Williams had represented to Plaintiff, Washworld, and Ortiz that he had filed the Williams Complaint on May 27, 2026. However, the docket did not reflect this filing until June 2, 2026, and that is the date when the Williams

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

Complaint was served since Williams would not serve the Williams Complaint on Plaintiff, Washworld and Ortiz until the case was shown as filed with the Court despite demand by Plaintiff, Washworld and Ortiz.

WHEREAS CWM is not represented by counsel and Williams has requested that the Parties stipulate to an extension of the Court's deadline of June 1, 2026, to July 1, 2026, for CWM to retain counsel. Without an extension of all currently scheduled cutoff and other dates in this case all of the Parties would not agree to this extension.

WHEREAS Williams has represented that he filed an Ex Parte Application to get this extension from the Court and also to extend the Discovery Cutoff Date only. This Ex Parte Application was served on Plaintiff, Washworld and Ortiz but does not appear on the docket. Plaintiff has advised Williams that it will oppose this Ex Parte Application without an extension of all dates in this case. If and when the Ex Parte Application is on file with the Court, Plaintiff will file the Opposition and it is possible the other parties will do so as well.

WHEREAS the Parties except for Williams were attempting to complete fact discovery prior to the cutoff date of June 30, 2026, and depositions were set by Plaintiff and Washworld. Further Plaintiff and Washworld had exchanged objections to Rule 30(b)(6) depositions. As a result of the objections and the scheduling issues Plaintiff, Washworld and Ortiz had arranged to meet and confer on June 3, 2026, to work out the deposition schedule and the means and methods to take out of state depositions and attempt to resolve the Rule 30(b)(6) issues on designated corporate witnesses of Plaintiff and Washworld.

WHEREAS when Plaintiff, Washworld, and Ortiz received the 172-page Williams Complaint on June 2, 2026, at 4:00 p.m., it became apparent that the depositions needed to be rescheduled and the current case management schedule needed to be revised. The Williams Complaint names new parties (Maria L. Ortiz; The Ortiz Family Trust of 2024; and Peter Matheny). The Williams Complaint

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

includes allegations that expand beyond the transaction at issue in Plaintiff's First Amended Complaint, Washworld's Counterclaim and Cross-Claim, and Mr. Ortiz's Cross-Claim. Moreover, Williams has not issued any summons for the new parties, which accordingly have not been served.

WHEREAS after being served with the Williams Complaint, the Parties, including Williams, did meet and confer on June 3, 2026. Instead of conferring on the deposition schedule, the Parties discussed how to proceed in light of the Williams Complaint, including the naming of additional parties, additional discovery to reflect new parties and allegations, and adjusting the case schedule.

WHEREAS, the Parties have agreed that the Scheduling Order, subject to Court approval, needs to be modified to reflect the addition of new parties, a new pleading, and to accommodate additional discovery.

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, by and through their respective undersigned counsel and Williams, subject to Court approval, that the Case Schedule is modified as follows:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Date for Car Wash Management to obtain new counsel | June 1, 2026 | July 1, 2026 |
| Settlement Completion Cutoff | May 15, 2026 | October 15, 2026 |
| Factual Discovery Cut-off | June 30, 2026 | November 30, 2026 |
| Last Day to File Motions | July 17, 2026 | January 15, 2027 |
| Exchange of Expert Reports Cut-off | July 1, 2026 | December 15, 2026 |
| Exchange of Rebuttal Reports Cut-off | August 31, 2026 | January 14, 2027 |
| Expert Discovery Cut-off | August 31, 2026 | January 29, 2027 |
| Zoom Status Conference re: Settlement | July 1, 2026 at 11:00 AM | December 1, 2026 at 11:00 AM |
| Pretrial | October 26, 2026 at 11:00 | April 26, 2027 at 11:00 |

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000

JOINT STIPULATION  REQUESTING THAT COURT MODIFY CASE SCHEDULE SET FORTH IN DKT. 112
126236.000006\4914-0045-6310.1

| Conference/Hearing on Motions in Limine | AM | AM |
|---|---|---|
| Jury Trial | December 1, 2026 at 9:30 AM | May 31, 2027 at 9:30 AM |

**IT IS SO STIPULATED AND AGREED**.

DATED: June 9, 2026                 FRANDZEL ROBINS BLOOM & CSATO, L.C.


By: _____
ANDREW K. ALPER
Attorneys for Plaintiff and Counter-defendant
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

DATED: June __, 2026               BAKER & HOSTETLER, LLP


By: _____
MICHAEL D. GANNON
Attorneys for Defendant, Counterclaimant,
Cross-complainant, and Cross-defendant
WASHWORLD, INC.

