# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| REGIONS BANK | 2:25–cv–00359–CAS–KS |
| Plaintiff(s), | |
| v. | |
| CAR WASH MANAGEMENT, LLC, et al. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    5/27/2026

Document No.:    175

Title of Document:    Request for Clerk to Issue Subpoena

**ERROR(S) WITH DOCUMENT:**

As judicial officers, you may issue subpoenas without e–filing them to our office. Should you prefer to have a clerk issue them, you must go to civil intake

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  June 10, 2026          By:  /s/ *Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov*
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS