Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff, Regions Bank
An Alabama State Bank dba Ascentium Capital

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendant.<br><br>JOSE RENE ORTIZ,<br><br>Cross-Complaint,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to | Case No. 2:25-cv-00359 CASE (KSx)<br><br>**[PROPOSED] ORDER IN CONNECTION WITH STIPULATION BY THE PARTIES TO MODIFY THE SCHEDULING ORDER**<br><br>**[CURRENTLY DOCKET NO. 112]**<br><br>**[NO HEARING DATE]** |

5970813v2 | 100287-0289

35, inclusive,

                Cross Defendants.

WASHWORLD, INC.,

                Counter-Claimant,

      v.

REGIONS BANK D/B/A ASCENTIUM CAPITAL,

                Counter-Defendant

WASHWORLD, INC.,

                Cross-Claimant,

      v.

CAR WASH MANAGEMENT LLC

                Cross-Defendant.

ANDREW PAUL WILLIAMS,

                Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

      v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.

                Counter Defendants, Cross-Defendants, and Third-Party Defendants.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2

[PROPOSED] ORDER MODIFYING SCHEDULING ORDER

Upon review of the Joint Stipulation Requesting That The Court Modify Case Schedule [Docket no. 112] and the Stipulation of the parties to Modify Case Schedule filed concurrently herewith  ("the Stipulation"), and good cause appearing to the Court,

IT IS ORDERED, ADJUDGED AND DECREED that proposed dates in the Stipulation are approved and the prior Scheduling Order [Docket no. 112] is modified accordingly.

DATED:                                         By:_____

Hon. Christina A. Snyder, District Court Judge

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5970813v2 | 100287-0289                                    1

ORDER MODIFYING SCHEDULING ORDER