Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff and Counter-Defendant Regions Bank, an Alabama State Bank dba Ascentium Capital

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>      Plaintiff,<br><br>      v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, et al.,<br><br>      Defendants. | Case No. 2:25-cv-00359 CAS (KSx)<br><br>**REGIONS BANK'S NOTICE OF LODGMENT OF STIPULATION TO MODIFY THE COURT'S SCHEDULING ORDER, [Docket no 112]**<br><br>[No Hearing Date] |
| JOSE RENE ORTIZ,<br><br>      Cross-Complainant,<br><br>      v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,<br><br>      Cross Defendants. | |
| WASHWORLD, INC.,<br><br>      Counter-Claimant,<br><br>      v.<br><br>REGIONS BANK D/B/A ASCENTIUM CAPITAL,<br><br>      Counter-Defendant. | |
| WASHWORLD, INC., | |

REGIONS BANK'S NOTICE OF LODGMENT TO FILE STIPULATION MODIFYING SCHEDULING ORDER

Cross-Claimant,

v.

CAR WASH MANAGEMENT, LLC,

Cross-Defendant.

ANDREW PAUL WILLIAMS,

Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.

Counter Defendants, Cross-Defendants, and Third-Party Defendants

TO THE HONORABLE CHRISTINA A. SNYDER UNITED STATES DISTRICT COURT JUDGE AND TO ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Counter-defendant Regions Bank, dba Ascentium Capital ("Ascentium") hereby lodges with the Court a Stipulation executed by all appearing parties in this case, Defendant, Counter-claimant and Cross-defendant Washworld, Inc., Defendant, Cross-claimant, and Cross-defendant Jose Rene Ortiz, and Defendant, Counter-claimant, Cross-defendant, and Third Party Claimant Andrew P. Williams a Stipulation to Modify the Scheduling Order in this case (Docket No 112) which was necessary because of the filing of an Answer, Affirmative Defenses, Counterclaim, Cross-claim and Third Party Complaint on May 27, 2026, and then a First Amended Answer, Affirmative Defenses, Counterclaim, Cross-claim and Third Party Complaint on June 10, 2026 by Andrew P. Williams which made it impossible for the Parties to comply with the current Scheduling Order. The P:arties met and

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

conferred on June 3, 2026 following the filing of the Andrew P. Williams Answer, Affirmative Defenses, Counterclaim, Cross-claim and Third Party Claim and arrived at the modified schedule set forth in the Stipulation to Modify the Scheduling Order attached hereto as Exhibit 1 and lodged separately herewith. The parties request that the Court approve the Stipulation and revise the Scheduling Order accordingly.

DATED: June 12, 2026          FRANDZEL ROBINS BLOOM & CSATO, L.C.


By: _____
ANDREW K. ALPER
Attorneys for Plaintiff and Counter-
Defendant Regions Bank, an Alabama State
Bank dba Ascentium Capital

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

REGIONS BANK'S NOTICE OF LODGMENT TO FILE STIPULATION MODIFYING SCHEDULING ORDER

# EXHIBIT 1

Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff and Counter-Defendant
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL, <br><br> Plaintiff, <br><br> v. <br><br> CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive, <br><br> Defendants. <br><br> JOSE RENE ORTIZ, <br><br> Cross Complainant, <br><br> v. <br><br> ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, CAR WASH MANAGEMENT, LLC,, a Delaware Limited Liability Company, | Case No. 2:25-cv-00359 CAS (KSx) <br><br> **JOINT STIPULATION REQUESTING THAT THE COURT MODIFY CASE SCHEDULE SET FORTH IN DKT. 112** <br><br> **No Hearing Date set at this time** |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,

        Cross Defendants.

WASHWORLD, INC.,

        Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

        Cross Defendants.

WASHWORLD, INC.,

        Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

        Cross Defendant.

ANDREW PAUL WILLIAMS,

        Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

    v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.

