Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Pro Se Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 06/10/2026 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY_____GSA_____DEPUTY |
| DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
| --- | --- |
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL, | Case No. 2:25-cv-00359-CAS-KSx |
| Plaintiff, | **REQUEST FOR CLERK TO ISSUE SUMMONS ON THIRD-PARTY COMPLAINT AND CROSS-CLAIM (DKT. 177)** |
| v. | |
| CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company; CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company; WEST COVINA CAR WASH LLC; JOSE RENE ORTIZ; ANDREW PAUL WILLIAMS; | Hon. Christina A. Snyder Courtroom 8D Trial Date: December 1, 2026 |

1

**WASHWORLD, INC.; DOES 1-100, inclusive,**

Defendants.

**ANDREW PAUL WILLIAMS,**

Counter-Claimant, Cross-Claimant, and Third-Party Plaintiff,

v.

**REGIONS BANK dba ASCENTIUM CAPITAL; JOSE RENE ORTIZ; MARIA L. ORTIZ; THE ORTIZ FAMILY TRUST OF 2024; WASHWORLD, INC.; PETER MATHENY; ROES 1-50, inclusive,**

Counter-Defendant, Cross-Defendants, and Third-Party Defendant.

**TO THE CLERK OF THE COURT:**

2

REQUEST FOR CLERK TO ISSUE SUMMONS (DKT. 177)

CASE NO. 2:25-cv-00359-CAS-KSx

Defendant, Cross-Claimant, and Third-Party Plaintiff Andrew P. Williams respectfully requests that the Clerk issue a Summons (Form AO 440) as to each of the following newly named parties on the Cross-Claim and Third-Party Complaint filed and entered as Docket No. 177 on June 2, 2026. A proposed Summons for each party is submitted herewith:

1. Peter Matheny (Third-Party Defendant);

2. Maria L. Ortiz (Cross-Defendant);

3. The Ortiz Family Trust of 2024 (Cross-Defendant).

Existing parties (Regions Bank, Jose Rene Ortiz, Washworld, Inc., and Car Wash Management, LLC (Delaware)) have appeared through counsel and are served through the Court's CM/ECF system; no new summons is requested as to them. No summons is requested as to Car Wash Management, LLC (a Hawaii limited liability company) or Travis Beaudoin, as the Cross-Claim and Third-Party Complaint (Docket No. 177) asserts no claim for relief against either of them.

Dated: ___6/10___, 2026

Respectfully submitted,

_A. P. Williams_

Andrew P. Williams, In Pro Per

3

REQUEST FOR CLERK TO ISSUE SUMMONS (DKT. 177)

AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the

### Central District of California

REGIONS BANK dba ASCENTIUM CAPITAL,

           Plaintiff,

v.                            Civil Action No. 2:25-cv-00359-CAS-KSx

CAR WASH MANAGEMENT, LLC, a Delaware limited liability company; et al.,

           Defendants.

AND RELATED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS.

### SUMMONS IN A CIVIL ACTION

**To: (Defendant's name and address)   [Third-Party Defendant]**

Peter Matheny

3633 Ruette De Ville, San Diego, CA 92130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew P. Williams, Defendant and Third-Party Plaintiff, In Pro Per

12641 Antioch Road, Suite #1045, Overland Park, Kansas 66213

Telephone: (619) 796-6469 | Email: andrew@carwashmgmt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00359-CAS-KSx

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for (name of individual and title, if any)  Peter Matheny

was received by me on (date) _____.

[ ] I personally served the summons on the individual at (place) _____ on (date) _____; or

[ ] I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other (specify): _____.

My fees are $_____ for travel and $_____ for services, for a total of $0.00.

I declare under penalty of perjury that this information is true.

Date: _____

_____

Server's signature

_____

Printed name and title

AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the

### Central District of California

REGIONS BANK dba ASCENTIUM CAPITAL,

        Plaintiff,

v.

CAR WASH MANAGEMENT, LLC, a Delaware limited liability company; et al.,

        Defendants.

Civil Action No. 2:25-cv-00359-CAS-KSx

AND RELATED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS.

### SUMMONS IN A CIVIL ACTION

**To: (Defendant's name and address)   [Cross-Defendant]**

Maria L. Ortiz

402 Addleman Avenue, West Covina, California 91792

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew P. Williams, Defendant and Third-Party Plaintiff, In Pro Per

12641 Antioch Road, Suite #1045, Overland Park, Kansas 66213

Telephone: (619) 796-6469 | Email: andrew@carwashmgmt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT


Date: _____              _____

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00359-CAS-KSx

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for (name of individual and title, if any)  Maria L. Ortiz

was received by me on (date) _____.

[ ] I personally served the summons on the individual at (place) _____ on (date) _____; or

[ ] I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other (specify): _____.

My fees are $_____ for travel and $_____ for services, for a total of $0.00.

I declare under penalty of perjury that this information is true.

Date: _____                  _____

                                       Server's signature

                                       _____

                                       Printed name and title

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Central District of California

REGIONS BANK dba ASCENTIUM CAPITAL,

        Plaintiff,

v.

        Civil Action No. 2:25-cv-00359-CAS-KSx

CAR WASH MANAGEMENT, LLC, a Delaware limited liability company; et al.,

        Defendants.

AND RELATED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS.

## SUMMONS IN A CIVIL ACTION

**To: (Defendant's name and address)   [Cross-Defendant]**

    The Ortiz Family Trust of 2024 (c/o Trustees Jose R. Ortiz and Maria L. Ortiz)

    402 Addleman Avenue, West Covina, California 91792

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Andrew P. Williams, Defendant and Third-Party Plaintiff, In Pro Per

    12641 Antioch Road, Suite #1045, Overland Park, Kansas 66213

    Telephone: (619) 796-6469 | Email: andrew@carwashmgmt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT


Date: _____          _____

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00359-CAS-KSx

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for (name of individual and title, if any)  The Ortiz Family Trust of 2024 (c/o Trustees Jose R. Ortiz and Maria L. Ortiz)

was received by me on (date) _____.

[ ] I personally served the summons on the individual at (place) _____ on (date) _____; or

[ ] I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other (specify): _____.

My fees are $_____ for travel and $_____ for services, for a total of $0.00.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title