# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>        Plaintiff,<br><br>        v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>        Defendant. | Case No.  2:25-cv-00359 CASE (KSx)<br><br>**ORDER IN CONNECTION WITH STIPULATION BY THE PARTIES TO MODIFY THE SCHEDULING ORDER [183]**<br><br>**NO FURTHER EXTENSIONS WILL BE GRANTED**<br><br>**NOTE CHANGES MADE BY THE COURT** |
| JOSE RENE ORTIZ,<br><br>        Cross-Complaint,<br><br>        v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to | |

35, inclusive,

    Cross Defendants.

WASHWORLD, INC.,

    Counter-Claimant,

  v.

REGIONS BANK D/B/A ASCENTIUM CAPITAL,

    Counter-Defendant

WASHWORLD, INC.,

    Cross-Claimant,

  v.

CAR WASH MANAGEMENT LLC

    Cross-Defendant.

ANDREW PAUL WILLIAMS,

    Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

  v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.

    Counter Defendants, Cross-Defendants, and Third-Party Defendants.

2

Upon review of the Joint Stipulation Requesting That The Court Modify Case Schedule [Docket no. 112] and the Stipulation of the parties to Modify Case Schedule filed concurrently herewith ("the Stipulation"), and good cause appearing to the Court,

IT IS ORDERED, ADJUDGED AND DECREED that proposed dates in the Stipulation are approved and the prior Scheduling Order [Docket no. 112] is modified accordingly as follows:

|  | Prior Deadlines | New Deadlines |
| --- | --- | --- |
| Date for Car Wash Management to obtain new counsel | June 1, 2026 | July 1, 2026 |
| Settlement Completion Cutoff | May 15, 2026 | October 15, 2026 |
| Factual Discovery Cut-off | June 30, 2026 | November 30, 2026 |
| Last Day to File Motions | July 17, 2026 | January 15, 2027 |
| Exchange of Expert Reports Cut-off | July 1, 2026 | December 15, 2026 |
| Exchange of Rebuttal Reports Cut-off | August 31, 2026 | January 14, 2027 |
| Expert Discovery Cut-off | August 31, 2026 | January 29, 2027 |
| Zoom Status Conference re: Settlement | July 1, 2026 at 11:00 AM | December 7, 2026 at 11:00 AM |
| Pretrial Conference/Hearing on Motions in Limine | October 26, 2026 at 11:00 AM | April 26, 2027 at 11:00 AM |
| Jury Trial | December 7, 2026 at 9:30 AM | June 8, 2027 at 9:30 AM |

DATED: June 15, 2026

*Christine A. Snyder*

Christina A. Snyder
United States District Judge

3