Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Pro Se Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

FILED

CLERK, U.S. DISTRICT COURT

6/12/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____ jb _____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,**<br><br>Plaintiff,<br><br>v.<br><br>**CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company; CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company; WEST COVINA CAR WASH LLC; JOSE RENE ORTIZ; ANDREW PAUL WILLIAMS;** | **Case No. 2:25-cv-00359-CAS-KSx**<br><br>**NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION TO EXTEND DKT. 169 DEADLINE AND CONTINUE CUTOFFS (DKT. NOS. 179, 180)**<br><br>Hon. Christina A. Snyder<br><br>Courtroom 8D<br><br>Trial Date: December 1, 2026 |

1

NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION

**WASHWORLD, INC.; DOES 1-100, inclusive,**

Defendants.

_____

**ANDREW PAUL WILLIAMS,**

Counter-Claimant, Cross-Claimant, and Third-Party Plaintiff,

v.

**REGIONS BANK dba ASCENTIUM CAPITAL; JOSE RENE ORTIZ; MARIA L. ORTIZ; THE ORTIZ FAMILY TRUST OF 2024; WASHWORLD, INC.; PETER MATHENY; ROES 1-50, inclusive,**

Counter-Defendant, Cross-Defendants, and Third-Party Defendant.

TO THE HONORABLE CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE, AND TO ALL PARTIES AND THEIR COUNSEL OF

2

NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION

CASE NO. 2:25-cv-00359-CAS-KSx

RECORD: PLEASE TAKE NOTICE that Defendant, Counterclaimant, Cross-Claimant, and Third-Party Plaintiff Andrew P. Williams hereby withdraws, without prejudice, his Ex Parte Application to Extend the Docket No. 169 Deadline for Car Wash Management, LLC to Retain Counsel and to Continue Discovery Cutoffs, submitted via the Court's Electronic Document Submission System on June 1, 2026 and entered on the docket on June 9, 2026 as Docket Nos. 179 (Application) and 180 (Supporting Declaration).

The Application is withdrawn because the parties have negotiated, and are filing concurrently or have filed, a Joint Stipulation Requesting that the Court Modify the Case Schedule Set Forth in Dkt. 112, which provides the relief sought by the Application, including the extension of the Car Wash Management, LLC counsel-retention date to July 1, 2026. The Application is accordingly moot. This withdrawal is without prejudice to Williams's right to renew the Application should the stipulation not be approved. No party is prejudiced by this withdrawal, and no hearing date is currently set on the Application.

Dated: June 10, 2026

Respectfully submitted,

_A.P. Williams_____

Andrew P. Williams, Pro Se

Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION