Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-442-8878
Email:       *xestrada@bakerlaw.com*
                  *aclaypool@bakerlaw.com*

*Attorney for Defendant*
WASHWORLD, INC.

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone: 312-416-6200
Email:       *mgannon@bakerlaw.com*
                  *kwalton@bakerlaw.com*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00359-CAS-KS<br><br>**DECLARATION OF RICHARD ANDREAS IN SUPPORT OF WASHWORLD, INC.'S MOTION FOR SUMMARY JUDGMENT ON ORTIZ'S EQUITABLE INDEMNITY CROSSCLAIM**<br><br>**(1)  NOTICE OF MOTION AND MOTION**<br><br>**(2)  MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**(3)  [PROPOSED] JUDGMENT**<br><br>DATE:        July 27, 2026<br>TIME:        10:00 AM<br>CTRM:       8D |
| JOSE RENE ORTIZ,<br><br>Cross Complainant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,<br><br>Cross Defendants. | |

WASHWORLD, INC.,

        Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

        Counter Defendant.

WASHWORLD, INC.,

        Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

        Cross Defendant.

ANDREW PAUL WILLIAMS,

        Counter Claimant,
        Cross-Claimant, and
        Third-Party Plaintiff,

    v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50.

        Counter Defendants,
        Cross-Defendants, and
        Third-Party Defendants.

DECLARATION OF RICHARD ANDREAS
CASE NO.: 2:25-CV-00359-CAS-KS

## <u>DECLARATION OF RICHARD ANDREAS</u>

I, Richard Andreas, declare as follows:

1.      I am the Vice President of Sales and Marketing at Washworld, Inc. ("Washworld"), a manufacturer of car wash equipment. Washworld is a Wisconsin corporation with its principal place of business in the State of Wisconsin.

2.      This declaration is being made in support of Washworld's Motion for Summary Judgment on Mr. Ortiz's Amended Crossclaim for Equitable Indemnification.

3.      In my position as Vice President of Sales and Marketing, I have personal knowledge of the business operations and records of Washworld. The facts set forth in this declaration are based on my knowledge, background, and experience.. I have also reviewed Washworld's records relating to the matters described herein, which are maintained in the ordinary course of Washworld's business. If called to testify as to the facts set forth herein, I could and would competently testify thereto. To the extent any matters stated herein are based on information and belief, I am informed and believe them to be true.

4.      Washworld did not submit any information, documentation, or make any representations to Regions Bank d/b/a Ascentium ("Ascentium") in support of any financing application involving Car Wash Management, LLC or Jose Rene Ortiz between December 2023 and February 2024.

5.      Washworld did not participate in any communications with Ascentium or Jose Rene Ortiz regarding the approval of financing for Car Wash Management, LLC for the West Covina Car Wash, LLC transaction prior to the funding of that transaction in March 2024.

6.      Washworld had no knowledge of, and was not involved in, any application for financing submitted to Ascentium by Car Wash Management, LLC, Jose Rene Ortiz, or any other person in connection with the West Covina Car Wash, LLC transaction.

1

7.    Washworld had no knowledge of the West Covina Car Wash, LLC transaction until May 2024.

8.    Prior to March 2024, Washworld did not have any direct dealings with Jose Rene Ortiz concerning the West Covina Car Wash, LLC transaction between Car Wash Management and Ascentium.

9.    Washworld did not sign any personal guaranty executed by Jose Rene Ortiz in connection with any financing transaction involving Car Wash Management, LLC.

10.    Washworld did not agree to guarantee any obligations of Car Wash Management, LLC to Ascentium.

11.    Washworld did not enter into any written or oral agreement with Jose Rene Ortiz to indemnify him for any liability.

12.    Washworld did not enter into any written or oral agreement or contract with Jose Rene Ortiz relating to any guaranty, indemnity, or assumption of obligations, and the parties are not parties to any written agreement concerning the transaction.

13.    Washworld and Jose Rene Ortiz have never entered into any written agreement or contractual relationship with one another.

14.    In or around March 2024, Washworld received a notification concerning an ACH payment from Ascentium in the approximate amount of $309,054.80.

15.    Before receiving that payment notification, Washworld had not been contacted by Ascentium or Jose Rene Ortiz regarding the underlying financing transaction.

16.    To my knowledge, Washworld did not receive copies of any financing agreement or related documents from Ascentium until on or around May 23, 2024.

17.    Any actions taken by Washworld with respect to funds received from Ascentium occurred only after the funds were transmitted to Washworld.

2

18.    Washworld did not request that the funds be sent and had no direct involvement in the decision by Ascentium Capital to transmit the funds prior to March 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2026 at De Pere, Wisconsin.

Richard Andreas

3

DECLARATION OF RICHARD ANDREAS
CASE NO.: 2:25-CV-00359-CAS-KS