Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-979-8430
Email:  *xestrada@bakerlaw.com*
*aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago , IL 60606
Telephone:  312-416-6200
Email:  *mgannon@bakerlaw.com*
*kwalton@bakerlaw.com*

*Attorney for*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, dba ASCENTIUM CAPITAL,<br><br>        Plaintiff,<br><br>    v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br><br>        Defendants. | **DECLARATION OF MICHAEL GANNON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON ORTIZ'S EQUITABLE INDEMNITY CROSSCLAIM**<br><br>DATE:      July 27, 2026<br>TIME:      10:00 AM<br>CTRM:      8D |
| JOSE RENE ORTIZ,<br><br>        Cross Claimant,<br><br>    v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive,<br><br>        Cross Defendants. | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

WASHWORLD, INC.,

        Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

        Counter Defendant.

WASHWORLD, INC.,

        Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

        Cross Defendant.

ANDREW PAUL WILLIAMS,

        Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

    v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50.

        Counter Defendants, Cross-Defendants, and Third-Party Defendants.

2

DECLARATION OF MICHAEL GANNON
CASE NO.: 2:25-CV-00359-CAS-KS

**DECLARATION OF MICHAEL GANNON**

I, Michael Gannon, declare as follows:

1.      I am an attorney at law duly licensed to practice law in Illinois, admitted *pro hac vice* in this matter.  I am a partner at the law firm of Baker & Hostetler, LLP, counsel of record for WASHWORLD, INC. ("Washworld") in the above-captioned matter. I make this declaration in support of Washworld's Motion for Summary Judgment on Ortiz's Amended Crossclaim ("the Motion"). If called upon to do so, I could and would competently testify of my own personal knowledge as follows.

2.      On May 28, 2026, I conferred with counsel for Mr. Ortiz. Despite the good faith conferral, the parties were at issue.

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct.

Executed on this 24th day of June 2026, at Chicago, Illinois.

Dated:  June 24, 2026                    **BAKER & HOSTETLER LLP**


                                         By:     */s/ Michael Gannon*
                                                 Michael Gannon

                                         *Attorneys for* WASHWORLD, INC.

1

## <u>CERTIFICATE OF SERVICE</u>

I am employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One North Wacker Drive, Suite 3700, Chicago, IL 60606. On June 24, 2026, I served a copy of the within document(s):

### **DECLARATION OF MICHAEL GANNON**

☑ **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below.

| | |
|---|---|
| Andrew K. Alper (SBN 088876)<br>**FRANDZEL ROBINS BLOOM & CSATO, L.C.**<br>1000 Wilshire Boulevard, Nineteenth Floor<br>Los Angeles, CA 90017<br>Telephone:  323-852-1000<br>Facsimile:   323-651-2577<br>Email:       *aalper@frandzel.com* | *Attorneys for Plaintiff*<br>REGIONS BANK |
| Lisa Mitts Patrick (SBN 134522)<br>**LAW OFFICE OF LISA MITTS PATRICK**<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832<br>Telephone:  714-990-3693<br>Facsimile:   657-234-0012<br>Email:       *lolmp2021@gmail.com* | *Attorneys for Defendant and Cross Defendant*<br>JOSE RENE ORTIZ |

☑ **Email:** I hereby certify that on this date a true and correct copy of the foregoing was served via electronic mail on Andrew Williams, appearing pro se, at andrew@carwashmgmt.com. Transmission of the email was completed without error, and no notice of non-delivery was received indicating that service was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on June 24, 2026, at Chicago, Illinois.

*/s/ Katharine Walton*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES