Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-979-8430
Email:    *xestrada@bakerlaw.com*
          *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago , IL 60606
Telephone:  312-416-6200
Email:    *mgannon@bakerlaw.com*
          *kwalton@bakerlaw.com*

*Attorney for*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

REGIONS BANK, dba ASCENTIUM CAPITAL,

                    Plaintiff,

          v.

CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,

                    Defendants.

JOSE RENE ORTIZ,

                    Cross Complainant,

          v.

ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive,

                    Cross Defendants.

**WASHWORLD, INC.'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

DATE:     July 27, 2026
TIME:     10:00 AM
CTRM:     8D

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

WASHWORLD, INC.,

          Counter Plaintiff,

     v.

REGIONS BANK, D/B/A
ASCENTIUM CAPITAL,

          Counter Defendant.

_____

WASHWORLD, INC.,

          Cross Claimant,

     v.

CAR WASH MANAGEMENT, LLC,

          Cross Defendant.

_____

ANDREW PAUL WILLIAMS,

          Counter Claimant, Cross-
          Claimant, and Third-Party
          Plaintiff,

     v.

REGIONS BANK dba ASCENTIUM
CAPITAL, JOSE RENE ORTIZ,
MARIA L. ORTIZ, THE ORTIZ
FAMILY TRUST OF 2024,
WASHWORLD, INC., PETER
MATHENY, ROES 1-50.

          Counter Defendants, Cross-
          Defendants, and Third-
          Party Defendants.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

Cross-Defendant Washworld, Inc. ("Washworld") submits the following Separate Statement of Uncontroverted Facts in support of its Motion for Summary Judgment.

| WASHWORLD'S UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE: | ORTIZ'S RESPONSE AND SUPPORTING EVIDENCE: |
|---|---|
| 1. Car Wash Management ("CWM") entered into an equipment finance agreement with Ascentium in January of 2024 in the amount of $343,394.23.<br><br>(Ex. A, ASC00135) | |
| 2. In connection with the West Covina Car Wash transaction with Ascentium, Ortiz executed a (1) financing application; (2) personal guaranty; (3) authorization to perform verbal verification; (4) commencement agreement; (5) authority and incumbency certificate; and a (6) delivery and acceptance certificate.<br><br>(Ex. B, ASC00040, ASC00061, ASC00072-75, ASC00077-81, ASC00083). | |
| 3. In connection with CWM's execution of the finance agreement, West Covina Car Wash, LLC executed a guaranty of CWM's obligations under the agreement.<br><br>(Ex. B at ASC00078-79.) | |
| 4. Ortiz's guaranty states that if there is more than one guarantor, the liabilities of each guarantor are joint and several.<br><br>(Ex. B at ASC00077.) | |
| 5. CWM failed to make a required payment under the equipment finance agreement.<br><br>(Ex. C at ASC00070, ASC00085-87.) | |

- 1 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| WASHWORLD'S UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE: | ORTIZ'S RESPONSE AND SUPPORTING EVIDENCE: |
|---|---|
| 6. Only Ortiz signed his personal guaranty.<br><br>(Ex. B at ASC00077.) | |
| 7. Washworld did not sign any personal guaranty executed by Jose Rene Ortiz.<br><br>(Andreas Decl. ¶ 9) | |
| 8. Washworld did not agree to guarantee any obligations of Car Wash Management, LLC to Ascentium.<br><br>(Andreas Decl. ¶ 10) | |
| 9. Washworld did not agree to indemnify Ortiz for any liability he may have assumed under his personal guaranty.<br><br>(Andreas Decl. ¶¶ 9-11) | |
| 10. Washworld did not enter into any written or oral agreement with Jose Rene Ortiz to indemnify him for any liability.<br><br>(Andreas Decl. ¶ 12) | |
| 11. Washworld and Ortiz have never entered into any contractual relationship.<br><br>(Ex. D at Ortiz's Response to Interrogatory No. 28; Andreas Decl. ¶ 13) | |
| 12. Ascentium's fraud claim is asserted against CWM, Williams, Ortiz, and Does 1-10 based on alleged fraudulent statements or misrepresentations made by these parties that induced Ascentium to enter into and fund the financing transaction.<br><br>(Ex. E, First Amended Compl. ¶¶ 44-51.) | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

| WASHWORLD'S UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE: | ORTIZ'S RESPONSE AND SUPPORTING EVIDENCE: |
|---|---|
| 13.    Washworld was not involved in the alleged representations by Ortiz, Williams, or CWM that caused Ascentium to approve or fund the financing.<br><br>(Ex. F, Ortiz's responses to Ascentium's Interrogatory Nos. 4, 7; Andreas Decl. ¶¶ 4-6 ) | |
| 14.    Washworld did not submit any information, documentation, or make any representations to Ascentium in support of any financing application involving Car Wash Management, LLC or Jose Rene Ortiz.<br><br>(Andreas Decl. ¶ 4) | |
| 15.    Washworld did not participate in any communications with Ascentium or Jose Rene Ortiz regarding the approval of financing prior to funding.<br><br>(Andreas Decl. ¶ 5) | |
| 16.    Washworld had no knowledge of, and was not involved in, any application for financing submitted in connection with the transaction.<br><br>(Andreas Decl. ¶ 6) | |
| 17.    In March of 2024, Ascentium sent a payment notification to Washworld concerning an ACH payment in the amount of $309,054.80.<br><br>(Ex. G, ASC00082) | |
| 18.    Washworld did not request that the funds be sent and had no direct involvement in Ascentium's decision to transmit the funds prior to March 2024. | |

- 3 -

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| WASHWORLD'S UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE: | ORTIZ'S RESPONSE AND SUPPORTING EVIDENCE: |
|---|---|
| (Andreas Decl. ¶ 18) | |
| 19. Ascentium's guaranty claim against Ortiz arises from Ortiz's alleged personal promise to pay CWM's obligations if CWM defaulted.<br><br>(Ex. B, ASC00040, ASC00077) | |
| 20. Ascentium's claims against Washworld are limited to conduct occurring after Ascentium funded the transaction in March 2024.<br><br>(Ex. E, Compl. ¶¶ 54-65; Andreas Decl. ¶ 7) | |
| 21. Washworld had no knowledge of the West Covina Car Wash transaction until May 2024.<br><br>(Andreas Decl. ¶ 7) | |
| 22. Ascentium did not contact Washworld about the Agreement until May 23, 2024.<br><br>(Ex. H, Ascentium's Response to Washworld Interrogatory No. 3) | |
| 23. Before receiving the March 2024 payment notification, Washworld had not been contacted by Ascentium or Jose Rene Ortiz regarding the underlying financing transaction.<br><br>(Andreas Decl. ¶ 15) | |
| 24. Washworld did not receive copies of any financing agreement or related documents until on or around May 23, 2024.<br><br>(Andreas Decl. ¶ 16) | |

- 4 -

| WASHWORLD'S UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE: | ORTIZ'S RESPONSE AND SUPPORTING EVIDENCE: |
|---|---|
| 25.  Ascentium brought claims for breach of contract, unjust enrichment, and money had and received against Washworld.<br><br>(Ex. E, Compl. ¶¶ 54-65.) | |

Respectfully submitted,

Dated:  June 24, 2026            **BAKER & HOSTETLER LLP**

By:    */s/ Katharine Walton*

WASHWORLD, INC.

WASHWORLD'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:25-CV-00359-CAS-KS