Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-442-8878
Email:    *xestrada@bakerlaw.com*
          *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone: 312-416-6200
Email:    *mgannon@bakerlaw.com*
          *kwalton@bakerlaw.com*

*Attorney for*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00359-CAS-KS<br><br>**PROPOSED JUDGMENT GRANTING WASHWORLD'S MOTION FOR SUMMARY JUDGMENT ON ORTIZ'S AMENDED CROSSCLAIM FOR EQUITABLE INDEMNITY** |
| JOSE RENE ORTIZ,<br><br>Cross Complainant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,<br><br>Cross Defendants. | |
| WASHWORLD, INC.,<br><br>Counter Plaintiff,<br><br>v.<br><br>REGIONS  BANK,  D/B/A ASCENTIUM CAPITAL,<br><br>Counter Defendant. | |

WASHWORLD, INC.,

      Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

      Cross Defendant.

---

ANDREW PAUL WILLIAMS,

      Counter Claimant,
      Cross-Claimant, and
      Third-Party Plaintiff,

    v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50.

      Counter Defendants,
      Cross-Defendants, and
      Third-Party Defendants.

– 2 –

[PROPOSED] JUDGMENT
CASE NO.: 2:25-CV-00359-CAS-KS

## [PROPOSED] JUDGMENT

In light of the Court's Opinion and Order (Dkt. No. ___) granting Washworld's motion for summary judgment on Jose Rene Ortiz's Amended Crossclaim for Equitable Indemnity, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. **JUDGMENT** is **ENTERED** in favor of Washworld and against Jose Rene Ortiz.

**IT IS SO ORDERED**.


Dated: _____, 2026           _____

                                      Honorable Christina A. Snyder
                                      United States District Judge

1