Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-979-8430
Email:      *xestrada@bakerlaw.com*
            *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone:  312-416-6200
Email:      *mgannon@bakerlaw.com*
            *kwalton@bakerlaw.com*

*Attorney for*
WASHWORLD, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO.: 2:25-CV-00359-CAS-KS**<br><br>**NOTICE OF ERRATA RE: WASHWORLD, INC.'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 192]**<br><br>DATE:   July 27, 2026<br>TIME:   10:00 AM<br>CTRM:   8D |
| JOSE RENE ORTIZ,<br><br>Cross Claimant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive,<br><br>Cross Defendants. | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

WASHWORLD, INC.,

     Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

     Counter Defendant.

---

WASHWORLD, INC.,

     Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

     Cross Defendant.

---

ANDREW PAUL WILLIAMS,

     Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

    v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50.

     Counter Defendants, Cross-Defendants, and Third-Party Defendants.

2

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Cross Defendant Washworld, Inc. ("Washworld") submits the following Notice of Errata regarding Washworld's Notice of Motion, Motion, Memorandum of Points and Authorities in Support of its Motion to for Summary Judgment on Ortiz's Amended Crossclaim [ECF No. 192.]

Due to an inadvertent error, Washworld omitted Notice of Motion and Motion, but provides it below:

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 27, 2026 at 10:00 A.M., or as soon thereafter as counsel may be heard, in Courtroom 8D of the United States Courthouse, located at United States Courthouse, 350 W. First Street, Los Angeles, CA 90012, Defendant Washworld, Inc. ("Washworld") will and hereby does move (the "Motion") for an order granting summary judgment in favor of Washworld and against Defendant Ortiz on Ortiz's Amended Crossclaim for Equitable Indemnity pursuant to Federal Rule of Civil Procedure 56.

Washworld bases its Motion on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Statement of Uncontroverted Facts, the supporting declarations and exhibits, the pleadings and records on file in this action, and such oral argument as may be presented at the time of the hearing.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Dated:  June 24, 2026

**BAKER & HOSTETLER LLP**


By:    */s/ Katharine Walton*
         Katharine Walton


*Attorneys for* WASHWORLD, INC.

CERTIFICATE OF SERVICE
CASE NO.: 2:25-CV-00359-CAS-KS

## CERTIFICATE OF SERVICE

I am employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One North Wacker Drive, Suite 3700, Chicago, IL 60606. On June 24, 2026, I served a copy of the within document(s):

### NOTICE OF ERRATA

☑ **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below.

| | |
|---|---|
| Andrew K. Alper (SBN 088876)<br>**FRANDZEL ROBINS BLOOM & CSATO, L.C.**<br>1000 Wilshire Boulevard, Nineteenth Floor<br>Los Angeles, CA 90017<br>Telephone:  323-852-1000<br>Facsimile:  323-651-2577<br>Email:      *aalper@frandzel.com* | *Attorneys for Plaintiff*<br>REGIONS BANK |
| Lisa Mitts Patrick (SBN 134522)<br>**LAW OFFICE OF LISA MITTS PATRICK**<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832<br>Telephone:  714-990-3693<br>Facsimile:  657-234-0012<br>Email:      *lolmp2021@gmail.com* | *Attorneys for Defendant and Cross Defendant*<br>JOSE RENE ORTIZ |

☑ **Email:** I hereby certify that on this date a true and correct copy of the foregoing was served via electronic mail on Andrew Williams, appearing pro se, at andrew@carwashmgmt.com. Transmission of the email was completed without error, and no notice of non-delivery was received indicating that service was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on June 24, 2026, at Chicago, Illinois.

*/s/ Katharine Walton*

3

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES