# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,

Plaintiff,

v.

CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,
        Defendants.

JOSE RENE ORTIZ,

        Cross Complainant,

v.

ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,

        Cross Defendants.

WASHWORLD, INC.,

        Counter Plaintiff,

v.

Case No.: 2:25-cv-00359-CAS-KS

**[PROPOSED] ORDER GRANTING WASHWORLD, INC.'S MOTION TO DISMISS WILLIAMS' FIRST AMENDED COUNTERCLAIM, CROSSCLAIM, AND THIRD-PARTY CLAIM**

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

Counter Defendant.

WASHWORLD, INC.,

      Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

      Cross Defendant.

ANDREW PAUL WILLIAMS,

      Counter Claimant,
      Cross-Claimant, and
      Third-Party Plaintiff,

    v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50.

      Counter Defendants,
      Cross-Defendants, and
      Third-Party Defendants.

– 2 –

The Court, having considered Washworld, Inc.'s Motion to Dismiss Williams's First Amended Counterclaim, Crossclaims, and Third-Party Claim, any opposition and reply thereto, the records on file in this proceeding, and any argument presented on the motion, rules as follows:

**IT IS HEREBY ORDERED** that Washworld, Inc.'s Motion to Dismiss the Complaint is **GRANTED** for the reasons set forth in Washworld's Motion, including that: (1) Williams does not hold the claims and lacks standing to assert them, and is not the real party in interest, under Federal Rules of Civil Procedure 12(b)(1) and 17; and (2) Williams has failed to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1