Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff and Counter-Defendant,
Regions Bank An Alabama State Bank dba
Ascentium Capital

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendants.<br><hr>JOSE RENE ORTIZ,<br><br>Cross Complainant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, CAR WASH MANAGEMENT, LLC,, a Delaware Limited Liability Company, | Case No. 2:25-cv-00359 CAS (KSx)<br><br>**STIPULATION EXTENDING TIME FOR REGIONS BANK TO RESPOND TO THE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT FILED BY ANDREW P. WILLIAMS**<br><br><br>**No Hearing Date set at this time** |

5987422v1 | 100287-0289

1

STIPULATION TO PERMIT REGIONS BANK TO FILE AN EXTENSION TO FILE RESPONSE TO FIRST
AMENDED COUNTERCLAIM OF ANDREW P. WILLIAMS

CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WASHWORLD, INC., a Wisconsin Corporation, and ROES 1 to 35, inclusive,

        Cross Defendants.

WASHWORLD, INC.,

        Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

        Cross Defendants.

WASHWORLD, INC.,

        Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

        Cross Defendant.

ANDREW PAUL WILLIAMS,

        Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

    v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.

        Counter Defendants, Cross-Defendants, and Third-Party Defendants.

5987422v1 | 100287-0289

2

STIPULATION TO PERMIT REGIONS BANK TO FILE AN EXTENSION TO FILE RESPONSE TO FIRST AMENDED COUNTERCLAIM OF ANDREW P. WILLIAMS

**TO THE HONORABLE CHRISTINA A. SNYDER UNITED STATES DISTRICT COURT JUDGE:**

Plaintiff and Counter-Defendant REGIONS BANK, an Alabama State Bank, dba Ascentium Capital ("Plaintiff") and Defendant, Counterclaimant, Cross-Defendant, Cross-Claimant, and Third-Party Plaintiff Andrew P. Williams ("Williams") ("the First Amended Pleading") by and through their respective attorneys, or personally in the case of Williams who represents himself, and hereby stipulate and respectfully request that the Court grant an extension of time for Plaintiff to file a Response to the First Amended Pleading based on the following facts:

<u>**RECITALS**</u>

WHEREAS, on June 10, 2026, Williams ("Williams") filed his First Amended Answer, Affirmative Defenses, Counterclaim, Cross-Claim, and Third-Party Complaint (the "First Amended Pleading");

WHEREAS, after the all parties in this separately conferred with respect to their Responses to the First Amended Pleading and after conferring the parties had discussed a possible Second Amended Answer, Affirmative Defenses, Counterclaim, Cross-Claim, and Third-Party Complaint (the "Second Amended Pleading") and circulated a draft Second Amended Pleading but no Stipulation was executed by the parties.

WHEREAS, Plaintiff and Williams believed that there would be a Stipulation signed by all of the parties in this case for Williams to file a Second Amended Pleading but the Stipulation was not signed either by Washworld, Inc. or Jose Rene Ortiz. Washworld has now filed a Motion to Dismiss the First Amended Pleading as to Washworld.

WHEREAS, since Plaintiff believed it would not have to respond to the First Amended Pleading because there would be a Stipulation allowing Williams to file a Second Amended Pleading, Williams and Plaintiff are now agreeing to allow

Plaintiff an additional extension of time for Plaintiff to file and serve a Motion to Dismiss and other relief with respect to the First Amended Plaintiff under Federal Rules of Civil Procedure Rules 12 and 17 as it relates to the Counterclaim against Plaintiff.

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Williams through their respective undersigned counsel and Williams, subject to the approval of the Court, as follows:

1.   Plaintiff shall be granted an extension from July 1, 2026, to July 10, 2026, to file its responsive pleadings under Rules 12 and 17 to the First Amended Pleading.

2.   Nothing in this Stipulation constitutes a waiver of, and each Party expressly reserves, all rights, claims, defenses, and objections with respect to the First Amended Pleading and this Stipulation is solely to grant Plaintiff some additional time to file its responsive pleading to the First Amended Pleading and all parties do not waive any further rights or remedies.

