Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Pro Se Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

<table>
<tr><td colspan="3">FILED</td></tr>
<tr><td colspan="3">CLERK, U.S. DISTRICT COURT</td></tr>
<tr><td colspan="3">6/28/2026</td></tr>
<tr><td colspan="3">CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>BY</td><td>jji</td><td>DEPUTY</td></tr>
<tr><td colspan="3">DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM</td></tr>
</table>

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>        Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company; CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company; WEST COVINA CAR WASH LLC; JOSE RENE ORTIZ; ANDREW PAUL WILLIAMS; | Case No. 2:25-cv-00359-CAS-KSx<br><br>**APPLICATION OF PARTY APPEARING WITHOUT COUNSEL FOR PERMISSION TO USE THE COURT'S CM/ECF SYSTEM FOR ELECTRONIC FILING; DECLARATION OF ANDREW P. WILLIAMS; [PROPOSED] ORDER**<br>L.R. 5-4.1.1<br><br>Hon. Christina A. Snyder<br>Courtroom 8D<br><br>Trial Date: June 8, 2027 |

1

APPLICATION FOR PERMISSION FOR ELECTRONIC FILING

CASE NO. 2:25-cv-00359-CAS-KSx

WASHWORLD,

INC.; DOES 1-100, inclusive,

    Defendants.

_____

ANDREW PAUL WILLIAMS,

    Counter-Claimant, Cross-Claimant,

    and Third-Party Plaintiff,

v.

REGIONS BANK dba ASCENTIUM

CAPITAL;

JOSE RENE ORTIZ; MARIA L. ORTIZ;

THE ORTIZ FAMILY TRUST OF 2024;

WASHWORLD, INC.; PETER

MATHENY;

ROES 1-50, inclusive,

    Counter-Defendant,

    Cross-Defendants, and

    Third-Party Defendant.

TO THE HONORABLE COURT:

2

APPLICATION FOR PERMISSION FOR ELECTRONIC FILING

CASE NO. 2:25-cv-00359-CAS-KSx

Defendant, Counterclaimant, Cross-Claimant, and Third-Party Plaintiff Andrew P. Williams, appearing in propria persona, respectfully applies under Local Rule 5-4.1.1 for permission to file documents electronically through the Court's Case Management / Electronic Case Filing (CM/ECF) System in this action.

Good cause exists. Mr. Williams is litigating this matter without counsel and has been filing through the Court's Electronic Document Submission System. Permitting CM/ECF filing will promote prompt docketing and service, reduce the burden on the Clerk, and allow Mr. Williams to receive immediate electronic notice. Mr. Williams has reviewed the applicable Local Rules and CM/ECF procedures and agrees to comply with them, including the provisions governing electronic signatures (L.R. 5-4.3.4) and electronic service.

Mr. Williams maintains or will promptly obtain a PACER account and, if this Application is granted, will complete the Court's online CM/ECF registration within five (5) days of the order.

This Application is based upon this Application, the following Declaration of Andrew P. Williams, the [Proposed] Order, and the records and files in this action.

## DECLARATION OF ANDREW P. WILLIAMS

I, Andrew P. Williams, declare:

1. I am a party in this action appearing in propria persona and have personal knowledge of the matters stated here.

2. I have the equipment and ability to file documents electronically and to receive electronic notice of filings.

3. I have read, and agree to comply with, the Local Rules and the Court's CM/ECF procedures governing electronic filing, including those governing electronic signatures and service.

3

APPLICATION FOR PERMISSION FOR ELECTRONIC FILING

CASE NO. 2:25-cv-00359-CAS-KSx

4. If permission is granted, I will register for the Court's CM/ECF System within five (5) days of the order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 28, 2026.

_____

Andrew P. Williams

### [PROPOSED] ORDER

Good cause appearing, the Application is GRANTED. Andrew P. Williams is permitted to file documents electronically through the Court's CM/ECF System in this action and shall complete CM/ECF registration within five (5) days of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____

_____

Hon. Christina A. Snyder

United States District Judge

4