**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGIONS BANK | CASE NUMBER |
| PLAINTIFF(S) | |
| v. | 2:25–cv–00359–CAS–KS |
| CAR WASH MANAGEMENT, LLC, et al. | |
| DEFENDANT(S). | **MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Karen L. Stevenson. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.


X Hearing Required


X Telephonic


Magistrate Judge: Karen L. Stevenson

Date/Time:        July 8, 2026 at  10:00 AM

Courtroom:


 July 6, 2026                               By  /s/ *Teagan C Snyder*
      Date                                      Deputy Clerk


CV–19 (11/21)          MOTION RE: INFORMAL DISCOVERY DISPUTE