Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff and Counter-Defendant, Regions Bank An Alabama State Bank dba Ascentium Capital

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendant.<br><br>———————————————<br><br>JOSE RENE ORTIZ,<br><br>Cross-Complaint,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR | Case No.  2:25-cv-00359 CAS (KSx)<br><br>**DECLARATION OF ANDREW K. ALPER IN SUPPORT OF COUNTER-DEFENDANT REGIONS BANK TO DISMISS ANDREW P. WILLIAMS COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND MOTION FOR A MORE DEFINITE STATEMENT (F.R.C.P. Rule 12(b)(1) and (e); MOTION TO STRIKE (Rule 12(f)); AND FOR LACK OF STANDING PURSUANT TO F.R.C.P. Rule 17)**<br><br>*Filed concurrently with Notice of Motion and Motion to Dismiss Counterclaim; Request for Judicial Notice; and Proposed Order*<br><br>Date:      August 10, 2026<br>Time:      10:00 a.m.<br>Crtrm.:  8D |

5993967v1 | 100287-0289

DECLARATION OF ANDREW K. ALPER IN SUPPORT OF COUNTER-DEFENDANT REGIONS BANK TO DISMISS ANDREW P. WILLIAMS COUNTERCLAIM

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,

Cross Defendants.

WASHWORLD, INC.,

Counter-Claimant,

v.

REGIONS BANK D/B/A ASCENTIUM CAPITAL,

Counter-Defendant

WASHWORLD, INC.,

Cross-Claimant,

v.

CAR WASH MANAGEMENT LLC

Cross-Defendant.

ANDREW PAUL WILLIAMS,

Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.

Counter Defendants, Cross-Defendants, and Third-Party Defendants.

5993967v1 | 100287-0289

2

DECLARATION OF ANDREW K. ALPER IN SUPPORT OF COUNTER-DEFENDANT REGIONS BANK TO DISMISS ANDREW P. WILLIAMS COUNTERCLAIM

**DECLARATION OF ANDREW K. ALPER**

I, Andrew K. Alper, declare as follows:

1.    I am an attorney duly admitted to practice in the State of California and before this Court.  I am a Vice President and Shareholder of Frandzel Robins Bloom & Csato, L.C., attorneys of record for Plaintiff and Counter-Defendant, Regions Bank, an Alabama State Bank dba Ascentium Capital ("Plaintiff"). If called as a witness, I could and would competently testify to all facts within my personal knowledge, except where stated upon information and belief or in which I have requested judicial notice of since they were previously filed in this case.  This declaration is submitted in support of Motion to Dismiss the First Amended Counterclaim of Andrew P. Williams ("Williams") against Plaintiff. While the affirmative defenses also fail to contain sufficient facts, Plaintiff is not filing a Motion to Strike Affirmative Defenses as it will deal with them when it files its Motion for Summary Judgment in this case or proceeds to trial.

2.    I have been the primary attorney at Frandzel Robins Bloom & Csato, L.C. handling this matter on behalf of Plaintiff.

3.    After receiving the original Answer, Affirmative Defenses, Counterclaim, Cross-claim and Third Party Claim ("Original Counterclaim"), Williams chose to file a First Amended Answer, Affirmative Defenses, Counterclaim, Cross-claims and Third Party Claim ("Counterclaim"). After reviewing it, I sent Williams three different emails setting forth reasons why it did not state Claims for Relief against Plaintiff. Williams responded to the emails. We then had a physical "meet and confer" by zoom after the emails. During the zoom meeting Williams advised me that he had met with Washworld as well relative to its contention that the Cross-claim did not state Claims against Washworld. He indicated that he still wanted to meet with counsel for Jose Rene Ortiz ("Ortiz"), Lisa Mitts Patrick, but anticipated that Williams would file a Second Amended Answer, Affirmative Defenses, Counterclaim, Cross-claims and Third Party Claims

DECLARATION OF ANDREW K. ALPER IN SUPPORT OF COUNTER-DEFENDANT REGIONS BANK TO DISMISS ANDREW P. WILLIAMS COUNTERCLAIM

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

("Second Amended Counterclaim"). Later I learned that Williams apparently must have spoken with Ms. Patrick and then he prepared a Stipulation for Leave to file a Second Amended Counterclaim which would be without prejudice for all parties to plead to the Second Amended Counterclaim. That being the case, I advised Williams that so long as I agreed to the terms of the Stipulation I would sign it.

4.      I made a lot of revisions to the Stipulation once Williams prepared it and believed that we were on board to file it especially since counsel for the parties were furnished with the Second Amended Counterclaim and a redlined version of the Counterclaim showing the differences. During this time, I received a Motion to Dismiss the Cross-claims and a Motion for Summary Judgment by Washworld, Inc. ("Washworld") to the Counterclaim.

5.      After receiving the Washworld pleadings I was advised by Williams that Washworld and Ortiz were not signing the Stipulation so he filed a Motion for Leave to file the Second Amended Counterclaim which is set for hearing on July 27, 2026, the same day that Washworld's Motions are set.

