Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff and Counter-Defendant, Regions Bank An Alabama State Bank dba Ascentium Capital

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL, <br><br> Plaintiff, <br><br> v. <br><br> CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive, <br><br> Defendant. <br><br> JOSE RENE ORTIZ, <br><br> Cross-Complaint, <br><br> v. <br><br> ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, | Case No.  2:25-cv-00359 CAS (KSx) <br><br> **[PROPOSED] ORDER GRANTING REGIONS BANK'S MOTION TO DISMISS ANDREW P. WILLIAMS COUNTERCLAIM** <br><br> *Filed concurrently with Notice of Motion and Motion to Dismiss Counterclaim; Declaration of Andrew K. Alper; and Request for Judicial Notice* <br><br> Date:     August 10, 2026 <br> Time:     10:00 a.m. <br> Crtrm.:   8D |

5994025v2 | 100287-0289

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

WASHWORLD, INC., and ROES 1 to 35, inclusive,

        Cross Defendants.

WASHWORLD, INC.,

        Counter-Claimant,

    v.

REGIONS BANK D/B/A ASCENTIUM CAPITAL,

        Counter-Defendant

WASHWORLD, INC.,

        Cross-Claimant,

    v.

CAR WASH MANAGEMENT LLC

        Cross-Defendant.

ANDREW PAUL WILLIAMS,

        Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

    v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.

        Counter Defendants, Cross-Defendants, and Third-Party Defendants.

[PROPOSED] ORDER GRANTING REGIONS BANK'S MOTION TO DISMISS ANDREW P. WILLIAMS COUNTERCLAIM

The Court, having considered Plaintiff and Counter-Defendant Regions Bank's Motion to Dismiss Andrew P. Williams's First Amended Counterclaim which is part of the First Amended Answer, Affirmative Defenses, Counterclaim, Cross-Claims and Third Party Claims, the opposition and reply thereto, the records on file in this proceeding, matters of which Judicial Notice have been requested and any argument presented on the motion, rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Regions Bank's Request for Judicial Notice is granted as requested;

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Motion to Dismiss Andrew P. Williams's First Amended Counterclaim is GRANTED for the reasons set forth in Plaintiff and Counter-Defendant's Motion and all Claims against Regions Bank are dismissed without leave to amended for failure to state a claim upon which relief can be granted (F.R.C.P. Rule 12(b)(6) and for lack of standing pursuant to F.R.C.P. Rule 17.

DATED: _____, 2026

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5994025v2 | 100287-0289

3

[PROPOSED] ORDER GRANTING REGIONS BANK'S MOTION TO DISMISS ANDREW P. WILLIAMS COUNTERCLAIM