UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **2:25-cv-00359-CAS-KS**                                  Date: July 8, 2026

Title    Regions Bank v. Car Wash Management, LLC et al

Present: The Honorable:    Karen L. Stevenson, Chief United States Magistrate Judge

| Christian Solis for Kerri Hays | CS 07/08/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Andrew K Alper                                              Thomas D. Sands
                                                                       Lisa Mitts Patrick
                                                                       Andrew Paul Williams
                                                                       Katherine H. Walton
                                                                       Michael David Gannon

**Proceedings:  PRE-MOTION DISCOVERY CONFERENCE**

Case called. Parties state their appearances.  The Court held an informal discovery conference regarding *pro per* Defendant/Cross-defendant Anthony P. Williams's concern that he has not  received certain written discovery responses and document productions that have been exchanged by Plaintiff Ascentium Capital,  Defendants/Cross-defendants Washworld, Inc.,  and the  Ortiz defendants, pursuant to the Stipulated Protective Order. (*See* dkt. no. 115.)

Williams represents that on June 22, 2026, he signed Exhibit A to the Stipulated Protective Order, an Acknowledgment and Agreement to be Bound by the terms of the Stipulated Protective Order, which should be sufficient to allow him access to any confidential discovery materials, but he has not yet been provided with the documents or discovery responses.

Counsel for certain of the Defendants/Cross-defendants expressed a concern about giving Mr. Williams access to the discovery materials, which are available via an electronic repository, because, although Williams is named in the lawsuit in his individual capacity, he reportedly continues to be an employee of co-defendant Car Wash Management LLC (Delaware)[1], which at the time of this hearing had not yet executed the Acknowledgment and Agreement to Be Bound.

---

[1] A default was entered against Defendant Car Wash Management, LLC (Hawaii) on January 20, 2026. (Dkt. No. 135.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **2:25-cv-00359-CAS-KS**                                          Date: July 8, 2026

Title        Regions Bank v. Car Wash Management, LLC et al

However, counsel for Car Wash Management LLC (Delaware), who only recently appeared in the case, indicated that he will sign the Acknowledgment and Agreement to Be Bound later today.

This assurance appears to have resolved the parties' concerns and Mr. Williams will be afforded access to the discovery materials. No discovery motion will be needed to resolve this dispute.

|  | : 19 |
|---|---|
| **Initials of Preparer** | CSO |