Lisa Mitts Patrick, (SBN *134522*)
Law Office of Lisa Mitts Patrick
112 E. Amerioe Ave., Ste 313
Fullerton, CA 92832
Telephone:  714-990-3693

Email:    *LOLMP2021@GMAIL.COM*

*Attorney for*
JOSE RENE ORTIZ

### IN THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, dba ASCENTIUM CAPITAL, | **ORTIZ' RESPONSE TO STATEMENT OF UNCONTROVERTED FACTS IN OPPOSITION TO WASHWORLD'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | |
| v. | |
| CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive, | DATE:    July 27, 2026<br>TIME:    10:00 AM<br>CTRM:    8D |
| Defendants. | |
| JOSE RENE ORTIZ, | |
| Cross Complainant, | |
| v. | |
| ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive, | |
| Cross Defendants. | |

WASHWORLD, INC.,

            Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

            Counter Defendant.

WASHWORLD, INC.,

            Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

            Cross Defendant.

ANDREW PAUL WILLIAMS,

            Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

    v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50.

            Counter Defendants, Cross-Defendants, and Third-Party Defendants.

- 1 -

Cross-Defendant Washworld, Inc. ("Washworld") submits the following Separate Statement of Uncontroverted Facts in support of its Motion for Summary Judgment.

| WASHWORLD'S UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE: | ORTIZ'S RESPONSE AND SUPPORTING EVIDENCE: |
|---|---|
| 1. Car Wash Management ("CWM") entered into an equipment finance agreement with Ascentium in January of 2024 in the amount of $343,394.23.<br><br>(Ex. A, ASC00135) | Unable to dispute without further discovery from WILLIAMS who just entered the case and depositions of the parties. Generally inclined to state undisputed. |
| 2. In connection with the West Covina Car Wash transaction with Ascentium, Ortiz executed a (1) financing application; (2) personal guaranty; (3) authorization to perform verbal verification; (4) commencement agreement; (5) authority and incumbency certificate; and a (6) delivery and acceptance certificate.<br><br>(Ex. B, ASC00040, ASC00061, ASC00072-75, ASC00077-81, ASC00083). | Disputed as to what Ortiz "executed' and/or that it represented a legal instrument effective as "personal guaranty". (Dec. of LMP, Exhibits A, B and C). Unable to provide further proof without discovery from WILLIAMS and depositions of the parties. |
| 3. In connection with CWM's execution of the finance agreement, West Covina Car Wash, LLC executed a guaranty of CWM's obligations under the agreement.<br><br>(Ex. B at ASC00078-79.) | Unable to respond without discovery from WILLIAMS and depositions of the parties. On the basis of hearsay, evidence of other parities inclined to state generally undisputed. |
| 4. Ortiz's guaranty states that if there is more than one guarantor, the liabilities of each guarantor are joint and several.<br><br>(Ex. B at ASC00077.) | DISPUTED as to the legal effect of what the document may or may not state. Unable to dispute without discovery from WILLIAMS and depos of the parties. |
| 5. CWM failed to make a required payment under the equipment finance agreement.<br><br>(Ex. C at ASC00070, ASC00085-87.) | Unable to dispute without further discovery from WILLIAMS and depositions of the parties about whether payment was made or how much. |

- 1 -

| WASHWORLD'S UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE: | ORTIZ'S RESPONSE AND SUPPORTING EVIDENCE: |
|---|---|
| 6.    Only Ortiz signed his personal guaranty.<br><br>(Ex. B at ASC00077.) | Disputed as to what Ortiz signed or its legal effect. Unable to dispute without further discovery Discovery is needed for proof. |
| 7.    Washworld did not sign any personal guaranty executed by Jose Rene Ortiz.<br><br>(Andreas Decl. ¶ 9) | Generally undisputed based on only hearsay and self serving statements of the parties. |
| 8.    Washworld did not agree to guarantee any obligations of Car Wash Management, LLC to Ascentium.<br><br>(Andreas Decl. ¶ 10) | Generally undisputed based only on hearsay and self serving statements of the parties. |
| 9.    Washworld did not agree to indemnify Ortiz for any liability he may have assumed under his personal guaranty.<br><br>(Andreas Decl. ¶¶ 9-11) | Generally undisputed. |
| 10.    Washworld did not enter into any written or oral agreement with Jose Rene Ortiz to indemnify him for any liability.<br><br>(Andreas Decl. ¶ 12) | Generally undisputed. |
| 11.    Washworld and Ortiz have never entered into any contractual relationship.<br><br>(Ex. D at Ortiz's Response to Interrogatory No. 28; Andreas Decl. ¶ 13) | Generally undisputed as to THIS loan transaction only. |
| 12.    Ascentium's fraud claim is asserted against CWM, Williams, Ortiz, and Does 1-10 based on alleged fraudulent statements or misrepresentations made by these parties that induced Ascentium to enter into and fund the financing transaction.<br><br>(Ex. E, First Amended Compl. ¶¶ 44-51.) | Generally undisputed as to what the pleading asserts. DISPUTED as to the truth of it. Unable to dispute further without further discovery of WILLIAMS and depositions of the parties. |

