Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Pro Se Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL, <br><br> Plaintiff, <br><br> v. <br><br> CAR WASH MANAGEMENT, LLC, et al., <br><br> Defendants. | Case No. 2:25-cv-00359-CAS-KSx <br><br> **DECLARATION OF ANDREW P. WILLIAMS** <br> **IN SUPPORT OF REPLY REGARDING** <br> **MOTION FOR LEAVE (DKT. 199)** <br><br> Hearing: July 27, 2026, 10:00 a.m. <br> Hon. Christina A. Snyder |

1

DECLARATION ISO REPLY REGARDING MOTION FOR LEAVE (DKT. 199)

I, Andrew Paul Williams, declare:

1.  I am the defendant, counterclaimant, cross-claimant, and third-party plaintiff in this action. I am over eighteen years of age and competent to testify to the matters stated herein. If called as a witness, I could and would testify competently thereto. My mailing address is 12641 Antioch Road, Suite #1045, Overland Park, Kansas 66213.

2.  I make this declaration in support of my Reply in Support of my Motion for Leave to File Second Amended Answer, Affirmative Defenses, Counterclaim, Cross-Claim, and Third-Party Complaint (Dkt. 199).

**PRIOR EXCHANGED DISCOVERY**

3.  On June 22, 2026, I executed Attachment A to the Stipulated Protective Order (Dkt. 115) and circulated my signed copy to all counsel, requesting access to all discovery already exchanged in this case.

4.  On June 30, 2026, I sent a formal L.R. 37-1 letter to all counsel requesting prior exchanged discovery by noon Eastern Time on July 1, 2026.

5.  As of the date of this declaration, I have received none of Ascentium's written discovery responses or document productions to Washworld, none of Washworld's October 14, 2025 interrogatory responses, November 21, 2025 document production, or December 31, 2025 supplements, and none of Ortiz's written discovery responses exchanged with other parties.

6.  Washworld's Motion for Summary Judgment (Dkt. 192) and Motion to Dismiss (Dkt. 194) rely on that withheld material. I cannot fairly litigate Foman prejudice factors on Dkt. 199 while the record remains asymmetric.

2

DECLARATION ISO REPLY REGARDING MOTION FOR LEAVE (DKT. 199)

**CHAPTER 7 REOPEN AND ABANDONMENT**

7. On July 16, 2026, I filed motions in the United States Bankruptcy Court for the Southern District of California, Case No. 24-03761-CL7, to reopen my Chapter 7 case under 11 U.S.C. section 350(b) and to compel abandonment of property under section 554(b). The motions and supporting papers appear on that court's docket as Documents 20 through 25.

8. Several claims in Dkt. 186 and in the lodged Second Amended pleading (Dkt. 199-1) implicate estate property and standing. Ruling on Rule 15 leave before the bankruptcy court acts on the pending reopen and abandonment motions risks inconsistent rulings on the same property interests.

**COMBINED HEARING AND OPPONENT POSTURE**

9. On July 2, 2026, the Court set a combined hearing for July 27, 2026, on Dkts. 192, 194, and 199 (Dkt. 201). Washworld filed a Response to my leave motion on July 10, 2026 (Dkt. 207), with a supporting declaration (Dkt. 207-1). My reply is due July 17, 2026.

10. Jose Rene Ortiz answered Dkt. 186 on July 2, 2026 (Dkt. 202). Car Wash Management, LLC (Delaware) appeared through counsel Thomas Sands and answered (Dkts. 196, 197).

11. A true and correct timeline of the events above is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 17, 2026.

/s/ Andrew P. Williams

Andrew Paul Williams

3

DECLARATION ISO REPLY REGARDING MOTION FOR LEAVE (DKT. 199)