# EXHIBIT A
# RULE 15 AND COMBINED-HEARING TIMELINE

| Date | Event | Docket |
|---|---|---|
| 06/10/2026 | Williams files First Amended Answer, etc. | Dkt. 186 |
| 06/22/2026 | Williams signs Protective Order (Attachment A) | Dkt. 115 |
| 06/24/2026 | Washworld files MSJ re Ortiz crossclaim | Dkt. 192 |
| 06/28-29/2026 | Williams files Motion for Leave (Second Amended) | Dkt. 199 |
| 06/28-29/2026 | Lodged Second Amended pleading (not yet filed) | Dkt. 199-1 |
| 07/02/2026 | Court sets combined hearing 7/27 for 192/194/199 | Dkt. 201 |
| 07/02/2026 | Ortiz answers | Dkt. 186 Dkt. 202 |
| 07/06/2026 | Williams timely opposes Dkts. 192 and 194 | Dkt. 210 |
| 07/10/2026 | Washworld Response to leave motion (soft oppose) | Dkt. 207 |
| 07/10/2026 | Gannon Declaration ISO Washworld Response | Dkt. 207-1 |
| 07/16/2026 | Williams files Chapter 7 reopen/abandonment papers Bk. Docs. 20-25 | |
| 07/17/2026 | Williams reply ISO | Dkt. 199 due Dkt. 201 |
| 07/27/2026 | Combined hearing (Dkts. 192, 194, 199) | Dkt. 201 |

Related bankruptcy proceedings: In re Andrew Paul Williams, Case No. 24-03761-CL7, motions and supporting papers at Docs. 20-25; fee entries at Docs. 26-27.