Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Pro Se Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, et al.,<br><br>Defendants. | Case No. 2:25-cv-00359-CAS-KSx<br><br>**CERTIFICATE OF SERVICE**<br>**REPLY REGARDING MOTION FOR LEAVE**<br>**(DKT. 199)**<br><br>Hon. Christina A. Snyder |

1

CERTIFICATE OF SERVICE (REPLY REGARDING DKT. 199)

I, Andrew Paul Williams, certify that on July 17, 2026, I served the following documents on all parties listed below:

- Declaration of Andrew P. Williams in Support of Reply ISO Motion for Leave (Dkt. 199), with Exhibit A

- Reply in Support of Motion for Leave to File Second Amended Answer, Affirmative Defenses, Counterclaim, Cross-Claim, and Third-Party Complaint (Dkt. 199)

BY CM/ECF OR EDSS: I submitted the documents to the Clerk through CM/ECF or, if CM/ECF was not authorized, through the Electronic Document Submission System (EDSS). Registered CM/ECF users will be served by Notice of Electronic Filing when the Clerk posts the filing.

BY EMAIL (courtesy copy on submission date):

Andrew K. Alper, Esq. .................... aalper@frandzel.com

Rebecca Santamaria, Esq. ................. rsantamaria@frandzel.com

Michael D. Gannon, Esq. .................. mgannon@bakerlaw.com

Katharine H. Walton, Esq. ................ kwalton@bakerlaw.com

Xitlaly Estrada, Esq. ..................... xestrada@bakerlaw.com

Ava Claypool, Esq. ........................ aclaypool@bakerlaw.com

Lisa Mitts Patrick, Esq. ................... lolmp2021@gmail.com

Thomas D. Sands, Esq. (CWM Delaware) ....... INFO@TSLG.LAW

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 17, 2026.

/s/ Andrew P. Williams

Andrew Paul Williams

2

CERTIFICATE OF SERVICE (REPLY REGARDING DKT. 199)