Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Pro Se Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, et al.,<br><br>Defendants. | Case No. 2:25-cv-00359-CAS-KSx<br><br>**DECLARATION OF ANDREW P. WILLIAMS**<br><br>**IN SUPPORT OF OPPOSITION TO REGIONS BANK MTD (DKT. 204)**<br><br>Hearing: August 10, 2026, 10:00 a.m.<br>Courtroom 8D<br>Hon. Christina A. Snyder |

1

DECLARATION ISO OPPOSITION TO DKT. 204

I, Andrew Paul Williams, declare:

1.  I am the defendant, counterclaimant, cross-claimant, and third-party plaintiff in this action. I am over eighteen years of age and competent to testify to the matters stated herein. If called as a witness, I could and would testify competently thereto. My mailing address is 12641 Antioch Road, Suite #1045, Overland Park, Kansas 66213.

2.  I make this declaration in support of my Opposition to Regions Bank's Motion to Dismiss Williams's Counterclaim (Dkt. 204).

## CHAPTER 7 REOPEN AND ABANDONMENT

3.  I am the debtor in United States Bankruptcy Court for the Southern District of California, Case No. 24-03761-CL7.

4.  On July 16, 2026, I filed motions in that case to reopen under 11 U.S.C. section 350(b) and to compel abandonment under section 554(b). The motions and supporting papers appear on that court's docket as Documents 20 through 25.

5.  Filing fees associated with those motions were paid on July 16, 2026. The fee receipts appear as Documents 26 and 27 (Receipt 303391), totaling $459.

6.  As of the date of this declaration, the bankruptcy court has not entered an order granting or denying the reopen or abandonment motions, and a hearing date has not yet been set. I do not claim that abandonment has already been granted.

7.  A true and correct printout reflecting Documents 20 through 27 on the bankruptcy docket is attached as Exhibit A.

## MEET AND CONFER AND PLEADING STATUS

8.  I conferred with counsel for Regions Bank regarding the First Amended pleading (Dkt. 186) and a proposed Second Amended pleading. I circulated a stipulation for leave. Washworld and Ortiz counsel did not agree to sign. I then

DECLARATION ISO OPPOSITION TO DKT. 204

filed my Motion for Leave (Dkt. 199), which remains pending and is set for hearing on July 27, 2026 (Dkt. 201).

9.  Regions Bank and I entered a stipulation extending the Bank's deadline to respond to Dkt. 186 to July 10, 2026. The Bank filed Dkt. 204 on July 8, 2026.

10. Car Wash Management, LLC (Delaware) has appeared in this action through counsel Thomas Sands (Dkts. 196, 197). I do not appear as counsel for CWM.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 20, 2026.

/s/ Andrew P. Williams

Andrew Paul Williams

3

DECLARATION ISO OPPOSITION TO DKT. 204