**EXHIBIT A**
**CHAPTER 7 DOCKET SUMMARY - DOCS. 20 THROUGH 27**
**In re Andrew Paul Williams, Case No. 24-03761-CL7**
**U.S. Bankruptcy Court, Southern District of California**
**Filed: July 16, 2026**

| Doc. | Event |
| --- | --- |
| 20 | Motion to Reopen Ch.7 (CSD 1489) / 11 U.S.C. 350(b) |
| 21 | Declaration ISO motion to reopen |
| 22 | Motion to Compel Abandonment / 11 U.S.C. 554(b) |
| 23 | Declaration ISO reopen and compel abandonment |
| 24 | CSD 5013 (GO 210) AI disclosure re Docs. 20-23 |
| 25 | Notice of Motion re Doc. 20; hearing TBD |
| 26 | Fee receipt $260 (Receipt 303391) |
| 27 | Fee receipt $199 (Receipt 303391) |

Total fees paid July 16, 2026: $459. As of the supporting declaration date, no order granting or denying reopen or abandonment has been entered, and no hearing date has been set. This Exhibit identifies the filings; it does not assert that abandonment has already been granted.