Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Pro Se Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL, | Case No. 2:25-cv-00359-CAS-KSx |
| Plaintiff, | **CERTIFICATE OF SERVICE OPPOSITION TO DKT. 204** |
| v. | Hon. Christina A. Snyder |
| CAR WASH MANAGEMENT, LLC, et al., | |
| Defendants. | |

1

CERTIFICATE OF SERVICE (OPPOSITION TO DKT. 204)

I, Andrew Paul Williams, certify that on July 17, 2026, I served the following documents on all parties listed below:

- Declaration of Andrew P. Williams in Support of Opposition to Regions Bank's Motion to Dismiss (Dkt. 204), with Exhibit A

- Andrew P. Williams's Opposition to Regions Bank's Motion to Dismiss Williams's Counterclaim (Dkt. 204)

- [Proposed] Order Denying Regions Bank's Motion to Dismiss, or in the Alternative Granting Limited Relief Without Prejudice

BY CM/ECF: I submitted the documents to the Clerk through CM/ECF. Registered CM/ECF users will be served by Notice of Electronic Filing when the Clerk posts the filing.

BY EMAIL (courtesy copy on submission date):

Andrew K. Alper, Esq. .................... aalper@frandzel.com

Rebecca Santamaria, Esq. ................. rsantamaria@frandzel.com

Michael D. Gannon, Esq. .................. mgannon@bakerlaw.com

Katharine H. Walton, Esq. ................ kwalton@bakerlaw.com

Xitlaly Estrada, Esq. ..................... xestrada@bakerlaw.com

Ava Claypool, Esq. ........................ aclaypool@bakerlaw.com

Lisa Mitts Patrick, Esq. ................... lolmp2021@gmail.com

Thomas D. Sands, Esq. (CWM Delaware) ....... INFO@TSLG.LAW

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 17, 2026.

/s/ Andrew P. Williams

Andrew Paul Williams

2

CERTIFICATE OF SERVICE (OPPOSITION TO DKT. 204)