Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-979-8430
Email:      *xestrada@bakerlaw.com*
            *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone:  312-416-6200
Email:      *mgannon@bakerlaw.com*
            *kwalton@bakerlaw.com*

*Attorney for*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

REGIONS BANK, dba ASCENTIUM CAPITAL,

        Plaintiff,

        v.

CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,

        Defendants.

JOSE RENE ORTIZ,

        Cross Claimant,

        v.

ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive,

        Cross Defendants.

**CASE NO.: 2:25-CV-00359-CAS-KS**

**DECLARATION OF MICHAEL GANNON IN SUPPORT OF EX PARTE APPLICATION**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

WASHWORLD, INC.,

     Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

     Counter Defendant.

WASHWORLD, INC.,

     Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

     Cross Defendant.

ANDREW PAUL WILLIAMS,

     Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

    v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50.

     Counter Defendants, Cross-Defendants, and Third-Party Defendants.

2

**<u>DECLARATION OF MICHAEL GANNON</u>**

I, Michael Gannon, declare as follows:

1. I am an attorney at law duly licensed to practice law in Illinois, admitted *pro hac vice* in this matter. I am a partner at the law firm of Baker & Hostetler, LLP, counsel of record for WASHWORLD, INC. ("Washworld") in the above-captioned matter. I make this declaration in support of Washworld's Ex Parte Application. If called upon to do so, I could and would competently testify of my own personal knowledge as follows.

2. On July 17, 2026, at 8:19 AM PT, I emailed counsel for Ortiz requesting a meet and confer regarding Washworld's anticipated ex parte application.

3. At 10:56 AM PT, counsel for Ortiz responded that she was unavailable to confer that day, requested that Washworld state the basis for its anticipated application in writing, and indicated that, if Washworld intended to file a motion, it should do so.

4. At 11:26 AM PT, I responded by describing the substance of Washworld's anticipated ex parte application, advising that Washworld expected to file the application that day or on the following business day, and informing Ortiz's counsel that Ortiz would have forty-eight (48) hours from service of the moving papers to file and serve any opposition. I further advised that I remained available to discuss the matter that day.

5. Ortiz's counsel did not respond further, and no meet and confer occurred.

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct.

Executed on this 17th day of July, 2026, at Chicago, Illinois.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DECLARATION OF MICHAEL GANNON
CASE NO.: 2:25-CV-00359-CAS-KS

Dated:  July 17, 2026

**BAKER & HOSTETLER LLP**


By:    _/s/ Michael Gannon_
Michael Gannon


_Attorneys for_ WASHWORLD, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2

## CERTIFICATE OF SERVICE

I am employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One North Wacker Drive, Suite 3700, Chicago, IL 60606. On July 17, 2026, I served a copy of the within document(s):

## DECLARATION OF MICHAEL GANNON

☑ **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below.

Andrew K. Alper (SBN 088876)
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017
Telephone:  323-852-1000
Facsimile:   323-651-2577
Email:       *aalper@frandzel.com*

*Attorneys for Plaintiff*
REGIONS BANK

Lisa Mitts Patrick (SBN 134522)
**LAW OFFICE OF LISA MITTS PATRICK**
112 E. Amerige Ave., Suite 313
Fullerton, CA 92832
Telephone:  714-990-3693
Facsimile:   657-234-0012
Email:       *lolmp2021@gmail.com*

*Attorneys for Defendant and Cross Defendant*
JOSE RENE ORTIZ

Thomas D. Sands, Esq (SBN 279020)
**THE SANDS LAW GROUP, APLC**
205 S. Broadway, Suite 608
Los Angeles, CA 90012
Tel: (213) 788-4412
Email: info@tslg.law

*Attorneys for* CAR WASH MANAGEMENT, LLC

Andrew Williams
12641 Antioch Rd. Suite # 1045
Overland Park, KS 66213-1701
andrew@carwashmgmt.com

Pro Se

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

3

DECLARATION OF MICHAEL GANNON
CASE NO.: 2:25-CV-00359-CAS-KS

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on July 17, 2026, at Chicago, Illinois.

*/s/ Katharine Walton*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

4

DECLARATION OF MICHAEL GANNON
CASE NO.: 2:25-CV-00359-CAS-KS