Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-979-8430
Email:      *xestrada@bakerlaw.com*
            *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone:  312-416-6200
Email:      *mgannon@bakerlaw.com*
            *kwalton@bakerlaw.com*

*Attorney for*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO.: 2:25-CV-00359-CAS-KS**<br><br>**DECLARATION OF KATHARINE H. WALTON IN SUPPORT OF EX PARTE APPLICATION** |
| JOSE RENE ORTIZ,<br><br>Cross Claimant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive,<br><br>Cross Defendants. | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

WASHWORLD, INC.,

          Counter Plaintiff,

     v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

          Counter Defendant.

---

WASHWORLD, INC.,

          Cross Claimant,

     v.

CAR WASH MANAGEMENT, LLC,

          Cross Defendant.

---

ANDREW PAUL WILLIAMS,

          Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

     v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50.

          Counter Defendants, Cross-Defendants, and Third-Party Defendants.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECLARATION OF KATHARINE H. WALTON
CASE NO.: 2:25-CV-00359-CAS-KS

# DECLARATION OF KATHARINE H. WALTON

I, Katharine H. Walton, declare as follows:

1. I am an attorney at law duly licensed to practice law in Illinois, admitted *pro hac vice* in this matter. I am an associate at the law firm of Baker & Hostetler, LLP, counsel of record for WASHWORLD, INC. ("Washworld") in the above-captioned matter. I make this declaration in support of Washworld's Ex Parte Application. If called upon to do so, I could and would competently testify of my own personal knowledge as follows.

2. On September 8, 2025, the Court entered a scheduling order governing discovery and case deadlines. (Dkt. 79.)

3. The fact-discovery cutoff in this action was June 30, 2026. (Dkt. 112.)

4. On or about June 12, 2026, the parties stipulated to extend certain deadlines and provide additional time for discovery. (Dkt. 183.)

5. Since entry of the September 8, 2025 scheduling order and through the original June 30, 2026 fact-discovery cutoff, Ortiz did not serve interrogatories, requests for production, or requests for admission on any party.

6. Since entry of the September 8, 2025 scheduling order and through the original June 30, 2026 fact-discovery cutoff, Ortiz did not notice or schedule the deposition of any party or witness.

7. Ortiz did not produce a single document in response to Washworld's requests for production.

8. On July 2, 2026, counsel for Ortiz emailed regarding Washworld's Motion for Summary Judgment. In that email, counsel asserted that the motion was premature because discovery had not been completed, no depositions had occurred, and Williams had recently appeared in the action. Counsel also stated that Ortiz would need to spend time responding to the motion the following week and requested that Washworld withdraw the motion.

9. On July 6, 2026, I responded and declined to withdraw the motion. A

1

true and correct copy of that correspondence is attached as **Exhibit A**.

10.    Based on the foregoing, Ortiz was aware of Washworld's Motion for Summary Judgment, the basis on which he intended to oppose the motion, and the deadline for filing an opposition before that deadline expired.

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct.

Executed on this 17th day of July, 2026, at Chicago, Illinois.

Dated:  July 17, 2026                    **BAKER & HOSTETLER LLP**


By:    */s/ Katharine Walton*
       Katharine Walton

       *Attorneys for* WASHWORLD, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2

# CERTIFICATE OF SERVICE

I am employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One North Wacker Drive, Suite 3700, Chicago, IL 60606. On July 17, 2026, I served a copy of the within document(s):

### DECLARATION OF KATHARINE H. WALTON

☑ **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below.

