# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive,<br>Defendants. | Case No.: 2:25-cv-00359-CAS-KS<br><br>**[PROPOSED] ORDER GRANTING WASHWORLD, INC.'S EX PARTE APPLICATION** |
| JOSE RENE ORTIZ,<br><br>Cross Complainant,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,<br><br>Cross Defendants. | |
| WASHWORLD, INC.,<br><br>Counter Plaintiff, | |

126236.000006\4936-7471-3790.1

v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

Counter Defendant.

WASHWORLD, INC.,

        Cross Claimant,

v.

CAR WASH MANAGEMENT, LLC,

        Cross Defendant.

---

ANDREW PAUL WILLIAMS,

        Counter Claimant,
        Cross-Claimant, and
        Third-Party Plaintiff,

v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50.

        Counter Defendants,
        Cross-Defendants, and
        Third-Party Defendants.

– 2 –

[PROPOSED] ORDER
CASE NO.: 2:25-CV-00359-CAS-KS

126236.000006\4936-7471-3790.1

The Court, having considered Washworld, Inc.'s Ex Parte Application Pursuant to Rule 7-19 Regarding Ortiz's Untimely Opposition to Washworld's Motion for Summary Judgment and any opposition thereto, the records on file in this proceeding, rules as follows:

The Court, finding good cause therefor, hereby **GRANTS** the Application and **IT IS HEREBY ORDERED** that Ortiz's opposition and supporting papers are stricken.

Dated: _____    _____

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER
CASE NO.: 2:25-CV-00359-CAS-KS

126236.000006\4936-7471-3790.1