Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff and Counter-Defendant, Regions Bank An Alabama State Bank dba Ascentium Capital and Third-Party Defendant Peter Matheny

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC,  a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendant.<br><br>JOSE RENE ORTIZ,<br><br>Cross-Complaint,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD. INC.. and ROES 1 to | Case No.  2:25-cv-00359 CAS (KSx)<br><br>**REGIONS BANK'S REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH THIRD PARTY, PETER MATHENY'S MOTION TO QUASH SERVICE OF FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIM, CROSS-CLAIMS AND THIRD PARTY COMPLAINT (F.R.C.P. Rule 4(e)(2)(A)Rule 12(b)(4) and (5)**<br><br>*Filed concurrently with Notice of Motion and Motion to Quash; Declarations of Peter Matheny and Andrew K. Alper; and Proposed Order*<br><br>Date:    August 24, 2026<br>Time:    10:00 a.m.<br>Crtrm.:  8D |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

6007870v2 | 100287-0289

REGIONS BANK'S REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH THIRD PARTY, PETER MATHENY'S MOTION TO QUASH SERVICE

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

35, inclusive,

        Cross Defendants.

WASHWORLD, INC.,

        Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

        Cross Defendants.

WASHWORLD, INC.,

        Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

        Cross Defendant.

ANDREW PAUL WILLIAMS,

        Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

    v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.

        Counter Defendants, Cross-Defendants, and Third-Party Defendants,

6007870v2 | 100287-0289

2

REGIONS BANK'S REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH THIRD PARTY, PETER MATHENY'S MOTION TO QUASH SERVICE

TO THE COURT, TO THIRD PARTY COMPLAINANT ANDREW P. WILLIAMS AND TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on August 24, 2026, at 10:00 a.m. or as soon thereafter as counsel may be heard in the above-entitled Court located at 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565 in Courtroom 8D of the Honorable Christina Snyder, Third Party Defendant Peter Matheny ("Matheny") will and does hereby move this Court for an order quashing the service of the First Amended Answer, Affirmative Defenses, Counterclaim, Cross-claims, and Third Party Claims ("Third Party Complaint") filed by Defendant, Cross-defendant, Counter-claimant and Third Party Claimant Andrew P. Williams ("Williams") as a result of lack of personal service in accordance with F.R.C.P. Rule 4(e)(2)(A) Rule 12(b)(4) and (5).

In connection with the Motion to Quash, Plaintiff hereby requests that the court take judicial notice of the following pleadings filed in this action in accordance with Federal Rules Of Evidence Rule 201 as follows:

1.    Proof of Service of "Summons" filed by Car Wash Management as to Matheny [Docket number 206];

2.    Notice of Motion and Motion of Counter-Defendant Regions Bank to Dismiss Counterclaim for Failure to State a Claim Upon Which Relief Can Be Granted and Motion For A More Definite Statement filed by Regions Bank [Docket number 204];

3.    Defendant, Cross-defendant, Cross-complainant and Third Party Claimant Andrew P. Williams' First Amended Answer, Affirmative Defenses, Counterclaim, Cross-Claim, And Third Party Complaint filed by Andrew P. Williams [Docket number 186];

4.    First Amended Complaint filed by Plaintiff Regions Bank [Docket number 154];

5.    Notice of Motion and Motion to Dismiss case filed by Washworld, Inc.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

6007870v2 | 100287-0289                              3

[Docket number 194];

    6.    Declaration of Jerry Noon filed by Regions Bank [Docket Number 71-2].

DATED: July 20, 2026         FRANDZEL ROBINS BLOOM & CSATO, L.C.


By: _____
    ANDREW K. ALPER
    Attorneys for Plaintiff and Counter-
    defendant, Regions Bank,
    an Alabama State Bank dba Ascentium
    Capital and Third Party Defendant Peter
    Matheny

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

REGIONS BANK'S REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH THIRD PARTY, PETER MATHENY'S MOTION TO QUASH SERVICE

**PROOF OF SERVICE**

**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On July 20, 2026, I served true copy(ies) of the **REGIONS BANK'S REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH THIRD PARTY, PETER MATHENY'S MOTION TO QUASH SERVICE OF FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIM, CROSS-CLAIMS AND THIRD PARTY COMPLAINT (F.R.C.P. Rule 4(e)(2)(A)Rule 12(b)(4) and (5)**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid via First Class Mail. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 20, 2026, at Los Angeles, California.

_____
Lexi Villarreal

<div style="writing-mode: vertical">FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000</div>

6007870v2 | 100287-0289

5

REGIONS BANK'S REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH THIRD PARTY, PETER MATHENY'S MOTION TO QUASH SERVICE

**SERVICE LIST**
**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

| | |
|---|---|
| Michael D. Gannon (pro hac vice)<br>Katharine H. Walton-(pro hac vice)<br>BakerHostetler<br>One North Wacker Drive, Suite 3700<br>Chicago, IL 60606-2859 | Tel:   312-416-8187<br>Email:      mgannon@bakerlaw.com<br>          kwalton@bakerlaw.com<br><br>Attorneys for Defendant Washworld, Inc. |
| Katharine Walton<br>Michael D. Gannon<br>Xitlaly Estrada<br>Ava Claypool<br>Baker & Hostetler LLP<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067-4301 | Tel:   310-442-8878<br>Email: : mgannon@bakerlaw.com,<br>          kwalton@bakerlaw.com<br>          xestrada@bakerlaw.com<br>          aclaypool@bakerlaw.com<br><br>Attorneys for Defendant Washworld, Inc. |
| Lisa Mitts Patrick, Esq.<br>The Law Office Of Lisa Mitts Patrick<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832 | Tel: 714-990- 3693<br>Fax: 657-234 - 0012<br>Email:      lolmp2021@gmail.com<br><br>Attorneys for Defendant and Cross-Complainant Jose Rene Ortiz, aka Jose R. Ortiz, aka Jose Ortiz, an individual |
| Thomas D. Sands<br>The Sands Law Group, APLC<br>205 S Broadway Ste 608<br>Los Angeles, CA 90012 | Tel: 213-788-4412<br>Fax: 833-329-7263<br><br>Email: info@tslg.law<br><br>Attorneys for CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company |
| Andrew Paul Williams<br>12641 Antioch Rd. Suite # 1045<br>Overland Park, KS 66213-1701 | Tel: 619-796-6469<br>Email:<br>          andrew@carwashmgmt.com<br><br>Pro Per |

FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR<br>LOS ANGELES, CALIFORNIA 90017-2427<br>(323) 852-1000

6007870v2 | 100287-0289

6

REGIONS BANK'S REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH THIRD PARTY, PETER MATHENY'S MOTION TO QUASH SERVICE