Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff and Counter-
Defendant, Regions Bank An Alabama
State Bank dba Ascentium Capital

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>        Plaintiff,<br><br>    v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC,  a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>        Defendant.<br><br>_____<br><br>JOSE RENE ORTIZ,<br><br>        Cross-Complaint,<br><br>    v.<br><br>ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD. INC.. and ROES 1 to | Case No.  2:25-cv-00359 CAS (KSx)<br><br>**[PROPOSED] ORDER GRANTING PETER MATHENY'S MOTION TO QUASH SERVICE OF FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIM, CROSS-CLAIMS AND THIRD PARTY COMPLAINT**<br><br>*Filed concurrently with Notice of Motion and Motion to Quash; Declarations of Peter Matheny and Andrew K. Alper and Request for Judicial Notice*<br><br>Date:    August 24, 2026<br>Time:    10:00 a.m.<br>Crtrm.:  8D |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

35, inclusive,

   Cross Defendants.

WASHWORLD, INC.,

   Counter-Claimant,

  v.

REGIONS BANK D/B/A ASCENTIUM CAPITAL,

   Counter-Defendant

WASHWORLD, INC.,

   Cross-Claimant,

  v.

CAR WASH MANAGEMENT LLC

   Cross-Defendant.

ANDREW PAUL WILLIAMS,

   Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

  v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.

   Counter Defendants, Cross-Defendants, and Third-Party Defendants.

The Court, having considered Third Party Defendant Peter Matheny's Motion For an Order Quashing the Service of the First Amended Answer, Affirmative Defenses, Counterclaim, Cross-claims, and Third Party Claims filed by Defendant, Cross-defendant, Counter-claimant and Third Party Claimant Andrew P. Williams, the opposition and reply thereto, the records on file in this proceeding, matters of which Judicial Notice have been requested and any argument presented on the motion, rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Peter Matheny's Request for Judicial Notice is granted as requested;

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Motion to Quash is GRANTED for the reasons set forth in Third Party Peter Matheny's Motion and the service of any Summons, or Complaint, or First Amended Answer, Affirmative Defenses, Counterclaim, Cross-claims, and Third Party Claim on Peter Matheny by Andrew Williams is quashed as a result of lack of personal service in accordance with F.R.C.P. Rule 4(e)(2)(A) Rule 12(b)(4) and (5).

DATED: _____, 2026

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

6009099v2 | 100287-0289

3

[PROPOSED] ORDER GRANTING PETER MATHENY MOTION TO QUASH