UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**          **'O'**

| Case No. | 2:25-cv-00359-CAS-KSx | Date | July 22, 2026 |
|----------|------------------------|------|---------------|
| Title | Regions Bank v. Car Wash Management, LLC et al. | | |

**Present: The Honorable   CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|-----------------|-------------|-----|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - DEFENDANT ANDREW PAUL WILLIAMS' MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT (Dkt. 199, filed on June 28, 2026)

DEFENDANT WASHWORLD, INC.'S MOTION TO DISMISS ANDREW P. WILLIAMS'S FIRST AMENDED COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT (Dkt. 194, filed on June 24, 2026)

MOTION OF COUNTERDEFENDANT REGIONS BANK TO DISMISS ANDREW P. WILLIAMS COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND MOTION FOR A MORE DEFINITE STATEMENT (F.R.C.P. Rule 12(b)(1) and (e); MOTION TO STRIKE (Rule 12(f)); AND FOR LACK OF STANDING PURSUANT TO F.R.C.P. Rule 17) (Dkt. 204, filed on July 8, 2026)

## I.     INTRODUCTION

The Court finds that the instant motions are appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15.  Accordingly, the matter is hereby taken under submission.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL        'O'

| Case No. | 2:25-cv-00359-CAS-KSx | Date | July 22, 2026 |
|---|---|---|---|
| Title | Regions Bank v. Car Wash Management, LLC et al. | | |

On January 14, 2025, plaintiff Regions Bank, an Alabama State Bank doing business as Ascentium Capital ("Plaintiff" or "Ascentium" or "Regions Bank") filed this action against Car Wash Management, LLC of Delaware ("CWM"), Car Wash Management LLC of Hawaii, West Covina Car Wash LLC (WCCW), Jose Rene Ortiz ("Ortiz"), Andrew Paul Williams ("Williams"), Washworld, Inc. ("Washworld"), and Does 1-100. Plaintiff alleges seven claims for relief: (1) breach of equipment finance agreement against CWM; (2) breach of guaranty against Ortiz; (3) breach of guaranty against WCCW; (4) fraud/concealment against CWM, Williams, Ortiz, and Does 1-10; (5) recovery of money paid by mistake and unjust enrichment against Washworld; (6) breach of contract against Washworld; (7) money had and received against Washworld. Dkt. 1 ("Compl.").

On July 16, 2025, defendant Jose Ortiz filed an answer. Dkt. 54. The same day, Ortiz filed a cross-complaint against Car Wash Management, LLC of Hawaii, CWM, Washworld, WCCW, Williams, and Roes 1-35. Dkt. 55.

On August 15, 2025, defendant Washworld filed a motion to dismiss the claims asserted against it by plaintiff. Dkt. 67. On September 25, 2025, the Court denied Washworld's motion to dismiss plaintiff's complaint. Dkt. 86.

On October 10, 2025, Washworld filed an answer to plaintiff's complaint, along with counterclaims against plaintiff. Dkt. 88 ("Counter-Compl.").

On October 28, 2025, plaintiff filed a motion to dismiss the counterclaims asserted against it by Washworld. Dkt. 102 ("Mot"). On November 25, 2025, the Court granted plaintiff's motion to dismiss Washworld's counterclaims for breach of contract and breach of the implied covenant of good faith and fair dealing, with leave to amend. The Court denied plaintiff's motion to dismiss Washworld's counterclaim for negligence. Dkt. 121.

On December 31, 2025, Washworld filed a first amended answer to plaintiff's complaint, along with counterclaims against plaintiff for breach of the implied covenant of good faith and fair dealing, negligence, and negligent misrepresentation. Dkt. 130 ("Washworld First Amended Counter-Compl." or "Washworld FACC").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**          **'O'**

| Case No. | 2:25-cv-00359-CAS-KSx | Date | July 22, 2026 |
|---|---|---|---|
| Title | Regions Bank v. Car Wash Management, LLC et al. | | |

On January 20, 2026, plaintiff filed a motion to dismiss Washworld's First Amended Counter-Complaint. Dkt. 134. On February 11, 2026, the Court denied plaintiff's motion. Dkt. 142.

On February 20, 2026, plaintiff filed an answer to Washworld's First Amended Counter-Complaint. Dkt. 145.

On February 23, 2026, plaintiff filed a motion for leave to file a First Amended Complaint ("FAC"). Dkt. 146. On March 16, 2026, the Court granted plaintiff's motion. Dkt. 153.

On March 17, 2026, plaintiff filed its First Amended Complaint. Dkt. 154 ("FAC"). Plaintiff's FAC adds an eighth claim for conversion against Washworld. Id. at 16-17. On March 31, 2026, Washworld filed a motion to dismiss plaintiff's eighth claim for conversion against Washworld. Dkt. 155. On April 29, 2026, the Court granted Washworld's motion to dismiss plaintiff's conversion claim, with prejudice. Dkt. 167.

On May 12, 2026, plaintiff filed proof of service of its operative FAC on defendant Andrew Paul Williams. Dkt. 173.

On May 27, 2026, Williams, pro se, filed an answer to plaintiff's operative FAC, along with affirmative defenses, counterclaims, crossclaims, and a third-party complaint. Dkt. 177. On June 10, 2026, Williams, pro se, filed a first amended answer, affirmative defenses, counterclaims, crossclaims, and a third-party complaint. Dkt. 186 ("Williams' First Amended Answer" or "Williams' FAA"). In his First Amended Answer, Williams asserts counterclaims against plaintiff Regions Bank; crossclaims against defendant Jose Rene Ortiz, Maria L. Ortiz, and the Ortiz Family Trust of 2024; crossclaims against defendant Washworld; and a third-party complaint against third party defendant Peter Matheny. See id.

