UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-00359-CAS-KSx | Date | July 22, 2026 |
|---|---|---|---|
| Title | Regions Bank v. Car Wash Management, LLC et al. | | |

**Present: The Honorable**   CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Not Present

Attorneys Present for Defendants:

Not Present

**Proceedings:**   (IN CHAMBERS) - *EX PARTE* APPLICATION PURSUANT TO RULE 7-19 REGARDING ORTIZ'S UNTIMELY OPPOSITION TO WASHWORLD'S MOTION FOR SUMMARY JUDGMENT (Dkt. 220, filed on July 17, 2026)

On January 14, 2025, plaintiff Regions Bank, an Alabama State Bank doing business as Ascentium Capital ("Plaintiff" or "Ascentium" or "Regions Bank") filed this action against Car Wash Management, LLC of Delaware ("CWM"), Car Wash Management LLC of Hawaii, West Covina Car Wash LLC (WCCW), Jose Rene Ortiz ("Ortiz"), Andrew Paul Williams ("Williams"), Washworld, Inc. ("Washworld"), and Does 1-100. Plaintiff alleges seven claims for relief: (1) breach of equipment finance agreement against CWM; (2) breach of guaranty against Ortiz; (3) breach of guaranty against WCCW; (4) fraud/concealment against CWM, Williams, Ortiz, and Does 1-10; (5) recovery of money paid by mistake and unjust enrichment against Washworld; (6) breach of contract against Washworld; (7) money had and received against Washworld. Dkt. 1 ("Compl.").

On March 17, 2026, plaintiff filed its operative First Amended Complaint. Dkt. 154 ("FAC"). Plaintiff's FAC adds an eighth claim for conversion against Washworld. Id. at 16-17. On March 31, 2026, Washworld filed a motion to dismiss plaintiff's eighth claim for conversion against Washworld. Dkt. 155. On April 29, 2026, the Court granted Washworld's motion to dismiss plaintiff's conversion claim, with prejudice. Dkt. 167.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-00359-CAS-KSx | Date | July 22, 2026 |
|---|---|---|---|
| Title | Regions Bank v. Car Wash Management, LLC et al. | | |

On July 16, 2025, defendant Jose Ortiz filed an answer. Dkt. 54. The same day, Ortiz filed a cross-complaint against Car Wash Management, LLC of Hawaii, CWM, Washworld, WCCW, Williams, and Roes 1-35. Dkt. 55.

On August 15, 2025, cross-defendant Washworld filed a motion to dismiss the claims asserted against it by defendant Ortiz. Dkt. 68. On September 25, 2025, the Court granted Washworld's motion to dismiss Ortiz's complaint, with leave to amend. Dkt. 87.

On October 14, 2025, Ortiz filed his operative first amended cross-complaint against cross-defendants Williams, CWM, Car Wash Management, LLC of Hawaii, WCCW, Washworld, and Roes 1-35. Ortiz alleges five claims for relief: (1) fraud, concealment, misrepresentation against Williams and Roes 1 to 10; (2) breach of contract against Williams, CWM, Car Wash Management, LLC of Hawaii, WCCW, and Roes 11-20; (3) money had and received against Washworld and Roes 21 to 35; (4) equitable indemnity against all cross-defendants, including Washworld; (5) unjust enrichment against all cross-defendants, including Washworld. Dkt. 94 ("Ortiz First Amended Cross-Complaint" or "Ortiz FACC").

On October 28, 2025, cross-defendant Washworld filed a motion to dismiss the claims asserted against it by defendant Ortiz. Dkt. 100. On December 1, 2025, the Court granted Washworld's motion to dismiss Ortiz's crossclaim for money had and received, with prejudice; granted Washworld's motion to dismiss Ortiz's unjust enrichment crossclaim, with prejudice; but denied Washworld's motion to dismiss Ortiz's equitable indemnity crossclaim. Dkt. 123 at 16.

On June 24, 2026, Washworld filed a motion for summary judgment on Ortiz's remaining crossclaim against Washworld for equitable indemnity. Dkt. 192 ("Mot."). Washworld concurrently filed a statement of uncontroverted facts ("SUF"), dkt. 192-4, as well as declarations of Richard Andreas, Michael Gannon, and Katherine Walton. Dkts. 192-1 to 3. On July 10, 2026, Washworld filed a reply noting that Ortiz did not file any timely opposition to Washworld's motion. Dkt. 209.

On July 15, 2026, Ortiz filed an untimely opposition to Washworld's motion for summary judgment. Dkt. 211 ("Opp."). Ortiz concurrently filed a statement of genuine disputes, dkt. 213, along with a declaration of Lisa Mitts Patrick. Dkt. 212.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-00359-CAS-KSx | Date | July 22, 2026 |
|---|---|---|---|
| Title | Regions Bank v. Car Wash Management, LLC et al. | | |

On July 17, 2026, Washworld filed the instant *ex parte* application for relief in response to Ortiz's untimely opposition to Washworld's motion for summary judgment. Dkt. 220 ("App."). Washworld argues that the Court should decline to consider Ortiz's untimely opposition. Id. at 2. Washworld further argues that the Court should deny Ortiz's request that the Court deny Washworld's motion for summary judgment pursuant to Rule 56(d). Id. at 4-7. Washworld further argues that if the Court considers Ortiz's late opposition, Washworld should be granted leave to file a substantive sur-reply. Id. at 7.

The Court finds it appropriate to grant Washworld's request for leave to file a substantive sur-reply to Ortiz's opposition, which was not timely filed. Washworld shall file its sur-reply on or before July 29, 2026.

The Court **CONTINUES** the Zoom hearing on Washworld's motion for summary judgment, Dkt. 192, from July 27, 2026 to August 10, 2026, at 10:00 A.M. Zoom Webinar Information can be found On the Court's Website, under Judge Snyder's Procedures and Schedules.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |