Xitlaly Estrada (SBN 333403)
Ava Claypool (SBN 327059)
**Baker & Hostetler LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310-979-8430
Email:     *xestrada@bakerlaw.com*
           *aclaypool@bakerlaw.com*

Michael D. Gannon (*pro hac vice*)
Katharine H. Walton (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone:  312-416-6200
Email:     *mgannon@bakerlaw.com*
           *kwalton@bakerlaw.com*

*Attorney for*
WASHWORLD, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, dba ASCENTIUM CAPITAL, | CASE NO.: 2:25-CV-00359-CAS-KS |
| Plaintiff, | **DECLARATION OF KATHARINE H. WALTON IN SUPPORT OF WASHWORLD'S SUR-REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON ORTIZ'S EQUITABLE INDEMNITY CROSSCLAIM** |
| v. | |
| CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WEST COVINA CAR WASH LLC, JOSE RENE ORTIZ, ANDREW PAUL WILLIAMS, WASHWORLD, INC., DOES 1-100, inclusive, | |
| Defendants. | |
| JOSE RENE ORTIZ, | |
| Cross Claimant, | |
| v. | |
| ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and DOES 1 to 35, inclusive, | |
| Cross Defendants. | |

DECLARATION OF KATHARINE H. WALTON
CASE NO.: 2:25-CV-00359-CAS-KS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

WASHWORLD, INC.,

    Counter Plaintiff,

    v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

    Counter Defendant.

WASHWORLD, INC.,

    Cross Claimant,

    v.

CAR WASH MANAGEMENT, LLC,

    Cross Defendant.

ANDREW PAUL WILLIAMS,

    Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

    v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50.

    Counter Defendants, Cross-Defendants, and Third-Party Defendants.

2

## DECLARATION OF KATHARINE H. WALTON

I, Katharine H. Walton, declare as follows:

1.      I am an attorney at law duly licensed to practice law in Illinois, admitted *pro hac vice* in this matter.  I am an associate at the law firm of Baker & Hostetler, LLP, counsel of record for WASHWORLD, INC. ("Washworld") in the above-captioned matter. I make this declaration in support of Washworld's Sur-Reply in Support of its Motion for Summary Judgment on Ortiz's Equitable Indemnity Crossclaim. If called upon to do so, I could and would competently testify of my own personal knowledge as follows.

2.      From Ortiz's first appearance in this case on or about July 16, 2025, through the filing of this sur-reply, Ortiz has not served interrogatories, requests for production, or requests for admission on any party.

3.      From Ortiz's first appearance in this case on or about July 16, 2025, through the filing of this sur-reply, Ortiz has not noticed, scheduled, or taken the deposition of any party or witness.

4.      Ortiz did not produce any documents in response to Washworld's requests for production.

5.      Every other party that has appeared in this action has propounded written discovery.

6.      Ortiz has responded to written discovery propounded by Williams.

7.      Ortiz responded to Williams's discovery requests without serving any discovery requests of his own on Williams.

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct.

Executed on this 29th day of July, 2026, at Chicago, Illinois.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Dated:  July 29, 2026

**BAKER & HOSTETLER LLP**


By:    */s/ Katharine Walton*
Katharine Walton


*Attorneys for* WASHWORLD, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2

## CERTIFICATE OF SERVICE

I am employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One North Wacker Drive, Suite 3700, Chicago, IL 60606. On July 29, 2026, I served a copy of the within document(s):

## DECLARATION OF KATHARINE H. WALTON

☑ **CM/ECF:** I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served through the Court's CM/ECF system, which will send notification of this filing to all registered CM/ECF users listed below.

| | |
|---|---|
| Andrew K. Alper (SBN 088876)<br>**FRANDZEL ROBINS BLOOM & CSATO, L.C.**<br>1000 Wilshire Boulevard, Nineteenth Floor<br>Los Angeles, CA 90017<br>Telephone:  323-852-1000<br>Facsimile:  323-651-2577<br>Email:       *aalper@frandzel.com* | *Attorneys for Plaintiff*<br>REGIONS BANK |
| Lisa Mitts Patrick (SBN 134522)<br>**LAW OFFICE OF LISA MITTS PATRICK**<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832<br>Telephone:  714-990-3693<br>Facsimile:  657-234-0012<br>Email:       *lolmp2021@gmail.com* | *Attorneys for Defendant and Cross Defendant*<br>JOSE RENE ORTIZ |
| Thomas D. Sands, Esq (SBN 279020)<br>**THE SANDS LAW GROUP, APLC**<br>205 S. Broadway, Suite 608<br>Los Angeles, CA 90012<br>Tel: (213) 788-4412<br>Email: info@tslg.law | *Attorneys for* CAR WASH MANAGEMENT, LLC |
| Andrew Williams<br>12641 Antioch Rd. Suite # 1045<br>Overland Park, KS 66213-1701<br>andrew@carwashmgmt.com | Pro Se |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

3

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on July 29, 2026, at Chicago, Illinois.

*/s/ Katharine Walton*

CERTIFICATE OF SERVICE
CASE NO.: 2:25-CV-00359-CAS-KS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES