Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Pro Se Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, et al.,<br><br>Defendants. | Case No. 2:25-cv-00359-CAS-KSx<br><br>**DECLARATION OF ANDREW P. WILLIAMS**<br>**IN SUPPORT OF OPPOSITION TO MATHENY MOTION TO QUASH SERVICE (DKT. 221)**<br><br>Hearing: August 24, 2026, 10:00 a.m.<br>Courtroom 8D<br>Hon. Christina A. Snyder |

1

DECLARATION ISO OPPOSITION TO DKT. 221

I, Andrew Paul Williams, declare:

1. I am the defendant, counterclaimant, cross-claimant, and third-party plaintiff in this action. I am over eighteen years of age and competent to testify to the matters stated herein. If called as a witness, I could and would testify competently thereto. My mailing address is 12641 Antioch Road, Suite #1045, Overland Park, Kansas 66213.

2. I make this declaration in support of my Opposition to Third-Party Defendant Peter Matheny's Motion to Quash Service (Dkt. 221).

3. I retained ABC Legal to effect personal service of process on Peter Matheny in this action. The ABC tracking number associated with that service job is 0230888879.

4. On July 10, 2026, I filed on the CM/ECF docket a Proof of Service of Summons Returned Executed as to Peter Matheny, which appears as Docket No. 206. Dkt. 206 states that Trennell Wiley of ABC Legal personally served Matheny on July 3, 2026, at 6:21 p.m., at 3633 Ruette De Vl, San Diego, California 92130. A true and correct copy of Dkt. 206 is attached as Exhibit A.

5. I did not instruct ABC Legal or Mr. Wiley to leave papers at Matheny's door without personal delivery, and I did not instruct anyone to file a false proof of service. I was not physically present at the service address on July 3, 2026. My knowledge of the method of service comes from the ABC Legal return that I filed as Dkt. 206. Based on that return, I understand and believe personal service occurred as stated. I do not concede that Dkt. 206 is false.

6. I have requested, and will continue to request, from ABC Legal the complete job file for tracking number 0230888879, including any server notes, photographs, GPS data, or other contemporaneous records, and a declaration from the process server if available. If I obtain a server declaration or additional ABC records before

2

DECLARATION ISO OPPOSITION TO DKT. 221

the August 24, 2026 hearing, I will promptly lodge or serve them as a supplemental filing or exhibit as appropriate.

7. Without conceding that prior service was invalid, and without waiving Dkt. 206, I will promptly arrange protective complete personal re-service on Matheny of the operative summons and operative third-party pleading package. Because the Court ordered me (Dkt. 223) to file exactly the Second Amended pleading lodged as Dkt. 199-1 on or before August 5, 2026, I intend to complete that protective re-service promptly after the Second Amended pleading is filed, unless the Court directs earlier cure.

8. I have not sought entry of default against Matheny while Dkt. 221 is pending. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 4, 2026.

/s/ Andrew Paul Williams

Andrew Paul Williams

3

DECLARATION ISO OPPOSITION TO DKT. 221