Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Pro Se Defendant, Counterclaimant,

Cross-Claimant, and Third-Party Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, et al.,<br><br>Defendants. | Case No. 2:25-cv-00359-CAS-KSx<br><br>**CERTIFICATE OF SERVICE OPPOSITION TO DKT. 221**<br><br>Hon. Christina A. Snyder |

1

CERTIFICATE OF SERVICE (OPPOSITION TO DKT. 221)

I, Andrew Paul Williams, certify:

1.  My mailing address is 12641 Antioch Road, Suite #1045, Overland Park, Kansas 66213. I am over eighteen years of age.

2.  On August 4, 2026, I caused the following documents to be filed through the Court's CM/ECF system, which will send notification of such filing to all registered CM/ECF users in this action, including counsel of record for Regions Bank / Ascentium Capital and for specially appearing Third-Party Defendant Peter Matheny:

a. Declaration of Andrew P. Williams in Support of Opposition to Matheny Motion to Quash Service (Dkt. 221), with Exhibit A (Dkt. 206 Proof of Service); b. Andrew P. Williams's Opposition to Third-Party Defendant Peter Matheny's Motion to Quash Service (Dkt. 221); c. [Proposed] Order Denying Matheny's Motion to Quash Service (Dkt. 221).

3.  Service through CM/ECF constitutes service on all registered users under the Local Rules and applicable Court procedures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 4, 2026.

/s/ Andrew Paul Williams

Andrew Paul Williams

2

CERTIFICATE OF SERVICE (OPPOSITION TO DKT. 221)