Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff and Counter-
Defendant, Regions Bank An Alabama
State Bank dba Ascentium Capital and
Third-Party Defendant Peter Matheny

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,,

        Plaintiff,

    v.

CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,

        Defendant.

JOSE RENE ORTIZ,

        Cross-Complaint,

    v.

ANDREW PAUL WILLIAMS, CAR WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to

Case No.  2:25-cv-00359 CAS (KSx)

**REPLY OF THIRD PARTY DEFENDANT PETER MATHENY TO OPPOSITION OF ANDREW P. WILLIAMS TO MOTION TO QUASH FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIM, CROSS-CLAIMS AND THIRD PARTY CLAIMS**

Date:    August 24, 2026
Time:    10:00 a.m.
Crtrm.:  8D

35, inclusive,

      Cross Defendants.

WASHWORLD, INC.,

      Counter-Claimant,

  v.

REGIONS BANK D/B/A ASCENTIUM CAPITAL,

      Counter-Defendant

WASHWORLD, INC.,

      Cross-Claimant,

  v.

CAR WASH MANAGEMENT LLC

      Cross-Defendant.

ANDREW PAUL WILLIAMS,

      Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

  v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.

      Counter Defendants, Cross-Defendants, and Third-Party Defendants.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

TO THE COURT, TO THIRD PARTY COMPLAINANT ANDREW P. WILLIAMS AND TO ALL PARTIES TO THEIR COUNSEL OF RECORD:

Third Party Defendant Peter Matheny, ("Matheny") files this reply to the Opposition of Andrew P. Williams ("Williams") to Matheny's Motion for an Order Quashing the Service of the First Amended Answer, Affirmative Defenses, Counterclaim, Cross-claims, and Third Party Claims ("Third Party Claim") filed by Williams ("Williams") as a result of lack of personal service in accordance with F.R.C.P. Rule 4(e)(2)(A) Rule 12(b)(4) and (5) as follows:

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    ARGUMENT**

The Court is well aware of the facts of this case and Matheny will not repeat them in this reply. Rather, Matheny will address the only two issues that are presented to the Court as a result of the Opposition to Matheny's Motion to Quash the service of the Third Party Claim.

First, Williams Opposition to Matheny's motion to quash is now moot. Specifically, on July 27, 2026, this Court granted Williams motion to file a Second Amended Answer, Affirmative Defenses, Counterclaim, Cross-claim and Third-Party Complaint ("Second Amended Third Party Claim") (Dkt. 223). Accordingly, the operative pleading directed towards Matheny is now the Second Amended Third Party Claim, not the Third Party Claim that is the subject of the Motion to Quash. Whether Matheny was ever served with Third Party Claim or not is irrelevant since the Third Party Claim is no longer the operative pleading in this matter. Pursuant to this Court's order granting Williams leave to file the Second Amended Third Party Claim, Williams was ordered to file that pleading by August 5, 2026, which was filed on August 5, 2026. Of course that means Matheny was not served with the Second Amended Third Party Claim since it was only filed on Augus5 5, 2026, and no Summons has been issued. Accordingly, for this reason alone, the Court should deem William's Opposition to the Motion to Quash as moot in light of the Court

3

granting Williams' motion to file the Second Amended Third Party Claim.

The mootness of the Opposition is best evidenced by Williams' declaration in support of the Opposition where he states: "Without conceding that prior service was invalid, and without waiving Dkt. 206, I will promptly arrange protective complete personal re-service on Matheny of the operative summons and operative third-party pleading package. Because the Court ordered me (Dkt. 223) to file exactly the Second Amended pleading lodged as Dkt. 199-1 on or before August 5, 2026. I intend to complete that protective re-service promptly after the Second Amended pleading is filed, unless the Court directs earlier cure." (Williams Decl. ¶7, pg. 3, lines 3-9). Williams has conceded that the Third Party Claim is no longer the operative pleading. Therefore, the Opposition is moot.

Even if its is assumed that the Opposition is not moot, the Opposition provides no admissible evidence that Matheny was personally served with the Third Party Claim. Rather, all Williams states is that he retained ABC Legal to effectuate personal service on Matheny. Matheny acknowledges that he did not instruct anyone to file a false proof of service or to leave the Third Party Claim on Matheny's door. In fact, the Opposition does not even provide a declaration from the process server to state how Matheny was served. Rather, the only admissible evidence as to service, or lack of service, as to the Third Party Claim is the declaration of Matheny. In that declaration Matheny states he was never personally served with the Third Party Claim. Service never occurred.

## II.    CONCLUSION

The reason the Motion to Quash had to be filed is that Williams would (a) not admit the service of the First Amended Third Party Claim was improper and (b) knowing that he wanted to file a Second Amended Third Party Claim refused to withdraw the Proof of Service and proceed to default Matheny on the First Amended Third Party Claim. This is typical of Williams' conduct. Accordingly, in light of this Court granting Williams' motion for leave to amend to file the Second

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

4

Amended Third Party Claim, the Opposition is moot and should not be considered by the Court. To the extent the Court is inclined to consider the Opposition, the Opposition fails to provide any admissible evidence that Matheny was personally served with the Third Party Claim.

DATED:  August 5, 2026

FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: _____

ANDREW K. ALPER
Attorneys for Plaintiff and Counter-Defendant, Regions Bank an Alabama State Bank dba Ascentium Capital and Specially Appearing Third Party Defendant Peter Matheny

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

REPLY OF THIRD PARTY DEFENDANT PETER MATHENY TO OPPOSITION OF ANDREW P. WILLIAMS TO MOTION TO QUASH

# CERTIFICATE OF COMPLIANCE

The undersigned counsel of record for Regions Bank certified that this brief contains 720 words, which complies with the word limit of L.R. 11-6-1.

DATED:  August 5, 2026          FRANDZEL ROBINS BLOOM & CSATO, L.C.


By: _____
ANDREW K. ALPER
Attorneys for Plaintiff and Counter-Defendant, Regions Bank an Alabama State Bank dba Ascentium Capital and Specially Appearing Third Party Defendant Peter Matheny

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

6

REPLY OF THIRD PARTY DEFENDANT PETER MATHENY TO OPPOSITION OF ANDREW P. WILLIAMS TO MOTION TO QUASH

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

## PROOF OF SERVICE

**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On August 5, 2026, I served true copy(ies) of the **REPLY OF THIRD PARTY DEFENDANT PETER MATHENY TO OPPOSITION OF ANDREW P. WILLIAMS TO MOTION TO QUASH FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIM, CROSS-CLAIMS AND THIRD PARTY CLAIMS**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid via First Class Mail. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 5, 2026, at Los Angeles, California.

_Lexi Villarreal_
Lexi Villarreal

REPLY OF THIRD PARTY DEFENDANT PETER MATHENY TO OPPOSITION OF ANDREW P. WILLIAMS TO MOTION TO QUASH

**SERVICE LIST**
**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

| | |
|---|---|
| Michael D. Gannon (pro hac vice)<br>Katharine H. Walton (pro hac vice)<br>BakerHostetler<br>One North Wacker Drive, Suite 3700<br>Chicago, IL 60606-2859 | Tel:    312-416-8187<br>Email:        mgannon@bakerlaw.com<br>kwalton@bakerlaw.com<br><br>Attorneys for Defendant Washworld, Inc. |
| Katharine Walton<br>Michael D. Gannon<br>Xitlaly Estrada<br>Ava Claypool<br>Baker & Hostetler LLP<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067-4301 | Tel:    310-442-8878<br>Email: : mgannon@bakerlaw.com,<br>kwalton@bakerlaw.com<br>xestrada@bakerlaw.com<br>aclaypool@bakerlaw.com<br><br>Attorneys for Defendant Washworld, Inc. |
| Lisa Mitts Patrick, Esq.<br>The Law Office Of Lisa Mitts Patrick<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832 | Tel: 714-990- 3693<br>Fax: 657-234 - 0012<br>Email:        lolmp2021@gmail.com<br><br>Attorneys for Defendant and Cross-Complainant Jose Rene Ortiz, aka Jose R. Ortiz, aka Jose Ortiz, an individual |
| Thomas D. Sands<br>The Sands Law Group, APLC<br>205 S Broadway Ste 608<br>Los Angeles, CA 90012 | Tel: 213-788-4412<br>Fax: 833-329-7263<br><br>Email: info@tslg.law<br><br>Attorneys for CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company |
| Andrew Paul Williams<br>12641 Antioch Rd. Suite # 1045<br>Overland Park, KS 66213-1701 | Tel: 619-796-6469<br>Email:<br>andrew@carwashmgmt.com<br><br>Pro Per |

8

REPLY OF THIRD PARTY DEFENDANT PETER MATHENY TO OPPOSITION OF ANDREW P. WILLIAMS TO MOTION TO QUASH

FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR<br>LOS ANGELES, CALIFORNIA 90017-2427<br>(323) 852-1000