CSD 1489 [12/01/24]

Name, Address, Telephone No. & I.D. No.

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Andrew Paul Williams

Bankruptcy No. 24-03761-CL7

Debtor(s)

## MOTION TO REOPEN CASE

The ☐Trustee ☐Debtor ☐Party in interest, Andrew Paul Williams, Debtor, In Pro Per                    ,

hereby moves for the entry of an order reopening the above-referenced case pursuant to Fed. R. Bankr. P. 5010

☐ To file the Certificate of Personal Financial Management Course

☐ To file a Certificate of Eligibility for Discharge (Spousal Support Certification – CSD 2120, 2121, 2122)

☒ To file an Amendment (CSD 1100) and Notice to Creditor (CSD 1101), if required

☐ To file a Motion to Avoid Lien(s)

☐ To file an Adversary Proceeding, except for the following:

- §523 adversary proceeding to determine dischargeability of debt
- File an adversary proceeding or motion to remedy an alleged violation of the discharge

☐ To file a Motion to Vacate Dismissal

☒ For other purpose as stated below (specify):
Limited reopen under 11 U.S.C. section 350(b) for the purpose of granting leave to amend Schedule A/

Declarations as required by LBR 9013-7(a)(1) accompany this motion.

DATED: July 7, 2026

[SIGN HERE]  _A.P. Williams_
[Attorney for] Moving Party

---

**Reminder: The below actions do not require the reopening of the Bankruptcy case.**
- Motion to Redact/Restrict Public Access.
- Motion for Release of unclaimed funds.
- Motions for reconsideration of judicial rulings.
- Any effort to enforce a judgment in an adversary proceeding (e.g., Writs of Execution, Judgment Debtor Examinations, etc.).

(1) an order reopening this closed Chapter 7 case under 11 U.S.C. section 350(b) for the limited purpose of granting leave under Fed. R. Bankr. P. 1009(a) to amend Schedule A/B, adjudicating abandonment, and entering an abandonment order;

(2) an order compelling the Chapter 7 Trustee, Leslie T. Gladstone, to abandon the estate's interest in the Reserved Claims identified in Exhibit A to the abandonment motion, pursuant to 11 U.S.C. section 554(b) and Fed. R. Bankr. P. 6007(b).

This Notice covers both the Motion to Reopen and the Motion to Compel Abandonment filed concurrently herewith.

The Motion is made under 11 U.S.C. sections 350(b) and 554(b); Fed. R. Bankr. P. 1009(a) and 6007(b); Local Bankruptcy Rules 9013-4 and 9013-6; and the Court's inherent authority.

This Motion is based on this Notice; the Memoranda of Points and Authorities; the Declaration of Andrew Paul Williams and exhibits; the complete files and records in this case; and such oral and documentary evidence as may be presented at the hearing.

Opposition, if any, is due within 14 days after service of this Notice. LBR 9013-6(a)(3).

Dated: __7/7__, 2026

[SIGN HERE]

Andrew Paul Williams

Debtor, In Pro Per

## V.  NO PREJUDICE

No-asset estate (Dkt. 12). Abandonment at Debtor's expense. No creditor distribution either way (Dkts. 12, 16).

## VI.  NOTICE

Noticed motion. Debtor will serve Trustee, UST, and creditors of record. Concurrent abandonment motion noticed under Rule 6007(b) and LBR 9013-4(b)(2).

## VII.  CONCLUSION

Order reopening for the limited purpose stated above.

Dated: _____7/7_____, 2026

Respectfully submitted,

[SIGN HERE]

Andrew P. Williams

Debtor, In Pro Per

4

MOTION TO REOPEN CASE (11 U.S.C. 350(b))

Case No. 24-03761-CL7

The Debtor respectfully requests that the Court enter an order compelling the Trustee to abandon the estate's interest in the Reserved Claims accruing before the petition date, effective upon entry, with those claims revesting in the Debtor.

Dated: ___7/7___, 2026

Respectfully submitted,

[SIGN HERE]

Andrew P. Williams

Debtor, In Pro Per

8

MOTION TO COMPEL ABANDONMENT (11 U.S.C. 554(b))

Case No. 24-03761-CL7

Executed on _____, 2026.

[SIGN HERE]

Andrew Paul Williams

Debtor, In Pro Per

4

DECLARATION OF ANDREW PAUL WILLIAMS

Case No. 24-03761-CL7

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _____, 2026.

[SIGN HERE]

Andrew Paul Williams

Debtor, In Pro Per

- Motion to Compel Abandonment (11 U.S.C. section 554(b))

- Declaration of Andrew Paul Williams in Support


Disclosure


The following generative AI program(s) was/were used:


Cursor


Certification


The filer certifies that he checked those documents for factual and legal accuracy using print reporters, traditional legal databases, or other reliable means outside of AI.


Executed on ____7/7____, 2026.

_____

Andrew Paul Williams

Debtor, In Pro Per