**ANDREW PAUL WILLIAMS**
In Pro Per
12641 Antioch Road, Suite 1045
Overland Park, KS 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**REGIONS BANK, dba ASCENTIUM CAPITAL,**
Plaintiff,

v.

**ANDREW PAUL WILLIAMS, an individual;**
**CAR WASH MANAGEMENT, LLC; et al.,**
Defendants.

**Case No. 2:25-cv-00359-CAS-KSx**

**NOTICE OF ERRATA RE: DOCKET NO. 235**
**(L.R. 11-6.2; Clerical Error in Uploaded PDF)**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Defendant / Counterclaimant / Third-Party Plaintiff Andrew Paul Williams ("Williams"), appearing in pro per, hereby gives notice of a clerical error concerning the PDF uploaded with Docket No. 235, filed August 10, 2026.

1. The CM/ECF docket text for Dkt. 235 correctly describes a NOTICE AND ACKNOWLEDGMENT OF SERVICE of Summons and Complaint returned Executed upon third-party defendant Peter Matheny, relating to the Summons (Dkt. 189) and Second Amended Answer / Third-Party Claims (Dkt. 231), with acknowledgment signed by Andrew K. Alper, Esq., counsel for Matheny, and an answer due August 31, 2026. That filing was made pursuant to the Court's Order at Dkt. 234 requiring Williams to properly serve Dkt. 231 on Matheny and to file proof of service by September 5, 2026.

2. Due to a clerical upload error, the PDF attached to ECF No. 235 is not that acknowledgment. The uploaded PDF is an unrelated Chapter 7 packet (Motion to Reopen and related papers from Bankr. S.D. Cal. Case No. 24-03761-CL7), filed in this District Court action by mistake.

3. The correct document, the executed Notice and Acknowledgment of Receipt of Summons and Complaint (Form CV-21), acknowledging receipt by counsel for Matheny at aalper@frandzel.com on August 10, 2026, is attached hereto as Exhibit A.

4. Williams respectfully requests that the Clerk accept Exhibit A as the correct PDF associated with the Dkt. 235 filing event, and that Exhibit A be treated as Williams's proof-of-service filing for the record under Dkt. 234. Williams seeks no change to the August 31, 2026 responsive-pleading deadline stated in the Dkt. 235 docket text.

5. Williams discovered this upload error on August 12, 2026, and files this Notice of Errata promptly and before the September 5, 2026 proof-of-service deadline in Dkt. 234.

Respectfully submitted,

Dated: August 12, 2026

**/s/ Andrew Paul Williams**
Andrew Paul Williams
Defendant / Counterclaimant / Third-Party Plaintiff
In Pro Per

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2026, I electronically filed the foregoing NOTICE OF ERRATA RE: DOCKET NO. 235 (L.R. 11-6.2; Clerical Error in Uploaded PDF), together with Exhibit A, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered for electronic service in this action.

Dated: August 12, 2026

**/s/ Andrew Paul Williams**
Andrew Paul Williams