Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff and Counter-Defendant, Regions Bank An Alabama State Bank dba Ascentium Capital and Third Party Defendant Peter Matheny

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,

Plaintiff,

v.

CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,

Defendant.

---

JOSE RENE ORTIZ,

Cross-Complaint,

v.

ANDREW PAUL WILLIAMS, CAR

Case No. 2:25-cv-00359 CAS (KSx)

**DECLARATION OF ANDREW K. ALPER IN SUPPORT OF THIRD PARTY DEFENDANT PETER MATHENY'S MOTION TO DISMISS ANDREW P. WILLIAMS SECOND AMENDED COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND MOTION FOR A MORE DEFINITE STATEMENT (F.R.C.P. Rule 12(b)(1) and (e); MOTION TO STRIKE (Rule 12(f)); AND FOR LACK OF STANDING PURSUANT TO F.R.C.P. Rule 17)**

*Filed concurrently with Notice of Motion and Motion to Dismiss Counterclaim; Request for Judicial Notice; and Proposed Order*

Date: September 28, 2026
Time: 10:00 a.m.
Crtrm.: 8D

| |
|---|
| WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,<br><br>Cross Defendants. |
| WASHWORLD, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>REGIONS BANK D/B/A ASCENTIUM CAPITAL,<br><br>Counter-Defendant |
| WASHWORLD, INC.,<br><br>Cross-Claimant,<br><br>v.<br><br>CAR WASH MANAGEMENT LLC<br><br>Cross-Defendant. |
| ANDREW PAUL WILLIAMS,<br><br>Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,<br><br>v.<br><br>REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.<br><br>Counter Defendants, Cross-Defendants, and Third-Party Defendants. |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

## DECLARATION OF ANDREW K. ALPER

I, Andrew K. Alper, declare as follows:

1. I am an attorney duly admitted to practice in the State of California and before this Court. I am a Vice President and Shareholder of Frandzel Robins Bloom & Csato, L.C., attorneys of record for Plaintiff and Counter-Defendant, Regions Bank, an Alabama State Bank dba Ascentium Capital ("Plaintiff") and Third Party Defendant Peter Mathney ("Matheny"). If called as a witness, I could and would competently testify to all facts within my personal knowledge, except where stated upon information and belief or in which I have requested judicial notice of since they were previously filed in this case. This declaration is submitted in support of Motion to Dismiss the Second Amended Third Party Complaint of Andrew P. Williams ("Williams") against Matheny.

2. I have been the primary attorney at Frandzel Robins Bloom & Csato, L.C. handling this matter on behalf of Plaintiff.

3. I previously filed a Declaration in support of Plaintiff's Motion to Dismiss and Strike and For More Definite Statement as to the First Amended Answer, Affirmative Defenses, Counterclaim, Cross-claims, and Third Party Claims filed by Williams. While the information contained herein may be too detailed for this Motion to Dismiss nevertheless I want to inform the Court of my communications with Williams. I am first going to set forth what was in that previous Declaration since it adds the background to this Motion to Dismiss and then add the necessary facts for this Motion and conferring although it was not really necessary for this Motion.

**<u>The Prior Motion to Dismiss First Amended Counterclaim (facts from the prior Declaration)</u>**

4. After receiving the original Answer, Affirmative Defenses, Counterclaim, Cross-claim and Third Party Claim ("Original Counterclaim"), Williams chose to file a First Amended Answer, Affirmative Defenses,

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

Counterclaim, Cross-claims and Third Party Claim ("Counterclaim"). After reviewing it, I sent Williams three different emails setting forth reasons why it did not state Claims for Relief against Plaintiff. Williams responded to the emails. We then had a physical "meet and confer" by zoom after the emails. During the zoom meeting Williams advised me that he had met with Washworld as well relative to its contention that the Cross-claim did not state Claims against Washworld. He indicated that he still wanted to meet with counsel for Jose Rene Ortiz ("Ortiz"), Lisa Mitts Patrick, but anticipated that Williams would file a Second Amended Answer, Affirmative Defenses, Counterclaim, Cross-claims and Third Party Claims ("Second Amended Counterclaim"). Later I learned that Williams apparently must have spoken with Ms. Patrick and then he prepared a Stipulation for Leave to file a Second Amended Counterclaim which would be without prejudice for all parties to plead to the Second Amended Counterclaim. That being the case, I advised Williams that so long as I agreed to the terms of the Stipulation I would sign it.

5. I made a lot of revisions to the Stipulation once Williams prepared it and believed that we were on board to file it especially since counsel for the parties were furnished with the Second Amended Counterclaim and a redlined version of the Counterclaim showing the differences. During this time, I received a Motion to Dismiss the Cross-claims and a Motion for Summary Judgment by Washworld, Inc. ("Washworld") to the Counterclaim.

6. After receiving the Washworld pleadings I was advised by Williams that Washworld and Ortiz were not signing the Stipulation so he filed a Motion for Leave to file the Second Amended Counterclaim which is set for hearing on July 27, 2026, the same day that Washworld's Motions are set.

7. Williams and I agreed that Plaintiff would have until July 10, 2026, to file its Motion to Dismiss Counterclaim or otherwise plead and we signed and filed a Stipulation with the Court to extend the date. I had fully expected to be pleading to the Second Amended Counterclaim and not the Counterclaim which was preferable

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

to me since the Second Amended Counterclaim omitted some of the Claims from the Counterclaim. As of this date I have not received an Order on the stipulation to file any pleadings on the Counterclaim from the Court but I am operating as if the Motion to Dismiss the Counterclaim is due on July 10, 2026. While I do not oppose the filing of the Second Amended Counterclaim as I had advised Williams there will be a Motion to Dismiss it filed by Plaintiff so we might as well get this Motion done and out of the way now so we can continue on with meaningful discovery.

8. Therefore, while I was not opposed to the filing of the Second Amended Counterclaim circumstances have occurred in this case which have now necessitated the filing of this Motion to Dismiss.

**Facts as to the Filing of this Motion to Dismiss Second Amended Counterclaim**

9. Williams filed Opposition to the Motion to Dismiss the First Amended Counterclaim and Plaintiff filed a Reply.

10. After being forced by Williams to file the Motion to Dismiss the First Amended Counterclaim which was to have been heard on August 10, 2024, Williams Motion for Leave to File has Second Amended Answer, Affirmative Defenses, Counterclaim, Cross-claim and Third Party Claim was granted. After that Motion was granted the Court did not consider the Motion to Dismiss the First Amended Counterclaim because it was moot by the filing of the Second Amended Counterclaim which I unfortunately knew would happen.

11. I then contacted Williams and we discussed that Plaintiff would file the almost identical Motion to Dismiss the Second Amended Counterclaim and there was really no reason to discuss this Motion any further since the Motion to Dismiss the First Amended Counterclaim had already been briefed and he knew the facts and law that would be set forth in this Motion to Dismiss. Williams indicated that he would not dismiss it. One other thing that should be stated is that now Williams' hand was caught in the cookie jar with respect to what he affirmatively stated in the

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

Bankruptcy Court under penalty of perjury which directly conflicts with the allegations in the Counterclaim, that he is trying to reopen his closed bankruptcy to try to deal with his false statements in the Bankruptcy Court. He had not been able to reopen the Bankruptcy when I had spoken with him in connection with Plaintiff's motion to dismiss but it appears he now may be able to get his Motion to Reopen the Bankruptcy and I will be advising the Court of why Williams is reopening the case and Plaintiff and Matheny will oppose any Motions he makes in the Bankruptcy Court.

12. I have also advised Williams that Matheny will be filing a similar Motion to Dismiss and gave him some additional reasons besides those in Plaintiff's Motion to Dismiss. Williams would not agree to dismiss Matheny and the Third Party Complaint against Matheny and therefore this Motion to Dismiss has been filed.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 28th day of August, 2026, at Los Angeles, California.

ANDREW K. ALPER, Declarant

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

# PROOF OF SERVICE

**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On August 28, 2026, I served true copy(ies) of the **DECLARATION OF ANDREW K. ALPER IN SUPPORT OF THIRD PARTY DEFENDANT PETER MATHENY'S MOTION TO DISMISS ANDREW P. WILLIAMS SECOND AMENDED COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND MOTION FOR A MORE DEFINITE STATEMENT (F.R.C.P. Rule 12(b)(1) and (e); MOTION TO STRIKE (Rule 12(f)); AND FOR LACK OF STANDING PURSUANT TO F.R.C.P. Rule 17)**, the original(s) of which is(are) affixed hereto. to the party(ies) on the service list.

**SEE SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 28, 2026, at Los Angeles, California.

[signature]

Rebecca Santamaria

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

**SERVICE LIST**
**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

| | |
|---|---|
| Michael D. Gannon (pro hac vice)<br>Katharine H. Walton-(pro hac vice)<br>BakerHostetler<br>One North Wacker Drive, Suite 3700<br>Chicago, IL 60606-2859 | Tel: 312-416-8187<br>Email: mgannon@bakerlaw.com<br>kwalton@bakerlaw.com<br><br>Attorneys for Defendant Washworld, Inc. |
| Katharine Walton<br>Michael D. Gannon<br>Xitlaly Estrada<br>Ava Claypool<br>Baker & Hostetler LLP<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067-4301 | Tel: 310-442-8878<br>Email: : mgannon@bakerlaw.com,<br>kwalton@bakerlaw.com<br>xestrada@bakerlaw.com<br>aclaypool@bakerlaw.com<br><br>Attorneys for Defendant Washworld, Inc. |
| Lisa Mitts Patrick, Esq.<br>The Law Office Of Lisa Mitts Patrick<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832 | Tel: 714-990- 3693<br>Fax: 657-234 - 0012<br>Email: lolmp2021@gmail.com<br><br>Attorneys for Defendant and Cross-Complainant Jose Rene Ortiz, aka Jose R. Ortiz. aka Jose Ortiz. an individual |
| Thomas D. Sands<br>The Sands Law Group, APLC<br>205 S Broadway Ste 608<br>Los Angeles, CA 90012 | Tel: 213-788-4412<br>Fax: 833-329-7263<br><br>Email: info@tslg.law<br><br>Attorneys for CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company |
| Andrew Paul Williams<br>12641 Antioch Rd. Suite # 1045<br>Overland Park, KS 66213-1701 | Tel: 619-796-6469<br>Email:<br>andrew@carwashmgmt.com<br><br>Pro Per |