Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff and Counter-Defendant, Regions Bank An Alabama State Bank dba Ascentium Capital

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGIONS BANK, an Alabama State Bank dba ASCENTIUM CAPITAL,,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH MANAGEMENT, LLC, a Delaware Limited Liability Company, CAR WASH MANAGEMENT, LLC, a Hawaii Limited Liability Company, WEST COVINA CAR WASH LLC, a California Limited Liability Company, JOSE RENE ORTIZ, aka JOSE R. ORTIZ, aka JOSE ORTIZ, an individual, ANDREW PAUL WILLIAMS, aka ANDREW P. WILLIAMS, aka ANDREW WILLIAMS, an individual, WASHWORLD, INC., a Wisconsin Corporation, DOES 1-100, inclusive,<br><br>Defendant.<br><br>JOSE RENE ORTIZ,<br><br>Cross-Complaint,<br><br>v.<br><br>ANDREW PAUL WILLIAMS, CAR | Case No. 2:25-cv-00359 CAS KSx)<br><br>**PETER MATHENY'S REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH PETER MATHENY'S MOTION TO DISMISS ANDREW P. WILLIAMS THIRD PARTY COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND MOTION FOR A MORE DEFINITE STATEMENT (F.R.C.P. Rule 12(b)(1) and (e) MOTION TO STRIKE COUNTERCLAIM (Rule 12(f) AND FOR LACK OF STANDING PURSUANT TO F.R.C.P. Rule 17)**<br><br>**PART 1 of 2**<br><br>*Filed concurrently with Notice of Motion and Motion to Dismiss Counterclaim; Declaration of Andrew K. Alper; and Proposed Order*<br><br>Date: September 28, 2026<br>Time: 10:00 a.m.<br>Crtrm.: 8D |

WASH MANAGEMENT, LLC, CAR WASH MANAGEMENT, LLC, WASHWORLD, INC., and ROES 1 to 35, inclusive,

Cross Defendants.

WASHWORLD, INC.,

Counter Plaintiff,

v.

REGIONS BANK, D/B/A ASCENTIUM CAPITAL,

Cross Defendants.

WASHWORLD, INC.,

Cross Claimant,

v.

CAR WASH MANAGEMENT, LLC,

Cross Defendant.

ANDREW PAUL WILLIAMS,

Counter Claimant, Cross-Claimant, and Third-Party Plaintiff,

v.

REGIONS BANK dba ASCENTIUM CAPITAL, JOSE RENE ORTIZ, MARIA L. ORTIZ, THE ORTIZ FAMILY TRUST OF 2024, WASHWORLD, INC., PETER MATHENY, ROES 1-50, inclusive.

Counter Defendants, Cross-Defendants, and Third-Party Defendants,

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

TO THE COURT, COUNTER-CLAIMANT, ANDREW P. WILLIAMS AND ALL PARTIES TO THEIR COUNSEL OF RECORD:

In connection with the Motion to Dismiss, Peter Matheny hereby requests that the court take judicial notice of the following pleadings filed in the bankruptcy of Andrew P. Williams in the United States Bankruptcy Court Southern District of California Bankruptcy case number 24-cv-03761-CL7 and the adversary action filed in the Bankruptcy case as adversary case number 25-ap-90005-CL filed by Erik Anderson, Nick Ashton and Sandra Ashton against Andrew Paul Williams ("Adversary Action") in accordance with Federal Rules Of Evidence Rule 201 as follows:

**IN THE BANKRUPTCY CASE**

1. Bankruptcy Docket, Exhibit "1" hereto;
2. Bankruptcy Petition. Exhibit "2" hereto,
3. Bankruptcy Schedules, Exhibit "3" hereto;
4. Bankruptcy Statement of Financial Affairs, Exhibit "4" hereto;
5. Order of Discharge, Exhibit "5" hereto;

**IN THE ADVERSARY ACTION**

6. Adversary Docket, Exhibit "6" hereto;
7. Complaint, Exhibit "7" hereto;
8. Order granting Default Judgment against Andrew Paul Williams, Exhibit "8" (the underlying default judgment papers are 1090 pages as docket number 12 and Plaintiff is not attaching them to this request for judicial notice for that reason only);
9. Declaration of Andrew P Williams in support of motion to set aside default and default judgment, Exhibit "9" hereto (Plaintiff is excluding the motion to set aside the default and judgment since it is not evidence)
10. Supplemental Declaration of Andrew P. Williams in support of Motion to Set Aside Default and Default Judgment, Exhibit "10", hereto.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

11. Order from Court setting the judgment against Andrew P. Wiliams aside, Exhibit "11", hereto;

12. Answer of Andrew P. Williams to Complaint, Exhibit "12" hereto.

**PLEADINGS FROM THIS CASE**

13. Opposition to Motion to Dismiss Counterclaim of Washworld [Docket number 194].

14. Plaintiff and Counter-defendant Regions Bank dba Ascentium Capital ("Plaintiff") Motion to Dismiss Second Amended Answer, Affirmative Defenses, Counterclaim, Cross-claims and Third Party Claims and related documents which also includes a Request for Judicial Notice (Docket no 238)

15. The Court's order Granting Motion for Leave to file Second Amended Answer, Affirmative Defenses, Counter-claim, Cross-claim, and Third Party Complaint and the Amended Complaint (Docket no 223).

DATED: August 28, 2026

FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: ______________________

ANDREW K. ALPER
Attorneys for Plaintiff and Counter-defendant, Regions Bank, an Alabama State Bank dba Ascentium Capital

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

# EXHIBIT 1

**Closed**

# U.S. Bankruptcy Court
# Southern District of California (San Diego)
# Bankruptcy Petition #: 24-03761-CL7

*Date filed:* 10/04/2024
*Date terminated:* 01/08/2025
*Debtor discharged:* 01/07/2025
*341 meeting:* 11/07/2024
*Deadline for objecting to discharge:* 01/06/2025
*Deadline for financial mgmt. course:* 01/06/2025

*Assigned to:* Chief Judge Christopher B. Latham
Chapter 7
Voluntary
No asset

*Debtor disposition:* Standard Discharge

***Debtor***
**Andrew Paul Williams**
12136 Avenida Sivrita
San Diego, CA 92121
SAN DIEGO-CA
SSN / ITIN: xxx-xx-6131

represented by **Andrew Paul Williams**
PRO SE

***Trustee***
**Leslie T. Gladstone**
5656 La Jolla Blvd.,
La Jolla, CA 92037
858-454-9887

***United States Trustee***
**United States Trustee**
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101
619-557-5013

| Filing Date | # | Docket Text |
|---|---|---|
| 10/04/2024 | 1 (63 pgs) | Voluntary Petition for Individuals Schedules & Statements Fee Amount $ 338.00. Declaration re: Electronic Filing due by 10/18/2024, Filed by Ronald E. Stadtmueller on behalf of Andrew Paul Williams. (Stadtmueller, Ronald) (Entered: 10/04/2024) |
| 10/04/2024 | 2 | Receipt of Statement About Your Social Security Number COURT NOTE: The PDF document is a secured image. filed by Ronald E. Stadtmueller on behalf of Andrew Paul Williams. (related documents 1 Chapter 7 Voluntary Petition) (Stadtmueller, Ronald) (Entered: 10/04/2024) |

| | | |
|---|---|---|
| 10/04/2024 | | Receipt of Chapter 7 Voluntary Petition( 24-03761-7) [misc,1027] ( 338.00) Filing Fee. Fee Amount 338.00 Receipt number A18213417 (re: Doc# 1); (U.S. Treasury) (Entered: 10/04/2024) |
| 10/04/2024 | 3 (4 pgs; 2 docs) | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Gladstone, Leslie T. with **341(a) meeting to be held on 11/7/2024 at 10:30 AM. via Zoom - Gladstone Meeting ID 260 657 8691, and Passcode 7074482752, Phone (619) 367-1820.** Financial Management Course Due Date: 1/6/2025. Objections for Discharge due by 1/6/2025. (Stadtmueller, Ronald) (Entered: 10/04/2024) |
| 10/04/2024 | 4 (1 pg) | Declaration Re: Electronic Filing filed by Ronald E. Stadtmueller on behalf of Andrew Paul Williams. (related documents 1 Chapter 7 Voluntary Petition) (Stadtmueller, Ronald) (Entered: 10/04/2024) |
| 10/04/2024 | 5 (4 pgs) | Rights and Responsibilities of Chapter 7 Debtors and their Attorney filed by Ronald E. Stadtmueller on behalf of Andrew Paul Williams. (Stadtmueller, Ronald) (Entered: 10/04/2024) |
| 10/04/2024 | 6 (1 pg) | Certificate of Credit Counseling for Debtor Dated 9/27/2024 filed by Ronald E. Stadtmueller on behalf of Andrew Paul Williams. For Court Use Only: 180 days CC Date from case filing: 04/8/2024, (related documents 1 Chapter 7 Voluntary Petition) (Stadtmueller, Ronald) (Entered: 10/04/2024) |
| 10/04/2024 | 7 (2 pgs; 2 docs) | Notice of Failure to Comply with Filing Requirements. You must correct the defect no later than 4:30 p.m. on 10/7/24 or your case may be dismissed without further notice. ***File a list containing the name and address of each entity included or to be included on Schedules D-H.*** within 10/7/24 days U.S.C 109h. (related documents 1 Chapter 7 Voluntary Petition) (Li, J.) (Entered: 10/04/2024) |
| 10/04/2024 | 8 (2 pgs) | BNC Court Certificate of Notice. (related documents 7 Notice of Failure to Comply with filing Requirements) Notice Date 10/06/2024. (Admin.) (Entered: 10/06/2024) |
| 10/07/2024 | 9 (5 pgs) | BNC Court Certificate of Notice re Bankruptcy Case and Meeting of Creditors. (related documents 3 Notice of Chapter 7 Bankruptcy Case & Meeting of Creditors) Notice Date 10/09/2024. (Admin.) (Entered: 10/09/2024) |
| 11/07/2024 | 10 (2 pgs; 2 docs) | Certificate of Debtor Education Certification About a Financial Management Course 423 filed by Ronald E. Stadtmueller on behalf of Andrew Paul Williams. (Attachments: # 1 Financial Management Form 423) (related documents 3 Notice of Chapter 7 Bankruptcy Case & Meeting of Creditors) (Stadtmueller, Ronald) (Entered: 11/07/2024) |
| 11/07/2024 | 11 (1 pg) | Financial Management Certificate of Education **for Debtor** filed by provider. (Duarte, Alberto) (Entered: 11/07/2024) |
| 11/12/2024 | 12 | Chapter 7 Trustee's Report of No Distribution: I, Leslie T. Gladstone, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any |

| | | |
|---|---|---|
| | | money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. *Debtor appeared.*. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: $ 35400.00, Claims Scheduled: $ 41778.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 41778.00. (Gladstone, Leslie) (Entered: 11/12/2024) |
| 11/15/2024 | 13 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Conducted or filed a document required by rule or statute related to a meeting of creditors required by 11 U.S.C. Section 341. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 11/15/2024). filed by Leslie T. Gladstone on behalf of Leslie T. Gladstone. (related documents 9 BNC Court Certificate of Notice re Bankruptcy Case and Meeting of Creditors) (Gladstone, Leslie) (Entered: 11/15/2024) |
| 01/06/2025 | 14 (19 pgs) | Adversary case 25-90005. Complaint by Erik Anderson, Nick Ashton, Sandra Ashton against Andrew Paul Williams. Nature of Suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud) 68 (Dischargeability - 523(a)(6), willful and malicious injury) , Fee Amount $ 350.00 Filed by Martin A. Eliopulos on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Eliopulos, Martin) (Entered: 01/06/2025) |
| 01/07/2025 | 15 (3 pgs; 2 docs) | Order Discharging Debtor(s) in a Chapter 7 case. (Admin.) (Entered: 01/07/2025) |
| 01/08/2025 | 16 | Order Approving Trustee's Report of No Distribution and Closing Case. It appearing to the Court that the Trustee in the above-entitled case has filed a Report of No Distribution and that the said Trustee has performed all other duties required of the Trustee in the administration of said case; now, therefore, IT IS ORDERED that said report be and it hereby is approved and the case is closed; and the Trustee is discharged from and relieved of his trust. Mark T. Schnakenberg, Clerk of Court (Admin.) (Entered: 01/08/2025) |
| 01/08/2025 | 17 (4 pgs) | BNC Court Certificate of Notice re Discharge of Debtor. Notice Date 01/10/2025. (Admin.) (Entered: 01/13/2025) |
| 02/24/2025 | 18 (2 pgs; 2 docs) | Notice to Filer of Errors and/or Deficiencies in Documents. Proof of Claim No. 1, Austin Capital Bank. (Cary, B.) (Entered: 02/24/2025) |
| 02/24/2025 | 19 (2 pgs) | BNC Court Certificate of Notice. (related documents 18 Notice of Errors/Deficiencies) Notice Date 02/26/2025. (Admin.) (Entered: 02/26/2025) |

| | | |
|---|---|---|
| 07/16/2026 | 20 (1 pg) | Motion to Reopen Chapter 7 Case Fee Amount $ 260 Fee Amount $ 260 filed by Andrew Paul Williams (related documents 16 Order Approving Trustee's Report of No Distribution and Closing Case) (Lewis, L.) (Entered: 07/16/2026) |
| 07/16/2026 | 21 (4 pgs) | Declaration of Debtor filed by Andrew Paul Williams on behalf of Andrew Paul Williams . (related documents 20 Motion to Reopen Case) (Lewis, L.) (Main Document 21 replaced on 7/16/2026) (Lewis, L.). (Entered: 07/16/2026) |
| 07/16/2026 | 22 (8 pgs) | Motion to Compel Chapter 7 Trustee to Abandon Certain Pre-Petition Claims Abandonment of Property . Fee Amount $ 199.00 filed by Andrew Paul Williams (related documents 1 Chapter 7 Voluntary Petition) (Lewis, L.) (Entered: 07/16/2026) |
| 07/16/2026 | 23 (12 pgs) | Declaration of Andrew Paul Williams in Support of Motions to Reopen and Compel Abandonment filed by Andrew Paul Williams on behalf of Andrew Paul Williams . (related documents 22 Motion to Compel Abandonment of Property) (Lewis, L.) (Entered: 07/16/2026) |
| 07/16/2026 | 24 (2 pgs) | Disclosure and Certification on Generative Artificial Intelligence Use (related documents 20 Motion to Reopen Case, 21 Declaration, 22 Motion to Compel Abandonment of Property, 23 Declaration in Support) filed by Andrew Paul Williams . (Lewis, L.) (Entered: 07/16/2026) |
| 07/16/2026 | 25 (2 pgs) | Notice of Motion and Motion (related documents 20 Motion to Reopen Case) filed by Andrew Paul Williams . (Lewis, L.)COURT NOTE: Debtor insisted on using his own Notice instead of CSD 1182..Modified on 7/16/2026 (Lewis, L.). (Entered: 07/16/2026) |
| 07/16/2026 | 26 | Receipt of Reopen Chapter 7 Filing Fee - $260.00 by EL. Receipt Number 303391. (Admin.) (Entered: 07/16/2026) |
| 07/16/2026 | 27 | Receipt of Motion Filing Fee - $199.00 by EL. Receipt Number 303391. (Admin.) (Entered: 07/16/2026) |
| 07/20/2026 | 28 (2 pgs; 2 docs) | Notice to Filer of Errors and/or Deficiencies in Documents. (related documents 22 Motion to Compel Abandonment of Property) (Rodriguez-Olivas, J.) (Entered: 07/20/2026) |
| 07/20/2026 | 31 (3 pgs) | BNC Court Certificate of Notice. (related documents 28 Notice of Errors/Deficiencies) Notice Date 07/22/2026. (Admin.) (Entered: 07/22/2026) |
| 07/22/2026 | 29 (5 pgs; 2 docs) | Request for Notice filed by Andrew K. Alper on behalf of Regions Bank dba Ascentium Capital. (Attachments: # 1 Proof of Service) (Alper, Andrew) (Entered: 07/22/2026) |
| 07/22/2026 | 30 (2 pgs; 2 docs) | Notice to Filer of Errors and/or Deficiencies in Documents. (related documents 20 Motion to Reopen Case, 21 Declaration, 22 Motion to Compel Abandonment of Property, 23 Declaration in Support, 24 Generic Document, 25 Generic Document) (Rodriguez-Olivas, J.) (Entered: 07/22/2026) |

| | | |
|---|---|---|
| 07/22/2026 | 32<br>(3 pgs) | BNC Court Certificate of Notice. (related documents 30 Notice of Errors/Deficiencies) Notice Date 07/24/2026. (Admin.) (Entered: 07/24/2026) |
| 08/24/2026 | 33<br>(3 pgs; 2 docs) | Order Regarding Substitution of Attorney with Service by BNC. Involvement of Ronald E. Stadtmueller Terminated signed on 8/24/2026. (Li, J.) (Entered: 08/24/2026) |

# EXHIBIT 2

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of California

Case number *(If known)*: ____________

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Andrew**<br>First name | <br>First name |
| | **Paul**<br>Middle name | <br>Middle name |
| | **Williams**<br>Last name | <br>Last name |
| | <br>Suffix (Sr., Jr., II, III) | <br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name | First name |
| | Middle name | Middle name |
| | Last name | Last name |
| | First name | First name |
| | Middle name | Middle name |
| | Last name | Last name |
| | Business name (if applicable) | Business name (if applicable) |
| | Business name (if applicable) | Business name (if applicable) |

Debtor 1 Andrew (First Name) Paul (Middle Name) Williams (Last Name)

Case number *(if known)* ______

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

Debtor 1: xxx – xx – 6 1 3 1
OR
9 xx – xx – ___ ___ ___ ___

Debtor 2: xxx – xx – ___ ___ ___ ___
OR
9 xx – xx – ___ ___ ___ ___

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN ______<br>EIN ______ | EIN ______<br>EIN ______ |
| **5. Where you live** | | **If Debtor 2 lives at a different address:** |
| | 12136 Avenida Sivrita<br>Number Street | Number Street |
| | San Diego CA 92121<br>City State ZIP Code | City State ZIP Code |
| | SAN DIEGO<br>County | County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | 7776 Trade Street, Suite E<br>Number Street | Number Street |
| | P.O. Box | P.O. Box |
| | San Diego CA 92121<br>City State ZIP Code | City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 Andrew Paul Williams Case number *(if known)* ____________

First Name Middle Name Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for Bankruptcy within the last 8 years?**

☑ No

☐ Yes. District ____________ When ____________ (MM/DD/YYYY) Case number ____________

District ____________ When ____________ (MM/DD/YYYY) Case number ____________

District ____________ When ____________ (MM/DD/YYYY) Case number ____________

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes. Debtor ____________ Relationship to you ____________

District ____________ When ____________ (MM/DD/YYYY) Case number, if known ____________

Debtor ____________ Relationship to you ____________

District ____________ When ____________ (MM/DD/YYYY) Case number, if known ____________

Debtor 1 Andrew Paul Williams Case number *(if known)*
First Name Middle Name Last Name

**11. Do you rent your residence?**

☑ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?
- ☑ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

Name of business, if any

Number Street

City State Zip Code

*Check the appropriate box to describe your business:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.
☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1 Andrew Paul Williams
First Name Middle Name Last Name

Case number *(if known)* ______

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? ______

If immediate attention is needed, why is it needed? ______

Where is the property? ______
Number Street

______
City State Zip Code

Debtor 1 Andrew Paul Williams Case number (if known) ____
First Name Middle Name Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor 1 Andrew Paul Williams — First Name / Middle Name / Last Name

Case number (if known) ______

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ /s/ Andrew Paul Williams
Signature of Debtor 1

Executed on 10/3/2024
MM/DD/YYYY

✘ ______
Signature of Debtor 2

Executed on ______
MM/DD/YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ /s/ Ronald Stadtmueller
Signature of Attorney for Debtor

Date 10/3/2024
MM/DD/YYYY

Ronald Stadtmueller
Printed name

The Bankruptcy Professionals, Ronald E. Stadtmueller
Firm name

10755 Scripps Poway Pkwy.
Number Street

San Diego — City
CA — State
92131 — Zip Code

Contact phone (858) 564-9310

Email address rstadt7@gmail.com

140720 — Bar number
California — State

# EXHIBIT 3

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Andrew | Paul | Williams |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of California

Case number (If known):

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 1,700.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 1,700.00 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $ 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 41,778.00 |
| **Your total liabilities** | $ 41,778.00 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* | $ 0.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* | $ 535.00 |

Debtor 1 Andrew Paul Williams Case number (if known)
First Name Middle Name Last Name

**Part 4: Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ 0.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total Claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case and this filing:**

Debtor 1 Andrew Paul Williams
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Southern District of California

Case number (if known):

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1 **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2.

☐ Yes. Where is the property?

2 **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** → $ 0.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No

☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** → $ 0.00

Debtor 1 Andrew (First Name) Paul (Middle Name) Williams (Last Name) Case number *(if known)* ______

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
- ☐ No
- ☑ Yes. Describe.... misc. household goods — $ 1,000.00

**7. Electronics**
- ☐ No
- ☑ Yes. Describe.... misc. electronics — $ 100.00

**8. Collectibles of value**
- ☑ No
- ☐ Yes. Describe.... — $ ______

**9. Equipment for sports and hobbies**
- ☐ No
- ☑ Yes. Describe.... misc. sporting equipment — $ 300.00

**10. Firearms**
- ☑ No
- ☐ Yes. Describe.... — $ ______

**11. Clothes**
- ☐ No
- ☑ Yes. Describe.... clothing — $ 100.00

**12. Jewelry**
- ☐ No
- ☑ Yes. Describe.... jewelry, less than — $ 100.00

Debtor 1 Andrew (First Name) Paul (Middle Name) Williams (Last Name) Case number *(if known)* ______

**13. Non-farm animals**

☑ No

☐ Yes. Describe.......... $ ______

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Describe.......... $ ______

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........ ➔ $ **1,600.00**

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ..........

16.1 cash on hand, less than $ **100.00**

17. **Deposits of Money**

☑ No

☐ Yes .......... Institution name: ______ $ ______

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .......... Institution or issuer name: ______ $ ______

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them.................................

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| 19.1 | Car Wash Management, LLC (a Delaware corporation) | 60.00 % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them.................................

Issuer name:

$

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

Type of account: Institution name:

$

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes ........................................ Institution name or individual:

$

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes ........................................ Issuer name and description:

$

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ........................................ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$

Debtor 1 Andrew (First Name) Paul (Middle Name) Williams (Last Name) Case number (if known) ______

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Describe........ $ ______

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

☑ No

☐ Yes. Describe........ $ ______

**27. Licenses, franchises, and other general intangibles**

☑ No

☐ Yes. Describe........ $ ______

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ........

Federal: $ ______

State: $ ______

Local: $ ______

Debtor 1 Andrew (First Name) Paul (Middle Name) Williams (Last Name) Case number *(if known)* ______

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information ..........

Alimony: $ ______

Maintenance: $ ______

Support: $ ______

Divorce settlement: $ ______

Property settlement: $ ______

30. **Other amounts someone owes you**

☑ No

☐ Yes. Give specific information. ........ $ ______

31. **Interests in insurance policies**

☑ No

☐ Yes. Name the insurance company of each policy and list its value ...... Company name: ______ Beneficiary: ______ Surrender or refund value: $ ______

32. **Any interest in property that is due you from someone who has died**

☑ No

☐ Yes. Describe.............................. $ ______

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No

☐ Yes. Describe.............................. $ ______

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe.............................. $ ______

Debtor 1 Andrew Paul Williams Case number (if known) ____
First Name Middle Name Last Name

35. **Any financial assets you did not already list**
☑ No
☐ Yes. Describe.......... $ ____

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........ → $ 100.00

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☑ No
☐ Yes. Describe.......... $ ____

39. **Office equipment, furnishings, and supplies**
☑ No
☐ Yes. Describe.......... $ ____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☑ No
☐ Yes. Describe.......... $ ____

41. **Inventory**
☑ No
☐ Yes. Describe.......... $ ____

42. **Interests in partnerships or joint ventures**
☑ No
☐ Yes. Describe .......... Name of entity: ____ % of ownership: ____ % $ ____

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe.......... $ ______

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information ......... $ ______

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........ ➔ $ **0.00**

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

☑ No

☐ Yes. Describe.......... $ ______

48. **Crops - either growing or harvested**

☑ No

☐ Yes. Describe.......... $ ______

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes. Describe.......... $ ______

Debtor 1 Andrew Paul Williams — Case number (if known) ______
First Name / Middle Name / Last Name

50. **Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes. Describe.......... $ ______

51. **Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes. Describe.......... $ ______

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........ → $ 0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes. Give specific information......... $ 0.00

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........ → $ 0.00

Debtor 1 Andrew (First Name) Paul (Middle Name) Williams (Last Name) Case number (if known) ______

## Part 8: List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** | | ➔ | $ 0.00 |
| 56. | **Part 2: Total vehicles, line 5** | $ 0.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $ 1,600.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $ 100.00 | | |
| 59. | **Part 5: Total business-related property, line 45** | $ 0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $ 0.00 | | |
| 62. | **Total personal property.** Add line 56 through 61 | $ 1,700.00 | Copy personal property total ➔ | + $ 1,700.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | $ 1,700.00 |

**Fill in this information to identify your case:**

Debtor 1 Andrew Paul Williams
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Southern District of California

Case number (if known):

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule *A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: misc. household goods<br>Line from *Schedule A/B*: 6.1 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value up to any applicable statutory limit | CCP 703.140(b)(3) |
| Brief description: misc. electronics<br>Line from *Schedule A/B*: 7.1 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value up to any applicable statutory limit | CCP 703.140(b)(3) |
| Brief description: misc. sporting equipment<br>Line from *Schedule A/B*: 9.1 | $ 300.00 | ☑ $ 300.00<br>☐ 100% of fair market value up to any applicable statutory limit | CCP 703.140(b)(3) |
| Brief description: clothing<br>Line from *Schedule A/B*: 11.1 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value up to any applicable statutory limit | CCP 703.140(b)(3) |

| Brief description | Line from Schedule A/B | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|---|
| jewelry, less than | 12.1 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value up to any applicable statutory limit | CCP 703.140 (b)(4) $1750.00 |
| cash on hand, less than | 16.1 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value up to any applicable statutory limit | CCP 703.140 (b)(5) |
| Car Wash Management, LLC (a Delaware corporation) | 19.1 | $ 0.00 | ☑ $ 33,700.00<br>☐ 100% of fair market value up to any applicable statutory limit | CCP 703.140 (b)(5) |

3. **Are you claiming a homestead exemption of more than $189,050?**

(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

- ☑ No
- ☐ Yes

**Fill in this information to identify your case:**

Debtor 1 Andrew Paul Williams
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Southern District of California

Case number (if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | | |
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $ 0.00 | | |

| Debtor 1 | Andrew | Paul | Williams | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2: List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1 Andrew Paul Williams
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Southern District of California

Case number *(if known)*

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have claims secured by your property?**

☑ No. Go to Part 2.

☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|

Debtor 1 Andrew Paul Williams Case number (if known) ______
First Name Middle Name Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** AMEX
Nonpriority Creditor's Name

P.O. BOX 981537
Number Street

EL PASO TX 79998
City State Zip Code

**Last 4 digits of account number** 3833 — $ 1,298.00

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ______

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description:**

AUTHORIZED USER on business credit card, used for business purposes

**Note:**

**4.2**

**Anderson, Ashton and Ashton**
Nonpriority Creditor's Name

**c/o Higgs Fletcher & Mack, LLP**
**401 West "A" Street, Suite 2600**
Number Street

**San Diego CA 92101**
City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

$ Unknown

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

Calif. Superior Court - San Diego County
24CU003299C

business lawsuit

**Note:**

**4.3**

**AUSTINCAPBK**
Nonpriority Creditor's Name

**8100 SHOAL CREEK**
Number Street

**AUSTIN TX 78757**
City State Zip Code

**Last 4 digits of account number** 6674

**When was the debt incurred?**

$ 21,647.00

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

AUTHORIZED USER on business credit card, used for business purposes

**Note:**

Debtor 1 Andrew (First Name) Paul (Middle Name) Williams (Last Name) Case number *(if known)*

**4.4**

**CAPITAL ONE**
Nonpriority Creditor's Name

**PO BOX 71083**
Number Street

**CHARLOTTE** **NC** **28272-1083**
City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 2307

**$ 17,937.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Description:**

AUTHORIZED USER on business credit card, used for business purposes

**Note:**

**4.5**

**CAPITAL ONE**
Nonpriority Creditor's Name

**PO BOX 71083**
Number Street

**CHARLOTTE** **NC** **28272-1083**
City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 8288

**$ 16.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Description:**

AUTHORIZED USER on business credit card, used for business purposes

**Note:**

**4.6**

**CREDITONEBNK**
Nonpriority Creditor's Name

**PO BOX 60500**
Number Street

**CITY OF INDUSTRY CA 91716-0500**
City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6318

**When was the debt incurred?**

$ 880.00

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Description:**

AUTHORIZED USER on business credit card, used for business purposes

**Note:**

**4.7**

**Ferris & Britton**
Nonpriority Creditor's Name

**501 West Broadway, Suite 1450**
Number Street

**San Diego CA 92101**
City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Description:**

notice only

**Note:**

Debtor 1 Andrew Paul Williams Case number (if known)
First Name Middle Name Last Name

**4.8** **Kihack Management, LLC**
Nonpriority Creditor's Name
**c/o McManus Kolenovic, PC**
**2122 Island Avenue**
Number Street
**San Diego** **CA** **92102**
City State Zip Code

Last 4 digits of account number
When was the debt incurred?
$ **Unknown**

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Description:**
**37-2022-00029782-CU-MC-CTL business lawsuit**

**Note:**

**4.9** **VIP Petroleum, Inc.**
Nonpriority Creditor's Name
**c/o Shahen Hairapetian**
**1145 South Fair Oaks Avenue**
Number Street
**Pasadena** **CA** **91105**
City State Zip Code

Last 4 digits of account number
When was the debt incurred?
$ **Unknown**

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Description:**
**23CHCV00305 Calif. Superior Court - LA County business lawsuit**

**Note:**

## Part 3: List Others to Be Notified for a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Debtor 1 Andrew Paul Williams Case number (if known)
First Name Middle Name Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 41,778.00 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ 41,778.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Andrew | Paul | Williams |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of California

Case number (*If known*): ____________

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

**Fill in this information to identify your case:**

Debtor 1 **Andrew** **Paul** **Williams**
First Name Middle Name Last Name

Debtor 2
First Name Middle Name Last Name

United States Bankruptcy Court for the: **Southern District of California**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 106H

## Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No

☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.

☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☑ No. Go to line 3.

☐ Yes. In which community state or territory did you live? ______________. Fill in the name and current address of that person.

Name of your spouse, former spouse, or legal equivalent

Number Street

City State Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

*Column 1:* **Your codebtor**

**Column 2: The creditor to whom you owe the debt**

Check all schedules that apply:

**Fill in this information to identify your case:**

Debtor 1: Andrew (First Name) Paul (Middle Name) Williams (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Southern District of California

Case number (If known): ____________________

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

________ MM/DD/YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Manager | |
| **Employer's name** | Car Wash Management, LLC | |
| **Employer's address** | 7776 Trade Street, Suite E (Number Street)<br>San Diego (City) CA (State) 92121 (Zip Code) | Number Street<br>City State Zip Code |
| **How long employed there?** | | |

Debtor 1 Andrew Paul Williams Case number (if known) ____________
First Name Middle Name Last Name

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ |
| **Copy line 4 here** → | 4. | $ 0.00 | $ |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ |
| 5e. **Insurance** | 5e. | $ 0.00 | $ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ |
| 5g. **Union dues** | 5g. | $ 0.00 | $ |
| 5h. **Other deductions.** Specify: ____________ | 5h. | + $ 0.00 | + $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $ 0.00 | $ |
| 7. **Calculate total monthly take home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ |
| 8. **List all other income regularly received.** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ |
| 8e. **Social Security** | 8e. | $ 0.00 | $ |

Debtor 1 Andrew Paul Williams Case number *(if known)*
First Name Middle Name Last Name

| | | | |
|---|---|---|---|
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ |
| 8h. **Other monthly income.** Specify: | 8h. | + $ 0.00 | + $ |

| | | | | |
|---|---|---|---|---|
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $ 0.00 | $ | |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 | + $ | = $ 0.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: ______ 11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies. 12. $ 0.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: **debtor has been working for no pay and relies upon friends and relatives for his modest living expenses**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Andrew | Paul | Williams |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of California

Case number (If known):

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM/DD/YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No

   ☐ Yes. Fill out this information for each dependent.....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

Debtor 1 Andrew Paul Williams Case number (if known)

First Name Middle Name Last Name

**Part 2: Estimate Your Ongoing Monthly Expenses**

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 0.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 0.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 0.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 0.00 |
| 6d. Other. Specify: streaming service | 6d. | $ 15.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 150.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 20.00 |
| 10. **Personal care products and services** | 10. | $ 0.00 |
| 11. **Medical and dental expenses** | 11. | $ 350.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 0.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 0.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 0.00 |
| 15d. Other insurance. Specify: | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |

Debtor 1 Andrew (First Name) Paul (Middle Name) Williams (Last Name) Case number *(if known)* ____________

**17. Installment or lease payments:**

| | | |
|---|---|---|
| 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify: ____________ | 17c. | $ 0.00 |
| 17d. Other. Specify: ____________ | 17d. | $ 0.00 |
| **18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| **19. Other payments you make to support others who do not live with you.** Specify: **0** | 19. | $ 0.00 |
| **20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |
| 21. **Other**. Specify: ____________ | 21. + | $ 0.00 |

**22. Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | $ 535.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $ 0.00 |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $ 535.00 |

**23. Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. | 23a. | $ 0.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. − | $ 535.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ -535.00 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain here:

**Fill in this information to identify your case:**

Debtor 1 **Andrew** **Paul** **Williams**
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: **Southern District of California**

Case number
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Part 1: Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person ______ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ **/s/ Andrew Paul Williams**
Signature of Debtor 1

Date **10/3/2024**
MM/DD/YYYY

✗ ______
Signature of Debtor 2

Date ______
MM/DD/YYYY

# EXHIBIT 4

**Fill in this information to identify your case:**

Debtor 1 Andrew Paul Williams
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Southern District of California

Case number (if known): ____________

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☐ Married
   - ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☐ No.
   - ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| debtor has been unable to rent a home and has been "sofa surfing" with friends and relatives in California for approx. 3 years<br>Number Street | From 9/1/2021<br>To 9/1/2024 | Number Street | From<br>To |
| San Diego CA 92121<br>City State ZIP Code | | City State ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No.
   - ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
   - ☑ No.
   - ☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |

Debtor 1 Andrew (First Name) Paul (Middle Name) Williams (Last Name) Case number *(if known)* ______

| | | | | |
|---|---|---|---|---|
| ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ______ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ______ |
| ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ______ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ______ |
| ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ______ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ ______ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No.
☑ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | **less than $10,000 in business draws and help from friends and relatives** | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:** (January 1 to December 31, 2023) | **less than $10,000 in business draws and help from friends and relatives** | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:** (January 1 to December 31, 2022) | **less than $10,000 in business draws and help from friends and relatives** | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

**Part 3: List Certain Payments You Made Before You Filed for Bankruptcy**

Debtor 1 Andrew Paul Williams Case number (if known) ______
First Name Middle Name Last Name

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts**. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for... |
|---|---|---|---|---|
| Creditor's Name | | $ | $ | ☐ Mortgage ☐ Car ☐ Credit card |
| Number Street | | | | ☐ Loan repayment ☐ Suppliers or vendors ☐ Other |
| City State ZIP Code | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number Street | | | | |
| City State ZIP Code | | | | |

Debtor 1 Andrew (First Name) Paul (Middle Name) Williams (Last Name) Case number (if known) ____

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ 0.00 | |
| Number Street | | | | |
| City State ZIP Code | | | | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No.
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Erik Anderson et.al v Car Wash Management and Andrew Williams et.al.<br>Case number: 24CU003299C | dispute over car wash construction | Superior Court - San Diego (Court Name)<br>330 West Broadway (Number Street)<br>San Diego CA 92101 (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: VIP Petroleum v Car Wash Management, Andrew Williams et al<br>Case number: 23CHCV00305 | car wash equipment dispute | Superior Court - LA County (Court Name)<br>9425 Penfield Ave. (Number Street)<br>Chatsworth CA 91311 (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Kihack Management LLC v Car Wash Management et al | dispute regarding Uptown Car Wash San Diego | Superior Court, LA County (Court Name) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number 37-2022-00029782-CU-MC-CTL | | 600 South Commonwealth Ave (Number Street)<br>Los Angeles CA 90005 (City State ZIP Code) | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

- ☑ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| | Describe the Property | Date | Value of the Property |
|---|---|---|---|
| Creditor's Name | | ______ | $ ______ |
| Number Street<br>City State ZIP Code | **Explain what Happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☑ No.
- ☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | ______ | $ ______ |
| Number Street<br>City State ZIP Code | Last 4 digits of account number: XXXX- ______ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☑ No

☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No.
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ 0.00 |
| Number Street | | | $ 0.00 |
| City State ZIP Code | | | |
| Person's relationship to you | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No.
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | $ 0.00 |
| Number Street | | | $ 0.00 |
| City State ZIP Code | | | |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No.
☐ Yes. Fill in the details.

Debtor 1 Andrew (First Name) Paul (Middle Name) Williams (Last Name) Case number (if known) ______

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $ |

**Part 7: List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No.
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Ronald E. Stadtmueller**<br>Person Who Was Paid | $2862 ($2500 legal fees, $338 filing fee and $24 credit report fee) paid 10/2024 | | $ 2,862.00 |
| 10755 Scripps Poway Parkway #370<br>Number Street | | | $ 0.00 |
| San Diego CA 92131<br>City State ZIP Code | | | |
| Email or Website Address | | | |
| paid by relatives of debtor<br>Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No.
☐ Yes. Fill in the details.

Debtor 1 Andrew Paul Williams Case number (if known) ______
First Name Middle Name Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number Street | | | $ |
| City State ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No.
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number Street | | | |
| City State ZIP Code | | | |
| Person's relationship to you ______ | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No.
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust ______ | | |

**Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No.
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | XXXX-____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other ____ | ____ | $ ____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No.
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | Name<br>Number Street<br>City State Zip Code | | ☑ No<br>☐ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No.
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility<br>Number Street<br>City State ZIP Code | Name<br>Number Street<br>City State Zip Code | | ☑ No<br>☐ Yes |

## Part 9: Identify Property You Hold or Control for Someone Else

Debtor 1 Andrew Paul Williams Case number (if known) ______
First Name Middle Name Last Name

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No.
☐ Yes. Fill in the details.

| | Where is the Property? | Describe the Property | Value |
|---|---|---|---|
| Owner's Name | | | $ |
| Number Street | Number Street | | |
| City State ZIP Code | City State Zip Code | | |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**

***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites**

***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Fill in the details.

| | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number Street | Number Street | | |
| City State ZIP Code | City State Zip Code | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Fill in the details.

Debtor 1 Andrew Paul Williams Case number (if known) ______
First Name Middle Name Last Name

| | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number Street | Number Street | | |
| City State ZIP Code | City State Zip Code | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Fill in the details.

| | Court or Agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title ______ | Court Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number ______ | Number Street | | |
| | City State ZIP Code | | |

## Part 11: Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

Debtor 1 Andrew Paul Williams — Case number (if known)
First Name / Middle Name / Last Name

**Best Dam Car Wash in West Covina LLC**
Name of Site

Number Street

City State ZIP Code

Describe the nature of the business
never operated or conducted business

Name of accountant or bookkeeper

Employer Identification Number
Do not include Social Security number or ITIN.
EIN:

Dates business existed
From ____ To **Present**

**Car Wash Systems LLC**
Name of Site

Number Street

City State ZIP Code

Describe the nature of the business
never operated or conducted business

Name of accountant or bookkeeper

Employer Identification Number
Do not include Social Security number or ITIN.
EIN:

Dates business existed
From ____ To **Present**

**Glyde Systems LLC**
Name of Site

Number Street

City State ZIP Code

Describe the nature of the business
never operated or conducted business

Name of accountant or bookkeeper

Employer Identification Number
Do not include Social Security number or ITIN.
EIN:

Dates business existed
From ____ To **Present**

**Car Wash Management, LLC**
Name of Site

a Delaware corporation
Number Street

City State ZIP Code

Describe the nature of the business
2020 to present

Name of accountant or bookkeeper

Employer Identification Number
Do not include Social Security number or ITIN.
EIN:

Dates business existed
From ____ To **Present**

**Describe the nature of the business**

operated 2019 to 2020

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:

Car Wash Mangement, LLC
Name of Site

a HI corporation
Number Street

City State ZIP Code

**Name of accountant or bookkeeper**

**Dates business existed**

From ______ To Present

**Describe the nature of the business**

operated 11/2023 to 5/2024

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:

West Covina Car Wash LLC
Name of Site

Number Street

City State ZIP Code

**Name of accountant or bookkeeper**

**Dates business existed**

From ______ To Present

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?**

Include all financial institutions, creditors, or other parties.

☑ No.
☐ Yes. Fill in the details below.

**Date Issued**

Name MM/DD/YYYY

Number Street

City State ZIP Code

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✗ /s/ Andrew Paul Williams
Signature of Debtor 1

✗ ______
Signature of Debtor 2

Debtor 1 Andrew Paul Williams Case number (if known) ______
First Name Middle Name Last Name

Date 10/3/2024 Date ______

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No.
☐ Yes.

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No.
☐ Yes. Name of person ______ Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Andrew<br>First Name | Paul<br>Middle Name | Williams<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of California

Case number *(if known)*:

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ /s/ Andrew Paul Williams
Signature of Debtor 1

Date 10/3/2024
MM/DD/YYYY

✗
Signature of Debtor 2

Date
MM/DD/YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Andrew | Paul | Williams |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of California

Case number (If known): ____________

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income

12/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

☑ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | + $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | | |
| Net monthly income from business, profession, or farm | $ 0.00 | $ 0.00 | Copy here → | $ 0.00 | $ 0.00 |

Debtor 1 Andrew (First Name) Paul (Middle Name) Williams (Last Name) Case number *(if known)* ______

| | | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|---|
| 6. | **Net income from rental and other real property** | | | | | |
| | Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| | Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | | |
| | Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | **Copy here** → | $ 0.00 | $ 0.00 |
| 7. | **Interest, dividends, and royalties** | | | | $ 0.00 | $ 0.00 |
| 8. | **Unemployment compensation** | | | | $ 0.00 | $ 0.00 |
| | Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list here: ......... ↓ | | | | | |
| | For you ........ | | $ 0.00 | | | |
| | For your spouse ........ | | $ 0.00 | | | |
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | | | | $ 0.00 | $ 0.00 |
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below. | | | | | |
| | ______ | | | | $ 0.00 | $ 0.00 |
| | ______ | | | | $ 0.00 | $ 0.00 |
| | Total amounts from separate pages, if any. | | | | + $ 0.00 | $ 0.00 |
| 11. | **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | | | | $ 0.00 | + $ 0.00 |

= $ 0.00 Total current monthly income

Debtor 1 **Andrew** **Paul** **Williams** Case number *(if known)* ______

First Name Middle Name Last Name

## Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. .......... **Copy line 11 here ➔** $ **0.00**

Multiply by 12 (the number of months in a year). **x** 12

12b. The result is your annual income for this part of the form. 12b. $ **0.00**

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. **CA**

Fill in the number of people in your household. **1**

Fill in the median family income for your state and size of household. .......... 13. $ **74,819.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✘ **/s/ Andrew Paul Williams** ✘ ______

Signature of Debtor 1 Signature of Debtor 2

Date **10/3/2024** Date ______

MM/DD/YYYY MM/DD/YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**Fill in this information to identify your case:**

Debtor 1 Andrew Paul Williams
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Southern District of California

Case number (If known): ____________

☐ Check if this is an amended filing

## Official Form 122A–1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)

12/15

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

## Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

## Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☑ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   - ☐ No. Go to line 3.
   - ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☑ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   - ☐ No. Complete Form 122A-1. Do not submit this supplement.
   - ☐ Yes. Check any one of the following categories that applies:
     - ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and remain on active duty.
     - ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and was released from active duty on ____________, which is fewer than 540 days before I file this bankruptcy case.
     - ☐ **I am performing a homeland defense activity for at least 90 days.**
     - ☐ **I performed a homeland defense activity for at least 90 days** ending on ____________, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, The Means Test does not apply now, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Southern District of California

**In re**

Case No. ______

**Debtor** **Andrew Paul Williams** Chapter 7

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **2,500.00** |
| Prior to the filing of this statement I have received | $ **2,500.00** |
| Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

**• Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;**

**• Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;**

**• Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;**

**• Those services as specifically set forth in paragraphs I and II of United States Bankruptcy Court Southern District of California Rights and Responsibilities of Chapter 7 Debtors and Their Attorney are to be provided to the debtor(s) herein.**
**• Those services as specifically set forth in paragraphs I and II of United States Bankruptcy Court Southern District of California Rights and Responsibilities of Chapter 7 Debtors and Their Attorney are to be provided to the debtor(s) herein.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Those services as set forth in paragraph III of United States Bankruptcy Court Southern District of California Rights and Responsibilities of Chapter 7 Debtors and Their Attorney or any other services not specifically set forth in paragraphs I and II therein.**

**Those services as set forth in paragraph III of United States Bankruptcy Court Southern District of California Rights and Responsibilities of Chapter 7 Debtors and Their Attorney or any other services not specifically set forth in paragraphs I and II therein.**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **10/3/2024** | **/s/ Ronald Stadtmueller** |
| *Date* | *Signature of Attorney* |
| | **The Bankruptcy Professionals, Ronald E. Stadtmueller**<br>**10755 Scripps Poway Pkwy.**<br>**San Diego, CA 92131**<br>**rstadt7@gmail.com** |
| | *Name of law firm* |

## United States Bankruptcy Court

**Southern District of California**

In re **Andrew Paul Williams**
Debtor(s)

Case No. ______
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **10/3/2024**

**/s/ Andrew Paul Williams**
**Andrew Paul Williams**
Signature of Debtor

AMEX
P.O. BOX 981537
EL PASO, TX 79998

Anderson, Ashton and Ashton
c/o Higgs Fletcher & Mack, LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101

AUSTINCAPBK
8100 SHOAL CREEK
AUSTIN, TX 78757

CAPITAL ONE
PO BOX 71083
CHARLOTTE, NC 28272-1083

CREDITONEBNK
PO BOX 60500
CITY OF INDUSTRY, CA 91716-0500

Ferris & Britton
501 West Broadway, Suite 1450
San Diego, CA 92101

Kihack Management, LLC
c/o McManus Kolenovic, PC
2122 Island Avenue
San Diego, CA 92102

VIP Petroleum, Inc.
c/o Shahen Hairapetian
1145 South Fair Oaks Avenue
Pasadena, CA 91105

# EXHIBIT 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Andrew Paul Williams<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx−xx−6131 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of California | | |
| Case number: | 24−03761−CL7 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew Paul Williams

1/7/25

**By order of the court:** Mark T. Schnakenberg
Clerk of the Bankruptcy Court

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

# EXHIBIT 6

Closed, MiscTick, Vacate

**U.S. Bankruptcy Court**
**Southern District of California (San Diego)**
**Adversary Proceeding #: 25-90005-CL**

*Assigned to:* Chief Judge Christopher B. Latham
*Lead BK Case:* 24-03761
*Lead BK Title:* Andrew Paul Williams
*Lead BK Chapter:* 7
*Demand:* $200000

*Date Filed:* 01/06/25
*Date Terminated:* 10/01/25

*Nature[s] of Suit:* 62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud
68 Dischargeability - 523(a)(6), willful and malicious injury

***Plaintiffs***

-----------------------

**Erik Anderson**
c/o Higgs Fletcher & Mack LLP
Attn: Martin A. Eliopulos, Esq.
401 West A Street, Suite 2600
San Diego, CA 92101
619-236-1551

represented by **Martin A. Eliopulos**
Higgs, Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
(619) 236-1551
Fax : (619) 696-1410
Email: elio@higgslaw.com
*LEAD ATTORNEY*

***Plaintiffs***

-----------------------

**Nick Ashton**
c/o Higgs Fletcher & Mack LLP
Attn: Martin A. Eliopulos, Esq.
401 West A Street, Suite 2600
San Diego, CA 92101
619-236-1551

represented by **Martin A. Eliopulos**
(See above for address)
*LEAD ATTORNEY*

***Plaintiffs***

-----------------------

**Sandra Ashton**
c/o Higgs Fletcher & Mack LLP
Attn: Martin A. Eliopulos, Esq.
401 West A Street, Suite 2600
San Diego, CA 92101
619-236-115

represented by **Martin A. Eliopulos**
(See above for address)
*LEAD ATTORNEY*

V.

***Defendant***

-----------------------

**Andrew Paul Williams**
12136 Avenida Sivrita
San Diego, CA 92121
SSN / ITIN: xxx-xx-6131

represented by **Andrew Paul Williams**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 01/06/2025 | 1 (19 pgs) | Adversary case 25-90005. Complaint by Erik Anderson, Nick Ashton, Sandra Ashton against Andrew Paul Williams. Nature of Suit: 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud) 68 (Dischargeability - 523(a)(6), willful and malicious injury) , Fee Amount $ 350.00 Filed by Martin A. Eliopulos on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Eliopulos, Martin) (Entered: 01/06/2025) |
| 01/06/2025 | 2 (3 pgs) | Summons Issued on Andrew Paul Williams Answer Due 02/5/2025; with Certificate of Service. (Eliopulos, Martin) (Entered: 01/06/2025) |
| 01/06/2025 | 3 | Receipt of Complaint( 25-90005-CL ) [cmp,cmp] ( 350.00) Filing Fee. Fee Amount 350.00 Receipt number A18304967 (re: Doc# 1); (U.S. Treasury) (Entered: 01/06/2025) |
| 01/07/2025 | 4 (3 pgs) | Summons Served on: Andrew Paul Williams and Ronald E. Stadtmueller (courtesy copy). Served On January 7, 2025 filed by Martin A. Eliopulos on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Eliopulos, Martin) (Entered: 01/07/2025) |
| 01/07/2025 | 5 (9 pgs) | *Notice of Compliance Fed Rule 7016 & LR 7016-2 and Proof of Service* filed by Martin A. Eliopulos of Higgs, Fletcher & Mack LLP on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Eliopulos, Martin) (Entered: 01/07/2025) |
| 02/14/2025 | 6 (9 pgs; 2 docs) | Request to Enter Default with Certificate of Service. filed by Martin A. Eliopulos on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Attachments: # 1 Declaration of Jake Sesti iso PLTFs Request to Enter Default of DEF) (Eliopulos, Martin) (Entered: 02/14/2025) |
| 02/18/2025 | 7 (2 pgs; 2 docs) | Notice of Entry of Default (related documents 6 Request to Enter Default) (Li, J.) (Entered: 02/18/2025) |
| 02/18/2025 | 8 (3 pgs) | BNC Court Certificate of Notice. (related documents 7 Notice of Entry of Default) Notice Date 02/20/2025. (Admin.) (Entered: 02/20/2025) |
| 08/14/2025 | 9 (2 pgs; 2 docs) | Notice of Intent to Dismiss Adversary Proceeding without Prejudice for Want of Prosecution. (Rodriguez-Olivas, J.) (Entered: 08/14/2025) |

| | | |
|---|---|---|
| 08/14/2025 | 10 (3 pgs) | BNC Court Certificate of Notice. (related documents 9 Notice of Intent to Dismiss Adversary Proceeding without Prejudice) Notice Date 08/16/2025. (Admin.) (Entered: 08/16/2025) |
| 08/14/2025 | 11 | Court Notice Served On: 08/16/2025. Opposition due on 09/08/2025 unless an objector is entitled to additional time under FRBP 9006. (related document 10 ) Notice of Intent to Dismiss Adversary Proceeding without Prejudice (Admin) (Entered: 08/17/2025) |
| 09/04/2025 | 12 (1090 pgs; 7 docs) | *Plaintiffs Notice of Motion and Motion for Default Judgment* filed by Martin A. Eliopulos of Higgs, Fletcher & Mack LLP on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Attachments: # 1 Plaintiffs Memorandum of Points and Authorities in Support of Motion for Default Judgment # 2 Declaration of Jake Sesti in Support of Plaintiffs Motion for Default Judgment # 3 Part I Declaration of Erik Anderson in Support of Request to Enter Default of Defendant Andrew Paul Williams # 4 PartII Declaration of Erik Anderson in Support of Request to Enter Default of Defendant Andrew Paul Williams # 5 [Proposed] Order Granting Plaintiffs Motion for Default Judgment Against Andrew Paul Williams # 6 Proof of Service) (Eliopulos, Martin) (Entered: 09/04/2025) |
| 09/15/2025 | 13 (3 pgs; 2 docs) | Order on Plaintiff's Motion for Default Judgment: with Service by BNC (related documents 12 Notice (miscellaneous)) signed on 9/15/2025. (Li, J.) (Entered: 09/15/2025) |
| 10/01/2025 | 14 | Adversary Proceeding Closed (Li, J.) (Entered: 10/01/2025) |
| 10/03/2025 | 15 (5 pgs) | Motion for Entry of Judgment by Default filed by Martin A. Eliopulos on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Eliopulos, Martin) (Entered: 10/03/2025) |
| 10/06/2025 | 16 (3 pgs; 2 docs) | Notice to Filer of Errors and/or Deficiencies in Documents. (related documents 15 Motion for Entry of Judgment by Default) (Li, J.) (Entered: 10/06/2025) |
| 10/07/2025 | 17 (6 pgs; 2 docs) | Judgment by Default: with Service by BNC (related documents 11 Judgment) signed on 10/7/2025. (Li, J.) (Entered: 10/07/2025) |
| 11/07/2025 | 18 (10 pgs; 2 docs) | Notice of Entry of Default Judgment filed by Martin A. Eliopulos of Higgs, Fletcher & Mack LLP on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Attachments: # 1 Proof of Service) (related documents 17 Judgment by Default) (Eliopulos, Martin) (Entered: 11/07/2025) |
| 03/20/2026 | 19 (3 pgs) | Request for Abstract of Judgment Fee Amount $ 46.00 filed by Martin A. Eliopulos on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (related documents Judgment) (Eliopulos, Martin) (Entered: 03/20/2026) |

| | | |
|---|---|---|
| 03/20/2026 | 20 (4 pgs; 2 docs) | Application for Order to Appear for Examination filed by Martin A. Eliopulos on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Attachments: # 1 Proposed Order to Appear for Examination) (Eliopulos, Martin) (Entered: 03/20/2026) |
| 03/20/2026 | 21 (6 pgs; 3 docs) | Request for Issuance of Writ of filed by Martin A. Eliopulos of Higgs, Fletcher & Mack LLP on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Attachments: # 1 Declaration in support of Request for Issuance of Writ of Execution # 2 Writ of Execution) (Eliopulos, Martin) (Entered: 03/20/2026) |
| 03/20/2026 | 22 (2 pgs) | Proof of Service filed by Martin A. Eliopulos on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (related documents 19 Request for Abstract of Judgment, 20 Application for Order to Appear for Examination, 21 Request for Issuance of Writ of Attachment or Execution) (Eliopulos, Martin) (Entered: 03/20/2026) |
| 03/20/2026 | 23 | Receipt of Request for Abstract of Judgment( 25-90005-( 1 ) [misc,1285] ( 46.00) Filing Fee. Fee Amount 46.00 Receipt number A18759721 (re: Doc# 19); (U.S. Treasury) (Entered: 03/20/2026) |
| 03/25/2026 | 24 (4 pgs; 2 docs) | Order to Appear for Examination; with Service by BNC (Related Doc # 20) Signed on 3/25/2026. (Cary, B.) (Entered: 03/25/2026) |
| 03/25/2026 | 27 (5 pgs) | BNC Court Certificate of Notice. (related documents 24 Order re: Application to Appear for Examination) Notice Date 03/27/2026. (Admin.) (Entered: 03/27/2026) |
| 03/26/2026 | 25 (1 pg) | Abstract of Judgment Fee Amount $46.00 (related documents 19 Request for Abstract of Judgment) (Cary, B.) (Entered: 03/26/2026) |
| 03/27/2026 | 26 | Receipt of Abstract Filing Fee - $46.00 by AC. Receipt Number 303096. (Admin.) (Entered: 03/27/2026) |
| 03/30/2026 | 28 (2 pgs) | Court Modified Writ of Execution Issued (related documents 17 Judgment by Default) (Cary, B.) (Entered: 03/30/2026) |
| 05/04/2026 | 29 (1 pg) | **Court Minutes.** Hearing Date 05/04/2026, MATTER: HEARING ON SUBMISSION OF ORDER TO APPEAR FOR EXAMINATION **DISPOSITION: See Attached PDF document for details.** (related documents 24 Order re: Application to Appear for Examination) (Paluso, R.) (Entered: 05/05/2026) |
| 05/12/2026 | 30 (66 pgs; 2 docs) | Defendant's Motion to Vacate Default and Default Judgment Pursuant to Fed. R. Civ. P. 60(b) filed by Andrew Paul Williams (Attachments: # 1 Declaration) **HEARING Scheduled for 6/8/2026 at 10:30 AM at Courtroom 1, Room 218, Weinberger Courthouse** (related documents 18 Notice (miscellaneous)) (Lewis, L.). Modified on 5/12/2026 (Rodriguez-Olivas, J.). (Entered: 05/12/2026) |
| 05/12/2026 | 31 (7 pgs) | Request for Judicial Notice filed by Andrew Paul Williams . (related documents 30 Motion to Vacate) (Lewis, L.) (Entered: 05/12/2026) |

| | | |
|---|---|---|
| 05/12/2026 | 32 (4 pgs) | Notice of Hearing and Motion with Certificate of Service. filed by Andrew Paul Williams . **HEARING Scheduled for 6/8/2026 at 10:30 AM at Courtroom 1, Room 218, Weinberger Courthouse** . Notice Served On: 5/12/2026. Opposition due on 5/26/2026 unless an objector is entitled to additional time under FRBP 9006. (related documents 30 Motion to Vacate) (Lewis, L.) (Entered: 05/12/2026) |
| 05/12/2026 | 33 (4 pgs) | Certificate of Service (related documents 30 Motion to Vacate, 31 Request for Judicial Notice, 32 Notice of Hearing and Motion) filed by Andrew Paul Williams . (Lewis, L.) (Entered: 05/12/2026) |
| 05/12/2026 | 34 (9 pgs) | Motion to Seal Document(s) filed by Andrew Paul Williams . (Lewis, L.) (Entered: 05/12/2026) |
| 05/12/2026 | 37 | COURT NOTE: Exhibit E To Declaration Of Andrew Paul Williams, see document #30 re Declaration. The PDF document is a secured image. filed by Andrew Paul Williams . (related documents 30 Motion to Vacate, 35 Order to Restrict Public Access) (Li, J.)Modified on 5/15/2026 (Li, J.). (Entered: 05/15/2026) |
| 05/14/2026 | 35 (3 pgs; 2 docs) | Order Granting Defendants Motion To Restrict Public Access To Documents; with BNC Service (related documents 34 Motion to Seal Document(s)) signed on 5/14/2026. (Li, J.) (Entered: 05/14/2026) |
| 05/14/2026 | 36 (3 pgs; 2 docs) | Notice to Filer of Errors and/or Deficiencies in Documents. (related documents 30 Motion to Vacate, 31 Request for Judicial Notice, 32 Notice of Hearing and Motion, 33 Certificate of Service, 34 Motion to Seal Document(s)) (Li, J.) (Entered: 05/14/2026) |
| 05/14/2026 | 38 (3 pgs) | BNC Court Certificate of Notice. (related documents 36 Notice of Errors/Deficiencies) Notice Date 05/16/2026. (Admin.) (Entered: 05/16/2026) |
| 05/14/2026 | 39 (3 pgs) | BNC Court Certificate of Notice. (related documents 35 Order to Restrict Public Access) Notice Date 05/16/2026. (Admin.) (Entered: 05/16/2026) |
| 05/26/2026 | 40 (9 pgs) | *Plaintiffs'* Opposition *to Motion to Vacate Default and Default Judgment* filed by Martin A. Eliopulos of Higgs, Fletcher & Mack LLP on behalf of on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Eliopulos, Martin) (Entered: 05/26/2026) |
| 05/27/2026 | 41 (2 pgs) | Proof of Service filed by Martin A. Eliopulos on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (related documents 40 Opposition) (Eliopulos, Martin) (Entered: 05/27/2026) |
| 06/01/2026 | 42 (8 pgs) | Defendant-Debtor's Reply in Support of Motion to Vacate Entry of Default and Default Judgment filed by Andrew Paul Williams on behalf of Andrew Paul Williams . (related documents 30 Motion to Vacate) (Crosby, A) (Entered: 06/01/2026) |
| 06/01/2026 | (21 pgs) | Supplemental Declaration of Andrew Paul Williams in Support of Reply to Motion to Vacate Default and Default Judgment filed by |

| | | |
|---|---|---|
| | | Andrew Paul Williams. (related documents 42 Reply) (Crosby, A) (Entered: 06/01/2026) |
| 06/04/2026 | 44 (56 pgs) | Request for Judicial Notice *in Support of Plaintiffs' Opposition to Motion to Vacate Default and Default Judgment* filed by Martin A. Eliopulos of Higgs, Fletcher & Mack LLP on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Eliopulos, Martin) (Entered: 06/04/2026) |
| 06/04/2026 | 45 (2 pgs) | Proof of Service filed by Martin A. Eliopulos on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (related documents 44 Request for Judicial Notice) (Eliopulos, Martin) (Entered: 06/04/2026) |
| 06/08/2026 | 46 (1 pg) | **Court Minutes. Termination of Hearing DATE: 06/08/2026.** MATTER: MOTION TO VACATE DEFAULT AND DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P.60(b) FILED BY DEFENDANT. **DISPOSITION: See Attached PDF document for details.** (related documents 30 Motion to Vacate) (Rodriguez-Olivas, J.) (Entered: 06/09/2026) |
| 06/16/2026 | 47 (8 pgs; 2 docs) | Order on Defendant's Motion For Relief From Default and Default Judgment; with Service by BNC (Related Doc # 30) Motion to Vacate signed on 6/16/2026. (Lewis, L.) (Entered: 06/16/2026) |
| 06/16/2026 | 48 (8 pgs) | BNC Court Certificate of Notice. (related documents 47 Order re: Motion to Vacate) Notice Date 06/18/2026. (Admin.) (Entered: 06/18/2026) |
| 06/19/2026 | 49 (9 pgs) | Notice of Compliance Fed Rule 7016 & LR 7016-2 and Proof of Service filed by Martin A. Eliopulos of Higgs, Fletcher & Mack LLP on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Eliopulos, Martin) (Entered: 06/19/2026) |
| 06/22/2026 | 50 (10 pgs) | Answer to Complaint filed by Andrew Paul Williams on behalf of Andrew Paul Williams . (related documents 1 Complaint) (Lewis, L.) (Entered: 06/22/2026) |
| 06/23/2026 | 51 (2 pgs; 2 docs) | Notice of Pre-Trial Status Conference **HEARING Scheduled for 8/10/2026 at 10:30 AM at Courtroom 1, Room 218, Weinberger Courthouse**. (related documents 1 Complaint) (Rodriguez-Olivas, J.) (Entered: 06/23/2026) |
| 06/23/2026 | 52 (3 pgs) | BNC Court Certificate of Notice. (related documents 51 Notice of Pre-Trial Status Conference Hearing) Notice Date 06/25/2026. (Admin.) (Entered: 06/25/2026) |
| 06/26/2026 | 53 (8 pgs) | *Ex Parte* Application *for an Order to Withdraw Writ of Execution* filed by Martin A. Eliopulos on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Eliopulos, Martin) (Entered: 06/26/2026) |

| | | |
|---|---|---|
| 06/26/2026 | 54<br>(12 pgs) | Statement Release of Abstract of Judgment filed by Martin A. Eliopulos on behalf of Erik Anderson, Nick Ashton, Sandra Ashton. (Eliopulos, Martin) (Entered: 06/26/2026) |
| 06/29/2026 | 55<br>(3 pgs; 2 docs) | Order Regarding Ex Parte Application to Withdraw Writ of Execution: with BNC Service (related documents 53 Generic Application or Motion) signed on 6/29/2026. (Li, J.) (Entered: 06/29/2026) |
| 06/29/2026 | 56<br>(3 pgs) | BNC Court Certificate of Notice. (related documents 55 Order) Notice Date 07/01/2026. (Admin.) (Entered: 07/01/2026) |
| 07/02/2026 | 57<br>(3 pgs) | Disclosure and Certification on Generative artificial Intelligence Use filed by Andrew Paul Williams . (Lewis, L.) (Entered: 07/02/2026) |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

# PROOF OF SERVICE

**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On August 28, 2026, I served true copy(ies) of the **PETER MATHENY'S REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH PETER MATHENY'S MOTION TO DISMISS ANDREW P. WILLIAMS THIRD PARTY COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND MOTION FOR A MORE DEFINITE STATEMENT (F.R.C.P. Rule 12(b)(1) and (e) MOTION TO STRIKE COUNTERCLAIM (Rule 12(f) AND FOR LACK OF STANDING PURSUANT TO F.R.C.P. Rule 17)** the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August28, 2026, at Los Angeles, California.

[signature]
Rebecca Santamaria

**SERVICE LIST**
**Regions Bank v. Car Wash Management, LLC, etc., et al.**
**Case No. 25-cv-00359-CAS-KS**

| | |
|---|---|
| Michael D. Gannon (pro hac vice)<br>Katharine H. Walton-(pro hac vice)<br>BakerHostetler<br>One North Wacker Drive, Suite 3700<br>Chicago, IL 60606-2859 | Tel: 312-416-8187<br>Email: mgannon@bakerlaw.com<br>kwalton@bakerlaw.com<br><br>Attorneys for Defendant Washworld, Inc. |
| Katharine Walton<br>Michael D. Gannon<br>Xitlaly Estrada<br>Ava Claypool<br>Baker & Hostetler LLP<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067-4301 | Tel: 310-442-8878<br>Email: : mgannon@bakerlaw.com,<br>kwalton@bakerlaw.com<br>xestrada@bakerlaw.com<br>aclaypool@bakerlaw.com<br><br>Attorneys for Defendant Washworld, Inc. |
| Lisa Mitts Patrick, Esq.<br>The Law Office Of Lisa Mitts Patrick<br>112 E. Amerige Ave., Suite 313<br>Fullerton, CA 92832 | Tel: 714-990- 3693<br>Fax: 657-234 - 0012<br>Email: lolmp2021@gmail.com<br><br>Attorneys for Defendant and Cross-Complainant Jose Rene Ortiz, aka Jose R. Ortiz, aka Jose Ortiz, an individual |
| Thomas D. Sands<br>The Sands Law Group, APLC<br>205 S Broadway Ste 608<br>Los Angeles, CA 90012 | Tel: 213-788-4412<br>Fax: 833-329-7263<br><br>Email: info@tslg.law<br><br>Attorneys for CAR WASH MANAGEMENT, LLC. |
| Andrew Paul Williams<br>12641 Antioch Rd. Suite # 1045<br>Overland Park, KS 66213-1701 | Tel: 619-796-6469<br>Email:<br>andrew@carwashmgmt.com<br><br>Pro Per |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000