DATED: June __, 2026               LAW OFFICE OF LISA MITTS PATRICK


By: _____
LISA MITTS PATRICK
Attorney for Defendant, Cross-complainant
and Cross-Defendant JOSE RENE ORTIZ

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

DATED: June __, 2026

By: _____
ANDREW PAUL WILLIAMS
In  Pro Per

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June __, 2026          _____

ANDREW K. ALPER

**PROOF OF SERVICE**

**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On June 9, 2026, I served true copy(ies) of the **JOINT STIPULATION REQUESTING THAT THE COURT MODIFY CASE SCHEDULE SET FORTH IN DKT. 112** the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid via First Class Mail. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused said document(s) to be transmitted by electronic mail. This service may be based on a court order, Code of Civil Procedure 1010.6, or an agreement among the parties to accept service by email. The name(s) and e-mail addresses of the person(s) served are set forth in the above service list. The document(s) were transmitted by electronic transmission and without error from the following email address: lvillarreal@frandzel.com.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 9, 2026, at Los Angeles, California.

_____
Lexi Villarreal

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5966605v1 | 100287-0289

8

JOINT STIPULATION  REQUESTING THAT COURT MODIFY CASE SCHEDULE SET FORTH IN DKT. 112
126236.000006\4914-0045-6310.1

## SERVICE LIST
**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

| | |
|---|---|
| Michael D. Gannon (pro hac vice)<br>Katharine H. Walton (pro hac vice)<br>BakerHostetler<br>One North Wacker Drive, Suite 3700<br>Chicago, IL 60606-2859 | Tel:   312-416-8187<br>Email:   mgannon@bakerlaw.com<br>kwalton@bakerlaw.com<br><br>Attorney for Defendant Washworld, Inc. |
| Xitlaly Estrada<br>Ava Clayool<br>Baker & Hostetler LLP<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067-4301 | Tel:   310-442-8878<br>Email:   xestrada@bakerlaw.com<br>aclaypool@bakerlaw.com<br><br>Attorney for Defendant Washworld, Inc. |
| Lisa Mitts Patrick, Esq.<br>The Law Office Of Lisa Mitts Patrick<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832 | Tel: 714-990-3693<br>Fax: 657-234-0012<br>Email:   lolmp2021@gmail.com<br><br>Attorneys for Defendant and Cross-Complainant Jose Rene Ortiz, aka Jose R. Ortiz, aka Jose Ortiz, an individual |
| Andrew Paul Williams<br>12641 Antioch Rd. Suite # 1045<br>Overland Park, KS 66213-1701 | Tel: 619-796-6469<br>Email: andrew@carwashmgmt.com<br><br>Pro Per |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

JOINT STIPULATION  REQUESTING THAT COURT MODIFY CASE SCHEDULE SET FORTH IN DKT. 112
126236.000006\4914-0045-6310.1

## <u>PROOF OF SERVICE</u>

**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On June 9, 2026, I served true copy(ies) of the **DECLARATION OF ANDREW K. ALPER IN SUPPORT OF REGIONS BANK'S OPPOSITION TO EX PARTE APPLICATION OF ANDREW WILLIAMS TO EXTEND THE DEADLINE FOR CAR WASH MANAGEMENT, LLC TO RETAIN COUNSEL, ETC.,** the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused said document(s) to be transmitted by electronic mail. This service may be based on a court order, Code of Civil Procedure 1010.6, or an agreement among the parties to accept service by email. The name(s) and e-mail addresses of the person(s) served are set forth in the above service list. The document(s) were transmitted by electronic transmission and without error from the following email address: lvillarreal@frandzel.com.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 9, 2026, at Los Angeles, California.

_____
Lexi Villarreal

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000

5967527v2 | 100287-0289

1

DECLARATION OF ANDREW K. ALPER IN SUPPORT OF REGIONS BANK'S OPPOSITION TO EX PARTE APPLICATION

**SERVICE LIST**
**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

| | |
|---|---|
| Michael D. Gannon (pro hac vice)<br>Katharine H. Walton-(pro hac vice)<br>BakerHostetler<br>One North Wacker Drive, Suite 3700<br>Chicago, IL 60606-2859 | Tel:    312-416-8187<br>Email: mgannon@bakerlaw.com<br>         kwalton@bakerlaw.com<br><br>Attorney for Defendant Washworld, Inc. |
| Xitlaly Estrada<br>Ava Claypool<br>Baker & Hostetler LLP<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067-4301 | Tel:    310-442-8878<br>Email: xestrada@bakerlaw.com<br>         aclaypool@bakerlaw.com<br><br>Attorney for Defendant Washworld, Inc. |
| Lisa Mitts Patrick, Esq.<br>The Law Office Of Lisa Mitts Patrick<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832 | Tel: -714-990- 3693<br>Fax: 657-234-0012<br>Email: lolmp2021@gmail.com<br><br>Attorneys for Defendant and Cross-Complainant Jose Rene Ortiz, aka Jose R. Ortiz, aka Jose Ortiz, an individual |
| Andrew Paul Williams<br>12641 Antioch Rd. Suite # 1045<br>Overland Park, KS 66213-1701 | Tel: 619-796-6469<br>Email: andrew@carwashmgmt.com<br><br>Pro Per |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5967527v2 | 100287-0289

2

DECLARATION OF ANDREW K. ALPER IN SUPPORT OF REGIONS BANK'S OPPOSITION TO EX PARTE APPLICATION