        Counter Defendants, Cross-Defendants, and Third-Party Defendants.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

**TO THE HONORABLE CHRISTINA A. SNYDER UNITED STATES DISTRICT COURT JUDGE:**

Plaintiff and Counter-defendant REGIONS BANK, an Alabama State Bank, dba Ascentium Capital ("Plaintiff"), Defendants, Cross-Claimant, and Cross-Defendant Jose Rene Ortiz ("Ortiz")  Defendant, Counterclaimant and Cross-defendant Washworld, Inc, ("Washworld"), and Defendant, Counterclaimant, Cross-defendant, Cross-claimant and Third Party Plaintiff Andrew P. Williams ("Williams") (collectively "the Parties")  by and through their respective attorneys or personally in the case of Williams who represents himself, hereby request that the Court modify the Scheduling Order in this case because of new developments in this case, specifically, a new pleading filed by Andrew P. Williams in which additional parties were named.  Mr. Williams' Answer, Affirmative Defenses, Counterclaim, Cross-claim and Third Party Complaint was filed with the Court on May 27, 2026, but did not show up on the docket until June 2, 2026, and now that Williams  has filed a First Amended Answer, Affirmative Defenses/Counterclaim/Cross-claim and Third Party Claim such document on June 10, 2026, this results in the need for a modification of the Scheduling Order entered on November 6, 2025. (Dkt. 112)

## RECITALS

WHEREAS, on November 6, 2025, at the request of Plaintiff, Plaintiff, Washworld and Ortiz the Court modified the Scheduling Order for this case and the current deadlines are set forth below.

WHEREAS Plaintiff filed a First Amended Complaint.  In response, CWM filed a Motion to Quash but CWM, a Limited Liability Complaint was not represented by counsel and on April 30, 2026, the Court issued its Minute Order indicating that CWM was ordered to be represented by counsel on or before June 1, 2026 (see Dkt. 169).

WHEREAS Williams had represented to Plaintiff, Washworld, and Ortiz that he had filed the Williams Answer/Affirmative Defenses/Counterclaim/Cross-

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000

claim/Third Party Complaint on May 27, 2026. However, the docket did not reflect this filing until June 2, 2026. Williams would not serve the Williams Answer/Affirmative Defenses/Counter Claim/Cross Complaint/Third Party Complaint  on Plaintiff, Washworld and Ortiz until the case was shown as filed with the Court despite demand by Plaintiff, Washworld and Ortiz. Williams filed a First Amended Answer/Affirmative Defenses/Counter-Claim/Cross-claim and Third Party Complaint on June 10, 2026.

WHEREAS CWM is not represented by counsel and Williams has requested that the Parties stipulate to an extension of the Court's deadline of June 1, 2026, to July 1, 2026, for CWM to retain counsel. Without an extension of all currently scheduled cutoff and other dates in this case all of the Parties would not agree to this extension.

WHEREAS Williams has represented that he filed an Ex Parte Application to get this extension from the Court and also to extend the Discovery Cutoff Date only. This Ex Parte Application was served on Plaintiff, Washworld and Ortiz but did not appear on the docket until June 9, 2026. Plaintiff has advised Williams that it will oppose this Ex Parte Application without an extension of all dates in this case. If and when the Ex Parte Application is on file with the Court, Plaintiff will file the Opposition and it is possible the other parties will do so as well.

WHEREAS the Parties except for Williams were attempting to complete fact discovery prior to the cutoff date of June 30, 2026, and depositions were set by Plaintiff and Washworld. Further Plaintiff and Washworld had exchanged objections to Rule 30(b)(6) depositions. As a result of the objections and the scheduling issues Plaintiff, Washworld and Ortiz had arranged to meet and confer on June 3, 2026, to work out the deposition schedule and the means and methods to take out of state depositions and attempt to resolve the Rule 30(b)(6) issues on designated corporate witnesses of Plaintiff and Washworld.

WHEREAS when Plaintiff, Washworld, and Ortiz received the 172-page

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

Williams Answer/Counter Claim/Cross Complaint/Third Party Complaint on June 2, 2026, at 4:00 p.m., (and now the First Amended Answer/Affirmative Defenses/Counter-Claim/Cross-Claim and Third Party Complaint on June 10, 2026 with another 164 pages) it became apparent that the depositions needed to be rescheduled and the current case management schedule needed to be revised. The Williams First Amended Answer/Affirmative Defenses/ Counterclaim/Cross-claim/Third Party Claim names new parties (Maria L. Ortiz; The Ortiz Family Trust of 2024; and Peter Matheny). The Williams pleading includes allegations that expand beyond the transaction at issue in Plaintiff's First Amended Complaint, Washworld's Counterclaim and Cross-Claim, and Mr. Ortiz's Cross-Claim. Moreover, Williams has not issued any summons for the new parties, which accordingly have not been served.

WHEREAS after seeing the June 2, 2026 filing of the Williams Answer/Counterclaim/Cross-Claim/Third Party Complaint the Parties, including Williams, did meet and confer on June 3, 2026. Instead of conferring on the deposition schedule, the Parties discussed how to proceed in light of the Williams Answer/Affirmative Defenses/Counterclaim/Cross-claim/Third Party Complaint including the naming of additional parties, additional discovery to reflect new parties and allegations, and adjusting the case schedule.

WHEREAS, the Parties have agreed that the Scheduling Order, subject to Court approval, needs to be modified to reflect the addition of new parties, a new pleading, and to accommodate additional discovery.

### STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, by and through their respective undersigned counsel and Williams, subject to Court approval, that the Case Schedule is modified as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Date for Car Wash | June 1, 2026 | July 1, 2026 |

<div style="margin-left:auto">

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

</div>

| | | |
|---|---|---|
| Management to obtain new counsel | | |
| Settlement Completion Cutoff | May 15, 2026 | October 15, 2026 |
| Factual Discovery Cut-off | June 30, 2026 | November 30, 2026 |
| Last Day to File Motions | July 17, 2026 | January 15, 2027 |
| Exchange of Expert Reports Cut-off | July 1, 2026 | December 15, 2026 |
| Exchange of Rebuttal Reports Cut-off | August 31, 2026 | January 14, 2027 |
| Expert Discovery Cut-off | August 31, 2026 | January 29, 2027 |
| Zoom Status Conference re: Settlement | July 1, 2026 at 11:00 AM | December 1, 2026 at 11:00 AM |
| Pretrial Conference/Hearing on Motions in Limine | October 26, 2026 at 11:00 AM | April 26, 2027 at 11:00 AM |
| Jury Trial | December 1, 2026 at 9:30 AM | June 7, 2027 at 9:30 AM |

**IT IS SO STIPULATED AND AGREED**.

(Signatures to follow)

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

DATED: June 12, 2026          FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: _____
ANDREW K. ALPER
Attorneys for Plaintiff and Counter-defendant
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

DATED: June 12, 2026          BAKER & HOSTETLER, LLP

By: _____/s/ Michael D. Gannon_____
MICHAEL D. GANNON
Attorneys for Defendant, Counterclaimant,
Cross-complainant,  and Cross-defendant
WASHWORLD, INC.

DATED: June 12, 2026          LAW OFFICE OF LISA MITTS PATRICK

By: _____/s/ Lisa Mitts Patrick_____
LISA MITTS PATRICK
Attorney for Defendant, Cross-complainant
and Cross-Defendant JOSE RENE ORTIZ

DATED: June 12, 2026

By: _____
ANDREW PAUL WILLIAMS
 In  Pro Per

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5966605v3 | 100287-0289                                7
JOINT STIPULATION  REQUESTING THAT COURT MODIFY CASE SCHEDULE SET FORTH IN DKT. 112
126236.000006\4914-0045-6310.1

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

DATED: June 9, 2026                    FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: _____
     ANDREW K. ALPER
     Attorneys for Plaintiff and Counter-defendant
     REGIONS BANK, an Alabama State
     Bank, dba Ascentium Capital

DATED: June __, 2026                   BAKER & HOSTETLER, LLP

By: _____/s/_____
     MICHAEL D. GANNON
     Attorneys for Defendant, Counterclaimant,
     Cross-complainant, and Cross-defendant
     WASHWORLD, INC.

DATED: June __, 2026                   LAW OFFICE OF LISA MITTS PATRICK

By: _____/s/_____
     LISA MITTS PATRICK
     Attorney for Defendant, Cross-complainant
     and Cross-Defendant JOSE RENE ORTIZ

DATED: June 12, 2026

By: _____
     ANDREW PAUL WILLIAMS
     In Pro Per

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 12, 2026

_____

ANDREW K. ALPER

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5966605v3 | 100287-0289

8

JOINT STIPULATION  REQUESTING THAT COURT MODIFY CASE SCHEDULE SET FORTH IN DKT. 112
126236.000006\4914-0045-6310.1

**PROOF OF SERVICE**

**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On June 12, 2026, I served true copy(ies) of the **JOINT STIPULATION REQUESTING THAT THE COURT MODIFY CASE SCHEDULE SET FORTH IN DKT. 112** the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid via First Class Mail. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused said document(s) to be transmitted by electronic mail. This service may be based on a court order, Code of Civil Procedure 1010.6, or an agreement among the parties to accept service by email. The name(s) and e-mail addresses of the person(s) served are set forth in the above service list. The document(s) were transmitted by electronic transmission and without error from the following email address: lvillarreal@frandzel.com.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 12, 2026, at Los Angeles, California.

_____
Lexi Villarreal

5966605v3 | 100287-0289

9

JOINT STIPULATION  REQUESTING THAT COURT MODIFY CASE SCHEDULE SET FORTH IN DKT. 112
126236.000006\4914-0045-6310.1

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000

**SERVICE LIST**
**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

Michael D. Gannon (pro hac vice)
Katharine H. Walton (pro hac vice)
BakerHostetler
One North Wacker Drive, Suite 3700
Chicago, IL 60606-2859

Tel:   312-416-8187
Email:       mgannon@bakerlaw.com
             kwalton@bakerlaw.com

Attorney for Defendant Washworld, Inc.

Xitlaly Estrada
Ava Clayool
Baker & Hostetler LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301

Tel:   310-442-8878
Email:       xestrada@bakerlaw.com
             aclaypool@bakerlaw.com

Attorney for Defendant Washworld, Inc.

Lisa Mitts Patrick, Esq.
The Law Office Of Lisa Mitts Patrick
112 E. Amerige Ave., Suite 313
Fullerton, CA 92832

Tel: 714-990-3693
Fax: 657-234-0012
Email:       lolmp2021@gmail.com

Attorneys for Defendant and Cross-Complainant Jose Rene Ortiz, aka Jose R. Ortiz, aka Jose Ortiz, an individual

Andrew Paul Williams
12641 Antioch Rd. Suite # 1045
Overland Park, KS 66213-1701

Tel: 619-796-6469
Email: andrew@carwashmgmt.com

Pro Per

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5966605v3 | 100287-0289

10

JOINT STIPULATION  REQUESTING THAT COURT MODIFY CASE SCHEDULE SET FORTH IN DKT. 112
126236.000006\4914-0045-6310.1

Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff, Regions Bank
An Alabama State Bank dba Ascentium Capital

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendant.<br><br>JOSE RENE ORTIZ,<br><br>Cross-Complaint,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to | Case No.  2:25-cv-00359 CASE (KSx)<br><br>**[PROPOSED] ORDER IN CONNECTION WITH STIPULATION BY THE PARTIES TO MODIFY THE SCHEDULING ORDER**<br><br>**[CURRENTLY DOCKET NO. 112]**<br><br>**[NO HEARING DATE]** |

5970813v2 | 100287-0289

[PROPOSED] ORDER MODIFYING SCHEDULING ORDER

35, inclusive,

        Cross Defendants.

WASHWORLD, INC.,

        Counter-Claimant,

    v.

REGIONS BANK D/B/A ASCENTIUM CAPITAL,

        Counter-Defendant

WASHWORLD, INC.,

        Cross-Claimant,

    v.

CAR WASH MANAGEMENT LLC

        Cross-Defendant.

ANDREW PAUL WILLIAMS,

        Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

    v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.

        Counter Defendants, Cross-Defendants, and Third-Party Defendants.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

Upon review of the Joint Stipulation Requesting That The Court Modify Case Schedule [Docket no. 112] and the Stipulation of the parties to Modify Case Schedule filed concurrently herewith  ("the Stipulation"), and good cause appearing to the Court,

IT IS ORDERED, ADJUDGED AND DECREED that proposed dates in the Stipulation are approved and the prior Scheduling Order [Docket no. 112] is modified accordingly.

DATED:                                    By:_____

Hon. Christina A. Snyder, District Court Judge

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

**PROOF OF SERVICE**

**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California.  I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction.  My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On June 12, 2026, I served true copy(ies) of the **REGIONS BANK'S NOTICE OF LODGMENT OF STIPULATION TO MODIFY THE COURT'S SCHEDULING ORDER, [Docket no 112]** the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

**SEE ATTACHED SERVICE LIST**

**BY MAIL:**  I placed the envelope for collection and mailing at Los Angeles, California.  The envelope was mailed with postage fully prepaid via First Class Mail. I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused said document(s) to be transmitted by electronic mail. This service may be based on a court order, Code of Civil Procedure 1010.6, or an agreement among the parties to accept service by email. The name(s) and e-mail addresses of the person(s) served are set forth in the above service list. The document(s) were transmitted by electronic transmission and without error from the following email address: lvillarreal@frandzel.com.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 12, 2026, at Los Angeles, California.

_____
Lexi Villarreal

5970691v2 | 100287-0289

4

REGIONS BANK'S NOTICE OF LODGMENT TO FILE STIPULATION MODIFYING SCHEDULING ORDER

**SERVICE LIST**
**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

| | |
|---|---|
| Michael D. Gannon (pro hac vice)<br>Katharine H. Walton (pro hac vice)<br>BakerHostetler<br>One North Wacker Drive, Suite 3700<br>Chicago, IL 60606-2859 | Tel:   312-416-8187<br>Email:   mgannon@bakerlaw.com<br>kwalton@bakerlaw.com<br><br>Attorney for Defendant Washworld, Inc. |
| Xitlaly Estrada<br>Ava Claypool<br>Baker & Hostetler LLP<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067-4301 | Tel:   310-442-8878<br>Email:   xestrada@bakerlaw.com<br>aclaypool@bakerlaw.com<br><br>Attorney for Defendant Washworld, Inc. |
| Lisa Mitts Patrick, Esq.<br>The Law Office Of Lisa Mitts Patrick<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832 | Tel: 714-990-3693<br>Fax: 657-234 -0012<br>Email:   lolmp2021@gmail.com<br><br>Attorneys for Defendant and Cross-Complainant Jose Rene Ortiz, aka Jose R. Ortiz, aka Jose Ortiz, an individual |
| Andrew Paul Williams<br>12641 Antioch Rd. Suite # 1045<br>Overland Park, KS 66213-1701 | Tel: 619-796-6469<br>Email:   andrew@carwashmgmt.com<br><br>Pro Per and Authorized Representative for Car Wash Management, LLC |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

REGIONS BANK'S NOTICE OF LODGMENT TO FILE STIPULATION MODIFYING SCHEDULING ORDER