3.   This Stipulation may be executed in counterparts and by electronic or facsimile signature, each of which shall be deemed an original.

**[signatures continue on next page]**

STIPULATION BETWEEN REGIONS BANK AND ANDREW P. WILLIAMS TO PERMIT EXTENSION TO FILE RESPONSE TO FIRST AMENDED COUNTERCLAIM

**IT IS SO STIPULATED AND AGREED.**

DATED: June 29, 2026          FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: _____
ANDREW K. ALPER
Attorneys for Plaintiff and Counter-defendant
REGIONS BANK, an Alabama State
Bank, dba Ascentium Capital

DATED: June 24, 2026

By: _____
ANDREW P. WILLIAMS, Defendant,
Cross-defendant, Counterclaimant, and Third
Party Claimant

_____

**ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 29, 2026

_____
ANDREW K. ALPER

5987422v1 100287-0289

STIPULATION BETWEEN REGIONS BANK AND ANDREW P. WILLIAMS TO PERMIT EXTENSION TO FILE RESPONSE TO FIRST AMENDED COUNTERCLAIM

## PROOF OF SERVICE

**Regions Bank v. Car Wash Management, LLC, etc., et al.
Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On June 29, 2026, I served true copy(ies) of the **STIPULATION EXTENDING TIME FOR REGIONS BANK TO RESPOND TO THE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT FILED BY ANDREW P. WILLIAMS**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid via First Class Mail. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused said document(s) to be transmitted by electronic mail. This service may be based on a court order, Code of Civil Procedure 1010.6, or an agreement among the parties to accept service by email. The name(s) and e-mail addresses of the person(s) served are set forth in the above service list. The document(s) were transmitted by electronic transmission and without error from the following email address: lvillarreal@frandzel.com.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 29, 2026, at Los Angeles, California.

_____
Lexi Villarreal

5987422v1 | 100287-0289

1

STIPULATION BETWEEN REGIONS BANK AND ANDREW P. WILLIAMS TO PERMIT EXTENSION TO FILE RESPONSE TO FIRST AMENDED COUNTERCLAIM

**SERVICE LIST**
**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

| | |
|---|---|
| Michael D. Gannon (pro hac vice)<br>Katharine H. Walton (pro hac vice)<br>BakerHostetler<br>One North Wacker Drive, Suite 3700<br>Chicago, IL 60606-2859 | Tel:   312-416-8187<br>Email:      mgannon@bakerlaw.com<br>kwalton@bakerlaw.com<br><br>Attorneys for Defendant Washworld, Inc. |
| Katharine Walton<br>Michael D. Gannon<br>Xitlaly Estrada<br>Ava Claypool<br>Baker & Hostetler LLP<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067-4301 | Tel:   310-442-8878<br>Email: : mgannon@bakerlaw.com,<br>kwalton@bakerlaw.com<br>xestrada@bakerlaw.com<br>aclaypool@bakerlaw.com<br><br>Attorneys for Defendant Washworld, Inc. |
| Lisa Mitts Patrick, Esq.<br>The Law Office Of Lisa Mitts Patrick<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832 | Tel: 714-990- 3693<br>Fax: 657-234 - 0012<br>Email:      lolmp2021@gmail.com<br><br>Attorneys for Defendant and Cross-Complainant Jose Rene Ortiz, aka Jose R. Ortiz, aka Jose Ortiz, an individual |
| Andrew Paul Williams<br>12641 Antioch Rd. Suite # 1045<br>Overland Park, KS 66213-1701 | Tel: 619-796-6469<br>Email:      andrew@carwashmgmt.com<br><br>Pro Per |

2

STIPULATION BETWEEN REGIONS BANK AND ANDREW P. WILLIAMS TO PERMIT EXTENSION TO FILE RESPONSE TO FIRST AMENDED COUNTERCLAIM