6.      Williams and I agreed that Plaintiff would have until July 10, 2026, to file its Motion to Dismiss Counterclaim or otherwise plead and we signed and filed a Stipulation with the Court to extend the date. I had fully expected to be pleading to the Second Amended Counterclaim and not the Counterclaim which was preferable to me since the Second Amended Counterclaim omitted some of the Claims from the Counterclaim. As of this date I have not received an Order on the stipulation to file any pleadings on the Counterclaim from the Court but I am operating as if the Motion to Dismiss the Counterclaim is due on July 10, 2026. While I do not oppose the filing of the Second Amended Counterclaim as I had advised Williams there will be a Motion to Dismiss it filed by Plaintiff so we might as well get this Motion done and out of the way now so we can continue on with meaningful discovery.

7.      Therefore, while I was not opposed to the filing of the Second Amended Counterclaim circumstances have occurred in this case which have now

DECLARATION OF ANDREW K. ALPER IN SUPPORT OF COUNTER-DEFENDANT REGIONS BANK TO DISMISS ANDREW P. WILLIAMS COUNTERCLAIM

necessitated the filing of this Motion to Dismiss.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 8th day of July, 2026, at Los Angeles, California.

_____

Andrew K. Alper, Declarant

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5993967v1 | 100287-0289

5

DECLARATION OF ANDREW K. ALPER IN SUPPORT OF COUNTER-DEFENDANT REGIONS BANK TO DISMISS ANDREW P. WILLIAMS COUNTERCLAIM

**PROOF OF SERVICE**

**Regions Bank v. Car Wash Management, LLC, etc., et al.
Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On July 8, 2026, I served true copy(ies) of the **DECLARATION OF ANDREW K. ALPER IN SUPPORT OF COUNTER-DEFENDANT REGIONS BANK TO DISMISS ANDREW P. WILLIAMS COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND MOTION FOR A MORE DEFINITE STATEMENT (F.R.C.P. RULE 12(B)(1) AND (E); MOTION TO STRIKE (RULE 12(F)); AND FOR LACK OF STANDING PURSUANT TO F.R.C.P. RULE 17)**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused said document(s) to be transmitted by electronic mail. This service may be based on a court order, Code of Civil Procedure 1010.6, or an agreement among the parties to accept service by email. The name(s) and e-mail addresses of the person(s) served are set forth in the above service list. The document(s) were transmitted by electronic transmission and without error from the following email address: lvillarreal@frandzel.com.

**BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid via First Class Mail. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 8, 2026, at Los Angeles, California.

_____
Lexi Villarreal

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000

DECLARATION OF ANDREW K. ALPER IN SUPPORT OF COUNTER-DEFENDANT REGIONS BANK TO DISMISS ANDREW P. WILLIAMS COUNTERCLAIM

**SERVICE LIST**
**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

| | |
|---|---|
| Michael D. Gannon (pro hac vice)<br>Katharine H. Walton-(pro hac vice)<br>BakerHostetler<br>One North Wacker Drive, Suite 3700<br>Chicago, IL 60606-2859 | Tel:   312-416-8187<br>Email:        mgannon@bakerlaw.com<br>kwalton@bakerlaw.com<br><br>Attorneys for Defendant Washworld, Inc. |
| Katharine Walton<br>Michael D. Gannon<br>Xitlaly Estrada<br>Ava Claypool<br>Baker & Hostetler LLP<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067-4301 | Tel:   310-442-8878<br>Email: : mgannon@bakerlaw.com,<br>kwalton@bakerlaw.com<br>xestrada@bakerlaw.com<br>aclaypool@bakerlaw.com<br><br>Attorneys for Defendant Washworld, Inc. |
| Lisa Mitts Patrick, Esq.<br>The Law Office Of Lisa Mitts Patrick<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832 | Tel: 714-990- 3693<br>Fax: 657-234 - 0012<br>Email:        lolmp2021@gmail.com<br><br>Attorneys for Defendant and Cross-Complainant Jose Rene Ortiz, aka Jose R. Ortiz, aka Jose Ortiz, an individual |
| Thomas D. Sands<br>The Sands Law Group, APLC<br>205 S Broadway Ste 608<br>Los Angeles, CA 90012 | Tel: 213-788-4412<br>Fax: 833-329-7263<br><br>Email: info@tslg.law<br><br>Attorneys for CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company |
| Andrew Paul Williams<br>12641 Antioch Rd. Suite # 1045<br>Overland Park, KS 66213-1701 | Tel: 619-796-6469<br>Email:<br>andrew@carwashmgmt.com<br><br>Pro Per |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

DECLARATION OF ANDREW K. ALPER IN SUPPORT OF COUNTER-DEFENDANT REGIONS BANK TO DISMISS ANDREW P. WILLIAMS COUNTERCLAIM