| WASHWORLD'S UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE: | ORTIZ'S RESPONSE AND SUPPORTING EVIDENCE: |
|---|---|
| 13.    Washworld was not involved in the alleged representations by Ortiz, Williams, or CWM that caused Ascentium to approve or fund the financing.<br><br>(Ex. F, Ortiz's responses to Ascentium's Interrogatory Nos. 4, 7; Andreas Decl. ¶¶ 4-6 ) | Generally undisputed (as to WASHWORLD's involvement re approving the funding. |
| 14.    Washworld did not submit any information, documentation, or make any representations to Ascentium in support of any financing application involving Car Wash Management, LLC or Jose Rene Ortiz.<br><br>(Andreas Decl. ¶ 4) | Unknown without discovery and depositions of the other parties. Otherwise this is just hearsay. |
| 15.    Washworld did not participate in any communications with Ascentium or Jose Rene Ortiz regarding the approval of financing prior to funding.<br><br>(Andreas Decl. ¶ 5) | Generally undisputed. |
| 16.    Washworld had no knowledge of, and was not involved in, any application for financing submitted in connection with the transaction.<br><br>(Andreas Decl. ¶ 6) | Generally undisputed except as to the disposition of the funds. Without discovery of the parties (depositions), ORTIZ is unable to determine who knew what when |
| 17.    In March of 2024, Ascentium sent a payment notification to Washworld concerning an ACH payment in the amount of $309,054.80.<br><br>(Ex. G, ASC00082) | Generally undisputed but based on hearsay of the parties. |
| 18.    Washworld did not request that the funds be sent and had no direct involvement in Ascentium's decision to transmit the funds prior to March 2024. | DISPUTED. Now that Williams is in without discovery, it is unknown how this came to be. |

- 3 -

| WASHWORLD'S UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE: | ORTIZ'S RESPONSE AND SUPPORTING EVIDENCE: |
|---|---|
| (Andreas Decl. ¶ 18) | |
| 19.    Ascentium's guaranty claim against Ortiz arises from Ortiz's alleged personal promise to pay CWM's obligations if CWM defaulted.<br><br>(Ex. B, ASC00040, ASC00077) | Generally undisputed as to where the claim arises from. |
| 20.    Ascentium's claims against Washworld are limited to conduct occurring after Ascentium funded the transaction in March 2024.<br><br>(Ex. E, Compl. ¶¶ 54-65; Andreas Decl. ¶ 7) | Unknown as to transactions between these parties without discovery and depositions. Generally undisputed. |
| 21.    Washworld had no knowledge of the West Covina Car Wash transaction until May 2024.<br><br>(Andreas Decl. ¶ 7) | DISPUTED. With the entry of WILLIAMS into the case and discovery to be had including the depositions of the parties, it can be learned what their knowledge was. This is only self serving. |
| 22.    Ascentium did not contact Washworld about the Agreement until May 23, 2024.<br><br>(Ex. H, Ascentium's Response to Washworld Interrogatory No. 3) | Unknown as to the transaction between these parties without discovery and depositions. |
| 23.    Before receiving the March 2024 payment notification, Washworld had not been contacted by Ascentium or Jose Rene Ortiz regarding the underlying financing transaction.<br><br>(Andreas Decl. ¶ 15) | Unknown as to when Plaintiff contacted WASHWORLD. Generally undisputed as to ORTIZ not contacting them, but DISPUTED otherwise as they had the money. |
| 24.    Washworld did not receive copies of any financing agreement or related documents until on or around May 23, 2024.<br><br>(Andreas Decl. ¶ 16) | Unknown, without additional discovery when WASHWORLD learned what. Their statement is only self serving and hearsay. Additional discovery is required. |

- 4 -

| WASHWORLD'S UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE: | ORTIZ'S RESPONSE AND SUPPORTING EVIDENCE: |
|---|---|
| 25.    Ascentium brought claims for breach of contract, unjust enrichment, and money had and received against Washworld.<br><br>(Ex. E, Compl. ¶¶ 54-65.) | Undisputed as to what their claims are. Unknown if their claims are true, without adequate discovery. |

Respectfully submitted,

Dated:  July 15,  2026      L AW O F F I CE of LIS A MITTS  P ATRICK

By:    /s/ Lisa Mitts Patrick

for JOSE RENE ORTIZ

- 5 -