Andrew K. Alper (SBN 088876)
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017
Telephone:  323-852-1000
Facsimile:  323-651-2577
Email:      *aalper@frandzel.com*

*Attorneys for Plaintiff*
REGIONS BANK

Lisa Mitts Patrick (SBN 134522)
**LAW OFFICE OF LISA MITTS PATRICK**
112 E. Amerige Ave., Suite 313
Fullerton, CA 92832
Telephone:  714-990-3693
Facsimile:  657-234-0012
Email:      *lolmp2021@gmail.com*

*Attorneys for Defendant and Cross Defendant*
JOSE RENE ORTIZ

Thomas D. Sands, Esq (SBN 279020)
**THE SANDS LAW GROUP, APLC**
205 S. Broadway, Suite 608
Los Angeles, CA 90012
Tel: (213) 788-4412
Email: info@tslg.law

*Attorneys for* CAR WASH MANAGEMENT, LLC

Andrew Williams
12641 Antioch Rd. Suite # 1045
Overland Park, KS 66213-1701
andrew@carwashmgmt.com

Pro Se

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

3

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on July 17, 2026, at Chicago, Illinois.

*/s/ Katharine Walton*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

4

# EXHIBIT A

**From:**     Walton, Katharine
**To:**       Lisa Patrick; Gannon, Michael D.
**Subject:**  RE: Regions Bank v. Car Wash Management, Williams, Ortiz/Washworld - Your Summary Judgment Motion
**Date:**     Monday, July 6, 2026 8:45:50 AM

Lisa,

As you know, the standard governing a motion to dismiss under Rule 12 is different from the standard governing a motion for summary judgment under Rule 56. The fact that the Court previously addressed certain legal issues at the pleading stage does not preclude summary judgment where the evidentiary record demonstrates the absence of a genuine dispute of material fact. To the extent you contend that disputed facts exist, you are, of course, free to present your evidence and arguments in opposition to the motion.

Accordingly, we do not intend to withdraw the motion. We believe the motion is properly before the Court, and the Court can determine, based on the parties' submissions, whether any genuine dispute of material fact exists.

Moreover, we are not aware of any authority that would support an award of attorneys' fees merely because a party opposes the substance of a summary judgment motion or disagrees with its timing. If you believe such authority exists, please feel free to provide it.

Finally, Washworld reserves its right to seek its attorney's fees for having to litigate this baseless claim.

Best,
Kat

---

**From:** Lisa Patrick <lolmp2021@gmail.com>
**Sent:** Thursday, July 2, 2026 6:34 PM
**To:** Walton, Katharine <kwalton@bakerlaw.com>; Gannon, Michael D. <mgannon@bakerlaw.com>
**Subject:** Regions Bank v. Car Wash Management, Williams, Ortiz/Washworld - Your Summary Judgment Motion

[External Email: Use caution when clicking on links or opening attachments.]

Ms. Walton and Mr. Gannon,

I just wanted to propose to you that you withdraw your Motion for Summary Judgment before we must spend an inordinate amount of time responding as we will need to next week.

As you know, most of the legal issues were already addressed by the Court in prior Motions. Furthermore, clearly there is no 'undisputed' material fact in this matter, especially at present. In fact with the introduction of Williams (finally) into the matter, the allegations of fact are

completely different. His verified Answer with over 160 pages of 'fact' supports that. Without having deposed any single one of the various parties in this matter which we would have done had Williams entry not derailed it all, It is highly doubtful that the Court would grant this in the middle of new parties and new evidence and even new third parties/witnesses that may also shed some more light on the complexities of this transaction.

When Mr. Gannon and I spoke pre-filing (as a frankly useless meet and confer), we discussed this vaguely and our intent to oppose, but Williams had not as of then been in. He and now even a new attorney for CWM,  have complicated matters more. Summary Judgment may be appropriate when the facts are not in dispute and the law is arguably clear, but it is not appropriate in this case now.

Based on the forthcoming due dates and very short time in which to respond, I would highly encourage you to voluntarily withdraw the Motion, understanding that you may indeed wish to file it again in the future, now that all of the relative dates have been also extended. We too might even agree to dismiss Washworld after discovery and affirm that it is warranted.

Please confirm your choice or we will assume you understand we will be seeking attorneys fees this time for the necessity to have responded to something filed prematurely.


/s/


Lisa Mitts Patrick

Attorney at Law

112 E. Amerige Ave., Ste 313
Fullerton, CA 92832
Phone: 714-990-3693
Fax: 657-234-0012
Email: lolmp2021@gmail.com