On June 28, 2026, Williams, pro se, filed the instant motion for leave to file a Second Amended Answer, affirmative defenses, counterclaims, crossclaims, and a third-party complaint ("Williams' Second Amended Answer" or "Williams' SAA"). Dkt. 199 ("Mot."). Williams' proposed pleading asserts counterclaims against plaintiff Regions Bank; crossclaims against defendant Jose Rene Ortiz; and a third-party complaint against third party defendant Peter Matheny. Dkt. 199-1. Williams' proposed Second Amended Answer eliminates all crossclaims asserted against Washworld. Id. On July 10, 2026,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**          **'O'**

| Case No. | 2:25-cv-00359-CAS-KSx | | Date | July 22, 2026 |
|---|---|---|---|---|
| Title | Regions Bank v. Car Wash Management, LLC et al. | | | |

Washworld filed a response to Williams' motion, stating that "Washworld does not object to Williams dismissing his claims against Washworld via amendment but … requests that, if the Court grants Williams leave to file his proposed amended pleading, the Court specify that the claims asserted against Washworld in the prior pleadings are dismissed with prejudice." Dkt. 207 at 2-3. No other party in this case filed a timely response or opposition to Willaims' instant motion for leave to file a Second Amended Answer.

On July 17, 2026, Williams filed a response and declaration in support of his motion for leave to file a Second Amended Answer. Dkts. 215, 214.

On June 24, 2026, Washworld filed the instant motion to dismiss the crossclaims asserted against it by Williams in Williams' First Amended Answer. Dkt. 194. On July 10, 2026, Washworld filed a reply noting that Williams did not file a timely opposition to Washworld's motion to dismiss. Dkt. 208.

On July 8, 2026, plaintiff filed the instant motion to dismiss the counterclaims asserted against it by Williams in Williams' First Amended Answer. Dkt. 204. On July 17, 2026, Williams filed an untimely opposition and declaration in response to plaintiff's motion to dismiss. Dkts. 217, 218. On July 21, 2026, plaintiff filed a reply. Dkt. 222.

Having carefully considered the parties' arguments and submissions, the Court finds and concludes as follows.

## II.   BACKGROUND

The background of this case is known to the parties and detailed in the Court's April 29, 2026 order. Dkt. 167.

## III.   DISCUSSION

### A.   Leave to Amend

Williams requests leave to file a Second Amended Answer which asserts counterclaims against plaintiff Regions Bank; crossclaims against defendant Jose Rene Ortiz; and a third-party complaint against third party defendant Peter Matheny. Dkt. 199-1. Williams' proposed second amended answer eliminates all crossclaims asserted against Washworld. Id.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**          **'O'**

| Case No. | 2:25-cv-00359-CAS-KSx | Date | July 22, 2026 |
|---|---|---|---|
| Title | Regions Bank v. Car Wash Management, LLC et al. | | |

In response to Williams' motion, Washworld states that "Williams'[] handling of the pleadings" has "imposed unnecessary costs on Washworld and disrupted the orderly progression of the case." Dkt. 207 at 1-2.  Washworld states that "[it] does not object to Williams dismissing his claims against Washworld via amendment but … respectfully requests that, if the Court grants Williams leave to file his proposed amended pleading, the Court specify that the claims asserted against Washworld in the prior pleadings are dismissed with prejudice." Dkt. 207 at 2-3.  Moreover, Washworld argues that "[i]f leave is granted, it should be made clear that this is Williams's final opportunity to amend, absent a compelling justification," and that "any order granting leave be expressly limited to the filing of the specific proposed Second Amended Answer, Affirmative Defenses, Counterclaim, Cross-Claim, and Third-Party Complaint submitted with Williams's motion." Id. at 2.

No other party in this case has filed a timely response or opposition to Willaims' instant motion.

Because no party has opposed Williams' motion, the Court **GRANTS** Williams' motion to file his Second Amended Answer.  See L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion ….").  No further amendments to Williams' second amended answer, counterclaims, crossclaims, and third-party complaint shall be permitted unless there are extraordinary circumstances.  Moreover, Williams shall file only the specific proposed second amended answer, affirmative defenses, counterclaim, crossclaim, and third-party complaint that is attached to Williams' instant motion.  Dkt. 199-1.

### B.    Motions to Dismiss

Because the Court grants Williams' motion for leave to amend to file his Second Amended Answer, the Court denies as moot Washworld's and plaintiff's motions to dismiss the claims asserted against them by Williams in his First Amended Answer.  See Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) ("[A] timely filed Second Amended Complaint moot[s] the motion to dismiss [the First Amended Complaint].").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**          **'O'**

| Case No. | 2:25-cv-00359-CAS-KSx | Date | July 22, 2026 |
|---|---|---|---|
| Title | Regions Bank v. Car Wash Management, LLC et al. | | |

## IV.   CONCLUSION

In accordance with the foregoing, the Court **GRANTS** Williams' motion for leave to file his Second Amended Answer, affirmative defenses, counterclaim, crossclaim, and third-party complaint.  No further amendments shall be permitted unless there are extraordinary circumstances.  Williams shall electronically file his Second Amended Answer, as written in Dkt. 199-1, within fourteen (14) days of the date of this Order.

The Court **DENIES** as moot plaintiff's motion to dismiss the claims asserted against plaintiff in Williams' First Amended Answer.

The Court **DENIES** as moot Washworld's motion to dismiss the claims asserted against Washworld in Williams' First Amended Answer.

The Court **VACATES** the hearings on the instant motions, Dkts. 199, 194, 204, scheduled for July 27, 2026 and August 10, 2026.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |